THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | Civil Action No. 1:23-cv-02836 |
| *Plaintiff*, | |
| v. | Hon. Elaine E. Bucklo |
| Payer Matrix, LLC | |
| *Defendant*. | |

## ABBVIE'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff AbbVie Inc. ("AbbVie"), by and through its undersigned counsel, moves for a preliminary injunction: (1) ordering Defendant Payer Matrix, LLC ("Payer Matrix") to remove AbbVie's drugs from its specialty drug list and marketing materials; (2) enjoining Payer Matrix from seeking and/or accepting remuneration for any services related to AbbVie's patient assistance program and from submitting or causing the submission of patient applications to AbbVie's patient assistance program ("PAP"); (3) enjoining Payer Matrix from advertising or implying in communications with clients, patients, and other third parties that it has any sort of business relationship or partnership with AbbVie; and (4) enjoining Payer Matrix from making false statements to health care providers, patients, clients, plan sponsors, or other third parties about AbbVie's drugs or its PAP.

In support of its motion, AbbVie submits contemporaneously herewith the accompanying Memorandum of Law in Support of AbbVie's Motion for Preliminary Injunction, the Declaration of Anne Najjar with Exhibits 1-18, the Declaration of Valarie Hays with Exhibits 1-23, the Declaration of Dr. Philip L. Cohen with Exhibits 1-2, the Declaration of Heather Bates, the Declaration of Dr. Michael Pick, and the Declaration of Craig Garthwaite, PhD.

AbbVie requests that the Court set a preliminary injunction hearing on the earliest possible date following expedited discovery. AbbVie will be seeking a 45-day expedited discovery schedule by separate motion as soon as AbbVie's counsel is able to confer with Defendant's counsel. AbbVie is willing and able to give security, pursuant to Rule 65(c) if the Court so orders.

Dated: May 31, 2023

Respectfully submitted,

/s/ *Valarie Hays*
Valarie Hays
Daniel E. Raymond
Stephanna F. Szotkowski (*pro hac vice*)
Nicholas C. Zebrowski (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
stephanna.szotkowski@arnoldporter.com
nicholas.zebrowski@arnoldporter.com
Telephone: (312) 583-2440
Facsimile: (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Andrew Tutt (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
jeffrey.handwerker@arnoldporter.com
andrew.tutt@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

*Counsel for Plaintiff AbbVie Inc.*

## **CERTIFICATE OF SERVICE**

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc. ("AbbVie"), hereby certifies that on May 31, 2023, I caused the foregoing **ABBVIE'S MOTION FOR PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois and served by regular mail and overnight mail on the following.

David M. Poell
Sheppard Mullin Richter & Hampton LLP
321 N. Clark Street, 32nd Floor
Chicago, Illinois 60654

By: */s/ Valarie Hays*
Valarie Hays