## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

AbbVie Inc.

                    Plaintiff,

v.                                       Case No.: 1:23−cv−02836
                                                         Honorable Jorge L. Alonso

Payer Matrix, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 22, 2023:

       MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Agreed motion for extension of preliminary injunction briefing deadlines [100] is granted. Plaintiff shall file its updated preliminary injunction brief and supporting documentation to incorporate expedited discovery by 10/11/23; Defendant shall file its response by 11/15/23; and Plaintiff shall file its reply by 12/6/23. Preliminary injunction hearing remains set for 1/4/24 at 11:00 a.m. Motion hearing date of 9/26/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.