## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Jorge L. Alonso |
| Payer Matrix, LLC | Hon. Magistrate Judge Young B. Kim |
| *Defendant*. | |

## ABBVIE INC.'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff AbbVie Inc. ("AbbVie"), by and through its undersigned counsel, moves for a preliminary injunction enjoining Defendant Payer Matrix, LLC ("Payer Matrix") from submitting and causing the submission of enrollment applications to AbbVie's Patient Assistance Program ("PAP") on behalf of ineligible patients and from continuing to make false statements to third parties about AbbVie, its PAP, its products, all of which irreparably harms AbbVie's PAP, its reputation, and goodwill and interferes with its business relationships.

In support of its motion, AbbVie submits contemporaneously herewith the accompanying Memorandum of Law in Support of AbbVie's Motion for Preliminary Injunction, the Declaration of Anne Najjar with Exhibits 1-18, the Declaration of Valarie Hays with Exhibits 1-33, 35-42, 44-46, & 51-58, 60-63, 65-71,[1] the Declaration of Dr. Philip L. Cohen with Exhibits 1-4, the Declaration of Heather Bates with Exhibits 1-8, the Declaration of Dr. Michael Pick, and the Declaration of Craig Garthwaite, PhD.

---

[1] The gaps in the exhibits are intentional due to reducing exhibit volume prior to filing.

This motion is made in advance of a hearing currently scheduled for January 4, 2024.

Dated: October 11, 2023

Respectfully submitted,

*/s/ Valarie Hays*
Valarie Hays
Daniel E. Raymond
Stephanna F. Szotkowski (*pro hac vice*)
Nicholas C. Zebrowski (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
stephanna.szotkowski@arnoldporter.com
nicholas.zebrowski@arnoldporter.com
Telephone:  (312) 583-2440
Facsimile:  (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Andrew Tutt (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
jeffrey.handwerker@arnoldporter.com
andrew.tutt@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
Telephone:  (202) 942-6103
Facsimile:  (202) 942-5999

*Counsel for Plaintiff AbbVie Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on October 11, 2023, I caused the foregoing **ABBVIE INC.'S MOTION FOR PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/ Valarie Hays*
Valarie Hays