## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AbbVie Inc.,

        *Plaintiff*,

        v.

Payer Matrix, LLC

        *Defendant*.

Civil Action No. 1:23-cv-02836

Hon. Jorge L. Alonso

Hon. Magistrate Young B. Kim

## AMENDED DECLARATION OF ANNE NAJJAR IN SUPPORT OF ABBVIE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

I, Anne Najjar, declare under penalty of perjury that the following is true and correct:

1.      I am employed by AbbVie Inc ("AbbVie"). My current position is Head of Patient Access and Independent Medical Education.

2.      I am submitting this declaration in support of AbbVie's Motion for Preliminary Injunction. Except as to matters stated upon information and belief, I have personal knowledge of the facts described herein and, if called as a witness, would competently testify to those facts.

3.      I have been the Head of Patient Access and Independent Medical Education at AbbVie since January 2022. My responsibilities in this position include overseeing the myAbbVie Assist Patient Assistance Program ("PAP"), including overseeing the application process and the eligibility requirements for entrance into the PAP.

4.      I worked at Abbott Laboratories between June 2010 and January 2013. I began my employment at AbbVie in January 2013. Prior to my current position, I held a number of different positions with AbbVie, including Head of Patient Access Programs & Global Product Donations,

Global Marketing, Gastroenterology, Global Marketing Head of Patient Experience, Global Head of Strategic Patient Outcomes, Brand Team Leader, and Director U.S. Patient Services.

### AbbVie's Drugs Have Benefitted Millions of Patients

5.    AbbVie's scientists and clinicians invested decades developing SKYRIZI® ("Skyrizi"), RINVOQ® ("Rinvoq"), and HUMIRA® ("Humira") (collectively "AbbVie's Drugs"). Skyrizi is FDA-approved to treat a number of conditions, including active psoriatic arthritis and moderate to severe plaque psoriasis. Skyrizi is also approved to treat adults with moderately to severely active Crohn's disease. Rinvoq is FDA-approved to treat a range of immune-mediated inflammatory diseases, including rheumatoid arthritis, active psoriatic arthritis, ulcerative colitis, and atopic dermatitis, among other conditions. Humira is the first fully human antibody ever approved by the FDA, and its use has been expanded into a variety of diseases and patient populations. AbbVie has invested billions of dollars in research and innovation for these drugs and continues to do so.

6.    AbbVie cares deeply about and has relationships with the patients who have benefitted from AbbVie's pioneering work developing Skyrizi, Rinvoq, and Humira. AbbVie also values its business relationships with the patients' employers, plan sponsors, and insurers who provide coverage for Skyrizi, Rinvoq, and Humira through their commercial insurance.

### AbbVie's Patient Assistance Program Provides Free Drugs to Eligible Patients

7.    AbbVie's PAP provides free drugs for financially eligible patients who are uninsured and underinsured, meaning those who have insurance but do not have coverage for the prescribed AbbVie medication or those who have coverage but are unable to afford their out-of-pocket costs.

8.    To qualify for the PAP, patients must meet four primary criteria: (1) they must have a prescription from a licensed U.S. health care provider ("HCP"), (2) limited or no health insurance

2

coverage, (3) reside in the United States, and (4) demonstrate qualifying financial need. These requirements are prominently displayed on the myAbbVie Assist PAP website.

9.      Financial need guidelines are based on the size of the patients' households and their annual income. In 2023, the annual income cutoffs for the PAP are as follows: for a household of one, $87,480; for a household of two, $118,320; for a household of three, $149,160; for a household of four, $180,000; for households larger than four, $28,320 is added for each additional dependent.

10.     To participate in the PAP, the patient or the patient's legal representative must complete the PAP application and submit it to AbbVie. One page of the application must be filled out and signed by the patient's doctor, and one page must be filled out and signed by the patient or the patient's legal representative. The patient portion requests the applicants' contact information and last four digits of their social security number, monthly household income, health insurance information, and the name of anyone the applicants authorize to speak with AbbVie representatives, along with that person's relationship to the applicants. The final page of the application sets forth the Patient Terms of Participation and certain privacy-related requirements.

11.     The Patient Terms of Participation state that the program provides free medication to "qualifying patients." The terms further state, "You will notify the program if your insurance or financial situation changes." The information requested on the PAP application and the eligibility requirements set forth on the PAP website make it clear that the program is intended solely for patients with "limited or no health insurance coverage." *See* https://www.abbvie.com/patients/patient-support/patient- assistance.html. Additionally, the Patient Terms of Participation state, "If this application has been completed by a personal

3

representative, the personal representative will provide a copy of this completed application to you."

12.     The PAP has provided Humira to eligible patients since approximately 2003 and has provided Skyrizi and Rinvoq since 2019. The PAP has helped thousands of patients receive medicines that they could not otherwise afford. In 2022, the PAP helped 200,000 patients receive their medicines. Currently, there are over 27,399 patients receiving Skyrizi, 17,453 patients receiving Rinvoq, and 71,413 patients receiving Humira through the PAP.

13.     AbbVie receives and reviews PAP applications at its office in Lake County, Illinois. AbbVie also ships immunology products, including Humira, Skyrizi, and Rinvoq, to the patients admitted to the PAP from its facility in Lake County, Illinois.

### AbbVie's Co-Pay Assistance Program

14.     Separate from the PAP, AbbVie provides financial assistance with out-of-pocket expenses, including co-pays, to commercially insured patients regardless of income.

15.     As of 2022, more than 90% of commercially insured patients utilize AbbVie's co-pay assistance program. https://www.abbvie.com/content/dam/abbvie-com2/pdfs/abbvie-esg-action-report.pdf.

16.     Using Humira as an example, with co-pay assistance, eligible commercial patients may be able to get Humira for as little as $5 a month. https://www.humira.com/humira-complete/cost-and-copay.

17.     AbbVie's co-pay assistance program is available to patients only when e those patients have coverage for the specialty drug that they are prescribed, and the copay assistance provided is solely for the benefit of the Patient

18.     Through AbbVie's investigation of Payer Matrix, it was able to determine, by August 16, 2023, that approximately 250 of the applicants for whom AbbVie denied PAP

4

admission in 2023 due to their affiliation with Payer Matrix subsequently obtained financial assistance for their specialty drug co-pays from AbbVie. This means that the patients' employers covered their specialty drug prescriptions after the PAP denial and then the patients sought AbbVie's assistance through the co-pay savings program.

19.     Attached as **Exhibit ("Ex.") 1** is a chart that lists over 250 applicants who redeemed co-pay assistance from AbbVie after they were denied admission into the PAP in 2023. The chart contains the patients' application numbers, dates AbbVie denied their application to the PAP, and the dates these same patients redeemed co-pay assistance from AbbVie after PAP denial.

**Pre-2023 PAP Activity by Payer Matrix**

20.     As part of its pre-complaint investigation of Payer Matrix, AbbVie identified 540 PAP applications that Payer Matrix submitted or caused to be submitted to AbbVie between 2021 and 2022, and AbbVie admitted most of these applicants into the PAP. Specifically, AbbVie identified 142 applications that Payer Matrix submitted or caused to be submitted in 2021 (all 142 patients were admitted, broken down as follows: 115 Humira, 15 Rinvoq, and 12 Skyrizi) and 398 applications that Payer Matrix submitted or caused to be submitted in 2022 (372 of these patients were admitted; 26 were denied; the approved were broken down as follows: 285 Humira patients; 34 Rinvoq patients; and 53 Skyrizi patients). It was expected at the time these numbers were calculated that the actual number of Payer Matrix-affiliated applications was higher due to AbbVie's difficulties in confirming Payer Matrix's involvement with patient applications.

21.     Payer Matrix was identified as being affiliated with these 2021 and 2022 applications in one or more of the following ways: (1) the names of known Payer Matrix representatives were identified on the PAP applications themselves, listed as the patients' "care coordinators;" (2) Payer Matrix representatives sent correspondence to the PAP team about the applications; and/or (3) Payer Matrix called myAbbVie Assist and spoke to a member of our call

5

team to discuss the status of the applications or medicine delivery. These calls are recorded, and the call team makes written notations in the system to document the purpose of the calls.

22.     **Ex. 2** is a true and accurate copy of a sample blank application from 2021 that had to be completed to apply to the PAP for Humira. The PAP applications for Skyrizi and Rinvoq are almost identical, and the 2022 applications were the same as well. In addition to a completed application, Payer Matrix typically submits documentation regarding the patients' household income and a letter from the patient's plan sponsor, employer or insurer stating that the requested drug was excluded from coverage. **Ex. 2(a)** contains true and accurate copies of samples of the types of letters Payer Matrix submitted with the patients' applications. **Ex. 2(b)** is a true and accurate copy of Payer Matrix's Patient Authorization Form that a patient's health care provider happened to include with the PAP application materials it sent to AbbVie in September 2022. The form states that patients participating in Payer Matrix's program are required to provide "financial, insurance, and/or medical information" to Payer Matrix upon request. **Ex. 2(c)** is Payer Matrix's Program Enrollment and Communication Consent Form, which the same health care provider sent to AbbVie in September 2022. It seeks permission in part for Payer Matrix to contact the patient and also requests the name and contact information for one of the patient's household members who Payer Matrix could contact to confirm each medicine delivery.

23.     In admitting these patients into the PAP in 2021 and 2022, AbbVie relied on Payer Matrix's representation that these patients were uninsured for the requested drug through the coverage "exclusion."

### 2023 PAP Activity by Payer Matrix

24.     On January 2, 2023, AbbVie updated its PAP eligibility requirements described on its PAP website to state, "Patients with commercial insurance plans requiring them to apply to myAbbVie Assist as a condition of, requirement for, or prerequisite to coverage of relevant

AbbVie products commonly known as alternate funding programs, are not eligible for myAbbVie Assist."

25.     On January 30, 2023, AbbVie incorporated the updated Patient Terms of Participation on the PAP application, which is available on the myAbbVie Assist website page for the PAP. **Ex. 3** is a true and accurate copy of a sample blank application from 2023 that had to be completed to apply to the PAP for Humira The updated terms state in part:

> Patients with insurance plans or employers participating in an alternate funding program (also sometimes referred to as patient advocacy programs, specialty networks, SHARx, Paydhealth, or Payer Matrix, among other names) requiring them to apply to a manufacturer's patient assistance program or otherwise pursue specialty drug prescription coverage through an alternate funding vendor as a condition of, requirement for, or prerequisite to coverage of relevant AbbVie products, or that otherwise denies, restricts, eliminates, delays, alters, or withholds any insurance benefits or coverage contingent upon application to, or denial of eligibility for, specialty drug prescription coverage through the alternate funding program are not eligible for the myAbbvie Assist program. You agree to inform myAbbVie Assist if you are a member of such an insurance plan or if you are applying to myAbbVie Assist on behalf of a patient who is a member of such an insurance plan.

26.     Once AbbVie implemented the new PAP application, we found many of the patients identified as working with Payer Matrix continued to use the old PAP application form. In mid-May, 2023, AbbVie modified its PAP database such that only the new application form will be accepted by the system.

27.     On February 8, 2023, AbbVie sent a letter to Payer Matrix's CEO, Jason P. Cofone, to personally notify him of AbbVie's updated Patient Terms of Participation. The letter was delivered on February 10, 2023. A true and accurate copy of AbbVie's letter to Jason P. Cofone is attached as **Ex. 4.** A true and accurate copy of the proof of service, dated February 10, 2023, is attached as **Ex. 5.**

28.    On April 12, 2023, Payer Matrix's chief business officer sent an email to AbbVie employees stating in part, "[W]e are not advocating any longer for Humira patients (effective January of this year)." A true and accurate copy of this email is attached as **Ex. 6.**

29.    To enforce its new Patient Terms of Participation, AbbVie began investigating PAP applications for suspected Payer Matrix affiliation. AbbVie caught several hundred attempts by Payer Matrix to enroll ineligible patients into the PAP between January 2, 2023 and May 9, 2023, and AbbVie issued PAP application denial letters to these patients.

**AbbVie's Investigation of Payer Matrix's 2023 Activity**

30.    For some of the applications that were denied in 2023, the PAP team obtained direct evidence of Payer Matrix's involvement in the applications. Other applications required more investigation to identify Payer Matrix's potential involvement. It appears, based on the initial inconsistencies in concealment tactics, that Payer Matrix representatives' awareness of the methods they needed to utilize to conceal their identities from AbbVie grew through the early weeks of 2023 and the extent of their concealment efforts escalated as well.

31.    The direct evidence of Payer Matrix's involvement in 2023 application submissions include correspondence from Payer Matrix to myAbbVie Assist, such as fax cover sheets and recordings of phone calls Payer Matrix representatives made to the myAbbVie Assist phone line. Payer Matrix representatives also were sometimes still listed as "care coordinators" in the PAP applications, but this practice gradually dissipated in early 2023.

32.    Since Payer Matrix continued to submit PAP applications after AbbVie explicitly banned its participation in January 2023, AbbVie sent a letter to Payer Matrix's CEO on February 10, 2023, which reminded him of the new Patient Terms of Participation. *See* **Ex. 4.** Since that time, AbbVie's investigation identified at least 55 applications that Payer Matrix submitted or caused to be submitted to the PAP. These applications fall into two categories: (1) applications for

8

which my team and I have identified direct evidence of Payer Matrix involvement, and (2) applications for which my team and I have identified circumstantial evidence linking the patients to Payer Matrix. This circumstantial evidence includes, for example, (1) members of AbbVie's PAP team speaking to the patients' health insurance company or Pharmacy Benefit Manager ("PBM") and confirming that the patients' health insurance plans required them to use Payer Matrix to obtain specialty medication and (2) patients submitting annual PAP renewal applications in 2023 that did not reveal Payer Matrix involvement but having applications in our system for earlier years showing Payer Matrix involvement. Ex. 7 is a chart that Arnold & Porter prepared and I checked against the documents, the PAP team completed a full benefit investigation on these patients to confirm Payer Matrix involvement based on this circumstantial evidence. The chart fairly and accurately summarizes the direct evidence of continued Payer Matrix involvement that we have collected to date for ten sample applications. Column A sets forth the patients' application numbers; Column B sets forth a date that AbbVie received at least some of the application materials for the patient; Column C summarizes the evidence linking the patients to Payer Matrix; and the remaining columns further break down that evidence into categories.

