**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Jorge L. Alonso |
| Payer Matrix, LLC | Hon. Magistrate Young B. Kim |
| *Defendant*. | |

**AMENDED DECLARATION OF DR. PHILIP L. COHEN IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Philip L. Cohen, M.D., declare as follows:

1.      I am being offered as an expert to testify on behalf of Plaintiff AbbVie Inc. ("AbbVie") in support of AbbVie's Motion for a Preliminary Injunction in the above-captioned matter. I reserve the right to supplement the opinions set forth in this declaration in light of additional discovery or opinions by any expert on behalf of Defendant Payer Matrix, LLC ("Payer Matrix" or "Defendant") in this matter. I also reserve the right to provide rebuttal opinions and testimony in response to Defendant's expert(s) or any other witness for Defendant.

2.      I have attached my curriculum vitae as **Exhibit 1** to this declaration. I have briefly summarized my educational and professional background below.

3.      I graduated from Yale University School of Medicine in 1972. Between 1972 and 1976, I engaged in my postgraduate training, as an intern, research associate, and resident. From 1973 to 1975, I also served in the military as a Lieutenant Commander for the U.S. Public Health Service. Between 1976 and 1977, I completed a fellowship at the University of Texas, Department of Internal Medicine. In 1977, I became board certified in internal medicine. In 1978, I became

board certified in rheumatology. Since 1977, I have treated patients and held faculty appointments at the University of Texas Southwestern Medical School, University of North Carolina ("UNC") School of Medicine, and University of Pennsylvania School of Medicine. Between April 2008 and July 2017, I was a professor of Medicine and Microbiology/Immunology and Chief of Rheumatology at the Lewis Katz School of Medicine at Temple University in Philadelphia, Pennsylvania ("Temple"). I am currently employed at Temple as a Professor of Medicine (Emeritus).

4.      I also have held several hospital and administrative appointments, including the Director of Rheumatology at UNC Hospitals, Co-Director of the Rheumatology Training Program at the University of Pennsylvania School of Medicine, and Chief of Rheumatology for the Philadelphia VA Medical Center.

5.      Throughout my career, I have treated patients for serious medical conditions, including rheumatoid arthritis and psoriatic arthritis, for which I have prescribed AbbVie's drug Humira, a tumor necrosis factor ("TNF") alpha inhibitor. I also have prescribed other TNF inhibitors and medicines for patients with these medical conditions. Humira requires patients to give a self-injection of the medicine once every two weeks. Not all TNF inhibitors and other types of medications that are prescribed to treat rheumatoid arthritis have the same treatment regimen. For example, some TNF inhibitors require self-injections once a week. Other classes of medications require taking drugs orally once or twice a day.

6.      Rheumatoid arthritis and psoriatic arthritis can be extremely painful, debilitating diseases. This is also true for other medical conditions treated by TNF inhibitors. TNF inhibitors have had great success in improving the quality of life for patients suffering from rheumatoid arthritis and other serious medical conditions by significantly reducing their inflammation and pain

and preventing serious deformity and loss of joint function. Although all patients react differently, many patients who miss a scheduled dose of their prescribed medication can feel the pain return within a short period of time, even within one day of missing a dose. For that reason, I advise my patients to always take their medications on time.

7.      Although it is not clear why, some TNF inhibitors have greater efficacy for some patients than others. Therefore, if a patient is having success with a particular TNF inhibitor, I will not change the medication unless there is a medically necessary reason to do so.

8.      TNF inhibitors and other categories of medications that treat the same conditions can have serious side effects, notably including suppression of the patient's immune system, resulting in decreased resistance to infections. Other side effects can include hypersensitivity reactions including anaphylaxis, headaches, local injection site reactions, skin rashes, and lupus-like autoimmunity. If a patient's side effects from a particular medication are manageable, this provides an additional reason why the medication should not be changed unless it is medically necessary. Additionally, a particular drug's compatibility with other prescription medications that the patient is taking must be considered.

9.      I also have prescribed AbbVie's drugs Rinvoq and Skyrizi at times for patients, specifically, Rinvoq for patients with rheumatoid arthritis and Skyrizi for patients with plaque psoriasis. For the same reasons I discussed above regarding efficacy of drugs and side effects varying among patients, if I prescribe Rinvoq or Skyrizi to patients and they are working well for the patients, I will not change the prescription unless it is medically necessary to do so.

10.     I have reviewed the complaint in the above-captioned matter. I offer no opinion on the accuracy of the allegations set forth in the complaint. For purposes of my opinions, I will assume the allegations are true.

11.     I reviewed **Exhibit 2** as part of my work in this matter to date. This document appears to be a facsimile communication that Payer Matrix sent to a Humira patient's doctor on March 14, 2023.

12.     Specifically, on or about March 14, 2023, Payer Matrix's Director of Clinical Services, Collin Kendig, faxed a message to Dr. Robert Levin, who was treating a patient for rheumatoid arthritis. The fax stated in part:

> Patients [on] Humira no longer [have] coverage under the patient's plan benefits. We are also finding that assistance through the manufacture[r] is no longer available for those with self-funded plans. Is there another alternative therapy you would like to try? Listed below are the medications/manufacturers that are on our formulary for Rheumatoid Arthritis, and we work with regularly. We can assist with coordinating their benefits.

The fax went on to list eight other medication options, including ACTEMRA®, ENBREL®, KEVZARA®, KINERET®, OLUMIANT®, ORENCIA®, SIMPONI®, XELJANZ®. Although it is not clear who made the handwritten notations, stars appear next to ACTEMRA® and SIMPONI®, and XELJANZ® is crossed out. *See* **Exhibit 2**.

13.     There are differences between Humira and some of the other listed drugs with respect to their treatment regimens. For example, XELJANZ® is a pill that patients take orally twice a day. KINERET® is a daily injection. ACTEMRA® can be administered through a 60-minute intravenous drip infusion given every four weeks or a self-injection once a week. ENBREL® is administered through a patient self-injection once a week. KEVZARA® is taken through self-injection once every two weeks. OLUMIANT® is a pill patients take by mouth once per day. ORENCIA® is given by self-injection once a week or by IV infusion once every four weeks (after the initial loading doses). SIMPONI® is typically given by self-injection at Week 0, Week 2 and then every four weeks.

14.     There are other differences between the medications as well. For example, while the FDA's approval of Humira does not indicate that patients should try another product in the class prior to initiating Humira therapy, OLUMIANT® and XELJANZ® are only approved for use after a patient has tried a TNF blocker, such as Humira. Specifically, OLUMIANT® is for adult patients with moderately to severely active rheumatoid arthritis "who have had an inadequate response to one or more TNF blockers." XELJANZ® is for "adult patients with moderately to severely active RA who have had an inadequate response or intolerance to one or more TNF blockers." Additionally, the American College of Rheumatology Guidelines for the Treatment of RA do not currently include KINERET® in its recommendations due to the product's "infrequent use for patients with RA," and the current European League Against Rheumatism recommendations for the management of RA with synthetic and biological disease-modifying antirheumatic drugs similarly omit KINERET® from its recommendations.

15.     The complaint alleges that Payer Matrix's fax communication to Dr. Levin contains false statements intended to convince the doctor to switch the patient's medication. If Payer Matrix did in fact mislead the doctor to believe that the patient no longer had insurance coverage for Humira but did still have insurance coverage for these other drugs, most of which are considered specialty drugs like Humira, this conduct, in my opinion, is harmful to the patient. It would cause the doctor to switch medications, not because a new medication would be a medically preferable treatment for the patient, but solely because he was misled to believe that continuing with the current medication was no longer an option for the patient.

16.     Switching medications for reasons other than medical necessity is harmful to the patient because it causes at least three health risks for the patient: (1) based on factors unique to the patient, the new medication may not be as effective in treating the patient's condition, thus

leading to unnecessary pain and suffering, (2) the patient may experience stress in adjusting to a new treatment regimen, and potentially, have a less desirable treatment regimen overall, and (3) the patient may experience new or different side effects from the new medication. Overall, these potential differences between the medications could have a material impact on the patient's satisfaction with treating their rheumatoid arthritis and other serious medical conditions.

17.     The complaint also alleges that patients experienced delays in receiving their medications as a result of Payer Matrix's switching efforts and/or due to being required to apply for a patient assistance program. If true, for the reasons discussed above, this is very harmful to the patients. Any period of delay in receiving their scheduled doses of medication increases the risk of patients experiencing more physical pain from their conditions.

