THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | |
| *Plaintiff,* | Civil Action No. 1:23-cv-02836 |
| v. | |
| Payer Matrix, LLC | Hon. Elaine E. Bucklo |
| *Defendant.* | |

# DECLARATION OF DR. MICHAEL PICK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Dr. Michael Pick, declare under penalty of perjury that the following is true and correct:

1. Except as otherwise stated herein, this declaration is based upon my personal knowledge.

2. I am a medical doctor and treating physician and am board certified in rheumatology and internal medicine. I see patients at the Springfield Clinic, 800 North 1st Street, Springfield, Illinois 62702.

3. I am familiar with Payer Matrix, LLC. Representatives from Payer Matrix periodically contact my office about some of my patients.

4. In approximately late December 2022 or early January 2023, Payer Matrix asked me to prepare an application for the enrollment of one of my patients in the myAbbVie Assist program. This patient had been taking Rinvoq under my care since approximately November

2021. I completed the application and later learned that the patient was denied admission into the myAbbVie Assist program.

5. A Payer Matrix representative subsequently contacted my office and represented that this patient's insurance coverage had changed. The Payer Matrix representative explained that although Rinvoq was approved for coverage under the patient's plan based on medical necessity, payment for the drug was now 100% the patient's responsibility.

6. As a result of Payer Matrix's representation, I changed the patient's prescription to Actemra. I would not have changed the patient's medication but for Payer Matrix's representation about the patient not having means to continue obtaining Rinvoq.

7. Shortly after I changed the patient's prescription, as Payer Matrix requested, Payer Matrix contacted my office again and stated that the patient was now 100% responsible for Actemra as well. Payer Matrix requested that my office complete an application on behalf of this patient for enrollment in a manufacturer's assistance program for Actemra.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2023

_____
Dr. Michael Pick

**CERTIFICATE OF SERVICE**

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on October 11, 2023, I caused the foregoing **DECLARATION OF DR. MICHAEL PICK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

                By: */s/ Valarie Hays*
                     Valarie Hays