**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

AbbVie Inc.
                                        Plaintiff,

v.                                                          Case No.: 1:23−cv−02836
                                                            Honorable Jorge L. Alonso

Payer Matrix, LLC
                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 24, 2023:

          MINUTE entry before the Honorable Jorge L. Alonso: Defendant Payer Matrix,
LLC ("Payer Matrix") has filed Motion for a Status Conference to Address The
Evidentiary Scope and Scheduling Issues Attendant to the January 4, 2024 Preliminary
Injunction Hearing [124]. Plaintiff AbbVie, Inc. ("AbbVie") has filed a response. Pursuant
to the Court's Order of 9/22/23 [102], Payer Matrix's response to AbbVie's preliminary
injunction motion is due on 11/15/23, AbbVie's reply is due 12/6/23, and the preliminary
injunction hearing is set for 1/4/24 at 11:00 a.m. The Court directs the parties to meet and
confer and to file a joint status report by 11/22/24 setting forth the parties' joint (or, if the
parties cannot come to an agreement, respective) positions on the issues raised in Payer
Matrix's motion, including: the scope of the issues for the preliminary injunction hearing;
proposed deadlines for pre−hearing submissions, including motions to exclude evidence
and exchanging witness and exhibit lists; the proposed format for witness testimony at the
hearing; and any other issues the parties seek to discuss with the Court regarding the
preliminary injunction hearing. The Court sets an in−person hearing for 11/29/23 at 11:00
a.m., at which time the parties should be prepared to discuss these issues. Payer Matrix's
motion for a status conference [124] is granted consistent with this order. The motion
hearing set for 10/25/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **_www.ilnd.uscourts.gov_**.