THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc.,<br><br>                                        Plaintiff,<br><br>        -against-<br><br>Payer Matrix, LLC<br><br>                                        Defendant. | Civil Action No.  1:23-cv-02836<br><br>Hon. Judge Jorge L. Alonso<br><br>Hon. Magistrate Young B. Kim |

**DECLARATION OF MICHAEL NIARCHOS IN SUPPORT OF PAYER MATRIX, LLC'S OPPOSITION TO PLAINTIFF ABBVIE INC.'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Michael Niarchos, declare under penalty of perjury that the following is true and correct:

1.      I submit this Declaration on behalf of Defendant Payer Matrix, LLC ("Payer Matrix") in support of Payer Matrix's Opposition to Plaintiff AbbVie Inc.'s ("AbbVie") Motion for a Preliminary Injunction in the above-captioned litigation.

2.      I have been retained as an expert by Payer Matrix to provide (a) an overview of the healthcare industry, including, in particular, health benefits coverage of pharmacy benefits under self-insured plans, and the need for Alternative Funding Providers ("AFP" or "AFPs") to provide seamless and reasonable access to care for members due to the rising healthcare costs experienced by plan sponsors,[1] and (b) rebuttal testimony in response to the Declaration of Craig Garthwaite filed October 11, 2023 ("Garthwaite Declaration").

---

[1] Group health plan's glossary. Group Health Plan's Glossary / AHIMA, American Health Information Management Association. (n.d.).
https://bok.ahima.org/doc?oid=58083#:~:text=Plan%20sponsor%20is%20the%20entity,terminating%20the%20group%20health%20plan.

1

## I. BACKGROUND

3.   I am a Managing Director with Alvarez & Marsal ("A&M"), a global professional services firm, and a member of A&M's Healthcare Industry Group in Boston, Massachusetts.  I advise health plans, pharmacy benefit managers ("PBMs"), and provider-owned pharmacy organizations on strategy, emerging industry trends, disruptive industry forces, and regulatory issues.  I have a bachelor's degree in economics from Wake Forest University and a Master of Business Administration degree from Emory University.

4.   I have substantial experience in the pharmacy ecosystem, with a specific focus on health plan pharmacy benefits and PBM relationships and operations.  For more than 16 years, I have supported healthcare organizations to develop and manage pharmacy ecosystem relationships, manage financial and operational performance, and advise on PBM and Pharmacy operations.  I have experience with pharmacy benefit setup, formulary management, utilization management, clinical operations, pharmacy network contracting and management, claims processing, rebate management, and client guarantee management.

5.   Of particular relevance to this matter, I have also served as the interim Senior Vice President for Underwriting and Trade Relations for Elixir Rx Solutions, a PBM owned by Rite Aid, Inc.  In this capacity, I directly oversaw employer and health plan pricing, including underwriting of client bids across all lines of business, pharmacy network management, including a specialty pharmacy network, and manufacturer contract sourcing and management.  As part of this role, I reviewed and approved several client bids that included carve-outs and requirements to support AFPs, like Payer Matrix.  As a result, I am familiar and experienced with industry expectations and practices for specialty drug pricing, reimbursement arrangements between health plans, PBMs, and drug manufacturers, and the role and operations of AFPs.  A copy of my curriculum vitae is attached as **Appendix A**.

6.   In performing the research and analysis for this Declaration, I relied upon my education and industry experience, as well as knowledge gained from Payer Matrix personnel.  I understand that discovery is ongoing in this matter and reserve the right to supplement or amend the opinions in this Declaration based on additional information that is made

available to me after the date of this Declaration. My testimony may also supplement this Declaration.

7. Employees of A&M, working under my direction and supervision, assisted me with this assignment. A&M is being compensated at a rate of $875 per hour for my work on this matter. This compensation is not contingent on the nature of my findings or the outcome of this matter.

## II. OPINIONS

### A. Overview of Health Insurance, Pharmacy Benefits, and Administration

#### 1. Overview of Traditional Insurance and Self-Funded Plans

8. Healthcare coverage includes a system of benefits typically divided into medical care and prescription drug benefits. In the United States, healthcare coverage is provided through a combination of public programs (principally Medicare and Medicaid) and private or commercial coverage.[2] Commercial coverage arrangements vary depending on the specific needs of the employer and employees. The Garthwaite Declaration focuses on traditional, fully-insured plans where an employer pays premiums to the insurer in exchange for the insurer assuming the financial risk of providing healthcare benefits to the insured's employees.[3] However, I understand that all of Payer Matrix's partners are either self-funded benefit plans, Taft-Hartley Plans, third-party administrators ("TPA") or pharmacy benefit managers ("PBM" or "PBMs") that work with self-funded plans.[4] It is my understanding that the customers that Payer Matrix serves do not offer insurance and are not governed by state insurance regulations.[5]

9. There are a number of key differences between traditional benefit plans (i.e., fully-insured plans) and self-funded plans. For example, unlike fully-insured health plans, where the financial risk of care is borne entirely by a commercial insurance company, with self-

---

[2] "Health Insurance," *Healthinsurance.org*, available at https://www.healthinsurance.org/glossary/health-insurance/, Accessed 06 Nov., 2023. Private or commercial coverage is available on a fully insured basis for individuals and on a fully insured or self-insured basis for group health plans.

[3] "What Is a Fully-Insured Health Plan?" *Healthinsurance.org*, 29 Aug. 2022, www.healthinsurance.org/glossary/fully-insured-health-plan. Accessed 06 Nov. 2023; Garthwaite Declaration, ¶¶ 7-14.

[4] Complaint dated May 5, 2023, ¶ 45.

[5] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.

funded plans, the employer and employees (not an insurance company) take on the financial risk of its medical expenses, and is responsible for funding the costs associated with employees' and their dependents' medical and pharmacy claims, which are funded, in part or in some instance in whole, through employee plan contributions.[6]

10.     By assuming the financial risk for medical expenses, self-funded plans may provide employer and employees with flexibility in plan design and provide for potential cost savings above the price of fully-insured plans if the cost of claims is lower than expected. However, self-funded plans lack the predictability of fixed premiums and insurance companies covering the cost of medical claims, leading to employers and employees bearing the responsibility of expensive and unexpected claims.[7]   The chart below demonstrates the variability in costs between fully-insured and self-funded plans.[8]



11.     An area of concern for self-insured plans is the costs associated with specialty drugs, a category of prescription drugs.  These drugs often relate to special conditions, require specific handling or administration, require associated testing or related services, and cost

---

[6] "What Is a Self-Insured Health Plan?" *Healthinsurance.Org*, 7 July 2022, www.healthinsurance.org/glossary/self-insured-health-plan/. Accessed 06 Nov. 2023.

[7] "What Is Self Funding? - Health Care Administrators Association (HCAA)." *Health Care Administrators Association*, www.hcaa.org/page/selffunding. Accessed 06 Nov. 2023.