### Payer .Matrix's Concealment Efforts

33.     Since AbbVie updated its Patient Terms of Participation in January 2023 and began denying admission to patients believed to be working with Payer Matrix, Payer Matrix representatives have engaged in a number of efforts to hide their continued involvement in the PAP. This declaration includes several examples that we identified, as detailed below.

34.     On February 13, 2023, Patient ███████████ disclosed to a PAP call team member that Payer Matrix directed her to call myAbbVie Assist to check on the status of her application. Prior to 2023, Payer Matrix's standard practice was to call myAbbVie Assist directly to check on the status of applications.

9

35.     In 2021 and 2022, Payer Matrix representatives also commonly identified themselves in Section 8 of the PAP application as a person with whom .the patient authorized myAbbVie Assist to speak regarding the patient's application. They would include their name, title of "care coordinator, and phone number. Payer Matrix began to change that practice in 2023. For example, on January 30, 2023, a Payer Matrix representative submitted a PAP application to AbbVie on behalf of Patient ███████. This Payer Matrix representative had been working with the patient on the application process since at least January 17, 2023 (*see* **Ex.17**). It appears that the representative's title of "care coordinator" and phone number had originally been included in Section 8 of this patient's application, but they were whited out before submission to AbbVie. **Ex. 18** is a fair and accurate copy of that application. Both the "care coordinator" title and the phone number were methods AbbVie began using in 2023 to identify Payer Matrix involvement.

36.     Similarly, on February 15, 2023, a doctor submitted a PAP application to AbbVie on behalf of Patient █████. Despite the fact that this patient had been working with a Payer Matrix representative on the application process since at least January 17, 2023 (*see* **Ex. 8),** the representative's name was not included on the PAP application in Section 8. Furthermore, it appears that a representative's name had originally been included in Section 8, but it was whited out before submission to AbbVie. **Ex. 9** is a fair and accurate copy of that application.

37.     On or about April 5, 2023, a doctor faxed a complete PAP application to AbbVie, both the doctor and patient pages of the application, on behalf of Patient █████. Included with the application was a fax cover sheet that "Ana" from Payer Matrix had previously sent to the doctor on April 5. The fax from Ana stated in part, "Please date MD portion and fax to patient asst. program at 1-866-250-2803. *MyAbbVie will only receive program application form MD office.* Any questions call me. Please send back with confirmation of fax" (emphasis added). **Ex. 10** is a

10

fair and accurate copy of the fax transmission. The Payer Matrix representative's statement that myAbbVie Assist will only accept PAP applications from doctors is inaccurate. Indeed, Payer Matrix submitted the applications directly to AbbVie on a regular basis prior to 2023.

38.     We identified five different occasions in 2023 when a Payer Matrix representative called AbbVie's PAP team directly but pretended to be calling as an employee of the patient's doctor's office. I have personally reviewed the recordings of these calls.

a.     On January 17, 2023, a Payer Matrix representative called myAbbVie Assist on behalf of Patient ███████ and claimed she was from the patient's doctor's office. Later in the call, when a PAP team member questioned her representation about being from the doctor's office and explicitly asked her if she was from Payer Matrix, only then did she admit that she was from Payer Matrix, not the patient's doctor's office. At that point, she changed her position and said that she worked "hand-in-hand" with the doctor's office.

b.     On April 12, April 17, and May 2, 2023, an individual called myAbbVie Assist three times on behalf of Patient ███████ claiming that she was "Mia" with the patient's doctor's office. "Mia" requested information about the patient's application and claimed that she had not received the patient's PAP denial. During the call on May 2, 2023, she requested that AbbVie fax her a copy of the denial to a number that was different than the patient's doctor's office fax number that AbbVie had on file. The individual disconnected the call after an AbbVie representative told her that the new number she was providing was affiliated with Payer Matrix.

11

c.  On April 18, 2023, a woman called myAbbVie Assist to request information about Patient ████████. She claimed to be "Maggie" from the patient's dermatology center and promised to send AbbVie updated copies of the patient's insurance documents. That same day, myAbbVie Assist received copies of the patient's insurance documents from a Payer Matrix fax number. **Ex. 11** is a true and accurate copy of the insurance documents that a Payer Matrix care coordinator faxed to AbbVie on April 18, 2023.

### Patient Confusion

39.  During conversations with AbbVie representatives, patients have demonstrated a lack of understanding about Payer Matrix's program and how the patients in Payer Matrix's program are being represented to AbbVie. This declaration includes several examples, as detailed below.

40.  On February 15, 2023, Patient ████████ told a PAP team representative that she has never heard of Payer Matrix, even though Payer Matrix had submitted a PAP application on her behalf on January 9, 2023. The patient's affiliation with Payer Matrix was confirmed when a PAP team representative contacted the patient's health insurance company and a representative at the insurance company stated that the patient "needs to contact Payer Matrix."

41.  In approximately early April 2023, I had a telephone conversation with Patient ████████. AbbVie denied this patient admission into the PAP on February 20, 2023. The patient confirmed that after AbbVie denied her admission into the PAP, her husband's insurance continued to cover her Skyrizi prescription. She expressed a lack of understanding regarding why Payer Matrix submitted her PAP application in the first place. She explained that she has always received her medication with a $5 co-pay through her husband's insurance.

42.    On May 11, 2023, I had a telephone conversation with Patient ███████ .

AbbVie denied this patient admission into the PAP on March 7, 2023. He stated that Payer Matrix

never told him that it was going to represent him as uninsured for Humira in the PAP application.

He further stated that Payer Matrix "pushed him hard" to apply to the PAP and said he would not

get his medication until he applied. The patient further explained that he told Payer Matrix that his

income was too high to be eligible for the PAP, but Payer Matrix still insisted that he apply. This

patient's PAP application showed that he earned an annual income of $24,000. When I asked him

about this income representation, he said that he was not aware that the PAP application reported

this income amount. He further stated that he never gave Payer Matrix this income figure. The

financial records sent to AbbVie's PAP team after his application was submitted with the $24,000

figure showed that his annual income was actually over $200,000.

### Payer Matrix's Communication With Doctors and Patients About Switching Medications and AbbVie's PAP

43.    During our investigation, we learned of approximately eight instances in which

Payer Matrix tried to convince doctors and patients to switch from their prescribed AbbVie drug

to another medication by utilizing false and misleading information, as detailed below.

44.    On March 14, 2023, Payer Matrix faxed a message to a doctor of Patient ██████

██████ . The fax stated in part:

> Patients [on] Humira no longer [have] coverage under the patient's plan benefits.
> We are also finding that assistance through the manufacture[r], ABBVIE, is no
> longer available for those with self-funded plans. Is there another alternative
> therapy you would like to try? Listed below are the medications/manufacturers that
> are on our formulary for Rheumatoid Arthritis, and we work with regularly. We can
> assist with coordinating their benefits.

A true and accurate copy of this fax is attached as **Ex. 12.** Contrary to Payer Matrix's

representations in the fax, AbbVie did not make any changes to its PAP eligibility requirements

other than to prohibit the involvement of Payer Matrix and similar alternate funding vendors. The

doctor's office also reported to AbbVie that Payer Matrix called and texted their office multiple times "harassing" them about switching the patient's medication.

45.     On March 16, 2023, myAbbVie Assist received a letter from a health care professional ("HCP") on behalf of Patient ▮▮▮▮▮▮. The HCP explained that she had received prior authorization for her patient's Rinvoq prescription from the patient's insurer for the period February 17, 2023 through August 16, 2023. Despite receiving this authorization from the insurer, Payer Matrix subsequently called her in April 2023 and. told her that the medication was not "medically necessary" for the patient, and therefore, was not approved to fill. Payer Matrix further stated that her patient "needed to change medications because My Abbvie refuses to help patient with free drug due to being commercially insured." Payer Matrix gave her a list of alternative medications and said that with the alternative medications, the patient can get assistance. A true and accurate copy of this letter is attached as **Ex. 13.** Contrary to Payer Matrix's representations in the letter, AbbVie's PAP does not "refuse to help" patients with free drugs because they are commercially insured. In fact, as detailed below, AbbVie has brought the current action, in large part, to protect the PAP for the legitimately underinsured patients who need the PAP.

46.     On April 28, 2023, a medical assistant contacted an AbbVie immunology specialist to report that she recently received a call from Payer Matrix during which the representative asked her to change one of her patient's Humira prescription to another medication. The Payer Matrix representative further claimed that AbbVie would not give the medication to the patient at no cost and the manufacturer of the proposed new medication would provide it for free. The medical assistant declined Payer Matrix's request.

47.     In approximately early April 2023, I spoke by telephone to Patient ████████ ████. Her Rinvoq PAP application was denied on January 11, 2023 because she was believed to be working with the Payer Matrix program. She reported that after AbbVie denied her admission into the PAP, she was switched to a different medication, namely Enbrel.

48.     On May 11, 2023, I spoke to a medical assistant at Patient ████████ doctor's office. The medical assistant explained that Payer Matrix asked the doctor to switch Patient McDonald's medicine from an AbbVie drug to another drug because the AbbVie drug was "100% patient responsibility." Shortly after the doctor changed the patient's prescription, as Payer Matrix requested, Payer Matrix contacted the office again and stated that the patient was now 100% responsible for the new medication as well. Payer Matrix requested that the office complete an application on behalf of this patient for enrollment in a manufacturer's assistance program for the new medication. The medical assistant further explained that the office was familiar with Payer Matrix because it "randomly faxe[d]" things, called the office daily to ask for PAP paperwork, and tried to bypass insurance to get drug companies to pay for medicine.

49.     On May 11, 2023, I spoke with Patient ████████. He reported that after AbbVie denied his admission into the PAP, he was switched from an AbbVie drug to a different medication. He further stated that he did not remember Payer Matrix ever telling him that they were going to represent him as uninsured to AbbVie in his PAP application.

50.     On May 11, 2023, I spoke to Patient ████████. He reported that Payer Matrix asked him to switch from Humira to a different medication after AbbVie denied his admission into the PAP. His doctor refused to switch his medication, and his insurance is still paying for Humira. He further stated that he did not remember the Payer Matrix representatives ever telling him that they were going to represent him as uninsured for Humira in his PAP application.

15

51.     On or about May 18, 2023, AbbVie received a copy of an email that a Payer Matrix employee sent to Patient ███████ on May 12, 2023. The Payer Matrix employee stated in the letter that she contacted the patient's doctor about switching her medication to one that "offers alternate funding choices that you could apply to assist you financially ... ***AbbVie medication (Humira, Skyrizi, and Rinvoq) do not offer patient assistance programs….*** Lower cost medications, flexible copays or additional alternate funding options will only be available with a non-AbbVie medication and your only solution to minimizing the out-of-pocket costs substantially" (emphasis added). A true and accurate copy of this email is attached as **Ex. 14.** Contrary to Payer Matrix's representations, AbbVie does offer patient assistance programs to eligible patients, along with co- pay assistance for commercially insured patients.

**Evidence of Medicine Delays and Burden for Patients Working With Payer Matrix**

52.     The PAP call center team has spoken to a number of patients working with Payer Matrix who were worried about getting their medication on time, were already overdue for their medication, or were dealing with other burden caused by the applications Payer Matrix submitted on their behalf. I have reviewed these call recordings and/or reviewed the call notes. Specifically:

   a.     On May 19, 2023, Patient ███████ called the PAP team and stated that she only had one dose of her medication left. AbbVie was unable to evaluate her PAP application for nearly a month due to discrepancies with an electronic signature on her application documents. AbbVie confirmed her affiliation with Payer Matrix because a Payer Matrix-affiliated "care coordinator" was listed on her application.

   b.     On April 25, 2023, Patient ███████ called the PAP team and reported that she needed "urgent" medication. She was denied enrollment after more than five months of waiting due to Payer Matrix's delays in sending AbbVie

16

supporting documents. AbbVie confirmed her affiliation with Payer Matrix because a Payer Matrix-affiliated "care coordinator" was listed on her application.

c.  On March 17, 2023, the PAP team determined that the income reported for Patient ███████ on her PAP application was lower than the income reported on her income verification documentation.  On March 22, 2023, the patient confirmed that her actual income was higher than the what had been reported on her application. A Payer Matrix-affiliated "care coordinator" was listed as the HIPAA contact on the patient's PAP application, which was sent to AbbVie on February 11, 2023.  The patient's PAP application was denied due to her affiliation with Payer Matrix.

d.  On February 27, 2023, Patient ███████ called the PAP team and requested expedited evaluation of her application due to a concern that she would not get her medication on time. Her affiliation with Payer Matrix was confirmed because AbbVie received a fax from a Payer Matrix "care coordinator" on February 17, 2022.

e.  On February 21, 2023, Patient ███████ called the PAP team and requested expedited evaluation of her application due to a concern that she would not get her medication on time. AbbVie confirmed her affiliation with Payer Matrix because it received a fax from a Payer Matrix phone number containing the patient's application materials arid a Payer Matrix-affiliated "care coordinator" was listed on her application.

f.     On February 23, 2022, Patient ████████ called and stated that he was very frustrated dealing with medicine delays. His affiliation with Payer Matrix was confirmed by call notes showing that a Payer Matrix representative called the PAP team on behalf of this patient.

g.     On January 26, 2023, Patient ████████ called the PAP team and requested expedited evaluation of her application due to a concern that she would not get her medication on time. AbbVie confirmed her affiliation with Payer Matrix because a Payer Matrix-affiliated "care coordinator" was listed on her application, and call notes demonstrate that the same Payer Matrix representative called the PAP team on behalf of this patient.

h.     On January 25, 2023, Patient ████████' HIPAA contact called the PAP team and requested expedited evaluation of his application due to a concern that he would not get his medication on time. The HIPAA contact noted that the patient was due for another dose of medicine in a few days. AbbVie confirmed his affiliation with Payer Matrix because a Payer Matrix-affiliated "care coordinator" was listed on his application, and call notes demonstrate that the same Payer Matrix representative called the PAP team on behalf of this patient.

i.     On December 19, 2022, Shelly Powell from Payer Matrix called the PAP team twice on behalf of Patient ████████ and requested expedited evaluation of her application. She indicated that the patient badly needed her medication.

j.      On November 22, 2022, Sharnay Reid from Payer Matrix called the PAP to check on the status of patient ██████████ application. The Payer Matrix employee stated that the patient was out of medication and needed the medication as soon as possible. AbbVie confirmed her affiliation with Payer Matrix because her insurance company sent AbbVie a letter on November 15, 2022 that directed any questions about Humira coverage to Payer Matrix.