18.     I also reviewed an email indicating that Payer Matrix had a number of "one-page info flyers" prepared to "serve as templates" of what it could "hand out to physicians to encourage them to use meds other than those made by AbbVie." The flyers were attached to the email. *See* **Exhibit 3**. In my opinion, the flyers contained a number of misleading and inaccurate statements. For example, the flyer comparing Humira and Enbrel (PMX0164031) begins by asking "In treating psoriatic arthritis, regarding ease of use, efficacy, and side effects, why is Enbrel superior to Humira?" The flyer went on to state that Enbrel may be easier for some patients to use because "Enbrel is administered through a prefilled syringe or an auto-injector, whereas Humira requires patients to self-administer via a pen device or syringe." This statement is misleading. Both drugs are easily self-injectable. What is not mentioned in Payer Matrix's flyer is that Humira is generally administered every other week, while Enbrel needs to be injected once or twice a week. This means that patients need to inject themselves less often with Humira. The flyer further states that "some studies have suggested that Enbrel may be associated with a higher rate of remission

6

compared to Humira in some patients with psoriatic arthritis." I am unaware of any data directly comparing the efficacy of the two drugs. The landmark studies for both drugs show almost equivalent efficacy. Finally, the flyer states that Enbrel has been associated with a lower risk of serious infections, such as tuberculosis and sepsis, compared to Humira. However, no studies comparing the rate of infection from Enbrel versus Humira exist as far as I know.

19.     A separate flyer that is part of **Exhibit 3** makes similar claims about Otezla being associated with fewer serious infections than Humira (PMX0164028). However, the comparative data for infection risk between the two drugs is just not there.

20.     Another flyer claims in **Exhibit 3** that "Stelara may be associated with higher rates of remission and longer periods of sustained response than Humira in some patients with psoriatic arthritis" (PMX0164028). The loose wording "in some patients" could mean anything. It is misleading to suggest that Stelera has an advantage here.

21.     The flyer in **Exhibit 3** comparing Otezla and Skyrizi asserts that Otezla "may be considered superior to Skyrizi since it is an oral medication that is taken daily, whereas Skyrizi is given as a subcutaneous injection that some patients may find objectionable" (PMX0164030). The flyer fails to mention that Skyrizi is injected four times a year while Otezla must be swallowed twice a day (730 times per year)

22.     Paragraphs 18-21 contain examples of the misleading statements in **Exhibit 3**. They are not intended to be an exhaustive description of all of the misleading statements in these flyers

23.     I also reviewed **Exhibit 4** as part of my analysis in this matter. This document appears to identify patients who had been taking an AbbVie drug but were switched to an alternate medication in 2023. For some of these patients, their medical conditions also are listed. The

spreadsheet indicates that some patients with the medical condition psoriasis (rows 18, 37, 61, and 83) were switched from Humira or Skyrizi to Dupixent. Dupixent is not approved to treat psoriasis. Additionally, one patient listed as having rheumatoid arthritis (row 28) was switched from Rinvoq to Cosentyx. Cosentyx is not approved for the treatment of rheumatoid arthritis.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: SEPTEMBER 23, 2023

DR. PHILIP L. COHEN

# Exhibit 1

## CURRICULUM VITAE

Philip L. Cohen, M.D.

Office Address:      Temple University School of Medicine
3322 N. Broad Street, Room 205
Philadelphia, PA 19140
philco@temple.edu

Education

| | | | |
|---|---|---|---|
| 1964-1968 | B.S. | City College of New York, New York City |
| 1968-1972 | M.D. | Yale University School of Medicine |

Postgraduate Training and Fellowship Appointments:

| | |
|---|---|
| 7/72-6/73 | Intern in Medicine, Presbyterian Hospital, New York City |
| 7/73-6/75 | Research Associate, National Institute of Allergy and Infectious Diseases |
| 7/75-6/76 | Junior Assistant Resident, Presbyterian Hospital, New York City |
| 7/76-7/77 | Fellow, Dept. of Internal Medicine, University of Texas Southwestern Medical School |

Military Service:

| | |
|---|---|
| 7/73-7/75 | U.S. Public Health Service (Lt. Commander) |

Faculty Appointments:

| | |
|---|---|
| 7/77-5/79 | Assistant Professor of Internal Medicine, University of Texas Southwestern  Medical School, Dallas |
| 7/79-7/84 | Assistant Professor of Medicine and Microbiology/Immunology, University of North Carolina School of Medicine |
| 7/84-7/89 | Associate Professor of Medicine and Microbiology/Immunology, University of North Carolina School of Medicine |
| 7/89-5/99 | Professor of Medicine and Microbiology/Immunology, University of North Carolina School of Medicine |
| 5/99-4/08 | Professor of Medicine, University of Pennsylvania School of Medicine and Staff Physician, Philadelphia Veterans Affairs Medical Center |
| 4/08-7/17 | Professor of Medicine and Microbiology/Immunology and Chief of Rheumatology Section, Lewis Katz School of Medicine at Temple University |
| 7/17- | Professor of Medicine (Emeritus) LKSOM |

Hospital and Administrative Appointments:

| | |
|---|---|
| 7/80-7/88 | Medical Care Evaluation Committee, NC Memorial Hospital |
| 7/94-10/98 | Director, Rheumatology Training Program, UNC Hospitals |

| 7/99-7/07 | Co-Director, Rheumatology Training Program, University of Pennsylvania School of Medicine |
| 7/06-4/08 | Chief of Rheumatology, Philadelphia VA Medical Center |

Specialty Certifications:

| 1977 | American Board of Internal Medicine |
| 1978 | Rheumatology |

Licensure: Pennsylvania (active); North Carolina, Texas, DC, New York (inactive)

Awards, Honors, and Membership in Honorary Societies:

| 1971 | Alpha Omega Alpha |
| 1987 | Kenan Award (UNC sabbatical grant) |
| 1999 | Central Carolina Bank Excellence in Teaching Award (UNC) |
| 2000 | Research Hero of the Arthritis Foundation |
| 2001 | Lady Colyton Award for Autoimmunity Research |
| 2004 | Kirkland Scholar in Lupus Research |
| 2013 | Master of the American College of Rheumatology |
| 2017 | Distinguished Investigator, LKSOM |

Membership in Professional Societies
American Association of Immunologists
American College of Physicians (Fellow)
American College of Rheumatology
American Society for Clinical Investigation

Editorial Positions;
*Journal of Immunology* (Editorial Board 1987-1991, Section Editor 1991-1996*); Arthritis and Rheumatism* (Editorial Board 1985-1990, Associate Editor 1999-*);* Editorial Boards, *Clinical Immunology* 1998-2003; *Modern Rheumatology* 1998-; *Autoimmunity* 2001-; *J Autoimmunity 2005-; Frontiers in B-Cell Biology* 2017-

Principal Investigator of Grants:

T-Cell Control of Autoreactivity in Murine SLE (NIAMS 5-RO1-AR33887). Principal Investigator (25% effort). 1984-2004.

Environmental Stress, Apoptosis, and Autoimmunity (NIAID R01-AI44029) Principal Investigator (25% effort). 1999-2003. PI

2

C-mer Mice, a New Model of Systemic Autoimmunity. Dept. of Veterans Affairs Merit Award (2002-2007). PI

Lupus Research Institute (2001-2004). PI

Alliance for Lupus Research – TILS grant, Enhancing clearance of apoptotic cells – a novel therapy for autoimmune disease (2005-2007). PI

Autoimmunity Centers of Excellence (NIAID), ASJ-01. B-cell depletion in Primary Sjogren's disease (clinical trial). PI

B cells in murine Sjogren's syndrome, NIDR. 2005-2011. PI

Role of the Mer Tyrosine Kinase Family in Autoimmune Diseases. NIAID 2009-2014 (to Philadelphia Autoimmunity Center of Excellence) PI

Targeting the Mer Tyrosine Kinase in Experimental Autoimmune Disease. NIAID R21. 2012-2014

Systemic Lupus Erythematosus Biomarker and Therapeutic Target Identification. Janssen Research, 2013-2015, PI

Aggregated MAVS as a Disease Mechanism in SLE. Alliance for Lupus Research, 2014-2017. PI

3

Committees:

>Medical Care Evaluation Committee, North Carolina Memorial Hospital (Member 1980-1988, and Rheumatology Division Representative).
>Internship Selection Committee, Dept. of Medicine (Member, 1981-1985)
>Ward Chief, Medicine H Service (1989-90)
>PVAMC Medical Review Board
>PVAMC Biohazard Committee
>Temple Department of Medicine Research Committee
>Temple M.D./Ph.D. admission committee 2009-2012
>Temple University School of Medicine Research Committee (Chairman) 2009-14