[8] "What Is Self-Funded Insurance?: Your Self-Funding Faqs Answered." *Healthgram*, 16 Mar. 2023, www.healthgram.com/insight/self-funded-healthcare-faqs-answers-you-need-to-make-the-shift/. Accessed 06 Nov. 2023.

more than traditional brand or generic medications. The cost of specialty drugs to the U.S. healthcare system grew to $301 billion in 2021, a 43% increase from 2016.[9] The costs related to the specialty drugs at issue in this matter, SKYRIZI® ("Skyrizi"), RINVOQ® ("Rinvoq"), and HUMIRA® ("Humira"),[10] have also experienced large increases in costs. AbbVie has increased the price for both Skyrizi and Rinvoq by 25% since the launch of the products in 2019. The list price[11] for a single dose of Skyrizi costs $19,735 as of January 2023,[12] representing an increase of nearly $3,900 per dose since 2020.[13] Additionally, the price of a 30-day supply Rinvoq has increased over $1,200 to $6,125 as of January 2023[14] from $4,917 in August 2019.[15]

12.    The significant cost increases of specialty drugs are also reflected in the increase in cost of Humira and its top competitor, Amgen's Enbrel. AbbVie has increased the price of Humira **_27 times_** since 2003, now costing more than $77,000 per year,[16] approximately the same as the median U.S. household income in 2022.[17] The price of an annual treatment for both AbbVie's Humira and Amgen's Enbrel have **_increased by over 470%_** from 2003 to 2021 as illustrated in the chart below.[18]

---

[9] Parasrampuria, S. and Murphy, S. Trends in Prescription Drug Spending, 2016-2021. Washington, DC: Office of the Assistant Secretary for Planning and Evaluation, U.S. Department of Health and Human Services. September 2022. https://aspe.hhs.gov/sites/default/files/documents/88c547c976e915fc31fe2c6903ac0bc9/sdp-trends-prescription-drug-spending.pdf. *See* p. 1.

[10] Complaint dated May 5, 2023, ¶ 1.

[11] The list price is the Wholesale Acquisition Cost for the medication. The Wholesale Acquisition Cost is "the manufacturer's list price for the drug or biological to wholesalers or direct purchasers in the United States, not including prompt pay or other discounts, rebates or reductions in price." 42 USC § 1395w-3a(c)(6).

[12]    "Skyrizi Cost and Savings." *Skyrizi.Com*, www.skyrizi.com/crohns/cost-and-savings#:~:text=The%20list%20price%2C%20also%20known,SKYRIZI%20(1.866. Accessed 08 Nov. 2023.

[13] The list price for one dose of Skyrizi was priced at $15,842 in January 2020. Christel, Michael. "Succession Plan: Skyrizi." PharmExec, MJH Life Sciences, 14 Sept. 2020, www.pharmexec.com/view/succession-plan-skyrizi. Accessed 08 Nov. 2023.

[14] "Discover RINVOQ® (Upadacitinib)." *RINVOQ*, www.rinvoq.com/cost. Accessed 08 Nov. 2023.

[15] The list price of Rinvoq was $59,000 per year when introduced in August 2019. Mathias, Tamara, and Shivani Singh. *See* "AbbVie Prices New Rheumatoid Arthritis Drug at $59,000 a Year." *Reuters*, Thomson Reuters, 16 Aug. 2019, www.reuters.com/article/us-abbvie-fda-idUSKCN1V61MJ.

[16] United States, Congress, House of Representatives, Committee on Oversight and Reform. Drug Pricing Investigation: AbbVie – Humira and Imbruvica. 18 May 2021. 117th Congress. https://oversightdemocrats.house.gov/sites/democrats.oversight.house.gov/files/Committee%20on%20Oversight%20and%20Reform%20-%20AbbVie%20Staff%20Report.pdf, Accessed 08 Nov. 2023.

[17] Guzman, Gloria, and Melissa Kollar. "Income in the United States: 2022." *Census.Gov*, 12 Sept. 2023, www.census.gov/library/publications/2023/demo/p60-279.html. Accessed 08 Nov. 2023.

[18] United States, Congress, House of Representatives, Committee on Oversight and Reform. Drug Pricing Investigation: AbbVie – Humira and Imbruvica. 18 May 2021. 117th Congress. https://oversightdemocrats.house.gov/sites/democrats.oversight.house.gov/files/Committee%20on%20Oversight%20and%20Reform%20-%20AbbVie%20Staff%20Report.pdf, Accessed 08 Nov. 2023, *See* p. 34.



13. Even though only approximately 2% of the commercially insured member population uses specialty drugs, these prescriptions now account for **over 50%** of total pharmacy spending.[19]  In 2020, the average annual cost of specialty medication was $84,442.[20]  As such, providing specialty drug coverage costs a plan sponsor (i.e., the employer) **75 times more** over the course of a year compared to non-specialty drug costs.[21]  Further, healthcare

---

[19]Parasrampuria, S. and Murphy, S. Trends in Prescription Drug Spending, 2016-2021. Washington, DC: Office of the Assistant Secretary for Planning and Evaluation, U.S. Department of Health and Human Services. September 2022.  https://aspe.hhs.gov/sites/default/files/documents/88c547c976e915fc31fe2c6903ac0bc9/sdp-trends-prescription-drug-spending.pdf  Accessed 06 Nov. 2023; "Study: U.S. Experiences Rapid Growth in Specialty Drug Spending: AHA News." *American Hospital Association | AHA News*, 2 Nov. 2020, www.aha.org/news/headline/2020-11-02-study-us-experiences-rapid-growth-specialty-drug-spending. Accessed 14 Nov. 2023.

[20] Schondelmeyer, Stephen W., and Leigh Purvis. "Four Prescriptions That Cost More than $1,000 a Day." *AARP*, Sept. 2021, www.aarp.org/politics-society/advocacy/info-2021/specialty-drug-price-increases.html. Accessed 14 Nov. 2023.

[21] Iverson, Jennie. "What Is Drug Trend and How to Manage It." *Evernorth*, 21 Apr. 2022, https://www.evernorth.com/articles/specialty-drug-trends-and-utilization. Accessed 06 Nov. 2023.

costs for employers are projected to increase by 8.5% in 2024, largely driven by inflation, wage growth, and increased specialty drug utilization.[22]

14.    As employers and employees with self-funded plans bear the burden of funding their medical claims, the increasing cost of specialty drug prices are affecting plan sponsors' ability to manage plan expenditures.  Even one or two employees on these specialty drugs could put some employers in financial risk.[23]  Given the substantial financial risks that specialty medications pose to employers and employees with self-insured plans, there is significant pressure on plan sponsors to reduce the costs associated with specialty medications, and plan sponsors are increasingly using plan benefit designs to limit their financial exposure to specialty drugs.

15.    Before discussing these plan benefit designs, it is first helpful to understand the various participants in the pharmacy benefit ecosystem.

### 2.    Pharmacy Benefit Ecosystem

16.    With insurance coverage, a group of interconnected parties collaborate to provide medications as part of the covered benefit.  This pharmacy benefit ecosystem relies on relationships and transactions between several key players:[24]

a.    *Plan Members* – Individuals, typically employees of a company, pay part of the premiums to the plan sponsor for prescription drug coverage and purchase

---

[22] Luhby, Tami. "Employers Face Steep Jump in Health Care Costs for 2024." *CNN*, *Cable News Network*, 31 Oct. 2023, www.cnn.com/2023/10/31/politics/health-care-costs-job/index.html?utm_term=1698835662338beed8d75bdd4&amp;utm_source=cnn_Five%2BThings%2Bfor%2BWednesday%2C%2BNovember%2B1%2C%2B2023&amp;utm_medium=email&amp;bt_ee=4zgasT6iUq5OU0kNbj9jmqPb8JwMIafRNrMqEQnvsg28m6OLcnKFS4wEvhQZcYGC&amp;bt_ts=1698835662341. Accessed 08 Nov. 2023.