53.      Additionally, in early April 2023, I spoke to Patient ██████████ on the telephone. She reported that after AbbVie denied her PAP application on February 7, 2023, she still had not received her Humira medication through the Payer Matrix program. She said that she was currently going through the prior authorization process. AbbVie confirmed her affiliation with Payer Matrix because it received the patient's renewal PAP application in a fax from a Payer Matrix "care coordinator" on January 31, 2023.

**Payer Matrix Is Misleading Consumers to Believe It Has a Relationship With AbbVie**

54.      On or about January 5, 2022, AbbVie's Policy and Analytics team discovered that Payer Matrix falsely advertised in a webinar that was posted on YouTube that it "partners" with AbbVie and other drug manufacturers. The webinar was posted online between at least March 2021 and January 2022 and was taken down in response to a trademark claim made by one of the other pharmaceutical manufacturers that Payer Matrix falsely named as a "partner" in the webinar. AbbVie's Policy and Analytics team took a screenshot of the relevant page of the webinar. **Ex. 15** is a fair and accurate copy of that screenshot.

55.      On or about May 2, 2023, a customer informed AbbVie's Director of National Employer Accounts that he had received a copy of a recent power point presented by Payer Matrix, and he forwarded a screenshot of one of the slides that referenced AbbVie. Specifically, the slide

has Payer Matrix's logo in the bottom right corner. The top of the slide states, "We partner with top manufacturers." AbbVie is listed at the bottom of the slide as one of the manufacturers with which Payer Matrix purportedly partners. **Ex.16** is a fair and accurate depiction of that screenshot.

56.     Payer Matrix has no business relationship or partnership with AbbVie, and Payer Matrix's program has no sponsorship or approval by AbbVie.

57.     On May 15, 2023, Patient ▇▇▇▇▇▇▇ called myAbbVie Assist and spoke to a PAP representative. During that call, the patient expressed confusion about Payer Matrix's role and her insurance coverage. She also explained that she was previously denied admission into the PAP in 2023, but a Payer Matrix representative told her it was a mistake and to reapply. Finally, she stated that she always believed that Payer Matrix worked with AbbVie.

58.     AbbVie cares deeply that patients have a positive experience with the PAP, but Payer Matrix's recent actions have had a significant negative impact on patients' PAP experience, including denials of enrollment that they do not understand. Based on the PAP team's communications with these patients, it appears Payer Matrix is telling them that the PAP is their only source for their AbbVie drugs. The fact that Payer Matrix is assisting them at all demonstrates these patients' ineligibility for the PAP. Payer Matrix commonly directs the denied patients, who are oftentimes upset, frustrated, and very concerned about not getting their medicines on time, to call the PAP and ask why they were denied. Payer Matrix has put the PAP call team in a difficult situation of trying to answer these patients' questions about their insurance coverage and Payer Matrix's program when they do not have access to all of the information needed to answer these questions—that lies with Payer Matrix and its clients.

**Payer Matrix's Misconduct Jeopardizes the Sustainability of AbbVie's PAP**

59.     Payer Matrix's conduct jeopardizes the sustainability of AbbVie's PAP, especially for underinsured patients who depend on the PAP for their medicines.

20

60.     AbbVie's PAP receives an annual budget. The PAP uses these funds to pay for the cost of the drugs that are shipped to patients in the PAP and the costs of administering the program, among other expenses.

61.     Like any business unit, the PAP does not have an unlimited budget. Therefore, if PAP funds are diverted to ineligible patients, it creates the risk that eligible patients will not get the drugs they need—the larger the fraud volume, the greater the risk. In 2022, PAP expenditures exceeded the budget. Approximately $2,000,000 of the overage was caused by patients affiliated with alternate funding programs, and a significant portion of those applicants were Payer Matrix-affiliated applicants who AbbVie admitted into the PAP based on Payer Matrix's representation that the patients were uninsured for specialty drugs. In 2022, AbbVie approved the PAP taking funds earmarked for another business purpose and transferring them to the PAP to address the overage. This was done to ensure that patients who truly need the PAP to receive their medications were able to be enrolled, but a business unit cannot assume that it will be permitted to exceed the budget on a regular basis, especially if the reason for the overage is fraudulent conduct by a third-party.

62.     The specialty drug patients who are most at risk of losing the benefit of AbbVie's PAP due to Payer Matrix's scheme are those patients who are commercially insured but have high out-of-pocket costs, meaning they have health insurance coverage through their employer plans but the plans require a patient contribution that is unaffordable for the patient. Legitimately underinsured patients typically make up approximately ten percent or less of the PAP participants. The rest of the patients are either governmentally insured (i.e., Medicare or Medicaid) or fully uninsured. However, as Payer Matrix's scheme has grown, the percentage of patients in the PAP with some form of commercial insurance also has grown rapidly.

63.     The easy solution for AbbVie to stop Payer Matrix's fraud would be to ban all patients with any form of commercial health insurance from AbbVie's PAP. This, however, would result in those patients who are legitimately underinsured losing access to their medicines. There are currently approximately 1,600 patients who AbbVie believes are legitimately underinsured in the PAP. Instead of cutting off these patients, which is counter to our culture as we want all patients who need our medicines to be able to access them, AbbVie attempted a ban on Payer Matrix and similar alternate funding vendor programs. We took this step because AbbVie puts patients first, and we want to try to protect the PAP for the small percentage of patients who enter the PAP with some form of commercial insurance but truly qualify as underinsured.

64.     But this effort has resulted in an unsustainable use of the PAP team's resources due to Payer Matrix's attempts to circumvent the ban. Since early 2023, AbbVie's PAP team has spent substantial time and resources trying to identify Payer Matrix's and other alternate funding vendors' attempts to circumvent the ban. It is not a realistic option for the PAP team to continue investigating each application for fraud. Unless the continuing fraudulent conduct is stopped, there is a high risk that within the next year, AbbVie will have to cut off the PAP program for all commercially insured patients, even those who are legitimately underinsured, because the costs of trying to decipher between Payer Matrix's ineligible patients and the truly underinsured patients will be too high or not possible. Some pharmaceutical companies have recently changed their patient assistance program terms and conditions to exclude all patients with any form of commercial insurance.

65.     Payer Matrix's scheme also harms truly eligible specialty drug patients by slowing down AbbVie's PAP application processing time. For example, for approximately four months in 2023, investigating the applications for Payer Matrix involvement put the PAP team an average of

22

8-15 days behind with respect to application processing time. This means that truly eligible uninsured and underinsured patients had to wait longer to get their medication due to Payer Matrix's misconduct. AbbVie had to add more resources to reduce the extended processing times.

66.     By enforcing its new Patients Terms of Participation through investigation in 2023, AbbVie caught hundreds of attempts by Payer Matrix to enroll ineligible patients into the PAP. However, AbbVie was unable to determine how many ineligible patients Payer Matrix successfully entered into the PAP in 2023 due to Payer Matrix's concealment efforts.

### Payer Matrix's Misconduct Also Harms AbbVie's Commercial Business

67.     In addition to threatening the sustainability of the PAP for underinsured patients, Payer Matrix's conduct causes interference with AbbVie's business relationships and lost sales. When employers join Payer Matrix's program, they stop paying AbbVie for their employees' specialty drugs and shift their medicine coverage responsibilities to AbbVie's PAP. These are relationships for which AbbVie had an expectation of continuing business, specifically their continued purchase of AbbVie's drugs as part of their health insurance plans.

### Payer Matrix's Representations About AbbVie's PAP Are Not Accurate

68.     I understand that the Complaint alleges that Payer Matrix has informed certain third parties that AbbVie's PAP or AbbVie generally financially benefits from Payer Matrix's utilization of the PAP through (1) tax deductions, (2) increasing the number of patients taking AbbVie's drugs, and (3) support for AbbVie's lobbying efforts. These statements are not accurate.

69.     I further understand that the Complaint alleges that Payer Matrix has informed certain third parties that the PAP funds are overfunded and under-utilized and that AbbVie receives grant money for the PAP. These statements are not accurate.

23

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9th, 2023

Respectfully submitted,

Anne Najjar

# Exhibit 1

| Patient Number | Application: Application Number | Eligibility Decision Date | Last Redemption Date |
|---|---|---|---|
| 1 | 675358 | 3/6/2023 | 9/11/2023 |
| 2 | 668618 | 3/10/2023 | 5/2/2023 |
| 3 | 694727 | 3/27/2023 | 9/26/2023 |
| 4 | 661357 | 1/25/2023 | 8/15/2023 |
| 5 | 668649 | 2/6/2023 | 3/28/2023 |
| 6 | 667862 | 1/26/2023 | 4/7/2023 |
| 7 | 654056 | 2/13/2023 | 2/14/2023 |
| 8 | 672824 | 2/15/2023 | 9/14/2023 |
| 9 | 664495 | 1/11/2023 | 3/14/2023 |
| 10 | 669961 | 2/9/2023 | 9/7/2023 |
| 11 | 698469 | 4/5/2023 | 9/5/2023 |
| 12 | 673005 | 1/25/2023 | 4/11/2023 |
| 13 | 668789 | 2/6/2023 | 9/13/2023 |
| 14 | 673411 | 3/7/2023 | 6/16/2023 |
| 15 | 662182 | 1/25/2023 | 9/27/2023 |
| 16 | 676146 | 2/28/2023 | 9/27/2023 |
| 17 | 659500 | 2/16/2023 | 3/7/2023 |
| 18 | 674978 | 2/7/2023 | 3/30/2023 |
| 19 | 676951 | 3/2/2023 | 3/6/2023 |
| 20 | 671565 | 2/2/2023 | 2/27/2023 |
| 21 | 660223 | 1/12/2023 | 2/6/2023 |
| 22 | 616381 | 1/31/2023 | 8/29/2023 |
| 23 | 662417 | 2/5/2023 | 9/22/2023 |
| 24 | 668497 | 3/1/2023 | 8/17/2023 |
| 25 | 665946 | 1/18/2023 | 5/10/2023 |
| 26 | 671158 | 2/13/2023 | 5/24/2023 |
| 27 | 660595 | 1/10/2023 | 3/13/2023 |
| 28 | 666800 | 2/9/2023 | 10/2/2023 |
| 29 | 671420 | 2/13/2023 | 2/28/2023 |
| 30 | 668634 | 2/6/2023 | 8/25/2023 |
| 31 | 666982 | 1/19/2023 | 9/19/2023 |
| 32 | 664523 | 2/1/2023 | 5/8/2023 |
| 33 | 667960 | 2/3/2023 | 3/16/2023 |
| 34 | 651729 | 2/9/2023 | 3/7/2023 |
| 35 | 674306 | 2/19/2023 | 8/31/2023 |
| 36 | 669618 | 2/7/2023 | 5/4/2023 |
| 37 | 678544 | 2/13/2023 | 6/1/2023 |
| 38 | 687211 | 3/20/2023 | 9/20/2023 |
| 39 | 665141 | 1/25/2023 | 9/5/2023 |
| 40 | 667264 | 2/1/2023 | 3/16/2023 |
| 41 | 701180 | 4/13/2023 | 5/24/2023 |
| 42 | 673731 | 2/20/2023 | 8/9/2023 |
| 43 | 674682 | 2/20/2023 | 4/18/2023 |
| 44 | 668981 | 2/6/2023 | 7/19/2023 |
| 45 | 670960 | 2/6/2023 | 2/10/2023 |