>National

>Chapter Research Grants Committee, Arthritis Foundation 1982-1985
>Fellowship Subcommittee, Arthritis Foundation 1984-1988; 1994-1997
>Chairman of Organizing Committee, 1987 Arthritis Foundation National Fellows Meeting
>Chairman of Arthritis Foundation Special Grants Review Committee, 1987-89
>NIH General Medicine A Study Section 1989-1994
>Credentials Committee, American Association of Immunologists 1991-1993
>Committee for the Publication of Arthritis and Rheumatism 1992-1997
>Board of Scientific Counselors, NIAMS, 1994-1999
>National Meeting Committee, American College of Rheumatology 1995-1997
>Chair, American Heart Association Immunology/Inflammation Study Section 1996-2000
>Chair, Cellular Immunology Review Committee, American College of Rheumatology 2001-2004
>Chair of Clinical Immunology Study Section, Arthritis Foundation 2002-2005
>Abbott Scholars Review Board 2002-2005
>Chairman, Medical and Scientific Advisory Council, Arthritis Foundation 2005-2008
>Chairman, Grants Committee, Lupus Research Alliance (2019-2021)

Other Administrative Activities:

>Acting Division Chief, Rheumatology (UNC), 1985-1986.
>Director, Rheumatology Training Program (UNC-CH), 1993-1998
>Interim Chief of Rheumatology Section, University of Pennsylvania School of Medicine 2005-2007
>Director, Rheumatology Training Program, Temple University 2008-2013

Teaching Responsibilities

Lectures to students in basic immunology and in rheumatology (co-organizer of medical student immunology course, 1988-1999)

Course director, Immunology 110 (advanced graduate student immunology course) 1982-1984 (with G. Haughton)

Course director, Immunology 112 (graduate student seminar course), Fall 1987; Spring 1995.

Teacher of Immunopathology elective, 1992 and 1993

1979-present: Laboratory teaching in immunology for first year medical student course. Clinical teaching as Attending on General Medicine wards, Rheumatology Consulting Service, and Arthritis Clinic. Participant (lecturer, labs) in yearly Musculoskeletal Course (with Orthopaedic Surgery.)

Lecturer, Immunology 508 and 599 (Univ. of Penn.)

Freshman Seminar Course, University of Pennsylvania, 2005-2007

Bibliography

Original Papers

1.    Gershon RK, Cohen PL, Hencin R, and Liebhaber SA:  Suppressor T cells.  J  Immunol 108:986, 1972

2.    Cohen PL, and Mosier D:  Reactivity of steroid-resistant newborn thymocytes.  Nature 251:233, 1974

3.    Cohen PL, Cross S and Mosier D:  Immunological effects of neonatal infection with mouse thymic virus.  J Immunol 119:706, 1975

4.    Cohen PL, Scher I,  and Mosier DE:  CBA/N Mice:  in vitro studies of genetically determined unresponsiveness to thymus-independent antigens. J Immunol 116:301, 1976

5.    Mosier DE, Tigelaar RE, and Cohen PL:  Ontogeny of in vitro correlates of the graft-versus-host reaction.  Transpl Proc 8:371, 1976

6.    Cohen PL, Ellner J, and Shevach E:  Induction of guinea pig antibody responses in vitro. J Immunol 118:2034, 1977

7.    Cohen PL, and Ziff M:  Abnormal polyclonal B-cell activation in NZB/NZW $F_1$ mice.  J Immunol 119:1534, 1977

8.    Cohen PL, Ziff M, and Vitetta E:  Characterization of a B cell defect in the NZB mouse manifested by an increased ratio of surface IgM to IgD. J Immunol 121:973, 1978

9.    Cohen PL:  Functional absence of a B cell subset in aging New Zealand mice.  Clin Exp Immunol 40:365, 1980

10.   Romain PL, Cohen PL, Fish F, Ziff M, and Vitetta E:  The specific B cell subset lacking in the CBA/N mouse is not required for the production of autoantibody in (CBA/N x NZB)$F_1$ mice.  J Immunol 125:246, 1980

11.   Cohen PL:  Bone marrow as the major site of anti-erythrocyte autoantibody production in NZB mice.  Arthritis Rheum 23:1045, 1980

12.   Goldings EA, Cohen PL, McFadden SF, Ziff M and Vitetta ES:  Defective B cell tolerance in adult (NZB x NZW)$F_1$ mice.  J Exp Med 142:730, 1980

13.   Cohen PL, Litvin D, and Winfield JB:  Activated T cells in human peripheral blood: quantitation with a reverse hemolytic plaque assay. J Immunol 121:1777, 1981

14.    Cohen PL, Litvin D, Winfield JB:  Association between activated T cells  and immunoglobulin-secreting B cells in patients with active systemic lupus erythematosus.  Arthritis Rheum 25:168, 1982

15.    Winfield JB, Cohen PL, Bradley L, Finkelman FD, Eisenberg RA, Wistar R,  and Whisnant JK:  IgM cryoprecipitation and anti-immunoglobulin activity  in dysgammaglobulinemia type I.  Clin Immunol Immunopathol 23:58, 1982

16.    Cohen PL, and Eisenberg RA:  Anti-idiotypic antibodies to the Coombs antibody in NZB F$_1$ mice.  J Exp Med 156:173, 1982

17.    Winfield JB, Cohen PL and Litvin DA.  Antibodies to activated T cells and their soluble products in systemic lupus erythematosus.  Arthritis Rheum  25:814, 1982

18.    Cohen PL, Ugai K and Ligler FS.  Activation of both T cells and B cells in NZB mice.  J Lab Clin Immunol 9:199, 1982

19.    Cohen PL and Eisenberg R.  T-cell recognition of the Sm antigen.  Induction of T-cell proliferative response in MRL/Mp-lpr/lpr mice. J. Immunol 129:2142, 1982

20.    Cohen PL and Eisenberg RA.  Anti-Sm autoantibodies in MRL mice.  In vitro detection and generation of antibody forming cells.  J Immunol 129:2682, 1982

21.    Eisenberg RA, Winfield JB, and Cohen PL.  Subclass restriction in anti-Sm antibodies in MRL mice.  J Immunol 129:2146, 1982

22.    Litvin DA, Cohen PL, and Winfield JB.  Characterization of warm-reactive IgG anti-lymphocyte antibodies in systemic lupus erythematosus.  Relative specificity for mitogen-activated T cells and their soluble products. J Immunol 130:181, 1983

23.    Eisenberg RA, Klapper DG, and Cohen PL.  Polypeptide structure of the Sm and RNP antigens.  Molecular Immunol 20:187, 1983

24.    Eisenberg RA and Cohen PL.  Class II Major histocompatibility antigens and the etiology of systemic lupus erythematosus.  Clin Immunol Immunopathol 29:l, 1983.

25.    Wood DD, Ihrie EJ, Dinarello CA, and Cohen PL.  Detection of interleukin I in synovial fluid.   Arthritis Rheum 26:975, 1983

26.    Cohen PL, Eisenberg RA, and Dermer GB.  Unusual acidic light chains in murine SLE serum.  Clin Exp Immunol 55:509, 1984.

27.    Boyer C, Eisenberg RA, and Cohen PL.  Quantitation of the Sm nuclear antigen in activated lymphocytes.  Arthritis Rheum 28:294, 1985.

7

28.  Bernard NF, Eisenberg RA, and Cohen PL:  Response of MRL/Mp-+/+ mice to mouse
     Sm: Non-H-2-linked genes determine T cell recognition.  J Immunol 134:1422, 1985.

29.  Cohen PL, Rapoport RG, and Eisenberg RA:  Hidden autoantibodies against common
     serum proteins in murine SLE: Detection by in vitro plaque-forming cell assay.  J Exp
     Med 161:1587, 1985.

30.  Yamada A, Winfield JB, and Cohen PL:  Subset specificity of antilymphocyte antibodies
     in systemic lupus erythematosus: Preferential reactivity with cells bearing the T4 and
     autologous erythrocyte receptor phenotypes.  Arthritis Rheum 28:262, 1985.

31.  Bernard NF, Eisenberg RA, and Cohen PL.  H-2-linked Ir gene control of T cell
     recognition of the Sm nuclear autoantigen and the aberrant response in MRL/Mp-+/+
     mice.  J Immunol 134:3812, 1985.