[23] To limit an employers' financial exposure on unforeseen claims, some employers purchase stop-loss coverage. However, stop-loss premiums have grown by 6.9% - 18.3% from 2021-2023, either on an individual claim basis or in aggregate, further increasing fixed costs for self-funded plans.  "Aegis Risk Medical Stop- 2023 Loss Premium Survey - Iscebs.Org." *International Society of Certified Employee Benefit Specialists*, www.iscebs.org/Resources/Surveys/Documents/PDF/2023Aegis%20Risk%20Survey.pdf. Accessed 06 Nov. 2023; Claxton, Gary et. al. 2023 Employer Health Benefits Survey. *KFF*. 18 Oct. 2023, https://www.kff.org/health-costs/report/2023-employer-health-benefits-survey/. *See* p. 174.

[24] Sood, Neeraj, et al. "Follow the Money: The Flow of Funds in the Pharmaceutical Distribution System." *USC Schaeffer*, 13 June 2017, healthpolicy.usc.edu/article/follow-the-money-the-flow-of-funds-in-the-pharmaceutical-distribution-system/. Accessed 14 Nov. 2023.

prescription drugs from the pharmacy via copayments or coinsurance. Plan members may also be referred to as patients.[25]

b. *Insurance Companies and Plan Sponsors* – Insurance companies and plan sponsors contract with PBMs to manage prescription drug benefits for plan members paying premiums.[26]

c. *Pharmacy Benefit Managers* – PBMs act as an intermediary between the plan sponsor and pharmacies and use purchasing power to negotiate drug prices, rebates, and formulary placement[27] with manufacturers. PBMs also manage formularies and drug utilization, adjudicate claims, and control costs on behalf of the plan sponsor.[28]

d. *Pharmacies* – Pharmacies dispense medications to patients and coordinate with PBMs to process claims, adhering to terms set by the plan sponsor and PBM. Pharmacies also negotiate drug costs, discounts, and rebates with manufacturers.[29]

---

[25] "Glossary of Health Insurance Terms." *Blue Cross and Blue Shield of Illinois*, www.bcbsil.com/insurance-basics/understanding-health-insurance/glossary#:~:text=under%20age%2065.-,Member,the%20insured%20or%20insured%20person. Accessed 13 Nov. 2023.

[26] Group health plan's glossary. Group Health Plan's Glossary / AHIMA, American Health Information Management Association. (n.d.). https://bok.ahima.org/doc?oid=58083#:~:text=Plan%20sponsor%20is%20the%20entity,terminating%20the%20group%20health%20plan.

[27] A formulary is a list that governs which medications will be covered under the pharmacy benefit of healthcare coverage, the member's out-of-pocket costs for obtaining those medications, and other conditions that might be imposed in order for the healthcare coverage to pay all or part of the cost of those medications. "Maintaining the Affordability of the Prescription Drug Benefit." *AMCP*, 18 July 2019, www.amcp.org/about/managed-care-pharmacy-101/concepts-managed-care-pharmacy/Maintaining-the-Affordability-of-the-Prescription-Drug-Benefit. Accessed 06 Nov. 2023.

[28] Congressional Research Service Report. "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)" 12 Sept. 2022. Accessed 08 Nov. 2023. *See* p. 4; Follow the Pill: Understanding the U.S. Commercial Pharmaceutical Supply Chain. *KFF*. Mar. 2005, https://www.kff.org/wp-content/uploads/2013/01/follow-the-pill-understanding-the-u-s-commercial-pharmaceutical-supply-chain-report.pdf. *See* p. 21.

[29] Congressional Research Service Report. "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)" 12 Sept. 2022. Accessed 08 Nov. 2023. *See* p. 4; Follow the Pill: Understanding the U.S. Commercial Pharmaceutical Supply Chain. *KFF*. Mar. 2005, https://www.kff.org/wp-content/uploads/2013/01/follow-the-pill-understanding-the-u-s-commercial-pharmaceutical-supply-chain-report.pdf. *See* p. 19

e.  *Drug Manufacturers* – Drug manufacturers are responsible for researching and manufacturing medications. Manufacturers negotiate drug prices and rebates with PBMs and sell medications to pharmacies and distributors.[30]

f.  *Copay Assistance Programs* – Copay assistance programs are programs provided by pharmaceutical companies to help entirely or partially cover out-of-pocket costs for the member liability related to certain medications and can incentivize members to utilize a manufacturer brand drug rather than a generic drug.[31]

g.  *Patient Assistance Programs ("PAP")* – Patient assistance programs are provided by pharmaceutical companies, charitable organizations, and government agencies to help individuals access and afford the cost of their medications.[32]

h.  *Alternative Funding Providers* – AFPs partner with plan sponsors to find affordable avenues for specialty drugs, typically through manufacturer patient assistance programs, copay assistance programs, foundations, and grants.[33]

17.  The chart below illustrates the relationships between key players in the pharmacy benefit ecosystem.

---

[30] Follow the Pill: Understanding the U.S. Commercial Pharmaceutical Supply Chain. *KFF*. Mar. 2005, https://www.kff.org/wp-content/uploads/2013/01/follow-the-pill-understanding-the-u-s-commercial-pharmaceutical-supply-chain-report.pdf. *See* p. 4

[31] "Summary Copayment Adjustment Programs." *National Conference of State Legislatures*, www.ncsl.org/health/copayment-adjustment-programs. Accessed 13 Nov. 2023.

[32] Congressional Research Service Report. "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)" 12 Sept. 2022. Accessed 08 Nov. 2023. *See* p. 1.

[33] Adams, Richard. "Council Post: How Alternative Funding Programs Can Ease the Cost Burden of Specialty Drugs." *Forbes*, Forbes Magazine, 13 Oct. 2021, www.forbes.com/sites/forbesbusinesscouncil/2021/10/13/how-alternative-funding-programs-can-ease-the-cost-burden-of-specialty-drugs/?sh=66d68595b24c. Accessed 13 Nov. 2023.



### 3. *Pharmacy Benefit Designs and Utilization Management Tools*

18. As employers and employees bear the financial risk associated with self-funded plans, employers work closely with PBMs to manage prescription drug benefits and closely monitor the spend associated with prescription drug claims. Accordingly, PBMs have established structures to help manage pharmacy benefits and patients' access to drugs. One of the key mechanisms used by PBMs and plan sponsors to influence utilization is a formulary, or a list of drugs reflecting medications that are covered under a plan's pharmacy benefit.[34] Formularies are divided into tiers, each with varying degrees of coverage and out-pocket costs. Drugs in lower, preferred tiers, typically provide members with greater degrees of coverage. Drugs in higher, less preferred tiers, typically require greater out-of-pocket costs and may impose additional measures[35] before the employee can obtain the prescription drug. By assigning drugs to different tiers, PBMs and plan sponsors

---

[34] Werble, Cole. "Formularies." *Health Affairs*, 14 Sept. 2017, www.healthaffairs.org/do/10.1377/hpb20171409.000177/. Accessed 08 Nov. 2023.