| | | | |
|---|---|---|---|
| 46 | 664048 | 2/2/2023 | 3/10/2023 |
| 47 | 701782 | 4/11/2023 | 9/17/2023 |
| 48 | 709495 | 4/26/2023 | 9/26/2023 |
| 49 | 680136 | 2/2/2023 | 10/2/2023 |
| 50 | 660733 | 1/26/2023 | 2/28/2023 |
| 51 | 676800 | 3/2/2023 | 7/16/2023 |
| 52 | 676537 | 3/3/2023 | 9/25/2023 |
| 53 | 668116 | 2/3/2023 | 9/19/2023 |
| 54 | 664556 | 1/30/2023 | 9/29/2023 |
| 55 | 677522 | 2/3/2023 | 6/9/2023 |
| 56 | 674126 | 1/25/2023 | 1/30/2023 |
| 57 | 670094 | 1/26/2023 | 7/25/2023 |
| 58 | 673788 | 2/17/2023 | 7/10/2023 |
| 59 | 673936 | 2/15/2023 | 5/24/2023 |
| 60 | 681859 | 4/11/2023 | 6/5/2023 |
| 61 | 667275 | 2/1/2023 | 2/10/2023 |
| 62 | 677622 | 3/3/2023 | 3/16/2023 |
| 63 | 668739 | 1/25/2023 | 3/23/2023 |
| 64 | 697904 | 3/31/2023 | 9/3/2023 |
| 65 | 646128 | 2/2/2023 | 9/11/2023 |
| 66 | 682135 | 3/8/2023 | 8/22/2023 |
| 67 | 659954 | 2/2/2023 | 9/14/2023 |
| 68 | 694600 | 3/28/2023 | 6/9/2023 |
| 69 | 670669 | 2/12/2023 | 9/14/2023 |
| 70 | 667530 | 2/2/2023 | 6/22/2023 |
| 71 | 666698 | 1/25/2023 | 9/7/2023 |
| 72 | 663747 | 2/2/2023 | 9/15/2023 |
| 73 | 662031 | 2/9/2023 | 4/18/2023 |
| 74 | 667498 | 1/24/2023 | 5/12/2023 |
| 75 | 657573 | 1/27/2023 | 9/28/2023 |
| 76 | 670128 | 2/6/2023 | 9/5/2023 |
| 77 | 677647 | 4/19/2023 | 8/16/2023 |
| 78 | 688806 | 3/21/2023 | 3/23/2023 |
| 79 | 667291 | 2/2/2023 | 8/21/2023 |
| 80 | 662179 | 1/27/2023 | 9/5/2023 |
| 81 | 650907 | 1/13/2023 | 9/13/2023 |
| 82 | 680683 | 3/8/2023 | 9/19/2023 |
| 83 | 676696 | 3/3/2023 | 4/4/2023 |
| 84 | 668226 | 2/3/2023 | 5/3/2023 |
| 85 | 670447 | 2/16/2023 | 2/21/2023 |
| 86 | 674690 | 2/20/2023 | 6/14/2023 |
| 87 | 666096 | 1/18/2023 | 5/18/2023 |
| 88 | 669461 | 2/7/2023 | 9/25/2023 |
| 89 | 666412 | 2/10/2023 | 7/10/2023 |
| 90 | 667990 | 2/3/2023 | 4/11/2023 |
| 91 | 667318 | 2/2/2023 | 8/17/2023 |
| 92 | 667910 | 2/3/2023 | 3/1/2023 |

| 93 | 665519 | 2/13/2023 | 3/24/2023 |
|-----|--------|-----------|-----------|
| 94 | 653576 | 1/11/2023 | 3/13/2023 |
| 95 | 698428 | 4/3/2023 | 9/6/2023 |
| 96 | 658892 | 1/17/2023 | 9/6/2023 |
| 97 | 658590 | 3/1/2023 | 9/27/2023 |
| 98 | 669297 | 2/7/2023 | 7/13/2023 |
| 99 | 665576 | 1/31/2023 | 5/22/2023 |
| 100 | 671452 | 2/13/2023 | 5/19/2023 |
| 101 | 674281 | 2/28/2023 | 9/15/2023 |
| 102 | 666749 | 2/15/2023 | 4/10/2023 |
| 103 | 680129 | 2/3/2023 | 4/20/2023 |
| 104 | 672116 | 1/22/2023 | 4/12/2023 |
| 105 | 681827 | 2/12/2023 | 9/11/2023 |
| 106 | 669544 | 3/3/2023 | 6/28/2023 |
| 107 | 680559 | 3/19/2023 | 9/20/2023 |
| 108 | 667089 | 1/29/2023 | 9/19/2023 |
| 109 | 667105 | 1/29/2023 | 5/16/2023 |
| 110 | 668450 | 2/15/2023 | 9/26/2023 |
| 111 | 670519 | 2/13/2023 | 5/16/2023 |
| 112 | 667493 | 2/2/2023 | 9/13/2023 |
| 113 | 672400 | 2/24/2023 | 9/19/2023 |
| 114 | 669208 | 2/7/2023 | 4/4/2023 |
| 115 | 665297 | 1/18/2023 | 9/5/2023 |
| 116 | 672841 | 3/9/2023 | 9/18/2023 |
| 117 | 683267 | 2/27/2023 | 6/15/2023 |
| 118 | 662910 | 3/2/2023 | 3/4/2023 |
| 119 | 642829 | 1/26/2023 | 6/21/2023 |
| 120 | 667544 | 2/3/2023 | 9/25/2023 |
| 121 | 667545 | 2/3/2023 | 9/26/2023 |
| 122 | 671885 | 2/14/2023 | 9/18/2023 |
| 123 | 673483 | 2/16/2023 | 3/23/2023 |
| 124 | 666913 | 2/2/2023 | 8/18/2023 |
| 125 | 666002 | 2/7/2023 | 6/6/2023 |
| 126 | 639029 | 1/25/2023 | 8/21/2023 |
| 127 | 676836 | 3/2/2023 | 9/26/2023 |
| 128 | 659200 | 1/24/2023 | 4/12/2023 |
| 129 | 669177 | 2/7/2023 | 9/13/2023 |
| 130 | 683023 | 3/20/2023 | 7/19/2023 |
| 131 | 687323 | 3/20/2023 | 5/31/2023 |
| 132 | 673094 | 2/15/2023 | 9/19/2023 |
| 133 | 674130 | 2/18/2023 | 3/22/2023 |
| 134 | 664031 | 2/7/2023 | 9/18/2023 |
| 135 | 674553 | 2/20/2023 | 9/15/2023 |
| 136 | 667371 | 1/11/2023 | 7/12/2023 |
| 137 | 689372 | 3/21/2023 | 8/29/2023 |
| 138 | 667944 | 2/3/2023 | 6/15/2023 |
| 139 | 667411 | 1/25/2023 | 9/11/2023 |

| 140 | 678962 | 3/7/2023 | 5/10/2023 |
|-----|--------|----------|-----------|
| 141 | 682145 | 2/28/2023 | 3/7/2023 |
| 142 | 664175 | 1/25/2023 | 3/22/2023 |
| 143 | 648418 | 2/1/2023 | 8/24/2023 |
| 144 | 668330 | 1/11/2023 | 8/29/2023 |
| 145 | 667542 | 2/3/2023 | 3/24/2023 |
| 146 | 668329 | 2/5/2023 | 3/31/2023 |
| 147 | 662691 | 1/11/2023 | 5/26/2023 |
| 148 | 669090 | 1/31/2023 | 9/20/2023 |
| 149 | 666176 | 1/26/2023 | 5/12/2023 |
| 150 | 704489 | 4/24/2023 | 8/29/2023 |
| 151 | 676160 | 1/25/2023 | 5/31/2023 |
| 152 | 675711 | 3/6/2023 | 5/3/2023 |
| 153 | 680973 | 2/3/2023 | 9/25/2023 |
| 154 | 686063 | 3/13/2023 | 9/5/2023 |
| 155 | 661950 | 2/28/2023 | 8/27/2023 |
| 156 | 663621 | 2/8/2023 | 9/11/2023 |
| 157 | 675787 | 3/4/2023 | 6/19/2023 |
| 158 | 678476 | 4/17/2023 | 7/19/2023 |
| 159 | 662585 | 1/26/2023 | 9/25/2023 |
| 160 | 678887 | 3/17/2023 | 7/11/2023 |
| 161 | 672797 | 2/15/2023 | 8/21/2023 |
| 162 | 667859 | 2/2/2023 | 9/14/2023 |
| 163 | 684751 | 4/7/2023 | 8/7/2023 |
| 164 | 669361 | 2/7/2023 | 9/6/2023 |
| 165 | 649540 | 1/23/2023 | 9/27/2023 |
| 166 | 673108 | 2/15/2023 | 3/24/2023 |
| 167 | 657983 | 2/7/2023 | 5/17/2023 |
| 168 | 668308 | 2/3/2023 | 2/28/2023 |
| 169 | 671407 | 2/13/2023 | 3/28/2023 |
| 170 | 666010 | 1/19/2023 | 9/25/2023 |
| 171 | 669226 | 1/26/2023 | 3/22/2023 |
| 172 | 674167 | 2/19/2023 | 5/4/2023 |
| 173 | 666839 | 1/19/2023 | 9/13/2023 |
| 174 | 668675 | 2/6/2023 | 4/13/2023 |
| 175 | 675149 | 3/1/2023 | 4/27/2023 |
| 176 | 671622 | 2/14/2023 | 9/26/2023 |
| 177 | 660107 | 1/26/2023 | 9/25/2023 |
| 178 | 667429 | 1/26/2023 | 6/13/2023 |
| 179 | 688822 | 3/23/2023 | 9/12/2023 |
| 180 | 665177 | 1/31/2023 | 9/18/2023 |
| 181 | 673265 | 3/7/2023 | 3/20/2023 |
| 182 | 661144 | 3/6/2023 | 3/16/2023 |
| 183 | 677453 | 3/3/2023 | 9/18/2023 |
| 184 | 658914 | 2/3/2023 | 7/17/2023 |
| 185 | 679081 | 2/17/2023 | 8/10/2023 |
| 186 | 684558 | 3/16/2023 | 8/16/2023 |

| | | | |
|---|---|---|---|
| 187 | 677655 | 3/3/2023 | 7/25/2023 |
| 188 | 667782 | 1/25/2023 | 3/23/2023 |
| 189 | 687602 | 3/20/2023 | 8/31/2023 |
| 190 | 591702 | 1/25/2023 | 2/23/2023 |
| 191 | 675362 | 2/13/2023 | 9/22/2023 |
| 192 | 697925 | 3/22/2023 | 9/6/2023 |
| 193 | 673294 | 2/16/2023 | 4/13/2023 |
| 194 | 679993 | 3/8/2023 | 9/18/2023 |
| 195 | 656598 | 2/28/2023 | 6/27/2023 |
| 196 | 683621 | 3/17/2023 | 8/23/2023 |
| 197 | 675533 | 2/27/2023 | 8/23/2023 |
| 198 | 683809 | 2/20/2023 | 3/28/2023 |
| 199 | 664894 | 1/18/2023 | 9/25/2023 |
| 200 | 677182 | 3/2/2023 | 4/17/2023 |
| 201 | 669573 | 2/7/2023 | 4/24/2023 |
| 202 | 679638 | 2/28/2023 | 5/22/2023 |
| 203 | 669085 | 2/7/2023 | 7/13/2023 |
| 204 | 678365 | 3/6/2023 | 5/19/2023 |
| 205 | 664078 | 2/3/2023 | 8/2/2023 |
| 206 | 660831 | 1/11/2023 | 2/22/2023 |
| 207 | 670525 | 1/10/2023 | 7/21/2023 |
| 208 | 674721 | 3/3/2023 | 7/20/2023 |
| 209 | 661088 | 1/31/2023 | 3/8/2023 |
| 210 | 710989 | 4/28/2023 | 9/6/2023 |
| 211 | 669222 | 1/11/2023 | 9/14/2023 |
| 212 | 672366 | 3/6/2023 | 9/25/2023 |
| 213 | 666266 | 1/19/2023 | 9/20/2023 |
| 214 | 674127 | 2/18/2023 | 4/7/2023 |
| 215 | 669163 | 1/11/2023 | 9/25/2023 |
| 216 | 669352 | 2/13/2023 | 8/31/2023 |
| 217 | 668271 | 2/5/2023 | 5/22/2023 |
| 218 | 668039 | 1/10/2023 | 5/2/2023 |
| 219 | 669327 | 1/10/2023 | 1/20/2023 |
| 220 | 670090 | 2/9/2023 | 9/1/2023 |
| 221 | 662549 | 2/2/2023 | 9/26/2023 |
| 222 | 667395 | 1/24/2023 | 3/30/2023 |
| 223 | 670580 | 2/17/2023 | 4/12/2023 |
| 224 | 675190 | 2/27/2023 | 8/11/2023 |
| 225 | 682331 | 2/7/2023 | 4/7/2023 |
| 226 | 668043 | 2/2/2023 | 9/29/2023 |
| 227 | 684548 | 3/16/2023 | 9/1/2023 |
| 228 | 670521 | 3/1/2023 | 7/26/2023 |
| 229 | 668095 | 2/3/2023 | 7/20/2023 |
| 230 | 674478 | 2/20/2023 | 9/5/2023 |
| 231 | 671014 | 3/2/2023 | 9/11/2023 |
| 232 | 675243 | 2/27/2023 | 4/11/2023 |
| 233 | 671344 | 2/13/2023 | 9/25/2023 |

| | | | |
|---|---|---|---|
| 234 | 663221 | 1/27/2023 | 8/29/2023 |
| 235 | 661702 | 2/16/2023 | 9/14/2023 |
| 236 | 669990 | 2/9/2023 | 2/27/2023 |
| 237 | 663102 | 2/16/2023 | 8/3/2023 |
| 238 | 679072 | 3/24/2023 | 9/22/2023 |
| 239 | 670600 | 2/15/2023 | 5/11/2023 |
| 240 | 673688 | 2/17/2023 | 6/12/2023 |
| 241 | 708510 | 4/24/2023 | 9/1/2023 |
| 242 | 665518 | 1/11/2023 | 2/15/2023 |
| 243 | 673140 | 2/16/2023 | 7/28/2023 |
| 244 | 695773 | 4/18/2023 | 8/15/2023 |
| 245 | 666814 | 2/16/2023 | 4/28/2023 |
| 246 | 673443 | 2/28/2023 | 6/6/2023 |
| 247 | 689009 | 3/21/2023 | 9/7/2023 |
| 248 | 677402 | 3/7/2023 | 7/24/2023 |
| 249 | 665635 | 1/22/2023 | 9/12/2023 |
| 250 | 668597 | 2/7/2023 | 5/16/2023 |
| 251 | 668656 | 1/25/2023 | 8/23/2023 |
| 252 | 673934 | 2/17/2023 | 9/13/2023 |
| 253 | 672265 | 2/14/2023 | 6/28/2023 |
| 254 | 666274 | 2/9/2023 | 9/29/2023 |
| 255 | 664340 | 1/22/2023 | 8/25/2023 |
| 256 | 702761 | 4/12/2023 | 9/19/2023 |
| 257 | 668840 | 2/6/2023 | 9/20/2023 |
| 258 | 668397 | 1/22/2023 | 9/21/2023 |
| 259 | 669882 | 2/3/2023 | 7/26/2023 |
| 260 | 664207 | 1/11/2023 | 6/23/2023 |
| 261 | 668522 | 2/16/2023 | 7/6/2023 |
| 262 | 673053 | 2/15/2023 | 9/12/2023 |

# Exhibit 2



myAbbVie Assist   Patient Assistance

# APPLICATION FOR HUMIRA® (adalimumab)

myAbbVie Assist provides free medicine to qualifying patients. We review all applications on a case-by-case basis.  Participation in our program is free; we do not collect any fees from people seeking our assistance.