32.  Eisenberg RA, Pisetsky D, and Cohen PL.  Antinuclear antibodies and nuclear antigens in
     NZB myeloma ascitic fluids.  Clin Immunol Immunopathol 35:337, 1985.

33.  Eisenberg RA, Riblet RJ, Lewis DE, and Cohen PL.  Spontaneous antiidiotypic
     antibodies to the NZB Coombs autoantibody. Clin Exp Immunol 62:315, 1985.

34.  Kole R, Fresco LD, Keene JD, Cohen PL, Eisenberg RA, and Andrews PG.  Alu
     RNA-protein complexes formed in vitro react with a novel lupus autoantibody. J Biol
     Chem 260:11781, 1985.

35.  Cohen PL, Shores EW, Rapoport R, Caster S, Eisenberg RA, and Pisetsky DS. Anti-Sm
     autoantibodies in MRL mice: Analysis of precursor frequency. Cell Immunol 96:448,
     1985.

36.  Cohen PL, Rapoport R, and Eisenberg RA.  Characterization of functional T cell lines
     from MRL mice.  Clin Immunol Immunopathol 40:485, 1986

37.  Shores EW, Eisenberg RA, and Cohen PL.  Role of Sm antigen in the generation of anti-
     Sm autoantibodies in the SLE-prone MRL mouse.
     J Immunol 136:3662, 1986

38.  Katagiri K, Katagiri T, Eisenberg RA, Ting J, and Cohen PL.  Interleukin 2 responses of
     lpr and normal L3T4-/Lyt-2- T cells induced by TPA plus A23187.  J Immunol 138:149,
     1987.

39.  Eisenberg RA, Craven SY, and Cohen PL. Isotype progression and clonality of anti-Sm
     autoantibodies in MRL/Mp-lpr/lpr mice.  J Immunol 139:728, 1987.

40.	Yokota S, Yuan D, Katagiri T, Eisenberg RA, Cohen PL, and Ting J.  The expression and regulation of c-myb transcription in B6/lpr Lyt-2-, L3T4-T lymphocytes.  J Immunol 139:2810, 1987.

41.	Cohen PL, Cheek RL, Hadler JA, Yount WJ, and Eisenberg RA.  Subclass distribution of human IgG rheumatoid factor.  J Immunol 139:1466, 1987.

42.	Eisenberg RA, Craven SY, Warren RW, and Cohen PL.  Stochastic control of anti-Sm autoantibodies in MRL/Mp-lpr/lpr mice.  J Clin Invest 80:691, 1987.

43.	Fisher CL, Eisenberg RA, and Cohen PL. Quantitation and IgG subclass distribution of anti-chromatin autoantibodies in SLE mice.  Clin Immunol Immunopathol 46:205, 1988.

44.	Shores EW, Eisenberg RA, and Cohen PL.  T-B collaboration in the in vitro anti-Sm autoantibody response in MRL/Mp-lpr/lpr mice.  J Immunol 140:2977, 1988.

45.	Katagiri T, Cohen PL, and Eisenberg RA.  The lpr gene causes an intrinsic T cell abnormality that is required for hyperproliferation.  J Exp Med 167:741, 1988.

46.	Katagiri T, Schepart B, Croghan TW, Frelinger JA, Eisenberg RA, and Cohen PL.  Southern blot analysis of MHC genes in lpr mice.  Exp Clin Immunogenetics 3:218, 1988.

47.	Davignon JL, Cohen PL, and Eisenberg RA.  Rapid T cell receptor modulation accompanies lack of in vitro mitogenic responsiveness of double negative T cells to anti-CD3 monoclonal antibody in MRL/Mp-lpr/lpr mice.  J Immunol 141:1848, 1988.

48.	Katagiri K, Katagiri T, Yokota S, Eisenberg RA, Cohen PL, and Ting J. Two different molecular pathways account for low interleukin 2 receptor and c-myc mRNAs expression by lpr Lyt-2- L3T4- T cells.  J Immunol 141:2145, 1988.

49.	Shores EW, Pisetsky DS, Grudier J, Eisenberg RA, and Cohen PL.  Immunization with the Sm nuclear antigen induces anti-Sm antibodies in normal and MRL mice.  Immunology 65:473, 1988.

50.	Ragan DR, Cohen PL, Cromartie WJ, and Schwab JH.  Macrophage mediated immunosuppression in streptococcal cell wall-induced arthritis.  Clin Exp Immunol 74:365, 1988.

51.	Fisher CL, Shores EW, Eisenberg RA, and Cohen PL.  Cellular interactions for the in vitro production of anti-chromatin autoantibodies in MRL/Mp-lpr/lpr mice.  Clin Immunol Immunopathol 50:231, 1989.

52.	Croghan TW, Davignon J-L, Evans J, Allison JP, Eisenberg RA, Frelinger JA, and Cohen PL. Diminished expression of the T cell receptor on the expanded lymphocyte population in MRL/Mp-lpr/lpr mice. Autoimmunity 2:97, 1989.

53.	Katagiri T, Ting J P-Y, Dy R, Prokop C, Cohen P, and Earp HS. Membrane c-src tyrosine phosphorylation is increased in abnormal CD4-, CD8- T lymphocytes from lpr/lpr mice. Mol Cell Biol 9:4914, 1989.

54.	Eisenberg RA, Craven SY, Fisher CL, Morris SC, Rapoport R, Pisetsky DS, and Cohen PL. The genetics of autoantibody production in MRL/lpr lupus mice. Clin Exp Rheum 7/S-3:35, 1989.

55.	Eisenberg RA, Pisetsky DS, Craven S, Grudier JP, O'Donnell MA, and Cohen PL. Regulation of the anti-Sm autoantibody response in SLE mice by an antibody-mediated positive feedback mechanism. J Clin Invest 85:86, 1990.

56.	Davignon JL, Cohen PL, and Eisenberg RA. Immunological effects of in vivo recombinant interferon gamma in normal mice: failure to induce autoantibodies. Int J Immunopharmacology 12:691-698, 1990.

57.	Morris SC, Cheek RL, Cohen PL, and Eisenberg RA. Autoantibodies in chronic GVH result from cognate T-B interactions. J Exp Med 171:503, 1990.

58.	Morris SC, Cheek RL, Cohen PL, and Eisenberg RA. Allotype-specific immunoregulation of autoantibody production by host B cells in chronic GVH. J Immunol 144:916,1990.

59.	Morris SC, Cohen PL, and Eisenberg RA. Experimental induction of systemic lupus erythematosus by recognition of foreign Ia. Clin Immunol Immunopathol 57:263, 1990

60.	Berger RG, Knox SJ, Levy R, Sklar J, Cohen P, and Reichert T. Mycosis fungoides arthropathy: Clinical and pathological description and response to chimeric anti-CD4 monoclonal antibody therapy. Ann Intern Med 114:571, 1991.

61.	Sobel ES, Katagiri T, Katagiri K, Morris SC, Cohen PL, and Eisenberg RA. An intrinsic B-cell defect is required for the production of autoantibodies in the lpr model of murine systemic autoimmunity. J Exp Med 173:1441, 1991.

62.	Davignon JL, Vallin-Davignon M, Cohen PL, and Eisenberg RA. Targeting of T-B interaction using heteroconjugate antibody. Immunol 73:1, 1991.

10

63. Davignon JL, Arnold LW, Cohen PL, and Eisenberg RA. CD3 expression, modulation, and signalling in T-cell subpopulations from MRL/Mp-lpr/lpr mice. J Autoimmunity 4:831, 1991.

64. Katagiri T, Azuma S, Toyoda Y, Mori S, Kano K, Cohen PL, and Eisenberg RA. Tetraparental mice reveal complex cellular interactions of the mutant, autoimmunity-inducing lpr gene. J Immunol 148:430, 1992.

65. Mitsuda T, Eisenberg RA, and Cohen PL. The murine Sm-D autoantigen: multiple genes, genetic polymorphism, evolutionary conservation, and lack of intervening sequences in the coding region. J Autoimmunity 5:277-288, 1992.

66. Croghan T, Rapoport RG, Eisenberg RA, Frelinger JG, and Cohen PL. Unusual T-cell receptor gene rearrangements in T-cell hybridomas from MRL/Mp-lpr/lpr mice. Autoimmunity, 12:295-302, 1992.

67. Halpern MD, Fisher CL, Cohen PL, and Eisenberg RA. Immunoglobulin heavy chain locus control of autoantibody production in autoimmune mice. J Immunol. 149:3735-3740, 1992.