[35] The measures can include prior authorizations, step therapy, and quantity limits. I discuss these in further detail below.

can influence which drugs are more likely to be dispensed and control costs.[36] Similarly, a plan sponsor may have a closed formulary where certain brand name specialty medications are preemptively excluded.

19.     Moreover, PBMs can and oftentimes do reduce costs to plan sponsors by excluding certain medications from formularies altogether to limit patient access to expensive specialty drugs. This practice of excluding high-cost, specialty medications from coverage is commonplace. Additionally, my understanding is that these exclusions are permissible under the Employee Retirement Income Security Act ("ERISA"), which regulates self-funded health plans. I further understand that ERISA does not mandate that self-funded plans provide specific benefits, but, rather, generally permits self-funded plans to design their group health coverage to meet their needs. Such exclusions for high-cost, specialty drugs have increased significantly in recent years, driven by the increasing costs of specialty drugs. For example, the top three PBMs by market share (CVS Caremark, Express Scripts, and OptumRx) increased the number of formulary exclusions *13-fold* from 2014 to 2022.[37]

20.     In addition to plan benefit design, PBMs and plan sponsors use a variety of utilization management programs to reduce prescription expenditures, even if a drug is covered by the health plan. Common utilization management programs are prior authorizations, step therapies, and quantity limits. Prior authorization requires that medications be approved by the plan sponsor prior to fulfillment to consider the medical necessity and determine whether there is a more cost-effective alternative available.[38] Members are unable to receive the medication through their insurance plan until the prior authorization is approved.

---

[36] Michael Bihari, Understanding Your Health Plan Drug Formulary, Verywell Health, June 2021, available at https://www.verywellhealth.com/understanding-your-health-plan-drug-formulary-1738897, accessed on Feb. 17, 2022; Amanda Cole *et al.*, Value, Access, and Incentives for Innovation: Policy Perspectives on Alternative Models for Pharmaceutical Rebates, Institute for Clinical and Economic Review, March 2019, pp. 3–4; Robin Feldman, Perverse Incentives: Why Everyone Prefers High Drug Prices—Except for Those Who Pay the Bills, Harvard Journal on Legislation, 2020, pp. 321–22, available at https://harvardjol.com/wp-content/uploads/sites/17/2020/05/R.-Feldman_Perverse-Incentives.pdf, accessed on Nov. 11, 2023.

[37] *Skyrocketing growth in PBM formulary exclusions continues to raise concerns about patient access*. Xcenda, May 2022. https://www.xcenda.com/-/media/assets/xcenda/english/content-assets/white-papers-issue-briefs-studies-pdf/xcenda_pbm_exclusion_may_2022.pdf. Accessed 08 Nov. 2023. *See* Page 9.

[38] "What Is Prior Authorization?" Cigna, www.cigna.com/knowledge-center/what-is-prior-authorization. Accessed 08 Nov. 2023.

21.     Additionally, plan sponsors can use step therapies as a tool for controlling costs. Step therapy is a program that requires members to try a lower cost prescription drug for a given condition prior to stepping up to a more expensive prescription drug.[39]  The lower cost prescription drug must fail to treat the member's condition before the health plan will cover the cost of the more expensive medication.[40]  Quantity limits also help plan sponsors control costs.  Quantity limits restrict the amount of a particular medication that a plan will cover over a period of time.[41]

22.     While benefit design and utilization management tools help employers and their employees control costs and provide utilizing members with preferred and cost-effective treatments, a member can sometimes obtain an override of restricted coverage for a non-covered drug if deemed medically necessary.  To achieve this, members request a formulary override from their plan.  A formulary override is submitted to the plan sponsor, often by the patient's doctor, indicating why the patient should receive a non-covered drug instead of one covered by the plan.[42]  If a formulary override is denied, members can request an internal and, in some cases, an external appeal.  However, responses to appeals are not immediate and the appeal is not guaranteed.[43]  While formulary overrides allow certain medically necessary drugs to be paid for by a health benefit plan on a case-by-case basis, the prescription drug is still excluded from the formulary.

    4.    *Industry Evolution and Experimentation with Benefit Design Programs for Cost Management*

23.     As the pharmacy benefit industry has evolved, plan sponsors have taken various measures to alleviate costs from prescription drugs and reduce total drug spend, including shifting

---

[39] "What Is Step Therapy?" *Healthinsurance.org*, 19 Oct. 2023, www.healthinsurance.org/glossary/step-therapy/. Accessed 08 Nov. 2023.

[40] "What Is Step Therapy?" *Healthinsurance.org*, 19 Oct. 2023, www.healthinsurance.org/glossary/step-therapy/. Accessed 08 Nov. 2023.

[41] "Know Your Drug Formulary Restrictions: Quantity Limits." *Patient Advocate Foundation*, 21 June 2021, www.patientadvocate.org/explore-our-resources/drug-formulary-lists/know-your-drug-formulary-restrictions-quantity-limits/. Accessed 08 Nov. 2023.

[42] "Filing a Formulary Exception." *Patient Advocate Foundation*, 18 June 2021, www.patientadvocate.org/explore-our-resources/insurance-denials-appeals/filing-a-formulary-exception/. Accessed 08 Nov. 2023.

[43] "Denials / Appeals: What to Do When Your Insurance Company Denies You Coverage." *JDRF*, www.jdrf.org/t1d-resources/living-with-t1d/insurance/insurance-denials-appeals/#:~:text=The%20potential%20of%20having%20your,or%20reimbursement%20are%20ultimately%20successful.&amp;text=This%20percentage%20could%20be%20even,plan%20that%20is%20self%2Dinsured. Accessed 08 Nov. 2023.

some of the financial burden to their members in the form of insurance premiums[44] (in the case of a self-funded health plan employee contributions), offering more high deductible plans,[45] and offering self-pay options in addition to carve-outs in their benefit designs. In place of copayments, members have the option to self-pay[46] for certain treatments and prescription drugs, which may be more cost effective to both the member and employer.[47] Cash payment options are also growing in the industry, with the largest being GoodRx and Cost Plus Drugs. Both programs allow patients to self-pay for generic drugs, bypassing their benefits, which is sometimes less expensive than their copayment amount.[48] These integrated benefits exist to use a combination of self-payment and plan sponsor covered benefit.

### 5. *External Third-Party Ecosystem*

24. Increasing prescription drug costs and the growing complexity of the healthcare system have also given rise to a robust ecosystem of third-party programs and vendors to help customize a healthcare plan's pharmacy benefits. Self-funded plans may carve-out certain functions, such as the specialty drug benefit, from the PBM if the plan sponsor believes a third-party can provide a service more cost-effectively than the PBM. Carve-outs may also include a combination of providers or suppliers. For example, a plan sponsor can receive

---

[44] Luhby, Tami. "Employers Face Steep Jump in Health Care Costs for 2024." *CNN, Cable News Network*, 31 Oct. 2023, www.cnn.com/2023/10/31/politics/health-care-costs-job/index.html?utm_term=1698835662338beed8d75bdd4&utm_source=cnn_Five%2BThings%2Bfor%2BWednesday%2C%2BNovember%2B1%2C%2B2023&utm_medium=email&bt_ee=4zgasT6iUq5OU0kNbj9jmqPb8JwMIafRNrMqEQnvsg28m6OLcnKFS4wEvhQZcYGC&bt_ts=1698835662341. Accessed 08 Nov. 2023.