## CHECKLIST FOR SUBMITTING AN APPLICATION

☐ **IF YOU ARE THE PRESCRIBER, COMPLETE PAGE 2**

- o **SECTION 1:** Prescriber Information and Shipping Preference
- o **SECTION 2:** Patient History, Diagnosis
- o **SECTION 3:** Prescription
- o **SECTION 4:** Prescriber Certification and Signature

☐ **IF YOU ARE A PATIENT, COMPLETE PAGE 3.  PLEASE READ PAGE 4**

- o **SECTION 5:** Patient Information
- o **SECTION 6:** Financial and Medical Information
  - ▪ **REQUIRED**: Please include proof of income for all in household. A copy of your current federal tax return is preferred. If you do not file taxes, alternate documents are acceptable such as W-2 form, Social Security Statement or Pay Stubs.
- o **SECTION 7:** Insurance Information
  - ▪ If you have Insurance, include front and back copies of all prescription insurance cards.
  - ▪ To help us determine your eligibility please also include a detailed list of prescription and medical out of pocket expenses for the household. If you have multiple prescriptions, your pharmacy can print you a list.
- o **SECTION 8:**  Additional Permission for Program Purposes (Optional)
- o **SECTION 9:** Patient Consent and Signature
  - ▪ Carefully read the HIPAA authorization, patient terms of participation and privacy notice in Section 10 on Page 4.
  - ▪ Provide your consent for eligibility determination by checking the box in Section 9
  - ▪ Confirm your understanding of our privacy policy by providing your signature and date in Section 9.

☐ **Please keep a copy for your records.**

☐ **Please do not staple documents together when mailing.**

## FAX OR MAIL THE COMPLETED APPLICATION AND DOCUMENTATION TO THE FOLLOWING

myAbbVie Assist
D-617927, AP5 NE
1 N. Waukegan Rd.
North Chicago, IL 60064

Phone: 1-800-222-6885
**Fax: 1-866-250-2803**

Upon review of a completed application, we will notify the prescriber and patient about eligibility. If approved, we will ship the medication to the patient's home unless otherwise indicated on the application. Prior to each subsequent shipment, we will call the patient or prescriber to schedule the next delivery.

Please contact us at 1-800-222-6885 Monday through Friday for additional assistance.



EXHIBIT
16
9/19/23 KL

©2021 AbbVie

H-APP1-21K-2  November 2021

AbbVie00003463

**PRESCRIBER PRESCRIPTION AND CERTIFICATION**
**TO BE COMPLETED AND FAXED BY PRESCRIBER**

**myAbbVie Assist** Patient Assistance

## APPLICATION FOR HUMIRA® (adalimumab)

PHONE: 1-800-222-6885  FAX: 1-866-250-2803

**1** PRESCRIBER INFORMATION • SHIPPING PREFERENCE

| Prescriber Name: | ☐ MD ☐ DO ☐ Other:_____ | ☐ Rheum ☐ Derm ☐ Gastro ☐ Other:_____ |
|---|---|---|

| Office Name: | Office Contact Name: |
|---|---|
| Address: | City/State/Zip: |
| NPI or SLN: | Phone: | Fax: |

Collaborating MD Name and NPI *(if applicable)* Name: _____ NPI: _____

**Check ONLY if you prefer shipping to the Prescriber's office:** ☐

For additional information on how AbbVie processes your personal information, please visit www.abbvie.com/privacy.html.

**2** PATIENT MEDICAL HISTORY

| Patient's Name: | DOB: | Patient Phone: | ☐ Cellphone ☐ Work ☐ Home |
|---|---|---|---|

☐ No known allergies  ☐ Allergies (Please list): _____
☐ No other medications  ☐ Other Medications (Please list): _____

Patient Weight* (if under age 18):

| ☐ RHEUMATOID ARTHRITIS | ☐ PSORIATIC ARTHRITIS | ☐ PLAQUE PSORIASIS | ☐ ANKYLOSING SPONDYLITIS |
|---|---|---|---|
| ☐ CROHN'S DISEASE (CD) | ☐ ULCERATIVE COLITIS (UC) | ☐ HIDRADENITIS SUPPURATIVA (HS)* | ☐ UVEITIS* |
| ☐ PEDIATRIC CROHN'S DISEASE* | ☐ PEDIATRIC ULCERATIVE COLITIS* | ☐ JUVENILE IDIOPATHIC ARTHRITIS (JIA)* | ☐ OTHER: _____ |

**3** RX: MUST BE COMPLETED BY A LICENSED PRESCRIBER AND FAXED DIRECTLY FROM PRESCRIBER'S OFFICE

### HUMIRA STARTING THERAPY OPTIONS

| | QTY | CHOOSE ONE DIRECTION FOR USE | |
|---|---|---|---|
| **PSORIASIS / UVEITIS / ADOLESCENT HS** *(Age 12 & older: 30kg (66 lbs) to < 60kg (132 lbs))* | | | |
| ☐ HUMIRA 80 mg/0.8 mL (1) & 40 mg/0.4 mL (2) CITRATE FREE PEN.... | 3 PEN KIT | ☐ Inject 80 mg SQ on Day 1, 40 mg on Day 8, and 40 mg every other week | No refills |
| ☐ HUMIRA 40 mg/0.4 mL CITRATE FREE SYRINGE............................ | 4 SYRINGES | | |
| **CROHN'S DISEASE / ULCERATIVE COLITIS / HS** | | ☐ Inject 160mg SQ on Day 1 and 80 mg on Day 15 | |
| ☐ HUMIRA 80 mg/0.8 mL CITRATE FREE PEN ................................ | 3 PEN KIT | ──────────────── | No refills |
| ☐ HUMIRA 40 mg/0.4 mL CITRATE FREE SYRINGE.......................... | 6 SYRINGES | ☐ Inject 80mg SQ on Day 1, Day 2, and Day 15 | |
| **PEDIATRIC CROHN'S DISEASE** *(Weight: 17kg (37 lbs) to < 40kg (88 lbs)))* | | ☐ Inject 80 mg SQ on Day 1 and 40 mg on Day 15 | No refills |
| ☐ HUMIRA 80 mg/0.8 mL & 40 mg/0.4 mL CITRATE FREE SYRINGE ...... | 2 SYRINGE KIT | | |
| **PEDIATRIC CROHN'S DISEASE** *(Weight: ≥ 40kg (88 lbs)* | | ☐ Inject 160mg SQ on Day 1 and 80 mg on Day 15 | |
| ☐ HUMIRA 80 mg/0.8 mL CITRATE FREE SYRINGE ........................ | 3 SYRINGE KIT | ──────────────── ☐ Inject 80mg SQ on Day 1, Day 2, and Day 15 | No refills |
| **PEDIATRIC ULCERATIVE COLITIS** *(Weight: 20kg (44lbs) to < 40kg (88lbs))* | | ☐ Inject 80mg SQ on Day 1, 40mg on Day 8 and Day 15 | No refills |
| ☐ HUMIRA 40 mg/0.4 mL (4) CITRATE FREE PEN................................ | 4 PENS | | |
| ☐ HUMIRA 40 mg/0.4 mL (4) CITRATE FREE SYRINGE........................ | 4 SYRINGES | | |
| **PEDIATRIC ULCERATIVE COLITIS** *(Weight: ≥ 40kg (88lbs))* | | ☐ Inject 160mg SQ on Day 1, 80mg on Day 8 and Day 15 | |
| ☐ HUMIRA 80 mg/0.8 mL (2) CITRATE FREE PEN ............................ | 4 PEN KIT | ──────────────── ☐ Inject 80mg SQ on Day 1, Day 2, Day 8 and Day 15 | No refills |

### HUMIRA ONGOING THERAPY OPTIONS

| | CHOOSE ONE DIRECTION FOR USE OR WRITE IN BELOW | QUANTITY | REFILLS |
|---|---|---|---|
| ☐ HUMIRA 40 mg/0.4mL CITRATE FREE PEN | ☐ 40 mg SQ EVERY **OTHER** week  ☐ 40 mg SQ EVERY week | 84 Days Supply– Program Standard | 1 year |
| ☐ HUMIRA 40 mg/0.4mL CITRATE FREE SYRINGE | | | |
| ☐ HUMIRA 20 mg/0.2mL CITRATE FREE SYRINGE | ☐ 20 mg SQ EVERY **OTHER** week  ☐ 20 mg SQ EVERY week | ☐ Other: _____ | Other: |
| ☐ HUMIRA 80 mg/0.8mL CITRATE FREE PEN | ☐ 80 mg SQ EVERY **OTHER** week | | ☐ |

HUMIRA: _____ Directions: _____ Qty: _____ Refills: _____

Please contact myAbbVie Assist for questions about other available HUMIRA presentations

**PLEASE SUBMIT PRESCRIPTIONS ACCORDING TO YOUR SPECIFIC STATE LAWS, RULES AND REGULATIONS**

**4** PRESCRIBER PLEASE SIGN AND DATE • PRESCRIBER MUST MANUALLY SIGN BELOW

RUBBER STAMPS, SIGNATURE BY OTHER OFFICE PERSONNEL OR COMPUTER-GENERATED IMAGES ARE NOT ALLOWED

| PRESCRIBER SIGNATURE | X | X | DATE: |
|---|---|---|---|

**AND DATE:** ☐ Substitution Permitted  ☐ Dispense as Written

I verify that the information provided is current, complete and accurate to the best of my knowledge. myAbbVie Assist reserves the right to request additional information if needed and to change or discontinue the program at any time, without notice. I shall not seek reimbursement for any medication dispensed hereunder from any government program or third party, including patient, nor will I sell, trade or distribute any such medication. I also understand that the applicant's acceptance into the program should not influence treatment decisions. By signing this form, I authorize the program and its representatives to transmit this prescription form electronically, by facsimile, or by mail to a pharmacy designated by the program for the dispensing of the medication called for herein. I understand that I may not delegate signature authority. I certify that treatment with this medication is medically necessary

**For full Prescribing Information please visit www.rxabbvie.com**

AbbVie00003464

myAbbVie Assist | Patient Assistance

PATIENT INFORMATION
TO BE COMPLETED BY PATIENT

## APPLICATION FOR HUMIRA® (adalimumab)

D-617927, AP5 NE; 1 N. WAUKEGAN RD
NORTH CHICAGO, IL 60064
PHONE: 1-800-222-6885   FAX: 1-866-250-2803

### 5  PATIENT INFORMATION

Patient Name: _____   DOB: _____   Sex: ☐ M ☐ F

SSN (last four digits ONLY): __ | __ | __ | __   If you do not have an SSN, check here: ☐

Mailing Address: _____   City/State/Zip: _____

Shipping Address (No P.O. Box): _____   City/State/Zip: _____

Preferred Phone: _____   ☐ Cellphone ☐ Work ☐ Home   Alternate Phone: _____   ☐ Cellphone ☐ Work ☐ Home

Check the Box for Text Messages*   ☐ Mobile Phone: _____   Email address: _____

* I consent to receive automated and recurring text messages from myAbbVie Assist, including service updates and medication and refill reminders to the above number. Message and data rates may apply. I am not required to consent or provide my consent as a condition of receiving any goods or services. I can reply HELP for help. I can text STOP to unsubscribe any time.

### 6  FINANCIAL AND MEDICAL INFORMATION

▶ **Please include financial documentation for everyone in the household.  A copy of your current federal tax return is preferred. If you do not file taxes, alternate documents are acceptable such as W-2 forms, Social Security Statements and Pay Stubs.**

Monthly Household Income  $ _____   Number in Household (including yourself): _____   Number in household over 18 yrs old with income: _____

Treating Physician Name: _____   Phone: _____   Fax: _____

**\*\*If you have any changes to your medical information please call us at 1-800-222-6885\*\***

### 7  INSURANCE   ☐ I have no insurance coverage – go to Section 8

INSURANCE TYPE:  ☐ Medicare   ☐ Medicaid   ☐ Private/Commercial   ☐
Other: _____

▶ Please provide insurance details below and attach a front and back copy of all insurance cards. Also include a detailed list of prescriptions such as a Pharmacy print-out and medical expenses for the household to help us determine eligibility for our program.

| MEDICAL INSURANCE | | PRESCRIPTION INSURANCE | |
|---|---|---|---|
| Insurance Company: | | Insurance Company: | |
| Insurance Co. Phone: | | Insurance Co. Phone: | |
| Policy ID #: | Group #: | Policy ID #: | Group #: |
| Policyholder Name: | Relationship: | BIN #: | PCN #: |

Do you have secondary insurance?  ☐ Yes  ☐ No  ☐ Unsure
**Please provide your Medicare Part A Identification #:**

### 8  ADDITIONAL PERMISSION FOR PURPOSES OF THE PROGRAM

I permit myAbbVie Assist to speak with the following person about this application:
Name: _____   Relationship: _____   Phone Number: _____

### 9  PATIENT CONSENT

PLEASE REVIEW HIPAA AUTHORIZATION, PATIENT TERMS OF PARTICIPATION AND PRIVACY NOTICE IN SECTION 10 TO UNDERSTAND HOW WE USE YOUR PERSONAL INFORMATION.