68. Sobel ES, Yokoyama WM, Shevach EM, Eisenberg RA, and Cohen PL. Aberrant expression of the very early activation (VEA) antigen on MRL/Mp-lpr/lpr lymphocytes. J. Immunol. 150:673-682, 1993.

69. Treadwell EL, Cohen P, Williams D, O'Brien K, Volkman A, and Eisenberg R. MRL mice produce anti-Su autoantibody, a marker associated with systemic lupus erythematosus. J. Immunol. 150:695-699, 1993.

70. Reap EA, Sobel ES, Cohen PL, and Eisenberg RA. Conventional B cells, not B-1 cells, are responsible for producing autoantibodies in lpr mice. J. Exp. Med. 177:69-78, 1993.

71. Bloom DD, Davignon J-L, Retter MW, Shlomchik MJ, Pisetsky DS, Cohen PL, Eisenberg RA, and Clarke SH. V-region analysis of anti-Sm hybridomas from MRL/Mp-lpr/lpr mice. J. Immunol. 150:1591-1610, 1993.

72. Bloom DD, Davignon J-L, Cohen PL, Eisenberg RA, and Clarke SH. Overlap of the anti-Sm and anti-DNA responses of MRL/Mp-lpr/lpr mice. J. Immunol. 150:1579-1590, 1993.

73. Sobel ES, Cohen PL, and Eisenberg RA. *lpr* T cells are necessary for autoantibody production in *lpr* mice. J. Immunol. 150:4160-4167, 1993.

11

74. Cohen PL, Creech E, Nakul-Aquaronne D, McDaniel R, Ackler S, Rapoport RG, and Eisenberg RA. Antigen non-specific effect of MHC haplotype on autoantibody levels in SLE-prone lpr mice. J. Clin. Invest., 91:2761-2768, 1993.

75. Herron LR, Eisenberg RA, Roper E, Kakkanaiah VN, Cohen PL, and Kotzin BL. Selection of the T cell receptor repertoire in *lpr* mice. J. Immunol., 151:3450-3459, 1993.

76. Sobel ES, Kakkanaiah VN, Cohen PL, and Eisenberg RA. Correction of gld autoimmunity by co-infusion of normal bone marrow suggests that gld is a mutation of the Fas ligand gene. International Immunol., 5:1275-1278, 1993.

77. Halpern MD, Craven SY, Cohen PL, and Eisenberg RA. Regulation of anti-Sm autoantibodies by the immunoglobulin heavy chain locus. J. Immunol., 151:7268-7272, 1993.

78. Reap EA, Sobel ES, Jennette JC, Cohen PL, and Eisenberg RA. Conventional B cells, not B1 cells, are the source of autoantibodies in chronic graft-versus-host disease. J. Immunol. 151:7316-7323, 1993.

79. Wang J, Chou C-H, Blankson J, Satoh M, Knuth MW, Eisenberg RA, Cohen PL, Pisetsky DS, and Reeves WH. Murine monoclonal antibodies specific for conserved and non-conserved antigenic determinants of the human and murine Ku autoantigens. Mol Biol Reports 18:15-28, 1993.

80. Herron LR, Eisenberg RA, Roper E, Kakkanaiah VN, Cohen PL, and Kotzin BL. Selection of the T cell receptor repertoire in lpr mice. J Immunol 151:3450-3459, 1993.

81. Bradley DS, Jennette JC, Cohen PL, and Eisenberg RA. Chronic graft versus host disease-associated autoimmune manifestations are independently regulated by different MHC class II loci. J Immunol 152:1960-69, 1994.

82. Sobel ES, Kakkanaiah VN, Kakkanaiah M, Cheek RL, Cohen PL, and Eisenberg RA. Collaboration for autoantibody production in lpr mice is cognate and MHC-restricted. J Immunol 152:6011-6016, 1994

83. Satoh M, Langdon JJ, Chou CH, McCauliffe D, Treadwell E, Ogasawara T, Hirakata M, Suwa A, Cohen PL, Eisenberg RA, and Reeves WH. Characterization of the Su antigen, a macromolecular complex of 100/102 and 200 kDa proteins recognized by autoantibodies in systemic rheumatic diseases. Clin Immunol Immunopathol 73:132:141, 1994.

12

84.     Sobel ES, Kakkanaiah VN, Rapoport RG, Eisenberg RA, and Cohen PL. The abnormal *lpr* double negative T cell fails to proliferate *in vivo*. Clin. Immunol. and Immunopathol. 74:177-184, 1995.

85.     MacDonald GC, Kakkanaiah VN, Sobel ES, Cohen PL, and Eisenberg RA. T cell expression of Fas ligand controls autoimmunity and lymphoproliferation *in vivo*. J. Immunol. 154:444-449, 1995.

86.     Sobel ES, Kakkanaiah VN, Kakkanaiah M, Cohen PL, and Eisenberg RA. Co-infusion of normal bone marrow partially corrects the *gld* T-cell defect: Evidence for an intrinsic and extrinsic role for Fas ligand. J. Immunol. 154:459-464, 1995.

87.     Reap EA, Leslie D, Abrahams M, Eisenberg RA, and Cohen PL. Apoptosis abnormalities of splenic lymphocytes in autoimmune lpr and gld mice. J. Immunol. 154:936-943, 1995.

88.     Maldonado MA, Eisenberg RA, Roper E, Cohen PL, and Kotzin BL. Greatly reduced lymphoproliferation in lpr mice lacking MHC class I. J. Exp. Med. 181:641-648, 1995.

89.     Ajmani AK, Satoh M, Reap E, Cohen PL, and Reeves WH. Absence of autoantigen Ku in mature human neutrophils and HL-60 cells and lymphocytes undergoing apoptosis. J. Exp. Med. 181:2049-2058, 1995.

90.     Retter MW, Eisenberg RA, Cohen PL, and Clarke SH. Sm and DNA binding by dual reactive B cells requires distinct $V_H$, $V_K$, and $V_H$ CDR3 structures. J. Immunol. 155:2248-2257, 1995.

91.     Reap EA, Felix NJ, Wolthusen PA, Kotzin BL, Cohen PL, and Eisenberg RA. bcl-2 transgenic lpr mice show profound enhancement of lymphadenopathy. J. Immunol. 155:5455-5462, 1995.

92.     Fossati L, Sobel ES, Iwamoto M, Cohen PL, Eisenberg RA, and Izui S. The *Yaa* gene-mediated acceleration of murine lupus: $Yaa^-$ T cells from non-autoimmune mice collaborate with $Yaa^+$ B cells to produce lupus autoantibodies *in vivo*. Eur. J. Immunol. 25:3412-3417, 1995.

93.     Reap EA, Piecyk ML, Oliver A., Sobel ES, Waldschmidt T, Cohen PL, and Eisenberg RA. Phenotypic abnormalities of splenic and bone marrow B cells. Clin. Immunol. Immunopathol. 78:21-29, 1996.

94.     Creech EA, Nakul-Aquaronne D, Reap EA, Cheek RL, Wolthusen PA, Cohen PL, and Eisenberg RA. MHC genes modify systemic autoimmune disease. The role of the I-E locus. J. Immunol. 156:812-817, 1996.

95.     Retter MW, Cohen PL, Eisenberg RA, and Clarke SH.  Both Sm and DNA are selecting antigens in the anti-Sm B cell response in autoimmune MRL/lpr mice.  J.  Immunol. 156:1297-1306, 1996.

96.     Kakkanaiah VN, MacDonald GC, Cohen PL, and Eisenberg RA.  Suppression and reversal of *gld* disease by parabiosis with normal mice.  Clin Immunol. Immunopathol.78:6-13, 1996.

97.     Zajac AJ, Quinn DG, Cohen PL, and Frelinger JA.  Fas-dependent CD4[+] cytotoxic T-cell-mediated pathogenesis during virus infection.  Proc. Natl. Acad. Sci. USA  93:14730-14735, 1996.

98.     Cohen PL, Hadler NM, and Starkenburg R.  Acute intermittent porphyria presenting as acute muscle pain, fever, and weakness.  Arthritis Rheum.  40:586-587, 1997.

99.     Kakkanaiah VN, Sobel ES, MacDonald GC, Cheek RL, Cohen PL, and Eisenberg RA. B-cell genotype determines the fine specificity of autoantibody in *lpr* mice.  J. Immunol. 159:1027-1035, 1997.

100.    Cohen PL.  The arthritis of Frederic E. Church.  J. Rheumatol. 24:1453-1454, 1997..

101.    Reap EA, Roof K, Maynor K, Borrero M, Booker J, and Cohen PL.  Radiation and stress-induced apoptosis: A role for Fas/Fas ligand interactions. Proc. Natl. Acad. Sci. USA 94:5750-5755, 1997.