[45] "High Deductible Health Plan (HDHP) - Glossary." *HealthCare.gov*, www.healthcare.gov/glossary/high-deductible-health-plan/#:~:text=A%20plan%20with%20a%20higher,(also%20called%20your%20deductible). Accessed 08 Nov. 2023.

[46] Self-pay and self-funded plans are different concepts. Self-pay refers to an individual paying for a drug in cash instead of using a combination of copayment and coverage. Self-funded plans refer to a type of insurance where a plan sponsor assumes the full financial risk of providing healthcare to its members. *See* "Price Transparency &amp; Estimates." Billing &amp; Insurance at Denver Health | Denver Health, www.denverhealth.org/patients-visitors/billing-insurance/price-transparency#:~:text=Self%2Dpay%20is%20a%20term,Medicare%2C%20Medicaid%20or%20Workers%20Compensation. Accessed 08 Nov. 2023.

[47] Nuys, Karen Van, et al. 2018, Overpaying for Prescription Drugs: The Copay Clawback Phenomenon, healthpolicy.usc.edu/research/overpaying-for-prescription-drugs/. Accessed 08 Nov. 2023.

[48] A recent study indicated that individuals with private insurance had higher copays than those using GoodRx 50% of the time. *See* Rapaport, Lisa. "Pharmacy Discount Cards and Amazon May Offer Cheaper Generic Drugs than Insurance." *EverydayHealth*, 5 Sept. 2023, www.everydayhealth.com/healthcare-reform/many-generic-drugs-are-cheaper-with-amazon-or-goodrx-than-with-insurance/. Accessed 14 Nov. 2023.

generic drugs from one company and specialty drugs from another. Pharmacy benefit administrators such as CapitalRx, RxSense, and Laker Software Company provide prescription drug claims processing, technology, and other services to plan sponsors so that a pharmacy benefit program and claims adjudication can be provided without the need for PBM related services.[49] Several companies, such as Pill Pack and Exactcare, offer specialized pharmacy offerings to provide multidose prescription packaging for plan members with enhanced needs that include managing a significant number of medications. Additionally, Archimedes Rx partners with plan sponsors to manage the specialty drug benefit, providing technology and expertise to manage high-cost specialty patients and implement prior authorization and drug review programs.[50] Ascella Health also offers specialty pharmacy benefit management services to help manage utilization and provide cost savings for plan sponsors with specialty carve-outs.[51]

25.   Carve-outs are common among large employers, with approximately 94% of Fortune 100 companies carving out a portion of their pharmacy benefit plan to another entity.[52] Further, in 2023, approximately 16% of health plans and plan sponsors specifically carved out the specialty drug benefit from their pharmacy benefit plan with the PBM, and contracted with an alternative specialty pharmacy provider for those specialty drugs.[53]

26.   Consistent with the carve-out of functions or use of external vendors to support pharmacy benefits, AFPs such as Payer Matrix have emerged to fill a needed role in the industry. Due to the fragmentation of the specialty drug benefit within the pharmacy benefit ecosystem, AFPs such as Payer Matrix provide services that assist plan sponsors in locating more affordable avenues to purchase specialty drugs. PBMs also partner with AFPs, such as CVS Caremark with PrudentRx Copay Optimization Program and Cigna/Express Scripts with SaveOnSP. Cigna has explained the benefits of its AFP partner, stating that,

[49] "What Really Makes a Pharmacy Benefit Administration (PBA) Solution Different?: Capital Rx." *Capital Rx*, www.cap-rx.com/insights/what-really-makes-a-pharmacy-benefit-administration-pba-solution-different. Accessed 08 Nov. 2023.
[50] "Health Plans - ArchimedesRx." *ArchimedesRx*, archimedesrx.com/health-plans/. /. Accessed 08 Nov. 2023.
[51] *AscellaHealth*, ascellahealth.com/. Accessed 08 Nov. 2023.
[52] Chillingworth, Kelly. "The Case for Carving-out Pharmacy: Why Carved-out Rx Is the Key to Success." *RxBenefits*, 14 Apr. 2021, www.rxbenefits.com/blogs/the-case-for-carving-out-pharmacy/. Accessed 08 Nov. 2023.
[53] Pifer, Rebecca. "Blue Shield of California Is Promising a Simpler, Cheaper Pharmacy Benefits Model. Can It Deliver?" *Healthcare Dive*, 26 Oct. 2023, www.healthcaredive.com/news/blue-shield-california-pharmacy-benefits-cvs-caremark-pbm-disruption/694620/. Accessed 08 Nov. 2023.

in partnership with SaveOnSP, Cigna has "driven significant savings by targeting high-cost, high volume drugs."[54]  According to a recent report, "14% of employers and 7% of health plans use alternative funding models, and 14% of employers and 33% of health plans are exploring their use."[55]  AFP partnerships are common within the healthcare industry and provide value for PBMs, plan sponsors, and members.

**B.    Patient Assistance Programs and the Role of Payer Matrix and Alternate Funding Plans**

27.    There are two primary drug assistance programs provided by manufacturers, copay assistance programs and patient assistance programs.  These programs, which are provided for both covered and non-covered individuals, help patients afford expensive specialty drugs. The chart below illustrates the relationships between AFPs, plan sponsors, plan members, and drug assistance programs.



28.    Copay assistance programs such as manufacturer copay cards entirely or partially offset the out-of-pocket costs for covered individuals when purchasing a drug from a pharmacy.[56]  While there are certain limitations on insurance coverage (e.g., not applicable on Medicare

---

[54]    "Lowering Costs." *Cost-Effective Solutions | Express Scripts*, www.express-scripts.com/corporate/solutions/lowering-costs#saveonsp. Accessed 08 Nov. 2023.

[55]    "PSG Releases Highly Anticipated Trends in Specialty Drug Benefits Report." *Pharmaceutical Strategies Group*, 3 May 2023, www.psgconsults.com/blog/psg-releases-highly-anticipated-trends-in-specialty-drug-benefits-report. Accessed 08 Nov. 2023.

[56]    AbbVie offers the Humira Complete Savings card for eligible commercial insurance patients and can decrease copayment to $5 per month. *See* "You Could Get Humira for as Little as $5 per Month*." *Humira*, www.humira.com/humira-complete/cost-and-copay. Accessed 08 Nov. 2023.

benefit plans), copay assistance programs are widely available products to a breadth of patients.[57]    Patients can register for copay cards, which act as coupons, on the manufacturer's website and use the card when filling a prescription at a pharmacy.[58] Copay assistance programs serve as an incentive to utilize prescription drugs over alternatives that are preferred by the plan sponsor, which can in turn increase plan sponsor costs.[59] Additionally, I understand that many patients obtained copay cards prior to engaging with Payer Matrix.[60]  In addition, due to the design of some manufacturer copay assistance cards to counteract PBM Co-pay Accumulator or Co-Pay Maximizer programs, it may be difficult to detect if a copay card is being used already.   Therefore, a pharmacy may continue to automatically utilize this benefit to fill prescriptions without third-party involvement.