*I acknowledge that I have provided accurate and complete information and understand the Patient Terms of Participation in Section 10.*

CHECK THE BOX: ☐   *I understand that I am providing written instructions to the Program under the Fair Credit Reporting Act authorizing the Program to obtain information about my credit profile from credit reporting agencies or other sources. I authorize the Program to obtain such information solely to determine PAP eligibility.*

PLEASE SIGN AND DATE:   *My signature below certifies that I have read, understood and agree to the release of my protected health information pursuant to the HIPAA Authorization in Section 10.*

X _____   X

AbbVie00003465

my**AbbVie** Assist   Patient Assistance

**APPLICATION FOR HUMIRA® (adalimumab)**

D-617927, AP5 NE; 1 N. WAUKEGAN RD
NORTH CHICAGO, IL 60064
PHONE: 1-800-222-6885   FAX: 1-866-250-2803

**10**   **HIPAA AUTHORIZATION, PATIENT TERMS OF PARTICIPATION AND PRIVACY NOTICE**

## HIPAA AUTHORIZATION   Please provide signature in Section 9 of Enrollment Form

I authorize my healthcare providers, pharmacies, insurers, and laboratory testing facilities (my "Healthcare Companies") to disclose information about me, my medical condition, treatment, insurance coverage, and payment information in relation to my use of AbbVie products, to AbbVie to enroll me in and provide me with patient assistance and support for AbbVie products. I understand that information released under this Authorization will no longer be protected by HIPAA. I also understand that if my Healthcare Companies use or disclose my Personal Information for marketing purposes, they may receive financial remuneration.

I understand that I am not required to sign this Authorization and that my Healthcare Companies will not condition my treatment, payment, enrollment, or eligibility for benefits on whether I sign this Authorization. However, I understand that if I do not sign this Authorization, I cannot take part in myAbbVie Assist (should I qualify). This Authorization will expire in 10 years or a shorter period if required by state law, unless I cancel it sooner by calling 1-800-222-6885 or by writing to myAbbVie Assist, D-617927, AP5 NE; 1 N. Waukegan Rd, North Chicago, IL 60064. I understand that cancelling my Authorization will not affect any use of my information that occurred before my request was processed.

### PATIENT TERMS OF PARTICIPATION

myAbbVie Assist provides free medicine to qualifying patients. Participation in our program is free; we do not collect any fees from people seeking our assistance. Medication assistance is dependent on your ability to meet the eligibility criteria for program as determined by myAbbVie Assist. myAbbVie Assist does not have any obligation to provide the program services to you and is not liable in the provision of these services. The program may be changed or discontinued without notice. You will not seek reimbursement for any products dispensed under the program. You will notify the program if your insurance or financial situation changes. If this application has been completed by a personal representative, the personal representative will provide a copy of this completed application to you.

If you are a member of a Medicare plan including a Medicare Prescription Drug Plan and are qualified for program assistance, you will: (i) be eligible to obtain the medication from the program for a calendar year term (ii) not purchase this medication under your Medicare plan while enrolled in the program; (iii) not submit claims nor seek true out-of-pocket (TrOOP) credit for the medication provided during your enrollment; (iv) myAbbVie Assist will inform your Medicare Prescription Drug Plan, if applicable that you are receiving your medication at no cost outside of the Medicare Part D benefit.

If you have questions, want to update your information, or terminate your enrollment, please call 1-800-222-6885 or write to us at D-617927, AP5 NE; 1 N. Waukegan Rd, North Chicago, IL 60064.

### PATIENT PRIVACY NOTICE

myAbbVie Assist will use and disclose with authorized third parties your personal information including your financial and health information collected on this enrollment form and through participation in the program for the following purposes:

(1) To determine your eligibility for the program and to provide you with related services, including transfer to a separate private or public payer program, reimbursement services, services to ship your medication, and other support services.

(2) To obtain information from your credit profile about your income for the sole purpose of determining eligibility for the program. This notice serves as written instruction under the Fair Credit Reporting Act authorizing myAbbVie Assist to obtain this information.

(3) To perform research and data analytics to develop and evaluate products, services, materials, and treatments.

(4) To administer and maintain the quality of the program, including but not limited to case review, compliance checks, audit review and accounting purposes.

For additional information on how AbbVie processes your personal information, please visit www.abbvie.com/privacy.html.

**For full Prescribing Information please visit www.rxabbvie.com**

AbbVie00003466

# Exhibit 2a



January 10, 2023

RE: ████████████████
Member ID: ██████████
Member DOB: ██████████
Prescribed Drug: Rinvoq

To Whom It May Concern:

Rinvoq is not on formulary and excluded from the plan.

The member would be responsible for 100% of the cost of the claim. This co-payment is excluded from the out-of-pocket maximum (OOPM) and deductible accumulators. The drug is also excluded from the Plan maximum out-of-pocket (MOOP) benefit.

This benefit clarification is based in accordance with the provisions of the ████████████████ plan.

Sincerely,

████████████
Manager, Total Rewards
████████████

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



January 18, 2023

RE: ▮▮▮▮▮▮▮▮▮▮▮
Member ID: ▮▮▮▮▮▮▮
Member DOB: ▮▮▮▮▮▮
Prescribed Drug: Rinvoq

To Whom It May Concern:

Rinvoq is not on formulary and excluded from the plan.

The member would be responsible for 100% of the cost of the claim. This co-payment is excluded from the out-of-pocket maximum (OOPM) and deductible accumulators. The drug is also excluded from the Plan maximum out-of-pocket (MOOP) benefit.

This benefit clarification is based in accordance with the provisions of the ▮▮▮▮▮▮ plan.

Sincerely,

AbbVie00003468



January 12, 2023

RE: ▮▮▮▮▮▮▮▮▮▮▮
Member ID: ▮▮▮▮▮
Member DOB: ▮▮▮▮
Prescribed Drug: Humira

To Whom It May Concern:

Humira is not on formulary and excluded from the plan.

The member would be responsible for 100% of the cost of the claim. This co-payment is excluded from the out-of-pocket maximum (OOPM) and deductible accumulators. The drug is also excluded from the Plan maximum out-of-pocket (MOOP) benefit.

This benefit clarification is based in accordance with the provisions of the ▮▮▮▮ plan.

Sincerely,

▮▮▮▮▮

Deputy Chief of Human Resources
▮▮▮▮▮▮▮

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Exhibit 2(b)

# PATIENT AUTHORIZATION FORM

**The purpose** of this Authorization is to allow Payer Matrix, LLC ("Payer Matrix"), through the Payer Matrix Program, to contact Patient Assistance Programs or other private or public pharmaceutical assistance programs (collectively, "PAPs") in an effort to obtain free or reduced-charge medications on my behalf and to provide a good faith effort to obtain cost reductions to me and my health plan, as more fully described below:

**I understand** that any prescription drug access assistance received by me in the form of a product subsidy or a medication dispensed to me at no cost is contingent upon my ability to meet the eligibility criteria of the PAP.

**I agree** that Payer Matrix does not have any obligation to provide PAP enrollment or coverage assistance to me. I understand that I am not guaranteed eligibility to receive my prescription at a reduced cost or no cost from a PAP.

**In the event** that I am eligible for a PAP, I acknowledge that participation is temporary and that I may be asked to reapply at designated intervals as determined by the PAP. I understand that the PAP may be changed or discontinued at any time, and at such time those services will no longer be provided.

**I certify** that the information I have provided to Payer Matrix in the Program Enrollment & Communication Consent Form ("Program Enrollment Form") is accurate and complete. I certify that I am not enrolled in Medicare, Medicaid, Tricare or any other federally sponsored or subsidized healthcare program that pays for any portion of my prescription drug costs. I understand that Payer Matrix may contact me by telephone, mail, text or email (including calls and text messages made with an automatic telephone dialing system or a prerecorded voice) as specified in the Program Enrollment Form and by other means upon my prior written consent in connection with a PAP.

**I also understand** that one of the purposes of this document is to give my permission for the disclosure and use of my Protected Health Information[1] to the extent my permission is required under HIPAA and any other applicable state and federal law.

**I request and authorize** my healthcare providers, healthcare insurers, pharmacies, and laboratory testing facilities that have provided treatment, payment, or services to me or for me to disclose any of my PHI that pertains to payment for my prescription, to Payer Matrix, or at the written direction of Payer Matrix, to third parties affiliated with or contracted by Payer Matrix, for the following purposes: (i) to determine my eligibility for participation in PAPs or other separate private or public payer programs; (ii) if necessary, to account for and assist with my withdrawal from a PAP and/or transfer to a separate private or public payer program; (iii) to act as my authorized representative to the PAP and dispensing pharmacy to confirm enrollment, track my prescription dispenses and confirm deliveries; and (iv) to use certain information of mine that does not identify me to help improve, develop, and evaluate products, services, materials, programs, and treatment related to my condition or treatment, as well as for health economic outcomes research and market research.

[1] Protected Health Information ("PHI") is defined by the Health Insurance Accountability and Portability Act of 1996, as amended, and implementing regulations ("HIPAA"). PHI includes information (i) about an individual's physical or mental health or condition, the provision of health care to an individual, or the past, present, or future payment for the provision of health care to an individual; (ii) that identifies the individual or which can be used to identify the individual; and (iii) that is created or received by a health care provider or health plan

ACTIVE\900812\LV1-7/18/17                                                                    2436    PAGE 1 OF 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         AbbVie00005821

**Payer Matrix**

Please complete, sign and return to: Payer Matrix, LLC, 1400 N. Providence Rd Suite 5000, Media PA 19063
Ph: (877) 305-8202 | Fax: (484) 494-6670 | Email: CustomerService@PayerMatrix.com

# PATIENT AUTHORIZATION FORM

**I understand** that once Payer Matrix receives my PHI, it may disclose my PHI to my healthcare providers and insurers to determine my PAP eligibility. I understand that Payer Matrix may send me information about PAPs that might help me pay for my prescriptions; ask me for financial, insurance and/or medical information, and share my information as required or permitted by this Authorization and applicable law.

**I understand** that this Authorization allows Payer Matrix and/or PAPs to market its products or services to me or perform other related functions (i.e., communicate with me about access to discounted medications and encourage me to apply for eligibility for programs offered by PAPs) that may result in financial remuneration to Payer Matrix and/or PAP(s).

**I understand** that I am not required to sign this Authorization and that no healthcare provider or insurer will condition treatment, payment, enrollment, or eligibility for benefits on whether I sign this Authorization. However, I understand that if I do not sign this Authorization, I will not be able to participate in the Payer Matrix Program. I understand that I may cancel this Authorization at any time by providing notification in writing to Payer Matrix, LLC, 1400 N. Providence Rd Suite 5000, Media PA 19063. Once notification of cancellation is received and processed, Payer Matrix will not use or disclose my health information on a going forward basis.

**I understand** that canceling my Authorization will not affect any use of my health information that occurred before my request was processed. This Authorization shall be valid for ten (10) years from the execution date reflected on the signature line set forth below (unless a shorter period is prescribed by state law).

**I understand** that, unless otherwise restricted by state law, any health information released pursuant to this Authorization is subject to re-disclosure by Payer Matrix and/or any other recipient and will no longer be protected by HIPAA.

## PATIENT SIGNATURE

| | |
|---|---|
| Patient Name: | |
| Patient Signature / Legal Representative: | |
| Indicate Relationship If Legal Representative: | |
| Date: | |

Protected Health Information ("PHI") is defined by the Health Insurance Accountability and Portability Act of 1996, as amended, and implementing regulations ("HIPAA"). PHI includes information (i) about an individual's physical or mental health or condition, the provision of health care to an individual, or the past, present, or future payment for the provision of health care to an individual; (ii) that identifies the individual or which can be used to identify the individual and (iii) that is created or received by a health care provider or health plan

ACTIVE\500812\v1-7/18/17

243C PAGE 2 OF 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AbbVie00005819

# Filed Under Seal

# Exhibit 2(c)

# Exhibit 3


my**AbbVie** Assist   Patient Assistance

# APPLICATION FOR HUMIRA® (adalimumab)

myAbbVie Assist provides free medicine to qualifying patients. We review all applications on a case-by-case basis. Participation in our program is free; we do not collect any fees from people seeking our assistance.

## CHECKLIST FOR SUBMITTING AN APPLICATION

☐ **IF YOU ARE THE PRESCRIBER, COMPLETE PAGE 2**

- o  **SECTION 1:** Prescriber Information and Shipping Preference
- o  **SECTION 2:** Patient History, Diagnosis
- o  **SECTION 3:** Prescription
- o  **SECTION 4:** Prescriber Certification and Signature

☐ **IF YOU ARE A PATIENT, COMPLETE PAGE 3.  PLEASE READ PAGE 4**

- o  **SECTION 5:** Patient Information
- o  **SECTION 6:** Financial and Medical Information
  - ▪ **REQUIRED**: Please include proof of income for all in household. A copy of your current federal tax return is preferred. If you do not file taxes, alternate documents are acceptable such as W-2 form, Social Security Statement or Pay Stubs.
- o  **SECTION 7:** Insurance Information
  - ▪ **REQUIRED**: If you have Insurance, include front and back copies of all prescription insurance cards.
  - ▪ To help us determine your eligibility please also include a detailed list of prescription and medical out of pocket expenses for the household. If you have multiple prescriptions, your pharmacy can print you a list.
- o  **SECTION 8:**  Additional Permission for Program Purposes (Optional)
- o  **SECTION 9:** Patient Consent and Signature
  - ▪ Carefully read the HIPAA authorization, patient terms of participation and privacy notice in Section 10 on Page 4.
  - ▪ Provide your consent for eligibility determination by checking the boxes in Section 9.
  - ▪ Confirm your understanding of our privacy policy by providing your signature and date in Section 9.