102.    Weintraub JP, Eisenberg RA, and Cohen PL.  Upregulation of Fas and the costimulatory molecules B7-1 and B7-2 on peripheral lymphocytes in autoimmune B6/*gld* mice.  J. Immunol. 159:4117-4126, 1997.

103.    Gangi-Peterson L, Peterson SN, Shapiro LH, Golding A, Caricchio R, Cohen DI, Margulies DH, and Cohen PL.  *Bca*: an activation-related B-cell gene.  Mol. Immunol, 35:55-63, 1998

104.    Sobel ES, Schiffenbauer J, Reap EA, Cohen PL, and Eisenberg RA.  Novel immunoregulatory pathways revealed by lpr/+ mixed chimeras. J. Immunol., 160:1497-1503, 1998.

105.    Caricchio R, Reap EA, Cohen PL.  Involvement of Fas in UV radiation-mediated apoptosis. J. Immunol. 161:241-251, 1998.

106.    Fecho K and Cohen PL.  Regulation of neutrophil production by CD95 (Fas). J. Leukocyte Biol., 64:373-383, 1998.

107.   Fecho K, Bentley SA, and Cohen PL.  Mice deficient in Fas ligand (gld) or Fas (lpr0 show few alterations in granulopoiesis.  Cellular Immunology, 188:19-32, 1998.

108.   Weintraub JP, Godfrey V, Wolthusen PA, Cheek RL, Eisenberg RA, and Cohen PL. Immunological consequences of mutations in both Fas and Fas ligand.  Cellular Immunology 186:8-17, 1998.

109.   Russell JQ, Mooney T, Cohen PL, MacPherson B, Noelle RJ, and Budd RC.  Anti CD40L accelerates renal disease and adenopathy in MRL-lpr mice in parallel with decreased thymocyte apoptosis.  J. Immunol., 161:729-739, 1999

110.   Booker JK, Reap EA, and Cohen PL.  Expression and function of Fas on cells damaged by g-irradiation in B6 and B6/lpr mice.  J. Immunol. 161:4536-4541, 1998.

111.   Weintraub, J.P. and Cohen PL.  Ectopic expression of B7-1 (CD80) on T lymphocytes in autoimmune lpr and gld mice.  Clin. Immunol. 91:302-309, 1999,

112.   Maldonado MA, Kakkanaiah VN, MacDonald GC, Chen F, Reap EA, Balish E,. Farkas WR, Jennette JC, Madaio MP,  Kotzin BL, Cohen PL, and. Eisenberg RA.  The role of environmental antigens in the spontaneous development of autoimmunity in MRL-lpr mice. J. Immunol., 162:6322-6330, 1999.

113.   Maldonado MA, MacDonald GC, Kakkanaiah VK, Fecho K, Dransfield M, Sekiguchi D, Cohen PL, and Eisenberg RA.  Differential control of autoantibodies and lymphoproliferation by Fas ligand expression in CD4+ and CD8+ T cells in vivo.  J Immunol. 163:3138-3842. 1999.

114.   Caricchio R, Kovalenko D, Kaufmann WK, and Cohen PL.  Apoptosis provoked by the oxidative stress inducer menadione (Vitamin K3) is mediated by the Fas/Fas ligand system.  Clin. Immunol. 93:65-74, 1999.

115.   Caricchio R, Cohen PL.  Spontaneous and induced apoptosis in systemic lupus erythematosus: multiple assays fail to reveal consistent abnormalities. Cell Immunol. 198:54-60, 1999.

116.   Dumortier H, Monneaux F, Jahn-Schmid B, Briand JP, Skriner K, Cohen PL, Smolen JS, Steiner G, and Muller S.  B and T cell responses to the spliceosomal heterogeneous nuclear ribonucleoproteins A2 and B1 in normal and lupus mice.  J Immunol 165:2297-305,2000

117.   Freed JH, Marrs A, VanderWall J, Cohen PL, and Eisenberg RA.  MHC class II-bound self peptides from autoimmune MRL/lpr mice reveal potential T cell epitopes for autoantibody production in murine systemic lupus erythematosus. J Immunol. 164:4697-705, 2000.

118.    Scott RS, McMahon EJ, Pop SM, Reap EA, Caricchio R, Cohen PL, Earp HS, and
        Matsushima GK.  Phagocytosis and clearance of apoptotic cells is mediated by MER.
        Nature 6834:207-211, 2001.

119.    Parks CG, Cooper GS, Nylander-French LA, Sanderson WT, Dement JM, Cohen PL,
        Dooley MA, Treadwell EL, St Clair EW, Gilkeson GS, Hoppin JA, and Savitz DA
        Occupational exposure to crystalline silica and risk of systemic lupus erythematosus: a
        population-based, case-control study in the southeastern United States.  Arthritis Rheum.
        46:1840-50. 2002.

120.    Cohen PL, Caricchio R, Abraham V, Camenisch TD, Jennette JC, Roubey RA, Earp HS,
        Matsushima G, and Reap EA.  Delayed apoptotic cell clearance and lupus-like
        autoimmunity in mice lacking the c-mer membrane tyrosine kinase.  J Exp Med. 196:135-
        40, 2002.

121.    Cooper GS, Parks CG, Treadwell EL, St Clair EW, Gilkeson GS, Cohen PL, Roubey RA,
        and Dooley MA.  Differences by race, sex and age in the clinical and immunologic
        features of recently diagnosed systemic lupus erythematosus patients in the southeastern
        United States. Lupus 11:161-7, 2002.

122.    Caricchio R, D'Adamio L, and Cohen PL. Fas, ceramide and serum withdrawal induce
        apoptosis via a common pathway in a type II Jurkat cell line. Cell Death Differ. 9:574-80,
        2002.

123.    Suh C, Freed JH, and Cohen PL. T-cell reactivity to MHC class II-bound self peptides in
        SLE-prone MRL/*lpr* mice . J Immunol 170:2229-35, 2003

124.    Cohen P.  Studies of murine systemic autoimmunity.  Imm. Res. 27:1-6, 2003

125.    Behrens EM, Gadue P, Gong S, Garrett S, Stein PL, and Cohen PL. The Mer Receptor
        Tyrosine Kinase: Expression  and Function  Suggest a Role in Innate Immunity.  Eur J.
        Immunol. 33:2160-67, 2003.

126.    Caricchio R, McPhie L,  and Cohen PL. Ultraviolet B radiation-induced cell death:
        critical role of ultraviolet dose in inflammation and lupus autoantigen redistribution.  J
        Immunol.; 171: 5778-86, 2003

127.    Carl PL, Temple BR, Cohen PL. Most nuclear systemic autoantigens are extremely
        disordered proteins: implications for the etiology of systemic autoimmunity. Arthritis Res
        Ther. 2005;7(6):R1360-74, 2005.

128. Choudhury A, Maldonado MA, Cohen PL, Eisenberg RA. The role of host CD4 T cells in the pathogenesis of the chronic graft-versus-host model of systemic lupus erythematosus. J Immunol.;174(12):7600-9, 2005.

129. Kuan AP, Cohen PL. p53 is required for spontaneous autoantibody production in B6/lpr lupus mice. Eur J Immunol. 35:1653-60,2005.

130. Ma Z, Chen F, Madaio MP, Cohen PL, Eisenberg RA. Modulation of autoimmunity by TLR9 in the chronic graft-vs-host model of systemic lupus erythematosus. J Immunol. 177:7444-50, 2006.