29.    PAPs provide eligible patients with heavily subsidized or free prescription medication. Eligibility and rules for PAPs vary by manufacturer, but eligibility is typically based on a specific income threshold, insurance status, and physician authorization.[61]    There are currently over 2,000 PAPs offered by charities, foundations, and drug manufacturers.[62] PAPs are common among specialty drug manufacturers—AbbVie, Sun Pharmaceuticals, GlaxoSmithKline, and Teva Pharmaceuticals all provide PAPs.[63]

30.    PAPs for specialty drugs are generally not perpetual in nature, but instead follow a common lifecycle for most high-cost brand drugs.  Initially, when a new specialty drug comes to market, it may have a high cost based on limited alternatives in the marketplace. Once a patent for the drug at issue expires and/or biosimilars (i.e., lower cost alternatives) enter the market, the cost for the specialty drug typically declines.  For example, it is estimated

---

[57]    Chase, Lauren. "What Are Manufacturer Copay Cards?" *GoodRx*, 29 Apr. 2022, www.goodrx.com/drugs/savings/what-are-manufacturer-copay-cards. Accessed 08 Nov. 2023.
[58]    Chase, Lauren. "What Are Manufacturer Copay Cards?" *GoodRx*, 29 Apr. 2022, www.goodrx.com/drugs/savings/what-are-manufacturer-copay-cards. Accessed 08 Nov. 2023.
[59] "Drug Coupons & Assistance Programs." *PCMA*, www.pcmanet.org/drug-coupons-assistance-programs/. Accessed 08 Nov. 2023.
[60] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.
[61]  Guttentag, Sasha. "Patient Assistance Program Users: A Closer Look." *GoodRx*, 27 Feb. 2023, www.goodrx.com/healthcare-access/research/patient-assistance-programs-survey. Accessed 08 Nov. 2023.
[62]  Guttentag, Sasha. "Patient Assistance Program Users: A Closer Look." *GoodRx*, 27 Feb. 2023, www.goodrx.com/healthcare-access/research/patient-assistance-programs-survey. Accessed 08 Nov. 2023.
[63] *Patient Assistance | AbbVie*, www.abbvie.com/patients/patient-support/patient-assistance.html. Accessed 14 Nov. 2023; *Sun Pharma*, https://sunpharma.com/usa5/. Accessed 14 Nov. 2023; *Teva Cares*, https://www.tevacares.org/. Accessed 14 Nov. 2023; *GSKForYou*, https://www.gskforyou.com/. Accessed 14 Nov. 2023.

that generic drugs decreased the price of brand alternatives by over 50% in the first year, and up to 80% within five years, after entering the market from 2002-2014.[64] Therefore, PAPs and other financial assistance programs become less relevant after specialty drugs lose market exclusivity. I understand that Humira's U.S. exclusivity expired in 2023,[65] and nine biosimilars have entered or are expected to enter the market in 2023.[66]

31.    I understand that PAPs provide advantages to manufacturers in addition to patient assistance, as manufacturers finance PAPs to generate positive publicity, increase product visibility, and market drugs to prescribers. Additionally, most non-governmental PAPs are 501(c)(3) nonprofit organizations, meaning they are exempt from federal income taxes and qualify for tax-deductible contributions. Companies that donate cash or pharmaceuticals can typically deduct the amount of the cash donation or fair market value of the property for tax purposes.[67] However, Congress has scrutinized the value of the PAPs and the parties that PAPs benefit. In 2019, a group of Senators wrote that "the perverse structure of these programs allows pharmaceutical companies to reap profits from their tax-deductible 'charitable donations' while doing nothing to lower the high drug prices that force patients to rely on such programs in the first place."[68]

32.    As discussed above, the healthcare industry has numerous third-party organizations—both AFPs and specialty benefit management companies—that assist plan sponsors with managing specialty drug costs. Payer Matrix is one of several AFPs in the healthcare industry.[69] AFPs largely exist due to the high cost of specialty drugs and the growing share

---

[64] Aitken, Murray, et al. IQVIA, 2016, *IMS Institute for Healthcare Informatics: Price Declines after Branded Medicines Lose Exclusivity in the U.S.*, www.iqvia.com/-/media/iqvia/pdfs/institute-reports/price-declines-after-branded-medicines-lose-exclusivity-in-the-us.pdf.

[65] Moorkens, Evelien et al. "The Expiry of Humira® Market Exclusivity and the Entry of Adalimumab Biosimilars in Europe: An Overview of Pricing and National Policy Measures." *Frontiers in pharmacology* vol. 11 591134. 8 Jan. 2021, doi:10.3389/fphar.2020.591134.

[66] Billingsley, Alyssa. "Humira Biosimilar Boom: 9 Meds Coming in 2023 and Beyond." *GoodRx*, 12 July 2023, www.goodrx.com/humira/biosimilars. Accessed on 13 Nov. 2023.

[67] Congressional Research Service Report. "Prescription Drug Discount Coupons and Patient Assistance Programs (PAPs)" 12 Sept. 2022. Accessed 08 Nov. 2023.

[68] "Senators Warren &amp; Whitehouse Call for Reforms to Eliminate Big Pharma Kick-Back Schemes via Patient Assistance Programs: U.S. Senator Elizabeth Warren of Massachusetts." *Senators Warren &amp; Whitehouse Call for Reforms to Eliminate Big Pharma Kick-Back Schemes Via Patient Assistance Programs | U.S. Senator Elizabeth Warren of Massachusetts*, 5 Dec. 2019, www.warren.senate.gov/oversight/letters/senators-warren-and-whitehouse-call-for-reforms-to-eliminate-big-pharma-kick-back-schemes-via-patient-assistance-programs. Accessed 08 Nov. 2023.

[69] Other AFPs include Paydhealth, PrudentRx, Scripta, and SaveOnSP.

of specialty drug expenditures for plan sponsors.  When a plan sponsor decides to exclude coverage for specialty medication due to its high costs, AFPs work with the plan members to help them secure their medications through the types of drug assistance programs discussed above.  More specifically, AFPs look for opportunities to reduce the specialty drug costs to plan members by advocating on their behalf through foundations, grants, and PAPs.