☐ **Please keep a copy for your records.**

☐ **Please do not staple documents together when mailing.**

## FAX OR MAIL THE COMPLETED APPLICATION AND DOCUMENTATION TO THE FOLLOWING

myAbbVie Assist
D-617927, AP5 NE
1 N. Waukegan Rd.
North Chicago, IL 60064

Phone: 1-800-222-6885
**Fax: 1-866-250-2803**

Upon review of a completed application, we will notify the prescriber and patient about eligibility. If approved, we will ship the medication to the patient's home unless otherwise indicated on the application. Prior to each subsequent shipment, we will call the patient or prescriber to schedule the next delivery.

Please contact us at 1-800-222-6885 Monday through Friday for additional assistance.

©2023 AbbVie


EXHIBIT
23
9/19/23 KC
PENGAD 800-631-6989

H-APP1-23A-1A  January 2023

AbbVie00003478

**PRESCRIBER PRESCRIPTION AND CERTIFICATION**
**TO BE COMPLETED AND FAXED BY PRESCRIBER**

my**AbbVie**
Assist  Patient Assistance

## APPLICATION FOR HUMIRA® (adalimumab)

PHONE: 1-800-222-6885   FAX: 1-866-250-2803

**1   PRESCRIBER INFORMATION • SHIPPING PREFERENCE**

| Prescriber Name: | ☐ MD ☐ DO ☐ Other:____ | ☐ Rheum ☐ Derm ☐ Gastro ☐ Other:____ |
|---|---|---|

Office Name:                                    Office Contact Name:

Address:                                         City/State/Zip:

NPI or SLN:            Phone:                   Fax:

Collaborating MD Name and NPI *(if applicable)* Name:                   NPI:

**Check ONLY if you prefer shipping to the Prescriber's office:** ☐

For additional information on how AbbVie processes your personal information, please visit www.abbvie.com/privacy.html.

**2   PATIENT MEDICAL HISTORY**

| Patient's Name: _____ | DOB: _____ | Patient Phone: _____ | ☐ Cellphone ☐ Work ☐ Home |
|---|---|---|---|

☐ No known allergies    ☐ Allergies (Please list): _____
☐ No other medications  ☐ Other Medications (Please list): _____

Patient Weight*
(if under age 18): _____

| | | | |
|---|---|---|---|
| ☐ RHEUMATOID ARTHRITIS | ☐ PSORIATIC ARTHRITIS | ☐ PLAQUE PSORIASIS | ☐ ANKYLOSING SPONDYLITIS |
| ☐ CROHN'S DISEASE (CD) | ☐ ULCERATIVE COLITIS (UC) | ☐ HIDRADENITIS SUPPURATIVA (HS)* | ☐ UVEITIS* |
| ☐ PEDIATRIC CROHN'S DISEASE* | ☐ PEDIATRIC ULCERATIVE COLITIS* | ☐ JUVENILE IDIOPATHIC ARTHRITIS (JIA)* | ☐ OTHER: _____ |

**3   RX: MUST BE COMPLETED BY A LICENSED PRESCRIBER AND FAXED DIRECTLY FROM PRESCRIBER'S OFFICE**

| HUMIRA STARTING THERAPY OPTIONS | QTY | CHOOSE ONE DIRECTION FOR USE | |
|---|---|---|---|
| **PSORIASIS / UVEITIS / ADOLESCENT HS** *(Age 12 & older: 30kg (66 lbs) to < 60kg (132 lbs))* | | | |
| ☐ HUMIRA 80 mg/0.8 mL (1) & 40 mg/0.4 mL (2) CITRATE FREE PEN.... | 3 PEN KIT | ☐ Inject 80 mg SQ on Day 1, 40 mg on Day 8, and 40 mg every other week | No refills |
| ☐ HUMIRA 40 mg/0.4 mL CITRATE FREE SYRINGE............................ | 4 SYRINGES | | |
| **CROHN'S DISEASE / ULCERATIVE COLITIS / HS** | | ☐ Inject 160mg SQ on Day 1 and 80 mg on Day 15 | No refills |
| ☐ HUMIRA 80 mg/0.8 mL CITRATE FREE PEN .................................. | 3 PEN KIT | | |
| ☐ HUMIRA 40 mg/0.4 mL CITRATE FREE SYRINGE........................... | 6 SYRINGES | ☐ Inject 80mg SQ on Day 1, Day 2, and Day 15 | |
| **PEDIATRIC CROHN'S DISEASE** *(Weight: 17kg (37 lbs) to < 40kg (88 lbs)))* | | ☐ Inject 80 mg SQ on Day 1 and 40 mg on Day 15 | No refills |
| ☐ HUMIRA 80 mg/0.8 mL & 40 mg/0.4 mL CITRATE FREE SYRINGE ...... | 2 SYRINGE KIT | | |
| **PEDIATRIC CROHN'S DISEASE** *(Weight: ≥ 40kg (88 lbs))* | | ☐ Inject 160mg SQ on Day 1 and 80 mg on Day 15 | No refills |
| ☐ HUMIRA 80 mg/0.8 mL CITRATE FREE SYRINGE ........................... | 3 SYRINGE KIT | ☐ Inject 80mg SQ on Day 1, Day 2, and Day 15 | |
| **PEDIATRIC ULCERATIVE COLITIS** *(Weight: 20kg (44lbs) to < 40kg (88lbs))* | | ☐ Inject 80mg SQ on Day 1, 40mg on Day 8 and Day 15 | No refills |
| ☐ HUMIRA 40 mg/0.4 mL (4) CITRATE FREE PEN................................ | 4 PENS | | |
| ☐ HUMIRA 40 mg/0.4 mL (4) CITRATE FREE SYRINGE........................ | 4 SYRINGES | | |
| **PEDIATRIC ULCERATIVE COLITIS** *(Weight: ≥ 40kg (88lbs))* | | ☐ Inject 160mg SQ on Day 1, 80mg on Day 8 and Day 15 | No refills |
| ☐ HUMIRA 80 mg/0.8 mL (4) CITRATE FREE PEN ............................. | 4 PEN KIT | ☐ Inject 80mg SQ on Day 1, Day 2, Day 8 and Day 15 | |

| HUMIRA ONGOING THERAPY OPTIONS | CHOOSE ONE DIRECTION FOR USE OR WRITE IN BELOW | QUANTITY | REFILLS |
|---|---|---|---|
| ☐ HUMIRA 40 mg/0.4mL CITRATE FREE PEN | ☐ 40 mg SQ EVERY **OTHER** week  ☐ 40 mg SQ EVERY week | 84 Days Supply– Program Standard | 1 year |
| ☐ HUMIRA 40 mg/0.4mL CITRATE FREE SYRINGE | | | |
| ☐ HUMIRA 20 mg/0.2mL CITRATE FREE SYRINGE | ☐ 20 mg SQ EVERY **OTHER** week  ☐ 20 mg SQ EVERY week | ☐ Other: _____ | Other: ☐ |
| ☐ HUMIRA 80 mg/0.8mL CITRATE FREE PEN | ☐ 80 mg SQ EVERY **OTHER** week | | |

HUMIRA: _____   Directions: _____   Qty: _____   Refills: ____

Please contact myAbbVie Assist for questions about other available HUMIRA presentations

**PLEASE SUBMIT PRESCRIPTIONS ACCORDING TO YOUR SPECIFIC STATE LAWS, RULES AND REGULATIONS**

**4   PRESCRIBER PLEASE SIGN AND DATE • PRESCRIBER MUST MANUALLY SIGN BELOW**
**RUBBER STAMPS, SIGNATURE BY OTHER OFFICE PERSONNEL OR COMPUTER-GENERATED IMAGES ARE NOT ALLOWED**

| PRESCRIBER SIGNATURE | X | X | DATE: |
|---|---|---|---|
| AND DATE: | ☐ Substitution Permitted | ☐ Dispense as Written | |

I verify that the information provided is current, complete and accurate to the best of my knowledge. myAbbVie Assist reserves the right to request additional information if needed and to change or discontinue the program at any time, without notice. I shall not seek reimbursement for my medication dispensed hereunder from any government program or third party, including patient, nor will I sell, trade or distribute any such medication. I also understand that the applicant's acceptance onto the program should not influence treatment decisions. By signing this form, I authorize the program and its representatives to transmit this prescription form electronically, by facsimile, or by mail to a pharmacy designated by the program for the dispensing of the medication called for herein. I understand that I may not delegate signature authority. I certify that treatment with this medication is medically necessary.

**For full Prescribing Information please visit www.rxabbvie.com**
©2023 AbbVie                     H-APP1-23A-1A January 2023

AbbVie00003479

**myAbbVie Assist** | Patient Assistance

## APPLICATION FOR HUMIRA® (adalimumab)

D-617927, AP5 NE; 1 N. WAUKEGAN RD
NORTH CHICAGO, IL 60064
PHONE: 1-800-222-6885   FAX: 1-866-250-2803

### 5 PATIENT INFORMATION

Patient Name: _____ | DOB: _____ | Sex: ☐ M ☐ F

SSN (last four digits ONLY): __|__|__|__   If you do not have an SSN, check here: ☐

Mailing Address: _____ City/State/Zip: _____

Shipping Address (No P.O. Box): _____ City/State/Zip: _____

Preferred Phone: _____ ☐ Cellphone ☐ Work ☐ Home | Alternate Phone: _____ ☐ Cellphone ☐ Work ☐ Home

Check the Box for Text Messages* ☐ Mobile Phone: _____ Email address: _____

\* I consent to receive automated and recurring text messages from myAbbVie Assist, including service updates and medication and refill reminders to the above number. Message and data rates may apply. I am not required to consent or provide my consent as a condition of receiving any goods or services. I can reply HELP for help. I can text STOP to unsubscribe any time.

### 6 FINANCIAL AND MEDICAL INFORMATION

➤ **Please include financial documentation for everyone in the household. A copy of your current federal tax return is preferred. If you do not file taxes, alternate documents are acceptable such as W-2 forms, Social Security Statements and Pay Stubs.**

Monthly Household Income $ _____ | Number in Household (including yourself): _____ | Number in household over 18 yrs old with income: _____

Treating Physician Name: _____ Phone: _____ Fax: _____

**\*\*If you have any changes to your medical information please call us at 1-800-222-6885\*\***

### 7 INSURANCE INFORMATION ☐ I have no insurance coverage – go to Section 8

INSURANCE TYPE: ☐ Medicare ☐ Insurance through an Employer (Employer Name): _____
☐ Medicaid ☐ Other Commercial: _____ ☐ Other: _____

➤ **Please provide insurance details below and attach a front and back copy of all insurance cards.** Also include a detailed list of prescriptions such as a Pharmacy print-out and medical expenses for the household to help us determine eligibility for our program.

| MEDICAL INSURANCE | | PRESCRIPTION INSURANCE | |
|---|---|---|---|
| Insurance Company: | | Insurance Company: | |
| Insurance Co. Phone: | | Insurance Co. Phone: | |
| Policy ID #: | Group #: | Policy ID #: | Group #: |
| Policyholder Name: | Relationship: | BIN #: | PCN #: |

Do you have secondary insurance? ☐ Yes ☐ No ☐ Unsure

Please provide your Medicare Part A Identification #: _____

➤ Has your employer, insurance company, or another third party directed you to apply to myAbbVie Assist? ☐ Yes ☐ No

### 8 ADDITIONAL PERMISSION FOR PURPOSES OF THE PROGRAM (optional)

I permit myAbbVie Assist to speak with the following person about this application: (myAbbVie Assist reserves the right to limit some program-related communications to the patient and/or their legal representative only.)

Name: _____ Relationship: _____ Phone Number: _____

### 9 PATIENT CONSENT — PLEASE REVIEW HIPAA AUTHORIZATION, PATIENT TERMS OF PARTICIPATION AND PRIVACY NOTICE IN SECTION 10 TO UNDERSTAND HOW WE USE YOUR PERSONAL INFORMATION

CHECK THE BOXES:

☐ *I understand that I am providing written instructions to the Program under the Fair Credit Reporting Act authorizing the Program to obtain information about my credit profile from credit reporting agencies or other sources. I authorize the Program to obtain such information solely to determine PAP eligibility.*

☐ *I acknowledge that I have provided accurate and complete information and that I have read, understood, and agree to the Patient Terms of Participation in Section 10.*

PLEASE SIGN AND DATE:

*My signature below certifies that I have read, understood, and agree to the release of my protected health information pursuant to the HIPAA Authorization in Section 10.*

X _____   X _____
PATIENT SIGNATURE / LEGAL REPRESENTATIVE* (indicate relationship)   DATE

\* Only representatives with legal authority for health care decision-making may apply to myAbbVie Assist on a patient's behalf.

**For full Prescribing Information please visit www.rxabbvie.com**

AbbVie00003480

my**AbbVie** Assist   Patient Assistance

## APPLICATION FOR HUMIRA® (adalimumab)

D-617927, AP5 NE; 1 N. WAUKEGAN RD
NORTH CHICAGO, IL 60064
PHONE: 1-800-222-6885   FAX: 1-866-250-2803

**10   HIPAA AUTHORIZATION, PATIENT TERMS OF PARTICIPATION AND PRIVACY NOTICE**

### HIPAA AUTHORIZATION   Please provide signature in Section 9 of Enrollment Form

I authorize my healthcare providers, pharmacies, insurers, and laboratory testing facilities (my "Healthcare Companies") to disclose information about me, my medical condition, treatment, insurance coverage, and payment information in relation to my use of AbbVie products, to AbbVie to enroll me in and provide me with patient assistance and support for AbbVie products. I understand that information released under this Authorization will no longer be protected by HIPAA. I also understand that if my Healthcare Companies use or disclose my Personal Information for marketing purposes, they may receive financial remuneration.