131. Choudhury A, Cohen PL, Eisenberg RA. Mature B Cells Preferentially Lose Tolerance in the Chronic Graft-versus-Host Disease Model of Systemic Lupus Erythematosus. J Immunol. 179:5564-7, 2007

132. Ait-Oufella H, Pouresmail V, Simon T, Blanc-Brude O, Kinugawa K, Merval R, Offenstadt G, Lesèche G, Cohen PL, Tedgui A, Mallat Z. Defective Mer Receptor Tyrosine Kinase Signaling in Bone Marrow Cells Promotes Apoptotic Cell Accumulation and Accelerates Atherosclerosis. Arterioscler Thromb Vasc Biol. 28: 1429-31, 2008

133. Ma Z, Choudhury A, Kang SA, Monestier M, Cohen PL, Eisenberg RA. Accelerated atherosclerosis in ApoE deficient lupus mouse models. Clin Immunol. 127:168-75, 2008

134. Li Y, Chen F, Putt M, Koo YK, Madaio M, Cambier JC, Cohen PL, Eisenberg RA. B cell depletion with anti-CD79 mAbs ameliorates autoimmune disease in MRL/lpr mice. J Immunol. 181(5):2961-72, 2008

135. Shao WH, Eisenberg RA, Cohen PL. The Mer receptor tyrosine kinase is required for the loss of B cell tolerance in the chronic graft-versus-host disease model of systemic lupus erythematosus. J Immunol. 180(11):7728-35, 2008

136. Tsao PY, Jiao J, Ji MQ, Cohen PL, Eisenberg RA. T cell-independent spontaneous loss of tolerance by anti-double-stranded DNA B cells in C57BL/6 mice. J Immunol. 181(11):7770-7, 2008

137. Yunk L, Meng W, Cohen PL, Eisenberg RA, Luning Prak ET.. Antibodies in a high chain knock-in mouse exhibit characteristics of early heavy chain rearrangement. J. Immunol. 183:452-461, 2009

138. Shao WH, Zhen Y, Eisenberg RA, Cohen PL. The Mer receptor tyrosine kinase is expressed on discrete macrophage subpopulations and mainly uses Gas6 as its ligand for uptake of apoptotic cells. Clin Immunol. 133(1): 138-144, 2009

17

139. Shao WH, Zhen Y, Rosenbaum J, Eisenberg RA, McGaha TL, Birkenbach M, Cohen PL. A protective role of Mer receptor tyrosine kinase in nephrotoxic serum-induced nephritis. Clin. Immunol. 136:236-244, 2010

140. Choudhury A, Cohen PL, Eisenberg RA. B cells require "nurturing by CD4 T cells during development in order to respond in chronic graft-versus-host model of systemic lupus erythematosus. Clin. Immunol. 136:105-115, 2010.

141. Suh CH, Hilliard BA, Li S, Merrill JT, Cohen PL. TAM receptors in lupus: Protein S but not Gas6 levels reflect disease activity in SLE. Arthritis Research and Therapy, published on line 16 July 2010.

142. Shao WH, Kuan AP, Wang C, Abraham V, Waldman MA, Vogelgesang A, Wittenburg G, Choudhury A, Tsao PY, Miwa T, Eisenberg RA, Cohen PL. Disrupted mer receptor tyrosine kinase expression leads to enhanced MZ B-cell responses. J. Autoimmunity 35:368-74, 2010.

143. Rahman ZS, Shao WH, Khan TN, Zhen Y, Cohen PL. Impaired apoptotic cell clearance in the germinal center by mer-deficient tingible body macrophages leads to enhanced antibody-forming cell and germinal cell responses. J. Immunol 185:5859-68, 2010.

144. Shao WH, Cohen PL. Disturbances of apoptotic cell clearance in systemic lupus erythematosus. Arthritis Res Ther. Feb 28;13(1):202, 2011

145. Meng W, Yunk L, Wang LS, Maganty A, Xue E, Cohen PL, Eisenberg RA, Weigert MG, Mancini SJ, Prak ET. Selection of individual VH genes occurs at the pro-B to pre-B cell transition. J Immunol. 187(4):1835-44,2011

146. Otvos L Jr, Shao WH, Vanniasinghe AS, Amon MA, Holub MC, Kovalszky I, Wade JD, Doll M, Cohen PL, Manolios N, Surmacz E. Toward understanding the role of leptin and leptin receptor antagonism in preclinical models of rheumatoid arthritis. Peptides 32(8):1567-74, 2011.

147. Hong C, Kidani Y, A-Gonzalez N, Phung T, Ito A, Rong X, Ericson K, Mikkola H, Beaven SW, Miller LS, Shao WH, Cohen PL, Castrillo A, Tontonoz P, Bensinger SJ. Coordinate regulation of neutrophil homeostasis by liver X receptors in mice. J Clin Invest. 122:337-347, 2012

148. Meng W, Li Y, Xue E, Satoh M, Cohen PL, Eisenberg RA, Luning Prak N. B-cell tolerance defects in the B6.Aec1/2 mouse model of Sjogren's syndrome. J. Clin Immunol 32(3):551-564, 2012

18

149. Chen DR and Cohen PL.  Living Life Without B Cells –Is Repeated B-cell Depletion a Safe and Effective Long-term Treatment Plan for Rheumatoid Arthritis?  Int J Clinical Rheum 7(2):159-166, 2012

150. Singh N and Cohen PL.  The T cell in Sjogren's syndrome:  *Force majeure, not spectateur.*   J. Autoimmunity 39(3):229-233, 2012

151. Shao WH, Zhen Y, Finkelman FD, Eisenberg RA, Cohen PL.  Intrinsic unresponsivness of Mertk(-/-) B cells to chronic graft-versus-host disease is associated withunmodulated CD1d expression.  J Autoimmun 39:412-19, 2012

152. Lee IJ, Hilliard B, Swami A, Madara JC, Rao S, Patel T, Gaughan JP, LeeJ, Gadegbeku CA, Choi ET, Cohen PL. Growth arrest-specific gene 6 (gas6) levels are elevated in patients with chronic renal failure. Nephrol Dial Transplant 27:4166-72, 2012

153. Zizzo G, Hilliard BA, Monestier M, Cohen PL.  Efficient clearance of early apoptotic cells by human macrophages requires M2c polarization and MerTK induction.  J Immunol 189(7)3508-20, 2012

154. St Clair EW, Levesque MC, Luning Prak ET, Vivino FB, Alappatt CJ, Spychala ME, Wedgwood J, McNamara J, Moser Sivils KL, Fisher L, Cohen P. Rituximab therapy for primary Sjögren's syndrome: An open-label clinical trial and mechanistic analysis. Arthritis Rheum. 1097-1106, 2013

155. Zizzo G, Cohen PL. IL-17 Stimulates differentiation of Human Anti-inflammatory macrophages and phagocytosis of apoptotic neutrophils in response to IL-10 and glucocorticoids.  J Immunol 190:5237-46, 2013

156. Hu F, Mu R, Zhu J, Shi L, Li Y, Liu X, Shao W, Li G, Li M, Su Y, Cohen PL, Qiu X, Li Z.  Hypoxia and hypoxia-inducible factor-1$\alpha$ provoke Toll-like receptor signaling-induced inflammation in rheumatoid arthritis. Ann Rheum Dis. 73:928-36, 2013

157. Singh N, Birkenbach M, Caza T, Perl A, Cohen PL.  Tuberous sclerosis and fulminant lupus in a young woman. J Clin Rheumatol. 19(3):134-7, 2013

158. Zizzo G, Guerreri J, Dittman LM, Cohen PL.  Circulating levels of soluble MER in lupus reflect M2c activation of monocytes/macrophages.  Arth. Res. Therapy 15:R212, 2013

159. Shao WH, Zhen Y, Finkelman FD, Cohen PL. The Mertk receptor tyrosine kinase promotes T-B interaction stimulated by IgD B-cell receptor cross-linking. J Autoimmun. 53:78-84, 2014

19

160.   Singh N, Traisak P, Martin KA, Kaplan MJ, Cohen PL, Denny MF. Genomic alterations in abnormal neutrophils isolated from adult patients with systemic lupus erythematosus. Arthritis Res Ther. 16(4):R165, 2014

161.   Hershberg U, Meng W, Zhang B, Haff N, St Clair EW, Cohen PL, McNair PD, Li L, Levesque MC, Luning Prak ET. Persistence and selection of an expanded B-cell clone in the setting of rituximab therapy for Sjögren's syndrome. Arthritis Res Ther. 11;16(1):R51, 2014

162.   Shao WH, Cohen PL. The role of tyrosine kinases in systemic lupus erythematosus and their potential as therapeutic targets. Expert Rev Clin Immunol. (5):573-82, 2014

163.   Hilliard BA, Zizzo G, Ulas M, Linan MK, Schreiter J, Cohen PL Increased expression of Mer tyrosine kinase in circulating dendritic cells and monocytes of lupus patients: correlations with plasma interferon activity and steroid therapy. Arthritis Res Ther. Mar 16(2):R76, 2014

164.   Lee IJ, Hilliard BA, Ulas M, Yu D, Vangala C, Rao S, Lee J, Gadegbeku C, Cohen PL. Monocyte and plasma expression of TAM ligand and receptor in renal failure: Links to unregulated immunity and chronic inflammation. Clin Immunol. 2015 Mar 24 [Epub ahead of print]

165.   Cohen PL Comment on "Aminoacyl tRNA Synthetase-Interacting Multifunctional Protein 1 Acts as a Novel B Cell-Activating Factor In Vitro and In Vivo". J Immunol. 195(4):1339, 2015

166.   Zizzo G and Cohen PL. The PPAR-γ antagonist GW9662 elicits differentiation of M2c-like cells and upregulation of the MerTK/Gas6 axis: a key role for PPAR-γ in human macrophage polarization. J Inflamm 12:36, 2015

167.   Cohen PL and McCulloch A. Fingolimod decreases salivary infiltrates and increases salivary secretion in a murine Sjögren's model. J. Autoimmunity 115:102549, 2020

168.   Carl PL, Fried HM, Cohen PL. Proteins in assemblages formed by phase separation possess properties that promote their transformation to autoantigens: Implications for autoimmuity. J. Autoimmunity 11:102741, 2020

169.   Zizzo G, Cohen PL. Imperfect storm: is Interleukin-33 the Achilles heel of COVID-19? Lancet Rheumatology Dec. 2:12, e779-790 2020

20

Editorials, Reviews, Chapters:

1.　Cohen PL, Hencin R, and Gershon RK:  The role of cortisone sensitive thymocytes in DNA synthetic response to antigens.  Ann NY Acad Sci 249:451, 1975.