33.     Payer Matrix is staffed with professionals that have "extensive experience in specialty pharmacy, home infusion, and employee benefits management."[70]  The "Reimbursement Care Coordinators" ("RCCs") at Payer Matrix advocate for members whose health plans have carved out the specialty drug benefit.[71]  I understand that RCCs typically have either a clinical, pharmacy, or healthcare administration background, as familiarity with and understanding of the technical processes is essential to navigate the complex healthcare environment.[72]  RCCs communicate with PBMs, providers, and others to help members through the process.[73]

34.     Payer Matrix provides services that are commonly offered by others in the industry, including contracting with plan sponsors, educating them about the prescription drugs that have available PAPs or other sources of alternative funds, and offering services to members that may qualify for PAPs, coupons, discounts, and other drug savings programs.[74]  Payer Matrix and other AFPs also boost awareness for drug assistance programs among patients. According to a recent survey, 59% of patients have little to no knowledge of patient support programs, and only 3% of potentially eligible patients are using assistance programs.[75]

35.     I understand from Jennifer Hoefner, VP of Operations at Payer Matrix, that the Payer Matrix advocacy process is multi-faceted and can vary depending on the plan sponsor and

---

[70] *Payer Matrix*, https://payermatrix.com/employers/. Accessed 13 Nov. 2023.
[71]  *Payer Matrix*, https://payermatrix.com/about-us/. Accessed on 13 Nov. 2023; *Payer Matrix,* https://payermatrix.com/patients/. Accessed 13 Nov. 2023.
[72]  Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023; https://payermatrix.com/patients/. Accessed 13 Nov. 2023.
[73] *Payer Matrix*, https://payermatrix.com/employers/. Accessed 13 Nov. 2023.
[74]  *Payer Matrix*, https://payermatrix.com/patients/. Accessed 13 Nov. 2023; *Payer Matrix*, https://payermatrix.com/employers/. Accessed 13 Nov. 2023.
[75]  "Report: Expanding Awareness of Patient Support Programs." *Phreesia Life Sciences*, 17 Oct. 2023, lifesciences.phreesia.com/reports/expanding-awareness-patient-support-programs/. Accessed 08 Nov. 2023.

plan member's need.[76]  As discussed above, there are over 2,000 PAPs available to members[77] and a multitude of other funding programs available, which requires expertise to navigate the process.  Payer Matrix RCCs help patients through the complex process of finding an appropriate PAP, compiling necessary documentation such as tax forms and income information, and coordinating with prescribers to provide pertinent clinical information.[78]  While waiting for PAP application approval, RCCs look for bridge programs or work with the plan to approve a one-time override to ensure there is not a gap in prescription coverage for members.

36.    Further, I understand that if a PAP application is denied, there are several paths for a member to receive medication, and Payer Matrix helps members navigate this intricate process.[79]  First, a RCC examines the denial reason to determine if the decision should be appealed.  During this process, the RCC also searches for other types of patient assistance programs available (e.g., charitable foundations), identifies eligible copay assistance programs, and determines whether there are other funding alternatives.  In some cases, members have copay cards prior to working with Payer Matrix that can be utilized without the assistance of Payer Matrix.  If no other funding options exist, Payer Matrix will notify the plan sponsor.  I understand that the plan sponsor has several options available and makes the ultimate decision on how to proceed.  The plan sponsor may direct a patient to an alternative prescription drug, direct the plan member to seek treatment internationally, suggest that the member pay partially or entirely out-of-pocket, or approve an override of the specialty drug.[80]

37.    In summary, the alternative funding process is complex and non-linear, and ultimately AFPs, like Payer Matrix, provides a valuable service in the pharmacy benefit ecosystem by helping members get much needed financial relief (e.g., PAPs, copay assistance, etc.) for high-cost medication.

---

[76] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.
[77] Guttentag, Sasha. "Patient Assistance Program Users: A Closer Look." *GoodRx*, 27 Feb. 2023, www.goodrx.com/healthcare-access/research/patient-assistance-programs-survey. Accessed 08 Nov. 2023.
[78] *Payer Matrix*, https://payermatrix.com/patients/. Accessed 13 Nov. 2023
[79] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.
[80] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.

### C.      The Garthwaite Declaration

38.     I understand that AbbVie is alleging, among other things, that Payer Matrix enrolls ineligible members of health insurance plans in AbbVie's PAP, known as the myAbbVie Assist Patient Assistance Program, which like the PAPs discussed above, is a program designed to provide certain drugs manufactured by AbbVie[81] for free to qualified uninsured and underinsured patients.[82]  I also understand that AbbVie contends that the patients Payer Matrix helps to enroll in AbbVie's PAP are "insured patients who should be receiving their medicine through their employers' health insurance plans."[83]   To support that contention, AbbVie relies on the Garthwaite Declaration, in which Dr. Garthwaite comments on the economics of health insurance and opines that patients in Payer Matrix's program do not experience a change in their actual insurance status.

39.     Specifically, Dr. Garthwaite opines that patients were not truly uninsured at the time their PAP applications are submitted, but rather had so-called "*de facto* insurance coverage," as certain patients ultimately receive the prescription drug through other means, such as an override, when they are denied admission into AbbVie's PAP.[84]  Dr. Garthwaite fails to acknowledge the complexity of the healthcare system and the effect of increasing prescription drug costs on plan members and employers.  As discussed previously, plans often establish coverage limitations or deny covered claims for high-cost specialty drugs for various reasons (e.g., prior authorization requirements, step therapy protocols, quantity limits, etc.) and may provide guidance to members on alternatives or pay claims that are not covered via an override.  A plan may also provide a formulary exception for one member, but not all members on the plan.  Additionally, while the employer may ultimately decide to grant an employee an override if the employee is unable to obtain the medication through AbbVie's PAP, that does not mean that the employee always had coverage for that drug.

40.     This lack of coverage is readily established by the "plan documents" that self-funded plans are required to maintain under ERISA, which among other things, outline the benefits that

---

[81] These drugs include Humira, Skyrizi, and Rinvoq.
[82] Complaint dated May 5, 2023, pp. 1-3.
[83] Complaint dated May 5, 2023, p. 2.
[84] Garthwaite Declaration, ¶¶ 16, 19.

plan beneficiaries are entitled to under the plan and provide guidelines to be used by the plan administrator in decision-making when it comes to plan operations. Also, as discussed previously, the process for the plan member to obtain the prescription drug is not uniform and plan sponsors do not universally grant overrides when all other funding options are exhausted for the member. While some plan sponsors sometimes approve an override,[85] the specialty drug benefits under the employer's plan can vary and may have high cost-sharing responsibilities, such as 100% coinsurance (i.e., full member responsibility), effectively making the member "uninsured."[86]

41.     Dr. Garthwaite also opines that the fact that certain patients who were denied admission into AbbVie's PAP later redeemed copay assistance through a separate AbbVie program for commercially insured patients somehow demonstrates that those patients "did effectively have insurance coverage" because, according to Dr., Garthwaite, "[a] truly uninsured patient would not be able to apply for co-pay assistance soon after failing to qualify for a program reserved for uninsured or underinsured patients."[87] Dr. Garthwaite's view does not consider that members could previously have copay cards prior to the plan sponsor switching PBMs or prior to the plan sponsor excluding a specific medication as each PBM has differing formulary drug coverage. Alternatively, the patient could seek copay assistance if they did not previously have a copay card. While there are multiple paths a patient's financial assistance could take, there are scenarios where a Payer Matrix RCC would have reviewed the PAP denial, determined if an appeal is warranted, and sought out other funding sources like a foundation, other payment cards, or copay assistance during the appeal process.[88] Assisting members following a denial into the PAP indicates that Payer Matrix is successfully supporting its client base and providing access to medications that could otherwise be unobtainable.