I understand that I am not required to sign this Authorization and that my Healthcare Companies will not condition my treatment, payment, enrollment, or eligibility for benefits on whether I sign this Authorization. However, I understand that if I do not sign this Authorization, I cannot take part in myAbbVie Assist (should I qualify). This Authorization will expire in 10 years or a shorter period if required by state law, unless I cancel it sooner by calling 1-800-222-6885 or by writing to myAbbVie Assist, D-617927, AP5 NE; 1 N. Waukegan Rd, North Chicago, IL 60064. I understand that cancelling my Authorization will not affect any use of my information that occurred before my request was processed.

### PATIENT TERMS OF PARTICIPATION

myAbbVie Assist provides free medicine to qualifying patients. Participation in our program is free; we do not collect any fees from people seeking our assistance. Medication assistance is dependent on your ability to meet the eligibility criteria for our program as determined by myAbbVie Assist. myAbbVie Assist does not have any obligation to provide the program services to you and is not liable in the provision of these services. Patients with insurance plans or employers participating in an alternate funding program (also sometimes referred to as patient advocacy programs, specialty networks, SHARx, Paydhealth, or Payer Matrix, among other names) requiring them to apply to a manufacturer's patient assistance program or otherwise pursue specialty drug prescription coverage through an alternate funding vendor as a condition of, requirement for, or prerequisite to coverage of relevant AbbVie products, or that otherwise denies, restricts, eliminates, delays, alters, or withholds any insurance benefits or coverage contingent upon application to, or denial of eligibility for, specialty drug prescription coverage through the alternate funding program are not eligible for the myAbbVie Assist program. You agree to inform myAbbVie Assist if you are a member of such an insurance plan or if you are applying to myAbbVie Assist on behalf of a patient who is a member of such an insurance plan. The program may be changed or discontinued without notice. You will not seek reimbursement for any products dispensed under the program. You will notify the program if your insurance or financial situation changes. If this application has been completed by a personal representative, the personal representative will provide a copy of this completed application to you.

If you are a member of a Medicare plan including a Medicare Prescription Drug Plan and are qualified for program assistance, you will: (i) be eligible to obtain the medication from the program for a calendar year term (ii) not purchase this medication under your Medicare plan while enrolled in the program; (iii) not submit claims nor seek true out-of-pocket (TrOOP) credit for the medication provided during your enrollment; (iv) myAbbVie Assist will inform your Medicare Prescription Drug Plan, if applicable that you are receiving your medication at no cost outside of the Medicare Part D benefit.

If you have questions, want to update your information, or terminate your enrollment, please call 1-800-222-6885 or write to us at D-617927, AP5 NE; 1 N. Waukegan Rd, North Chicago, IL 60064.

### PATIENT PRIVACY NOTICE

myAbbVie Assist will use and disclose with authorized third parties your personal information including your financial and health information collected on this enrollment form and through participation in the program for the following purposes:

(1)   To determine your eligibility for the program and to provide you with related services, including transfer to a separate private or public payer program, reimbursement services, services to ship your medication, and other support services.

(2)   To obtain information from your credit profile about your income for the sole purpose of determining eligibility for the program. This notice serves as written instruction under the Fair Credit Reporting Act authorizing myAbbVie Assist to obtain this information.

(3)   To perform research and data analytics to develop and evaluate products, services, materials, and treatments.

(4)   To administer and maintain the quality of the program, including but not limited to case review, compliance checks, audit review and accounting purposes.

For additional information on how AbbVie processes your personal information, please visit www.abbvie.com/privacy.html.

**For full Prescribing Information please visit www.rxabbvie.com**

AbbVie00003481

# Exhibit 4



February 8, 2023

**VIA FEDEX**

Mr. Jason P. Cofone
Chief Executive Officer
PayerMatrix
1400 N. Providence Rd., Suite 300
Media, Pennsylvania 19063

Re: Updated Terms of Participation for AbbVie Inc.'s Patient Assistance Programs

Mr. Cofone,

Please be advised that AbbVie has updated its Patient Terms of Participation for AbbVie's Patient Assistance Programs ("PAP Terms of Participation"). The PAP Terms of Participation now include the following provision:

> *Patients with insurance plans or employers participating in an alternate funding program (also sometimes referred to as patient advocacy programs, specialty networks, SHARx, Paydhealth, or Payer Matrix, among other names) requiring them to apply to a manufacturer's patient assistance program or otherwise pursue specialty drug prescription coverage through an alternate funding vendor as a condition of, requirement for, or prerequisite to coverage of relevant AbbVie products, or that otherwise denies, restricts, eliminates, delays, alters, or withholds any insurance benefits or coverage contingent upon application to, or denial of eligibility for, specialty drug prescription coverage through the alternate funding program __are not eligible for the myAbbVie Assist program__. You agree to inform myAbbVie Assist if you are a member of such an insurance plan or if you are applying to myAbbVie Assist on behalf of a patient who is a member of such an insurance plan.*

*See, e.g.,* https://www.abbvie.com/content/dam/abbvie-dotcom/uploads/PDFs/pap/ humira-patient-assistance-application.pdf. (emphasis added).

AbbVie intends to take action to enforce its PAP Terms of Participation against any entity that misrepresents patients' eligibility under these PAP Terms of Participation (whether those misrepresentations are made to patients, to AbbVie, or to others) or that otherwise directs, encourages, or facilitates applications by patients who are ineligible under these PAP Terms of Participation.

Thank you for your attention to this matter.

Sincerely,

Pearson Bownas
Vice President
Litigation, Compliance & Regulatory

AbbVie Inc.
Pearson Bownas
Vice President
Litigation, Compliance & Regulatory
1 North Waukegan Road
Dept. V33C, Bldg. AP34-2
North Chicago, IL 60064-6008

+847-938-7608 (OFFICE)
+847-937-1355 (FAX)
pearson.bownas@abbvie.com

AbbVie00003487

# Filed Under Seal

# Exhibit 5

# Exhibit 6

**From:** Michael Jordan [Michael.jordan@PayerMatrix.com]
**Sent:** 4/12/2023 11:36:00 AM
**To:** Scheidler, Edward A [edward.scheidler@abbvie.com]; Smith, Nelson [nelson.smith@abbvie.com]; Schultz, Bobbi E [bobbi.schultz@abbvie.com]
**CC:** Jennifer Hoefner [Jennifer.Hoefner@PayerMatrix.com]; Michael Jordan [Michael.jordan@PayerMatrix.com]
**Subject:** [EXTERNAL] AbbVie (Humira) Patient Issues with Copay Cards

**Importance:** High

Nelson/Bobbie –

I am away this week but may have missed your email response.

Following up on the below.

We are not a copay maximizer, and we are not advocating any longer for Humira patients (effective January of this year) but we continue to get weekly calls that myAbbVie assist representatives are telling members/patients we (AbbVie) have locked your copay dollars due to Payer Matrix involvement (or in many cases per some of the written communication sent to us "believed" Payer Matrix involvement).  We are also getting calls from Physician offices echoing the same message.

How can this be addressed?

Appreciate your attention.

Thanks

Michael

Michael Jordan

Chief Business Officer
Payer Matrix
1400 N. Providence Road Suite 300
Media PA 19063

C:  201-232-8670
O:  877-305-6202
E:  Michael.Jordan@payermatrix.com

**From:** Scheidler, Edward A <edward.scheidler@abbvie.com>
**Sent:** Wednesday, April 5, 2023 7:37 PM
**To:** Michael Jordan <Michael.jordan@PayerMatrix.com>; Smith, Nelson <nelson.smith@abbvie.com>; Schultz, Bobbi E <bobbi.schultz@abbvie.com>
**Subject:** RE: Patient Issues with Copay Cards

Hi Nelson and Bobbi,

I am sharing a note from Michael Jordan (copied on this note) with PayerMatrix.  He and I have had discussions around Alternate Funding programs, but this is not why I am sending his note to you.

He shares a concern about patients that are referred to PayerMatrix, but are locked out because of a Maximizer issue (from below… " We locked the card because Payer Matrix is a copay maximizer".  I am dealing with one right now with

AbbVie00017260

the University of Chicago clinic/medical center that has a patient who can't afford the copay.)  Would you contact him, specifically regarding these Maximzer related cases,  since we want to ensure the accuracy of the matter and your team assess all copay applicants.


Thank you

**EDWARD SCHEIDLER**
General Manager
US Market Access Strategy
Mobile:  847-452-8228

26525 Riverwoods Blvd.
ABV1-3SE
Mettawa, IL 60045
**MOBILE**  847-452-8228
**EMAIL**  EDWARD.SCHEIDLER@ABBVIE.COM

THIS COMMUNICATION MAY CONTAIN INFORMATION THAT IS PROPRIETARY, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE NOTE THAT ANY OTHER DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. ANYONE WHO RECEIVES THIS MESSAGE IN ERROR SHOULD NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE OR BY RETURN E-MAIL AND DELETE IT FROM HIS OR HER COMPUTER.

---

**From:** Michael Jordan <Michael.jordan@PayerMatrix.com>
**Sent:** Wednesday, April 5, 2023 6:21 PM
**To:** Scheidler, Edward A <edward.scheidler@abbvie.com>
**Subject:** [EXTERNAL] Patient Issues with Copay Cards

Ed – hope you are doing well.

Not sure where to go with this so starting with you.  We are getting pulled into situations where we are no longer managing a patient or in some cases never had a discussion with a patient but when the patient goes to use their copay card the funds are locked and the message from your call center is "We locked the card because Payer Matrix is a copay maximizer".  I am dealing with one right now with the University of Chicago clinic/medical center that has a patient who can't afford the copay. For the record, we are not a copay maximizer our business model is advocate for members of self-funded plan sponsors who no longer have specific products covered under their formulary.

Looking for some direction since I don't believe your position is to lose that patient or put them in a position where they can't afford the product based on our last phone call.

As an aside, would welcome a chance to reconnect on some other concerns that have surfaced.  There are AbbVie pharma reps telling Medical Doctor offices that what we are doing is illegal and you are banding with other Manufacturers to block all advocacy programs.  We have also been on 3-way calls with AbbVie reps (assuming who roll up to you) that are telling patients we are their "insurer or guarantor" of payment, which doesn't make sense since I am fairly confident you know what we do.

Appreciate your attention to the above.

Michael


Michael Jordan

Chief Business Officer

AbbVie00017261

Payer Matrix
1400 N. Providence Road Suite 300
Media PA 19063

C: 201-232-8670
O: 877-305-6202
E: Michael.Jordan@payermatrix.com

This electronic mail message contains information which may be (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) names herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact the sender of this electronic mail message immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

 Secured by Paubox - HITRUST CSF certified

Encryption verified by Paubox - HITRUST CSF certified

This electronic mail message contains information which may be (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) names herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact the sender of this electronic mail message immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

This electronic mail message contains information which may be (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the addressee(s) names herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact the sender of this electronic mail message immediately and take the steps necessary to delete the message completely from your computer system. Thank you.

Secured by Paubox - HITRUST CSF certified

# Exhibit 7

| Patient Application Number | Application Fax Date | Payer Matrix Evidence | Payer Matrix Affiliation - Call Notes Evidence | Payer Matrix Affiliation - Employer Plan Evidence | Payer Matrix Affiliation - Payer Matrix Care Coordinator on Application | Payer Matrix Affiliation - Payer Matrix Fax |
|---|---|---|---|---|---|---|
| 678476 | 5/1/2023 | Call notes indicate that the patient's HCP provided contact information for a Payer Matrix care coordinator named Shelly Powell at a Payer Matrix number after patient became upset that her insurance did not cover medication. | X | | | |
| 712510 | 4/25/2023 | Application contains a fax from Payer Matrix dated 4/21/2023. | | | | X |
| 654890 | 4/20/2023 | Late 2022 application shows evidence of Payer Matrix involvement. His HCP documents include a fax from Payer Matrix. | | | X | X |
| 704508 | 4/17/2023 | Application lists a Payer Matrix "care coordinator" and phone number. | | | X | |
| 703964 | 4/7/2023 | Payer Matrix representative was on the line with the patient during the phone call according to call notes. | X | | | |
| 672802 | 4/5/2023 | Care coordinator listed on application affiliated with Payer Matrix. | | | X | |
| 684751 | 3/31/2023 | Application includes a fax cover sheet from Payer Matrix on two separate dates, 3/10/2023 and 3/31/2023. | | | X | X |
| 694407 | 3/7/2023 | Call notes confirm that AbbVie reps spoke with Payer Matrix care coordinators regarding patient's application. File also has an email from Kara Walton, a care coordinator at Payer Matrix. | X | | X | |
| 673990 | 2/21/2023 | Call notes indicate number on the letter to her HCP is affiliated with Payer Matrix. Application contains fax from Laura Tyler, a care coordinator affiliated with Payer Matrix. | X | | X | X |
| 681873 | 2/20/2023 | Patient file had a fax from Payer Matrix. | | | | X |

# Filed Under Seal

# Exhibit 8

# Filed Under Seal

# Exhibit 9

# Filed Under Seal

# Exhibit 10

# Filed Under Seal

# Exhibit 11

# Filed Under Seal

# Exhibit 12

**Filed Under Seal**

**Exhibit 13**

# Filed Under Seal

# Exhibit 14

# Exhibit 15



Webinar Series Episode 2- Payer Matrix

134 views · Mar 12, 2021

🖒 3    🖓 DISLIKE    ⮕ SHARE    ≡+ SAVE    ⋯

 **NavMD**
11 subscribers

**SUBSCRIBE**

Navigating the healthcare marketplace can be difficult, but we're here to help! Join us and Payer Matrix as we share our secrets and guide you through the ever-changing marketplace.

# Exhibit 16





# Filed Under Seal

# Exhibit 17

# Filed Under Seal

# Exhibit 18

## <u>CERTIFICATE OF SERVICE</u>

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on October 11, 2023, I caused the foregoing **AMENDED DECLARATION OF ANNE NAJJAR IN SUPPORT OF ABBVIE INC.'S MOTION FOR PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: *<u>/s/ Valarie Hays</u>*
      Valarie Hays