2.　Mosier D and Cohen PL:  Ontogeny of mouse lymphocyte function.  Fed Proc  34:137, 1975.

3.　Eisenberg RA and Cohen PL:  Mechanisms of autoimmunity in systemic lupus erythematosus.  Clinical Aspects of Autoimmunity 2:8, 1988.

4.　Yount WJ, Cohen P, Eisenberg RA:  Distribution of IgG subclasses among human autoantibodies to Sm, RNP, dsDNA, SS-B and IgG Rheumatoid Factor.  Monograph. Allergy 23:41, 1988.

5.　Cohen P:  The T-Cell Receptor in Rheumatic Diseases.  Autoimmunity Forum 1:14, 1989.

6.　Cohen PL and Eisenberg RA.  Lpr and gld:  Single gene models of systemic autoimmunity and lymphoproliferative disease.  Annual Review of Immunology 9:243-269, 1991.

7.　Reap EA, Sobel ES, Cohen PL, and Eisenberg RA:  The role of CD5+ B cells in the production of autoantibodies in murine systemic lupus erythematosus.  Ann NY Acad Sci 651:588-590, 1992.

8.　Cohen PL and Eisenberg RA:  The *lpr* and *gld* genes in systemic autoimmunity:  life and death in the *Fas* lane.  Immunology Today 13:427-428, 1992.

9.　Cohen PL:  Antinuclear antibodies:  what they mean, when to order, and how to interpret tests.  J. Musculoskel. Med. 10:37-46, 1993.

10.　Cohen PL:  T- and B-cell abnormalities in systemic lupus.  J. Invest. Dermatol. 100:69S-72S, 1993.

11.　Eisenberg RA, Sobel ES, Reap EA, Halpern MD, and Cohen PL.  Abnormal B-cell function in lpr and gld mice.  Seminars in Immunology, 6:49-54, 1994.

12.　Rozzo SJ, Eisenberg RA, Cohen PL, Kotzin BL.  Development of the T cell receptor repertoire in *lpr* mice.  Seminars in Immunology 6:19-26, 1994.

13.　Reap EA, Roof K, Maynor K and Cohen PL.  Markedly diminished radiation-induced lymphocyte apoptosis in *lpr* mice suggests a role for Fas in eliminating damaged cells. Ann. NY Acad. Sci. 815:116-118, 1997.

21

14.     Cohen PL  Autoimmunity and lymphoproliferation:  two genes are worse than one. Molecular Interventions 2(7):427-30, 2002

15.     Cohen PL and Maldonado MA.  Animals models for SLE.  In *Current Protocols in Immunology* 15.20.1-15.20.20, 2003

16.     Cohen PL.  Apoptotic cell death in lupus.  *Springer Seminars in Immunopathology* 28(2): 145-52, 2006.

17.     Cohen PL. Stopping traffic in Sjogren's syndrome. Arthritis Rheum. 2006 Apr;54(4):1061-2

18.     Zizzo G and Cohen PL. Imperfect storm: is interleukin-33 the Achilles heel of COVID19?  Lancet Rheumatology, published June 20, 2020

Book Chapters:

1.     Mosier DE, Scher I, Rühl H, Cohen PL, Zitron I, and Paul W:  Activation of normal and defective B-lymphocytes by thymus-dependent antigens, in Mitogens and Immunobiology, eds.  J Oppenheim and D Rosenstreich, Academic Press, New York and London, 1975

2.     Mosier DE, Cohen PL, and Johnson BM:  Suppressor cells in the ontogeny of the immune response, in Suppressor cells in immunity, ed.  SK Singhal and NR Sinclair, Univ.  Western Ontario Press, London, Ontario Canada, 1975

3.     Cohen PL:  Sarcoidosis.  In A Guide to the Study of Internal Medicine, UNC School of Medicine, 1980

4.     Eisenberg RA and Cohen PL:  The relevance of murine models to the pathogenesis of lupus nephritis.  In Bacon, PA and Hadler, NM, The Kidney in Rheumatic Disease. London, Churchill.  1981

5.     Cohen PL:  Rheumatoid arthritis.  In F. Wilson, The Musculoskeletal System.  Lippincott, New York, 1982

6.     Cohen PL:  Murine models of immunodeficiency and autoimmunity.  In Current Protocols in Immunology.  New York, John Wiley and Sons, 1996.

7.     Eisenberg RA and Cohen PL:  Immune mechanisms in rheumatic diseases.  In Primer of the Rheumatic Diseases, p. 36-44.  Atlanta, Arthritis Foundation, 1994.

9.      Cohen PL and Eisenberg RA.  Fas/APO-1:  A cell surface receptor which signals apoptosis.  In Apoptosis in the Immune Response, C. Gregory, ed.  New York, John Wiley and Sons, 1995.

10.     Cohen PL.  T, B, and NK Cell Dysfunction in Systemic Lupus.  In Kammer GM and Tsokos GC, Lupus: Cellular and Molecular Pathogenesis, Totowa, NJ, Humana Press. 1998.

11.     Cohen PL.  Systemic Autoimmunity.  In Paul WE, Fundamental Immunology, 5th Edition.  New York, Raven Press, 2004

12.     Cohen PL and Kuan AP.  Models of Systemic Autoimmunity.  In Arthritis, ed. Koopman W and Moreland L, Lippincott, 2004.

13.     Cohen PL and Traisak, P.  Biological Treatment of Sjogren's Syndrome.  In Fox, RI (ed) *Sjogren's Syndrome:  Current  Topics of Pathogenesis and Therapy*.  Elsevier, 2009

14.     Lee YH, EW St. Clair, and Cohen PL.  Sjogren's Syndrome: Testing New Drugs and Future Directions (including biologics).  In *Sjogren's Syndrome Handbook*, ed. Wallace, D, Oxford University Press 2011

15.     Gallucci S, Caricchio R, and Cohen PL.  Apoptosis in Autoimmune Disease.  In *Textbook of the Autoimmune Diseases,*  ed. N.R. Rose, Elsevier, 2013. Revised 2019

16.  Cohen PL, Jimenez SA.  Autoimmune Diseases.  In Rubin's Textbook of Pathology, ed. DS Strayer.  Lippincott Williams and Williams, 2020

Recent Lectures by Invitation  International Sjogren's Conference, Brest, France, 2009; Harvard Medical School (Beth Israel Hospital, 2010); 9th International Congress on Systemic Lupus Erythematosus, Vancouver, BC, 2010; International Sjogren's Syndrome Conference, Athens, 2011;  International Congress on Rheumatoid Arthritis, Beijing, China, 2011; Uniformed Services University of the Health Sciences, 2012; University of Medicine and Dentistry of New Jersey, 2012; Winthrop University Hospital 2012; Canadian Research Council Lupus Conference, Whistler, BC, 2012; International Sjogren's Syndrome Congress, Kyoto, Japan, 2013; Korean College of Rheumatology, Seoul, 2013; Lupus 2014, Quebec City, QE; Lupus 2019, Armonk, NY; Lupus 21Century, Tucson AZ 2021.

# Filed Under Seal

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

<u>**CERTIFICATE OF SERVICE**</u>

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on October 11, 2023, I caused the foregoing **AMENDED DECLARATION OF DR. PHILIP L. COHEN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: <u>*/s/ Valarie Hays*</u>
      Valarie Hays