42.     Finally, I understand that the Payer Matrix advocacy process is constantly evolving given the complexities of the pharmacy benefits space and the diverse and changing requirements

---

[85] I understand that many plan sponsor's do not approve overrides and members are forced to pay out-of-pocket or change medication (Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023).
[86] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.
[87] Garthwaite Declaration, ¶ 19.
[88] Interview with Jennifer Hoefner, Executive VP, Operations at Payer Matrix, November 10, 2023.

of over 2,000 PAPs available to members. The Payer Matrix program is effectively helping members pursue all avenues of costs savings if applicants are denied for one program and accepted to another. Given the current high-cost environment of the prescription drug industry, Payer Matrix plays an integral role in helping members with financial needs navigate the PAP application process and helps reduce excessive specialty drug costs for members and plan sponsors.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

Michael Niarchos

November 28, 2023

**Appendix A**





## Michael T. Niarchos
Managing Director – Alvarez & Marsal
mniarchos@alvarezandmarsal.com

Michael Niarchos, a Managing Director with Alvarez & Marsal Healthcare Industry Group, specializes in advisory and consulting in the Pharmacy ecosystem, including Health Plans and Managed Care organizations, Pharmacy Benefit Managers, Hospitals & Health Systems, and Health Care Services organizations including Retail and other pharmacies.

Mr. Niarchos brings more than 20 years of experience in strategy, growth, operational transformation and performance improvement within the managed care and pharmacy ecosystem. Mr. Niarchos focuses on the needs of health plans, pharmacy benefit managers (PBMs), and provider-owner pharmacy organizations, offering strategic advice on emerging trends, disruptive forces and regulatory issues. He has significant experience across multiple areas of operations and leading strategic transformation. He has experience as an industry advisory, leading consulting engagements, as well as interim management roles.

Mr. Niarchos's clients have included Commercial and Government Program Health Plans, Pharmacy Benefit Managers, Pharmacies, Integrated Health Care delivery organizations, and others.

### *Interim Executive Management*

- Interim Senior Vice President of Underwriting and Trade Relations for Elixir, Inc., a Pharmacy Benefit Manager owned by Rite Aid, Inc.

- Responsible for pricing and underwriting of client bids across all lines of business, including commercial employer, health plan, TPA, inbound aggregation, and other segments

- Accountable for sourcing, negotiation, and management of manufacturer rebate contracts directly with manufacturers and through rebate aggregation vendors

- Oversight and management of rebate operations, including rebate claim submission and contractual guarantee reporting, payment and reconciliation

260 Franklin Street
Suite 210
Boston, MA 02110
Tel: (617) 449-7800
Cell: (404) 374-7258
Fax: (617) 449-7801

**Professional History**

Alvarez & Marsal
(2020 – Present)

Deloitte Consulting, LLP
(2007 – 2020)

Public Consulting Group, Inc.
(2000 – 2005)

**Education**

Emory University, Master in Business Administration

Wake Forest University Bachelor's of Arts, Economics

Michael T. Niarchos

- Management and optimization of national PBM pharmacy network, including specialty pharmacy network

- Transition of rebate strategy from direct paper to rebate aggregation vendor, including RFP, vendor bid analysis, contracting, and implementation

- Optimization of client bid and contract language including covered drug and exclusion claim language refinement to industry standards

- Development of rebate services offering to current and target client segments

***PBM Advisory Support***

- Design of updated end to end proposal, underwriting and pricing process for new employer client RFPs, including incorporation of carve-outs, ancillary services, and third party service providers into pricing and approval processes

- Review of pharmacy network and rebates economics market benchmarking, and development of recommended performance improvement plans

- Review of manufacturer rebate contracts and manufacturer audit risk assessment.  Support of manufacturer audit process.

- Establishment of offshore entity and transition of commercial direct manufacturer trade relations

- Development of strategic investment roadmap for growth of Government Programs segment, including Medicare, Medicaid, and Exchange business

***Health Plan Pharmacy Strategy and Sourcing***

- Review of Pharmacy Benefit design and PBM contract for regional health plan including analysis and benchmarking of network pricing and rebate guarantees

- Objective third party due diligence and valuation of contributed contracts and assets for multi-party joint venture creation.  Including review and qualification of rebate revenue

- Health plan pharmacy strategy development for national health plan including build, buy, outsource analysis by domain.  Included review and projection of potential insourcing of rebates function.

A-2

Michael T. Niarchos

- Health plan pharmacy benefit management RFP development and selection process

***PBM, Pharmacy, and Ancillary Services Merger and Acquisition (M&A) support***

- Advisory, due diligence, and other transaction related support on both sell-side and buy-side for the marketing and sale of multiple PBM and pharmacy related assets, including:

  o Mid-market PBM companies

  o Retail, mail order, and specialty pharmacies

  o Ancillary pharmacy service providers

- Clean-room stand-up and analysis to support M&A due diligence and deal process

- Development and support for execution of asset purchase arrangements (APAs) and facilitation of post APA regulatory approval processes.

- Pre and Post merger integration support for the integration of PBM or pharmacy asset operational and technology capabilities, including

  o Transaction Service Agreement (TSA) development and management

  o Product offering and service integration.

  o Vendor rationalization and re-contracting

  o Labor and non-labor synergy realization

- Establishment and maintenance of combined entity financial projections and forecasts to validate synergy targets

***PBM Platform Migration***

- Support and execution of multiple PBM platform migrations, including:

  o End to end business process and capability mapping between legacy PBM platforms including adjudication and supporting operations

  o Development of capability gap and remediation plan

  o Planning and execution of membership transition across commercial and government program lines of business

A-3

Michael T. Niarchos

- Independent migration readiness and risk assessments to support identification of member and client migration failure risks and development of remediation plans

***CMS Medicare Part D Intermediate Sanctions Remediation***

- Review and remediation of issues for national Medicare PDP plan resulting in intermediate part D sanctions

- Development of third-party report to CMS to validate remediation of issues and support lifting of sanctions

***Pharmacy Operations and Margin Improvement***

- Due diligence and merger integration support for acquisition and integration of retail pharmacy chain into existing pharmacy business

- Analysis of pharmacy financial and operations and development of pharmacy performance improvement initiatives, inclusive of supply chain, PBM reimbursement, and operations

- Development and facilitation of drug wholesaler RFP for evaluation and selection of a new drug supplier for a pharmacy

- Implementation of controlled substance inventory management improvement program for multi-state pharmacy organization

- Implementation of new inventory management and pharmacy dispensing platform for multi-site outpatient pharmacy organization

- Development of a multi-year mail order pharmacy and specialty pharmacy supply chain and operations consolidation strategy

- Evaluation of 340B pharmacy operations and financial performance as part of health system assessment

***Expert Witness***

- Testified as an expert witness before an Arbitration panel regarding pharmacy rebate guarantees and exclusions from rebates between a large insurance payor and a leading PBM.  Also, issued an expert report, rebuttal report, and testified at deposition.

A-4

<u>**CERTIFICATE OF SERVICE**</u>

I, David Poell, one of the attorneys for Defendant Payer Matrix, hereby certify that on November 29, 2023, I caused the foregoing **DECLARATION OF MICHAEL NIARCHOS IN SUPPORT OF PAYER MATRIX, LLC'S OPPOSITION TO PLAINTIFF ABBVIE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/ David M. Poell*
David M. Poell