## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | |
| Plaintiff, | Civil Action No. 1:23-cv-02836 |
| -against- | Hon. Judge Jorge L. Alonso |
| Payer Matrix, LLC | Hon. Magistrate Young B. Kim |
| Defendant. | |

## DECLARATION OF ELENA M. MASSAROTTI, M.D. IN SUPPORT OF DEFENDANT PAYER MATRIX, LLC'S OPPOSITION TO PLAINTIFF ABBVIE INC.'S MOTION FOR A PRELIMINARY INJUNCTION

I, Elena M. Massarotti, M.D., declare as follows:

1.     I submit this Declaration on behalf of Defendant Payer Matrix, LLC ("Payer Matrix") in support of Payer Matrix's Opposition to Plaintiff AbbVie Inc.'s ("AbbVie") Motion for a Preliminary Injunction in the above-captioned litigation.

2.     I have been retained as an expert by Payer Matrix to opine on the various factors that influence a medical doctor's prescribing practices, including the decision to change a patient's medication, and to provide rebuttal testimony in connection with the testimony offered by AbbVie's expert, Philip L. Cohen, M.D., in the *Amended Declaration of Dr. Philip L. Cohen in Support of Plaintiff's Motion for Preliminary Injunction*, dated September 23, 2023 (the "Cohen Declaration").  I have personal knowledge of the matters set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

**Background**

3.     I am a medical doctor specializing in rheumatology, which encompasses inflammatory autoimmune diseases.  I have a particular interest in inflammatory arthritis, lupus, and vasculitis.  My professional time is divided between patient care, education, clinical research, and administration.  I routinely treat inflammatory, autoimmune disease patients with disease modifying therapies including biologic agents, and have done so throughout my more than thirty years of clinical experience.

4.     I graduated from Tufts University School of Medicine in 1984. I completed my internship and residency in internal medicine at New England Medical Center (now known as Tufts Medical Center) between 1984 and 1987.  I completed a fellowship in Rheumatology / Immunology at New England Medical Center from 1988 to 1990.  I was then the Chief Medical Resident at New England Medical Center from 1990 to 1991.

5.     I am board certified in Internal Medicine and in Rheumatology.  I am a member of the American College of Rheumatology.

6.     Between 1990 and 2007, I had clinical academic positions at two different hospitals.  From 1991 to 1993, I was the director of house staff training at the Mt. Auburn Hospital in Cambridge, Massachusetts (a Harvard Medical School affiliate).  From 1993 to 2002, I was the director of clinical rheumatology training at Tufts Medical Center.  From 2001 to 2002, I was the acting division chief of rheumatology at Tufts Medical Center.  From 2002 to 2007, I was the clinical director of rheumatology at Tufts Medical Center.

7.     Since 2007, I have been an Associate Professor at Harvard Medical School and an Associate Physician at the Brigham and Women's Hospital ("BWH") in Boston.  I am Director of Clinical Trials at the Lupus Center at BWH and Co-Director of the Clinical Trials Center in the

BWH Division of Rheumatology. Over the course of my career, I have held a number of major committee assignments and appointments at BWH and Tufts-New England Medical Center. I have also received a number of professional and teaching honors and awards, including recognition by Boston Magazine and U.S. News and World Report. Since 2016, I have been the Vice Chair of Clinical Affairs in the Department of Medicine at Brigham and Women's Hospital.

8.  I have been or currently serve as an ad hoc reviewer for a number of medical journals including the New England Journal of Medicine, Infectious Diseases in Clinical Practice, Lupus, Annals of the Rheumatic Diseases, Arthritis and Rheumatism, and the Journal of the American Medical Association. I am on the Executive Committee of the Lupus Nephritis Trials Network.

9.  I have been an invited speaker at dozens of conferences and courses, and have authored or co-authored over ninety peer-reviewed articles, review articles, book chapters, and abstracts. These publications include reports of clinical trials, epidemiologic studies and clinical observations in the areas of autoimmune disease. I have also been or am currently an investigator on at least over 30 clinical trials and studies.

10. I am an expert in rheumatic disorders, including rheumatoid arthritis, psoriatic arthritis, and other related inflammatory autoimmune disorders. Among other things, I have extensive experience and expertise using immunosuppressive agents, including biologic agents.

11. I have a large, referral-based practice comprised of patients with a wide range of rheumatic diseases, including rheumatoid and psoriatic arthritis, and am highly experienced in prescribing disease modifying agents and biologic agents, including, AbbVie's drugs Humira (adalimumab), Skyrizi (rizankizumab) and Rinvoq (upadicitinib).

12.     A true and correct copy of my curriculum vitae, which accurately reflects my educational background and professional experiences, is attached hereto as **EXHIBIT 1**.

13.     IMS Consulting and Expert Services, through which I have been retained by Payer Matrix, is being compensated at a rate of $935 per hour ($985 per hour for deposition and trial testimony) for my work on this matter.  This compensation is not contingent on the nature of my findings or the outcome of this matter.

<u>**Overview of the Drugs at Issue**</u>

14.     There is a wide variety of medications on the market that are used to treat patients with rheumatic diseases.  For patients with rheumatoid arthritis, methotrexate, a disease-modifying anti-rheumatic drug ("DMARD"), is generally considered to be first line therapy. Rheumatoid arthritis is also often treated with tumor necrosis factor ("TNF") inhibitors, biologic drugs that are also known as targeted therapies.   TNF inhibitors are most commonly added to a patient's medication regimen when treatment failure with methotrexate has occurred.  On occasion, TNF inhibitors are prescribed as monotherapy.  Currently, there are five FDA approved TNF inhibitors that are indicated for the treatment of many rheumatic illnesses, including rheumatoid arthritis, psoriatic arthritis, uveitis, and ankylosing spondylitis.  These TNF inhibitors include AbbVie's Humira.   Other classes of biologic drugs prescribed by rheumatologists commonly include interleukin-6 inhibitors, costimulatory blockers, and anti CD-20 inhibitors.  Additionally, in the last decade, a number of "small molecule" drugs have been approved to treat rheumatic diseases like rheumatoid arthritis, including the JAK inhibitors tofacitinib and upadicitinib. In addition to Humira, a TNF inhibitor, AbbVie also manufactures Rinvoq (upadicitinib), a JAK inhibitor and small molecule that is FDA approved for rheumatoid arthritis, ankylosing spondylitis, and psoriatic arthritis.  Skyrizi (rizankizumab) is a biologic drug targeting interleukin 23A that is FDA approved for psoriatic arthritis and also manufactured by AbbVie.

-4-

15.     TNF inhibitors and similar biologic drugs used to treat rheumatic illnesses are what are referred to as "specialty medications" – high-cost medications that treat complex chronic health conditions.  Biologics typically cost from $50,000 to $90,000 annually, with significant out of pocket co-payment costs for patients.[1]

**A Physician's Decision To Prescribe / Switch Medications**

16.     As a general matter, a wide variety of factors go into a physician's decision to prescribe a particular medication.  Fundamentally, safety and efficacy are the primary factors a physician uses to select the drug of choice for a patient.  With respect to rheumatic diseases, the decision to start a particular medication, including, for example, a TNF inhibitor, is based upon a number of clinical factors including prior response to other medications, disease severity, and the presence of co-morbid medical conditions.  Currently, there are different classes of biologics that are FDA approved to treat various rheumatic diseases including rheumatoid arthritis and psoriatic arthritis.  In my experience, when choosing a biologic, rheumatologists will select the agent based upon several factors including personal experience with the drug.  For example, because TNF inhibitors were one of the first biologics approved for rheumatic diseases like RA, they are often prescribed prior to other classes of biologics because there has been the greatest experience with them.  This is true even though there is general consensus that the available biologic agents approved for RA are equally effective (although differ in mode of action, method, side effects, and frequency of administration) for rheumatoid arthritis.[2]

---

[1]  Gannon F. The cost of living. EMBO Rep. 2023 Aug 3;24(8):e57637. doi: 10.15252/embr.202357637. Epub 2023 Jun 21. PMID: 37341571; PMCID: PMC10398643.

[2]  Fraenkel L, Bathon JM, England BR, St Clair EW, Arayssi T, Carandang K, Deane KD, Genovese M, Huston KK, Kerr G, Kremer J, Nakamura MC, Russell LA, Singh JA, Smith BJ, Sparks JA, Venkatachalam S, Weinblatt ME, Al-Gibbawi M, Baker JF, Barbour KE, Barton JL, Cappelli L, Chamseddine F, George M, Johnson SR, Kahale L, Karam BS, Khamis AM, Navarro-Millán I, Mirza R, Schwab P, Singh N, Turgunbaev M, Turner AS, Yaacoub S, Akl EA. 2021

17.     In the United States, the costs of the medication and whether the patient's insurance covers the medication are also important factors that must be taken into account by a physician when prescribing all medications.  After all, a prescription will not do a patient any good if the patient cannot obtain the medication prescribed.  Because third-party payers cover drug costs and access to specific drugs for the overwhelming majority of patients, physicians—particularly those that prescribe expensive specialty medications—are accustomed to the need to select appropriate medications for a patient from a list of covered medications presented to them by the insurer.  Similarly, all physicians know that prescribing an expensive specialty medication like a biologic for rheumatoid arthritis will require a prior approval process that includes third parties reviewing eligibility criteria.  Insurance companies may differ with respect to the individual drugs within a class that will be covered, as well as classes of drugs covered.  In addition, insurance companies may dictate which drugs or categories of drugs will need to be used for a specific indication.  It is not uncommon for a rheumatologist to prescribe etanercept, for example, for RA and receive notice that approval has been denied, requiring that the patient try an alternative TNF inhibitor, or a biologic in a different class—abatacept for example.

18.     Nor is it uncommon for a patient to have to switch medications after being prescribed and taken a certain drug.  Again, in the United States, third-party payers determine which drugs are covered (i.e. paid) for specific conditions.  It is common for physicians to be presented with a scenario in which a patient's insurance coverage for a prior approved medication is discontinued.  This is a function of incredibly high drug costs and the healthcare payer system we have in the United States.  For example, insurers may exclude coverage for high cost specialty

American College of Rheumatology Guideline for the Treatment of Rheumatoid Arthritis. Arthritis Care Res (Hoboken). 2021 Jul;73(7):924-939. doi: 10.1002/acr.24596. Epub 2021 Jun 8. PMID: 34101387; PMCID: PMC9273041.

drugs once "biosimilar" drugs become increasingly available on the market. A biosimilar is a biologic product that is highly similar to, and has no clinically meaningful difference from, an existing FDA approved biologic, called a reference product.[3] Compared with the reference product, biosimilars are made with the same types of living sources, and have the same strength, dosage, potential treatment benefits, and potential side effects. One of the key benefits of biosimilars is that they offer patients lower cost alternatives to the reference product—with little to no differences in efficacy and/or risks. Biosimilars have been more widely used in Europe than in the US because of patent laws in the US, but clinical experience and the published literature to date has not shown any meaningful clinical differences between biologics and corresponding biosimilars.

19.     Patients also commonly experience changes in medication coverage when switching jobs, as their new employer may have a different insurance plan with different prescription drug benefits. In each case, the change in prescription drug coverage requires that the physician and patient together review the treatment options for which coverage is available and select an alternative treatment that the physician believes is a suitable alternative. I regularly have these conversations with my patients.

20.     While it is not uncommon for a physician's prescribing decision to be affected by the list of medications covered by the patient's insurance, no insurance company (or any other third party, for that matter) has the ultimate power to force a patient or their doctor to select or switch to a particular medication. Rather, both the initial prescribing decision and any decision to switch medications is a decision left entirely to the patient and their doctor. Thus, if a recommended drug is not included in the list of covered drugs, the physician and patient will

---

[3] *See* FDA.gov/drugs/biosimilars/overview-health-care-professionals

together decide the options: use another recommended biologic that is covered, or have the patient assume the out-of-pocket costs for the medication. In my experience, the latter option is untenable for the overwhelming majority as the out-of-pocket costs for these medications are exorbitant.

21. If, however, the professional opinion of the prescriber is that the available, covered medications do not include a safe and effective alternative, or if there are contraindications that preclude safely switching a patient to any one of the covered medications believed to be medically contraindicated, then it is common practice for the prescriber to decline to switch the patient's medication and more formally appeal to the insurance company, and/or request a peer to peer consultation with the insurance company. An example of this might be an RA patient with a first degree relative with multiple sclerosis. Because TNF inhibitors are contraindicated in such situations, the prescriber would appeal to the insurance provider to provide full coverage for an alternative biologic with a different mechanism of action (e.g. abatacept). In my experience with this specific example such letters of appeal are generally accepted by insurers, provided that the insurer is provided with well-documented reasons why the patient should not be switched to a covered medication. By the same token, if the out-of-pocket co-payment cost is cost prohibitive for the patient, the prescriber would investigate other solutions: a patient assistance program, or alternative medication covered by the patient's insurance.

**Specific Rebuttals to the Cohen Declaration**

22. In the Cohen Declaration, Dr. Cohen makes a number of statements to the effect that, if a patient is experiencing "success" with a specific TNF inhibitor or other medication, he would not change the medication unless there is a medically necessary reason to do so.[4] I do not necessarily disagree with Dr. Cohen—in a perfect world, medications that are working for a patient

---

[4] Cohen Declaration ¶ 7.

would not be switched absent medical necessity.  However, as discussed above, the reality in the United States is that cost and insurance coverage issues must be taken into consideration both when initially prescribing these and other similarly expensive medications, as well as when deciding whether to switch a patient to a different medication.  Again, it is not uncommon for patients to be informed that insurance coverage for biologics change, requiring that the patient and rheumatologist together discuss whether to appeal to the insurance company for continued coverage, or search for alternative payment assistance programs, or switch to medications that are covered, given the extraordinary high costs of biologics.

23.     Dr. Cohen also discusses that mandated switches in medications can result in unacceptable delays in treatment that are harmful to the patient because delays in receiving scheduled doses of medication increase the risk of disease flares.[5]  However, in my experience, switching a patient to a new medication generally does not immediately result in the patient not receiving their scheduled doses of medication.  When third-party payers stop covering a medication, the discontinuation is usually not immediate—i.e. days.  Patients are usually informed in advance so that alternatives may be pursued.  Typically, the discontinuation may be weeks, or at the start of the calendar year, coinciding with changes in insurance plans.  And, if, for some reason, the date of discontinuation is unacceptable, then it is customary for the physician to appeal to the insurance company to extend coverage for a mutually agreed period of time.  If that is not possible, then the physician may provide the patient with samples of the medication (if available) to hold the patient over, or contact their manufacturer representative to secure a small number of doses of the medication for the patient while the doctor and patient discuss an appropriate switch.

---

[5] Cohen Declaration ¶ 17.

24.    In Paragraph 7 of the Cohen Declaration, Dr. Cohen states that "some TNF inhibitors have greater efficacy for some patients than others."  While that is sometimes true for some diseases, as discussed above, the medical literature generally states that TNF inhibitors are roughly equal in terms of safety and efficacy for the treatment of rheumatoid arthritis.  For example, a head to head study of certolizumab (a TNF inhibitor) plus methotrexate was not superior to adalimumab (Humira) plus methotrexate in patients with rheumatoid arthritis.[6] Similarly, in a head to head trial comparing abatacept (a biologic) to adalimumab (Humira) in RA patients with an inadequate response to methotrexate, the efficacy of both biologics were equivalent (although Humira had a slightly higher rate of serious infections).[7]  Thus, while it is preferred that a patient continue a medication that has resulted in clinical benefit, if a RA patient were to be switched to a different TNF inhibitor or alternative biologic drug, for example because the originally prescribed drug is no longer covered by the patient's insurance, most RA patients can expect a comparable treatment response to the alternative TNF inhibitor.

25.    In Paragraphs 12 through 14 of the Cohen Declaration, Dr. Cohen cites a fax sent to a doctor treating a patient for rheumatoid arthritis, which lists eight medication alternatives included in the insurance plan's formulary, and discusses specific differences between these medications and Humira, which was no longer to be covered.  I largely agree with the statements

---

[6] Smolen JS, Burmester GR, Combe B, Curtis JR, Hall S, Haraoui B, van Vollenhoven R, Cioffi C, Ecoffet C, Gervitz L, Ionescu L, Peterson L, Fleischmann R. Head-to-head comparison of certolizumab pegol versus adalimumab in rheumatoid arthritis: 2-year efficacy and safety results from the randomised EXXELERATE study. Lancet. 2016 Dec 3;388(10061):2763-2774. doi: 10.1016/S0140-6736(16)31651-8. Epub 2016 Nov 15. Erratum in: Lancet. 2017 Feb 4;389(10068):e2. PMID: 27863807.

[7] Schiff M, Weinblatt ME, Valente R, *et al*. Head-to-head comparison of subcutaneous abatacept versus adalimumab for rheumatoid arthritis: two-year efficacy and safety findings from AMPLE trial. Ann Rheum Dis. 2014;73:86–94. doi: 10.1136/annrheumdis-2013-203843.

Dr. Cohen makes regarding the differences between Humira and the alternative drugs. However, Dr. Cohen does not mention the two alternative TNF inhibitors that were still covered (Simponi and Enbrel), which are in the same biologic class as Humira. Though there are some differences between these TNF inhibitors and Humira, given that the patient had a successful response to Humira, it is expected that the alternatives would provide the same effect as Humira (albeit with a different dosage regimen). Moreover, while Dr. Cohen refers to certain "approved" uses and European guidelines, nothing prohibits a doctor from prescribing medication for a use that is not "approved" by the FDA or does fall within a non-binding guideline. For example, there are few FDA approved drugs for lupus. Many immunosuppressive agents are used off label to treat various manifestations of lupus, including methotrexate and biologic agents like abatacept or rituximab. Physicians are accustomed to prescribing drugs for unapproved—or "off-label" use—when clinically indicated. The decision to do so is ultimately a matter between the doctor and the patient.

26.     In Paragraph 16 of the Cohen Declaration, Dr. Cohen posits that drug switching for reasons other than medical necessity is harmful to patients because it could lead to three health risks—the new medication may not be as effective, could have a less desirable treatment regimen, and could cause the patient increased side effects. While I do not disagree that switching medications may carry the risks outlined by Dr. Cohen, a certain amount of unpredictability exists for any medication change made by a physician. It is also possible that a patient may find that the alternate biologic has better efficacy, and/or more favorable treatment regimen (for example, if the patient is tired of injections and preferred pills). One of the most common side effects experienced by patients taking TNF inhibitors include injection site reactions, characterized by pain, itchiness, and localized hives. Many times, these can be managed without switching medications. In my experience, some patients have experienced fewer injection site reactions when switched to an

alternative TNF inhibitor for non-medical reasons. However, in the event that the risks described by Dr. Cohen did come to fruition, the physician and patient would use "shared decision making" to decide upon the most acceptable strategy for the patient—which could involve the doctor submitting an appeal on the patient's behalf.

27. In Paragraphs 18-22 of the Cohen Declaration, Dr. Cohen discusses a number of "one-page info flyers." My understanding is that these "one-page info flyers" were never distributed. I was not asked to opine on the flyers for purposes of this declaration. I reserve the right to do so in the future if asked.

28. In Paragraph 23 of the Cohen Declaration, Dr. Cohen discusses a document that he attaches as Exhibit 4, which he describes as identifying patients that were switched from an AbbVie drug to an alternate medication. Dr. Cohen discusses that some drugs prescribed as alternatives to the AbbVie drugs were off-label, and not indicated. In the examples cited, he appears to rely upon the specific diagnoses provided in the spreadsheet. No mention is made of a review of the patient's medical record, as would be done with a formal appeal, including a peer to peer consultation when prescribing a drug for an off-label use. I agree that Dupixent is not FDA approved for psoriasis. But, again, a review of this patient's medical record would likely provide details regarding the rationale for use, as Dupixent is approved for atopic dermatitis, a related condition. In row 28 of the spreadsheet, Dr. Cohen points out that the treatment of a patient with "rheumatoid arthritis, unspecified" was switched from Rinvoq to Cosentyx. Rinvoq (upadacitinb) is FDA approved for the treatment of rheumatoid arthritis, ankylosing spondylitis, psoriatic arthritis. Cosentyx is an Il-17 inhibitor and FDA approved for psoriatic arthritis and ankylosing spondylitis. While I agree that Cosentyx would not be a typical medication used to treat RA, in my opinion, a review of the patient record is necessary to fully understand the rationale behind the

drug switch, especially given the reported diagnosis of "rheumatoid arthritis, unspecified." I interpret this diagnosis as somewhat ambiguous, as it is not clear what "unspecified" specifically means. At the end of the day, the decision to make these medication switches would have been made by the patient's doctor in consultation with the patient. And as discussed above, the doctor would have had options had they believed that another medication was medically necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of November, 2023, at Boston, Massachusetts.

_____

Elena M. Massarotti, M.D.

# Exhibit 1

**PART I: General Information**

**DATE PREPARED:**          November 29, 2023

**Name:**                             Elena M. Massarotti, M.D.

**Office Address:**              Brigham and Women's Hospital
                                          Director, Clinical Trials, Lupus Center
                                          Division of Rheumatology
                                          Vice Chair of Clinical Affairs in the Department of Medicine
                                          60 Fenwood Road, 3032K
                                          Boston, MA 02115


**Home Address:**          151 Tremont Street #8N Boston, MA 02111

**Work Email:**          emassarotti@bwh.harvard.edu          **Work FAX:**  (617) 732-5505

**Place of Birth:**          Boston, MA

**Education:**

| | | |
|---|---|---|
| 1980 | B.S.   Biology | Tufts University, Medford, MA |
| 1984 | M.D.   Tufts University School of Medicine, Boston, MA | |
| 2009 | BWH/Harvard Business School Leadership Program | |
| 2012 | BWH Leader as Negotiator Program | |


**Postdoctoral Training:**

| | |
|---|---|
| 1984-1985 | Internship in Internal Medicine, New England Medical Center, Boston MA |
| 1985-1987 | Residency in Internal Medicine, New England Medical Center, Boston, MA |
| 1990-1991 | Chief Medical Residency, New England Medical Center, Boston, MA |
| 1988-1990 | Fellowship in Rheumatology/Immunology, New England Medical Center, Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 1985 | Diplomat of National Board of Medical Examiners |
| 1987 | Board Certified, Internal Medicine |
| 1988 | Commonwealth of Massachusetts |
| 1990 | Board Certified, Rheumatology |
| 2000 | Re-certified, Rheumatology |
| 2010 | Re-certified, Rheumatology |

1

**Academic Appointments:**

| | |
|---|---|
| 1988-1991 | Instructor in Medicine, Tufts University School of Medicine |
| 1991-1993 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| 1991-1993 | Lecturer in Medicine, Tufts University School of Medicine |
| 1993-2003 | Assistant Professor of Medicine, Tufts University School of Medicine |
| 1993-2007 | Assistant Professor of Orthopedic Surgery, Tufts University School of Medicine |
| 2003-2007 | Associate Professor of Medicine, Tufts University School of Medicine |
| 2007- | Associate Professor of Medicine, Harvard Medical School (effective 8-1-07) |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1990-1991 | Assistant in Medicine, New England Medical Center |
| 1991-present | Rheumatologist, New England Medical Center, Boston, MA |
| 1992-1993 | Assistant Physician, Beth Israel Hospital, Boston, MA |
| 1993-2000 | Assistant Physician, New England Medical Center |
| 2000-2007 | Physician, Tufts New England Medical Center |
| 2007- | Associate Physician, Brigham and Women's Hospital |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1993-present | Physician, New England Sinai Hospital |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1991-1993 | Director of Medical Housestaff Training, Mount Auburn Hospital, Cambridge, MA |
| 1991-1993 | Associate Firm Chief, Mount Auburn Hospital Cambridge MA |
| 1991-1993 | Acting Firm Chief, Mount Auburn Hospital, Cambridge, Massachusetts |
| 1993-2000 | Director, Rheumatology Training, Tufts New England Medical Center, Boston MA |
| 2000-2002 | Clinical Director, Itzhak Perlman Family Arthritis Treatment Center, Tufts New England Medical Center Boston MA |
| 2002 –2003 | Acting Chief of Rheumatology, Tufts New England Medical Center, Boston MA |
| 2003-2007 | Clinical Director, Division of Rheumatology, Tufts New England Medical Center |
| 2007- | Director, Clinical Trials, Lupus Center, Brigham and Women's Hospital |
| 2008- 2016 | Co-Director, Clinical Trials Center, Division of Rheumatology, BWH |
| 2016- | Vice Chair of Clinical Affairs, Department of Medicine, BWH |

**Major Committee Assignments:**

Brigham and Women's Hospital, Boston MA

| | |
|---|---|
| 2008- | Council on Disabilities Awareness, Member |
| 2008- | Committee on Health Care Equality, Member |
| 2009-2011 | Partners Institutional Review Board, Member |
| 2009- | Selection Committee, Department of Medicine Clinical Innovations Grant |

| 2010-2014 | Committee on Conflicts of Interests (Partners), Member |
| 2016- | Harvard Catalyst Scientific Review Committee, Member |
| 2018 | Search Committee, CMO, Brigham and Women's Hospital, Member |
| 2019 | Search Committee, Chief Quality Officer, Brigham and Women's Hospital |
| 2021 | Search Committee, President Spaulding Rehabilitation Hospital |
| 2021 | Search Committee, Chief of Medicine, Brigham and Women's Faulkner Hospital |
| 2022 | Course Director, BWH/Harvard Business School Leadership Program |
| 2022 | Chair, Search Committee, BWH Internal Medicine Program Director |
| 2022 | Grant Review Committee, Gund Fund for RA research, BWH, Division of Rheumatology |
| 2023 | Search Committee, Clinical Director Allergy and Immunology, BWH |
| 2023 | Search Committee, Chief of Clinical Sciences, Division of Rheumatology, BWH |
| 2023 | Search Committee, Medical Director of BH Infusion Center Services |

Tufts New England Medical Center, Boston MA

1993-1997 Internship Selection Committee. Department of Medicine. Member. New England Medical Center

1994-1995 Committee on Physician Health and Welfare. Member. New England Medical Center

1999-2001 Clinical Competency Committee, Department of Medicine. Member. New England Medical Center

2005-2005 Ambulatory Care Action Force. Member. Tufts-New England Medical Center

2006- Medical Staff of Tufts-NEMC. Secretary. Tufts New England Medical Center

2006    Search Committee for Chief of Radiology. Member. Tufts New England Medical Center.

2006    Nominating Committee of Physicians at T-NEMCH. Trustee. Tufts New England Medical Center

2007    Committee for Prescribing of Chemotherapeutic Agents. Member. Tufts New England Medical Center

**Harvard Medical School**

2014-2018   Member, Admissions Committee

**Tufts University School of Medicine**

1999 Phase II Subcommittee on Curriculum Development. Member. Tufts University School of Medicine

1999-2001 Medical School Admissions Committee. Member. Tufts University School of Medicine

3

## Massachusetts Department of Public Health

2002-2003 Committee for the Surveillance of Lupus in Massachusetts.  Member. Massachusetts Department of Public Health

**Professional Societies**:

| | |
|---|---|
| 1988- | American College of Rheumatology, Member |
| 1988- | New England Rheumatism Society, Member |
| 1996-1998 | Tufts University, Alumnae Council, Member |
| 1999 | American College of Physicians, Fellow |
| 2003-2004 | New England Rheumatism Society, Vice President |
| 2004-2005 | New England Rheumatism Society, President |
| 2005-2009 | Lupus Foundation of New England, Trustee |
| 2005- 2007 | American College of Rheumatology, Member, Planning Committee |
| 2012 | Executive Committee, Lupus Nephritis Trials Network |
| 2012-2015 | American College of Rheumatology, Practice Guidelines SubCommittee |

**Editorial Boards:**

| | | |
|---|---|---|
| 1996 | Ad Hoc Reviewer | Medical Letter |
| 1996- | Ad Hoc Reviewer | New England Journal of Medicine |
| 1999 | Ad Hoc Reviewer | Infectious Diseases in Clinical Practice |
| 2004- | Ad Hoc Reviewer | Journal of the American Medical Association |
| 2007 | Ad Hoc Reviewer | International Journal of Clinical Practice |
| 2007 | Ad Hoc Reviewer | Value in Health |
| 2007- | Ad Hoc Reviewer | Lupus |
| 2007-2009 | Associate Editor | Images.MD |
| 2007 | Ad Hoc Reviewer | Pharmacoeconomics |
| 2008 | Abstract Review Committee | American College of Rheumatology (RA, Clinical Aspects) |
| 2008- | Ad Hoc Reviewer | Arthritis Research and Therapy |
| 2008- | Ad Hoc Reviewer | Arthritis Care and Research |
| 2008- | Ad Hoc Reviewer | Expert Review in Clinical Immunology |
| 2009 | Abstract Review Committee | American College of Rheumatology (RA, Clinical Aspects) |
| 2010- | Ad Hoc Reviewer | Therapeutic Advances in Chronic Disease |
| 2010-2013 | Co-Chair, SLE Clinical Abstracts | American College of Rheumatology |
| 2011- | Ad Hoc Reviewer | Future Medicine |
| 2011- | Ad Hoc Reviewer | Annals of the Rheumatic Diseases |
| 2011- | Ad Hoc Reviewer | American Journal of Kidney Diseases |
| 2011- | Ad Hoc Reviewer | Arthritis and Rheumatism |
| 2011- | Ad Hoc Reviewer | International Journal of Clinical Practice |
| 2012- | Ad Hoc Reviewer | Journal of Rheumatology |

4

| | | |
|---|---|---|
| 2012- | Ad Hoc Reviewer | Seminars in Arthritis and Rheumatism |
| 2012- | Ad Hoc Reviewer | New England Journal of Medicine |
| 2012-2013 | Abstract Review Committee | GLADEL (Grupo Latino) |
| 2013-2016 | Editorial Board | Arthritis Care and Research |
| 2013- | Question Writer | MKSAP, 2013, Rheumatology Update (American College of Physicians) |
| 2013- | Ad Hoc Reviewer | Nature Reviews Rheumatology |
| 2014- | Ad Hoc Reviewer | Lupus Science and Medicine |
| 2014- | Ad Hoc Reviewer | Clinical Therapeutics |
| 2015 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2015- | Ad Hoc Reviewer | Nature Reviews, Nephrology |
| 2015- | Expert Panel | American College Rheumatology Lupus Classification Criteria |
| 2016 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2016- | Ad Hoc Reviewer | JAMA |
| 2016 | Safety Officer | SEDRA Study: Sildenafil in RA (NIAMS-PI: Liang, Moreland) |
| 2017 | Primary Reviewer | FDA; Orphan Diseases-Granulomatous Polyangiitis |
| 2017 | DSMB | EMD Serono BTK inhibitor SLE |
| 2017 | DSMB | Amgen, Still's (Kineret) |
| 2018- | Ad Hoc Reviewer | New England Journal of Medicine |
| 2018 | Reviewer | LUCIN Grant Review |
| 2022- | Specialty Chief Editor (Clinical Research and Treatment in Lupus) | Frontiers in Lupus |

**Awards and Honors:**

| | |
|---|---|
| 1976 | Valedictorian, St. Patrick's High School, Watertown MA |
| 1978 | Benjamin G. Brown Scholarship Recipient in Biology, Tufts University |
| 1980 | Summa Cum Laude in Biology, Tufts University |
| 1980 | Phi Beta Kappa, Tufts University |
| 1980 | Service Citation, Tufts University |
| 1984 | Tufts University School of Medicine, The William Dameshek Prize in Internal Medicine |
| 1999 | *Fellow*, American College of Physicians |
| 1999 | Oliver Smith Award, New England Medical Center (recognizing excellence, compassion, and service given on behalf of Maurice Katz; Monica Ness; Sandra Scotti; Mildred Walsh; Jane Schofield; and Anna Doyle; Pauline Fisher; and Barry and Shoshana Hartman) |
| 2000 | Oliver Smith Award, New England Medical Center (on behalf of Carralyea Barranco; Anna Doyle) |
| 2001 | Boston Magazine, *Top Docs for Women* (in two categories: autoimmune diseases and rheumatology) |

| | |
|---|---|
| 2001 | Oliver Smith Award, New England Medical Center (given on behalf of Maurice Katz) |
| 2001 | Oliver Smith Award, New England Medical Center (given on behalf of Elizabeth Dunn; and Monica Ness) |
| 2002 | Oliver Smith Award, New England Medical Center (given on behalf of John Kelly; Anne Loughran; Ruth Farrell; and Helen Kulesza) |
| 2002 | Boston Magazine, *Top Doctors* |
| 2003 | Oliver Smith Award, New England Medical Center (given on behalf of Helen Kulesza; and Ruth Farrell) |
| 2006 | Tufts University Distinguished Alumni Service Award |
| 2006 | Oliver Smith Award, Tufts New England Medical Center (given on behalf of Ernest Sordillo; and Ronald Scott) |
| 2007 | Oliver Smith Award, Tufts New England Medical Center (given on behalf of Mr. and Mrs. Michael Cassese; given on behalf of Susan Silkes) |
| 2007 | Outstanding Physician, Checkbook.org, Boston, MA (21 mentions) |
| 2008 | Compassionate Caregiver, Kenneth B. Schwartz Center (nominated by Lawrence Bacow) |
| 2009 | Distinguished Alumni Award, Tufts Medical School 25th Reunion Class Gift |
| 2009 | Compassionate Caregiver, Kenneth B. Schwartz Center, Honorable Mention |
| 2009 | Boston Magazine, *Top Doctors* |
| 2010 | Boston Magazine, *Top Doctors* |
| 2011 | US News and World Report, *Top Doctors* |
| 2011 | Boston Magazine, *Top Doctors* |
| 2012 | US News and World Report, *Top Doctors* |
| 2012 | Boston Magazine, *Top Doctors* |
| 2013 | Best Doctors |
| 2013 | Partners in Excellence Award, Partners Healthcare System |
| 2013 | Boston Magazine, *Top Doctors* |
| 2014 | Boston Magazine, *Top Doctors* |
| 2015 | Boston Magazine, *Top Doctors* |
| 2016 | Boston Magazine, *Top Doctors* |
| 2017 | Distinguished Clinician, Brigham and Women's Hospital |
| 2017 | BWPO Award in Clinical Collaboration |
| 2017 | Boston Magazine, *Top Doctors* |
| 2018 | Boston Magazine, *Top Doctors* |
| 2019 | Boston Magazine, *Top Doctors* |
| 2020 | Boston Magazine, *Top Doctors* |
| 2021 | Boston Magazine, *Top Doctors* |
| 2022 | Boston Magazine, *Top Doctors* |
| 2023 | Boston Magazine, *Top Doctors* |
| 2023 | Brigham and Women's Hospital Faculty Pillar Award (Clinical Collaboration) |

**Part II: Research, Teaching, and Clinical Contributions**

**B. Funding Information (Not applicable)**

**C. Report of Current Research Activities**

Active Clinical Trials:

Booster Effects with Autoimmune Treatments in Patients with Poor Response to Initial Covid-19 Vaccine (ACV01) **Site investigator for Lupus: Elena Massarotti MD**

Central Pain Mechanisms, Pain Intensity and Drug Response in Rheumatoid Arthritis **Co-investigator: Elena M. Massarotti MD**

Lipids, inflammation and cardiovascular risk in RA **Co-investigator: Elena M. Massarotti MD**

Partners Institution Systemic Lupus Erythematosus (SLE) Registry **Co-investigator: Elena M. Massarotti MD**

Profiling of cell subsets in human disease (PROSET-HD) **Co-investigator: Elena M. Massarotti MD**

Systemic Lupus Erythematosus Biobank **Co-investigator: Elena M. Massarotti MD**

SYstemic Lupus Very Early Research "SYLVER" Prospective Longitudinal Cohort Study **Co-investigator: Elena M. Massarotti MD**

The Health-related Quality of Life, Fatigue and Health Utility of Patients with Lupus Nephritis. **Site PI: Elena M. Massarotti MD**

Treatments Against RA and Effect on FDG-PET/CT  **Co-Investigator Elena M. Massarotti MD**

Understanding the role of psychosocial factors and disease activity on medication use among patients with lupus **Co-Investigator Elena M. Massarotti MD**

Completed Trials and Studies (BWH):

THE CLASS STUDY: Complement Activation in Lupus Spectrum Site PI**: Elena M. Massarotti MD**

7

Prognostic Value of Coronary Flow Reserve in Patients With Ischemic Heart Disease **Co-investigator: Elena M. Massarotti MD**

Novel PET-CFR Imaging to assess for Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus **PI: Elena M. Massarotti MD**

A Multicenter, Open-Label, Proof-of-Activity Study of The Effect of Subcutaneous ACTEMRA on Inflamed Atherosclerotic Plaques in Patients with Rheumatoid Arthritis **Site PI: Elena Massarotti**

Pathway Exploration and Analysis in Renal Lupus. **Site PI: Elena Massarotti MD**

An Investigator Initiated Phase II, Randomized, Withdrawal Study of Mycophenolate Mofetil(MMF) in Patients with Stable, Quiescent Systemic Lupus Erythematosus. **Site PI: Elena M. Massarotti MD**

Treatments Against RA and Effect on FDG-PET/CT. **Site PI: Elena M. Massarotti MD**

A Multicenter, Open-Label, Proof of Activity Study of the Effect of Subcutaneous ACTEMRA on Inflamed Atherosclerotic Plaques in Patients with Rheumatoid Arthritis. PI: Ahmed Takawol MD. **Co-Investigator: Elena M. Massarotti MD**

The CLASS Study: Measurement of Complement Activation Products in Patients with Probable Lupus. **Site PI: Elena M. Massarotti MD**

A Randomized, Double-Blind, Double-Dummy Study Assessing the Safety and Tolerability of Sarilumab and Tocilizumab in Patients with Rheumatoid Arthritis who are Inadequate Responders to or Intolerant of TNF Antagonists. **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (EXTENSION STUDY)

A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of BMS-188667 (Abatacept) or Placebo on a Background of Mycophenolate Mofetil (MMF) and Corticosteroids in Subjects with Active Class III or IV Lupus Nephritis **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

Systemic Lupus Erythematosus Biorepository. **Co-Investigator**. **Elena M. Massarotti MD**. Brigham and Women's Hospital (Principal Investigator: Karen Costenbader, MD, MPH)

Brigham Rheumatoid Arthritis Sequential Study (BRASS). **Co-Investigator. Elena M. Massarotti MD.** Brigham and Women's Hospital. (Principal Investigator: Nancy Shadick, MD, MPH) **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

8

Profiling of Cell Subsets in Human Disease. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Michael Brenner, MD)

Arterial Spin Labeling as a Quantitative Measure of Pain Exacerbations in RA. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Yvonne Lee, MD)

Central Pain Mechanisms, Pain Intensity and Drug Response In Rheumatoid Arthritis. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Yvonne Lee, MD)

Teriparatide for Joint Erosions in Rheumatoid Arthritis: The TERA Trial. Brigham and Women's Hospital. **Co-Investigator, Elena M. Massarotti MD**. (Principal Investigator, Daniel Solomon MD MPH).

A Phase 3, Randomized, Double-Blind, Placebo Controlled Study of the Efficacy and Safety of 2 Doses of Tofacitinib (CP-690,550) in Subjects with Active Psoriatic Arthritis and Inadequate Response to at Least One TNF Inhibitor. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Joseph Merola MD)

A Pilot Study to Evaluate Using Tape Harvesting to Collect RNA from the Upper Epidermis of Health Volunteers and Subjects with Discoid Lupus. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Joseph Merola MD)

A Phase 3/4, Multi-Center, Randomized, Double-Blind,Placebo-Controlled, 52-Week Study to Evaluate the Efficacy and Safety of Belimumab (HGS1006) in Adult Subjects of Black Race with Systemic Lupus Erythematosus (SLE) **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

Idenitfying Disparities and Care in Outcomes of Lupus Nephritis and Lupus End Stage Renal Disease. Brigham and Women's Hospital. NIH. **Co-investigator**. **Elena M. Massarotti MD** (Principal Investigator, Karen Costenbader, MD, MPH).

Hydroxychloroquine to Improve Insulin Sensitivity in Rheumatoid Arthritis. **Co-Principal Investigator, Elena M. Massarotti MD** (Dan Solomon MD MPH Co-PI).

A Randomized, Head-to-Head, Single-Blind Study to Compare the Efficacy and Safety of Subcutaneous Abatacept versus Subcutaneous Adalimumab, Both with Background Methotrexate, in Biologic-Naive Subjects with Rheumatoid. **Principal Investigator, Elena M. Massarotti, MD** (enrollment completed)

A randomised, double-blind, placebo-controlled, multicenter prospective dose-finding Phase II/III study with atacicept given subcutaneously to subjects having recently experienced a flare of systemic lupus erythematosus (SLE**). Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital (recruitment completed)

A Clinical Validation Study of Cell Bound Complement Activation Products and Double Stranded DNA Auto-Antibodies in Subjects with Systemic Lupus Erythematosus versus Other Rheumatic Diseases and Healthy Normal Volunteers: Complement Activation Products in the Assessment of Lupus (CAPITAL). **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

An open-label, randomized study to evaluate the safety, tolerability and efficacy of tocilizumab (TCZ) monotherapy or TCZ in combination with non-biologic DMARDs in patients with active rheumatoid arthritis who have an inadequate response to current nonbiologic or biologic DMARDs. **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

Sociodemographic Disparities in Lupus Nephritis: Healthcare Access and Outcomes, Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

A Twelve Week, Open Label Pilot Study of Hydroxychloroquine for Improving Insulin Sensitivity in Non Diabetic Obese Individuals. Principal Investigator Daniel H Solomon MD, MPH. **Co-Investigator Elena M. Massarotti MD**

Validation of Strategies to Identify Medicaid Patients With Systemic Lupus Erythematosus and Potential Lupus Nephritis from Administrative Billing Data. Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

Validation of the Lupus Status Index (LSI). Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Rituximab in Subjects with ISN/RPS Class III or IV Lupus Nephritis

10

(LUNAR) Sponsor: **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

A Randomized, Double-Blind, Double-Dummy Study Assessing the Safety and Tolerability of Sarilumab and Tocilizumab in Patients with Rheumatoid Arthritis who are Inadequate Responders to or Intolerant of TNF Antagonists. **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital

Effect of Vitamin D3 on the IFNα Signature in Patients with Systemic Lupus Erythematosus. Site **Principal Investigator, Elena Massarot**ti, MD, Brigham and Women's Hospital. (Autoimmunity Centers of Excellence NIH grant. Feinstein Center—Project PI). (enrollment completed)

Milnacipran in the treatment of Widespread, Non-Joint Pain in Rheumatoid Arthritis. Principal Investigator: Yvonne Lee, MD. **Elena M. Massarotti, MD (Co-investigator)**

Completed Clinical Trials (Tufts Medical Center)

A Phase III, Multi-Center, Open Label Study to Evaluate the Efficacy, Tolerability and Safety of Abatacept (BMS-188667) in Subjects with Active Rheumatoid Arthritis on Background Non-Biologic DMARDs Who Have An Inadequate Response to Anti-TNF Therapy and Have Limited Therapeutic Options. **Elena M. Massarotti, Principal Investigator**.

A Randomized, Double-blind, Placebo-Controlled, Multicenter, Phase II/III Study to Evaluate the Efficacy and Safety of Rituximab in Subjects with Moderate to Severe Systemic Lupus Erythematosus. **Elena M. Massarotti, Principal Investigator**

A Randomized, Phase 3, Controlled, Double-Blind, Parallel Group, Multicenter Study to Evaluate the Safety and Efficacy of Rituximab in Combination with Methotrexate (MTX) Compared to MTX Alone, in Methotrexate –Naïve Patients with Active Rheumatoid Arthritis. **Elena M. Massarotti, MD Principal Investigator**

Continuation of the Genetics of Rheumatoid Arthtitis, NARAC II. Subcontract. Prinicpal Investigator, Peter Gregerson MD, North Shore Medical Center. **Co-Investigator, Elena M. Massarotti, MD**

A phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study of Retreatment with Rituximab in Subjects with Rheumatiod Arthritis Receiving Background Methotrexate. **Elena M. Massarotti, MD Principal Investigator**

Randomized, Double Blind, Placebo-Controlled, Multicenter Study of Azithromycin for the Treatment of Early Lyme Disease. **Elena M. Massarotti, MD. Co-Investigator.**

11

**D. Report of Teaching**

    1. Local Contributions.

      a. Medical and Dental School Courses

        Tufts University School of Medicine and Dental Medicine

- 1993-2007  Musculoskeletal Pathophysiology (Second year medical students)

    Lecturer: Core lectures in rheumatoid arthritis, vasculitis, scleroderma, introduction to musculoskeletal pathophysiology (170 students);  Five hours preparation per lecture; Contact time 1.5 hours per lecture (Lectures each given once per academic year) (One lecture given in November 2007—Introductory Lecture on Rheumatoid Arthritis for second year medical students)

    Small Group: Instructor Vasculitis (25 students) Preparation time two hours; Contact time 2 hours. (One small group per academic year)

    Small Group: Instructor Differential Diagnosis Arthritis (25 students) Preparation time two hours; Contact time 2 hours. (One small group per academic year)

- 1993-2006  Introduction to Patient Interviewing (First Year Medical Students)

    Lecturer:  The Doctor Patient Relationship: the Internist's Perspective. (170 Students). Preparation time two hours. Contact time one hour. (Lecture given once per academic year)

- 1993-2006:  Fourth Year Medical School Elective in Rheumatology

    Attending rheumatologist: Daily inpatient attending rounds with ad hoc didactic teaching for four months each year. One hour of preparation time daily; contact time 1.5 hours per day

    Clinic Preceptor:  Weekly clinic precepting fourth year students for 46/52 weeks of the academic year; didactic sessions on the approach to the rheumatologic diagnosis; rheumatology testing; lupus, rheumatoid

arthritis; one hour of prep time per clinic session; contact time five hours per week

- 1993-2003: Third Year Rotation in Medicine; Fourth Year Subinternship in Medicine

  <u>Ward attending</u>: one month a year; daily attending rounds, seven days a week, one and a half hours daily; contact time four to six hours daily for one month per academic year; preparation time two hours daily for four weeks per year

- 1994-1995:  Pathophysiology (second year dental students)

  <u>Lecturer</u>:  Autoimmune Diseases (180 students). Preparation time 5 hours. Contact time 1 hour. (one lecture per year)

<u>Tufts University Sackler School of Biomedical Sciences</u>

- 1994-1996 Immunology (First Year PhD Students)

  <u>Lecturer</u>:  Autoimmune Diseases. (10 students). Preparation time 6 hours. Contact time 1.5 hours (Lecture given in seminar format once per academic year)

<u>Tufts University Sackler School of Biomedical Sciences</u>

- 1994-1996 Immunology (First Year PhD Students)

  <u>Lecturer</u>:  Autoimmune Diseases. (10 students). Preparation time 6 hours. Contact time 1.5 hours (Lecture given in seminar format once per academic year)

<u>Harvard Medical School</u>

- 2007-:   Fourth Year Elective in Clinical Rheumatology  (BWH)

  <u>Clinic Preceptor</u>: Precepted fourth year students one on one during clinic sessions: Prep time- ten minutes per student; contact time: four hours per student

<u>Preceptor for Consult Service</u>: Precepted fourth your students rotating on the clinical service: Prep time-fifteen minutes per student; contact time: six hours per week (two week blocks yearly begining March 2008)

- 2008-:  Second Year Course in Physical Examination (HST)

  <u>Teaching Session:</u> The joint examination. Prep time- one hour. Contact time: 1.5 hours March 31, 2008.

- <u>Lecture:</u> The Seronegative Spondyloarthropathies. Second year students. Prep time four hours. Contact time one hour. November 4, 2008.


- 2009: Fourth Year Elective in Rheumatology

  <u>Clinic Preceptor</u>: Precepted third and fourth year students one on one during clinic sessions: Prep time- ten minutes per student; contact time: four hours per student

  <u>Preceptor for Consult Service</u>: Precepted fourth your students rotating on the clinical service: Prep time-fifteen minutes per student; contact time: six hours per week (two week blocks yearly begining March 2008)

  <u>Ward Attending January 2009</u>:  Precepted fourth year subintern on ward service. Daily didactic sessions. Prep time: fifteen minutes for attending rounds; contact time:  1.5 hours daily for eight days over fourteen days

- 2009-:  Second Year Course in Physical Examination (HST)

  <u>Teaching Session:</u> The joint examination. Prep time- 30 minutes. Contact time: 1.5 hours March 30, 2009.

- 2009:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture:</u>  Systemic Lupus Erythematosus.  Prep time:  Two Hours. Contact time one hour. November 3, 2009.

- 2010:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture:</u>  Rheumatoid Arthritis: Therapeutics. Prep time:  Two Hours. Contact time: one hour. October 29, 2010

- 2011:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture</u>:  Rheumatoid Arthritis: Therapeutics. Prep time:  Two Hours. Contact time: one hour. October 28, 2011

- 2012:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture</u>:  Systemic Lupus Erythematosus. November 5, 2012

  b.  <u>Graduate School Courses</u>

- 2013:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture</u>:  Systemic Lupus Erythematosus. November 3, 2013

- 2014:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture</u>:  Systemic Lupus Erythematosus. November 4, 2014

- 2015:  Second Year Course in Musculoskeletal Pathophysiology

  <u>Lecture</u>:  Systemic Lupus Erythematosus. November 3, 2015

c.  <u>Local, Invited Teaching Presentations</u>

1993        Medical Grand Rounds. Adult Onset Still's Disease and the Use of Methotrexate.  New England Medical Center.  Attendees:  Department of Medicine Faculty at Tufts-NEMC, Medical House Staff, Medical Students. Average number of attendees:  150.  Prep time:  Forty Hours.  Contact time: One hour.

1993-2006   Medical House Staff Noon Conference.  Rheumatoid Arthritis. New England Medical Center. Attendees:  Medical Housestaff, Medical Students. Average number of attendees:  60. Prep time:  Two hours per year. Contact time:  One hour per lecture.

1993-2006   Medical House Staff Noon Conference. The Hot Joint.  New England Medical Center. Attendees:  Medical Housestaff, Medical Students. Average number of attendees:  60. Prep time:  Two hours per year. Contact time:  One hour per lecture

1993-2006   Rheumatology Grand Rounds, Introductory Lecture Series. Rheumatoid Arthritis. Attendees:  Rheumatology Faculty, Rheumatology Fellows, Medical Housestaff, Medical Students. Average number of attendees:  15. Prep time: Two hours per year. Contact time: One hour per lecture.

1993-2006   Rheumatology Grand Rounds, Introductory Lecture Series. Rheumatologic Emergencies. Attendees:  Rheumatology Faculty, Rheumatology Fellows, Medical Housestaff, Medical Students. Average number of

15

attendees: 15. Prep time: Two hours per year. Contact time: One hour per lecture.

1993-2006   Rheumatology Grand Rounds, Introductory Lecture Series. Vasculitis. Attendees: Rheumatology Faculty, Rheumatology Fellows, Medical Housestaff, Medical Students. Average number of attendees: 15. Prep time: Two hours per year. Contact time: One hour per lecture.

1997   Orthopedic Grand Rounds. Update in Rheumatoid Arthritis. New England Medical Center. Attendees: Department of Orthopedic Surgery Faculty and Orthopedic Surgery Housestaff, Medical Students. Average Number of Attendees: 60. Prep time: Twenty Hours. Contact time: One hour.

1998   Medical Grand Rounds. Rheumatoid Arthritis. New England Medical Center. Attendees: Department of Medicine Faculty at Tufts-NEMC, Medical House Staff, Medical Students. Average number of attendees: 150. Prep time: Thirty Hours. Contact time: One hour.

2001   Orthopedic Grand Rounds. Targeted Therapies in Rheumatoid Arthritis. New England Medical Center. Attendees: Department of Orthopedic Surgery Faculty and Orthopedic Surgery Housestaff, Medical Students. Average Number of Attendees: 60. Prep time: Twenty Hours. Contact time: One hour

2003   Medical Grand Rounds. Biologic Therapies for Rheumatic Diseases. Winchester Hospital. Winchester, MA. Attendees: Medical Staff. Average Number of Attendees: Forty. Prep time: Twenty Hours. Contact time: one hour.

2005   Dermatology Grand Rounds. Vasculitis. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Thirty Hours. Contact time: One hour.

2006   Inflammatory Disease Center Rounds. Rheumatology for Dermatologists. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour

2006   Dermatology Conference. Psoriatic Arthritis. Tufts New England Medical Center. Attendees: Dermatology Faculty, invited guests. Average Number of Attendees 20. Prep time: Twenty Hours. Contact time: One hour.

2007   Dermatology Grand Rounds. Lupus, 2007. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour

2007   Inflammatory Disease Center Rounds. Rheumatoid Arthritis. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour

2007   Inflammatory Disease Center Rounds. Rheumatic Manifestations of Inflammatory Bowel Disease. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees

16

30. Prep time: Twenty Hours. Contact time: One hour.

2007     Inflammatory Disease Center Rounds. Rheumatology for the Dermatologists. Attendees: Dermatology Faculty, Dermatology House Staff, Practicing dermatologists in New England. Average number of Attendees: 100. Prep time: ten hours. Contact time: One hour

2007     Brigham-Harvard International Symposium. LUPUS 2007. Attendees: International rheumatologists from Sweden. Average number of attendees: 35. Prep time: Four hours. Contact time: One hour.

2007     Brigham and Women's Hospital, Ambulatory Care Rounds, Rheumatology. Case Presentation ("Consternation"). Average number of attendees: 40. Prep time: Two hours. Contact time: thirty minutes.

2007     Brigham and Women's Hospital, Ambulatory Care Rounds, Rheumatology Case Presentation (44 year old woman with erosions). Average number of Attendees: 30. Prep time: thirty minutes. Contact time: twenty minutes.

2008     Medical House Staff Noon Conference. Rheumatoid Arthritis. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: One hour. Contact time: one hour

2008     Lupus Center Rounds. Brigham and Women's Hospital CNS Lupus. Average Number of Attendees: 25. Prep time: 60 minutes. (With Dr Ermann)

2008     Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 25. Prep time: 0 Contact time: one hour (March 18, 2008; Case of a 71 year old woman with psoriatic arthritis and Abdominal pain)

2008     Primary Care House Staff Conference. Brigham and Women's Hospital. Average Number of Attendees: 25. Osteoarthritis. Prep time: 60 minutes. Contact time: one hour.

2008     Lupus Center Rounds. Brigham and Women's Hospital. ANA testing. Average Number of Attendees: 25. Prep time: 60 minutes. (With Dr Raychaudhuri) Contact time: one hour.

2008     Rheumatology Rounds. Brigham and Women's Hospital. Seronegative Spondyloarthropathies. Average Number of Attendees: 8. Prep time: 120 minutes. Contact time: one hour.

2008     Update in Rheumatology for Dermatology. Number of attendees: 50. Prep time: 120 minutes. Contact time: thirty minutes.

2008     Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0 Contact time: one hour (November 20, 2008: Case of a 57 year old woman with arthralgias and a positive ANA)

2008     Clinicopathologic Conference, Department of Medicine, BWH. Average Number of Attendees: 75. Prep time: 15 hours. Contact time: one hour (December 3, 2008: A 53 year old woman with dysphagia and weakness)

2008     Subspecialty Rounds. Brigham and Women's Hospital. Medical Housestaff. Number of attendees: 12 Prep time: 1 hour. Contact time: one hour. "Rheumatology Testing"

2009     Professor's Rounds. Brigham and Women's Hospital. Medical Housestaff.

Medical Students. Number of attendees: seven. Prep time: 0. Contact time: one hour.

2009    Rheumatology Fellow Conference. Division of Rheumatology, BWH. Average number of attendees: ten. Prep time: one hour. Contact time: one Hour. The Treatment of Lupus.

2009    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 24. Prep time: 0. Contact time: one hour. (March 26 37 year old man with hip pain; the differential diagnosis of oral ulcers)

2009    Dr. Hall's Journal Club. Brigham and Women's Hospital. Average number Attendees: 15. Prep time: one hour. Contact time: one hour (April 16, 2009; Joerg Ermann-"Mutations in 15-hydroxyprostaglandin dehydrogenase cause primary hypertrophic osteoarthropathy" 2008; 40(6): 789-793)

2009    Lupus Rounds. "Lupus Nephritis". With Sonali Desai. April 23, 2009 Average number of attendees: 20. Prep time: thirty minutes.

2009    Medical Morning Report. Brigham and Women's Hosptial. Average Number of attendees: 30. Prep time: 0. Contact time: one hour. (June 16: 40 year old man with polyarthritis: Lofgren's syndrome)

2009    Consult Rounds. Two cases of elevated CPK. Brigham and Women's Hospital. Number of attendees: 25. Prep time: two hours. Contact time: one hour. (July 28, 2009).

2010    Consult Rounds. Still Learning. Brigham and Women's Hospital. Number of attendees: 30. Prep time: three hours. Contact time: one hour (July 12 2010)

2010    Medical Morning Report. Brigham and Women's Hosptial. Average Number of attendees: 40. Prep time: 0. Contact time: one hour. (October 22 2010: Acute Polyarthritis: Reactive Arthritis)

2011    Clinicopathologic Conference, Department of Medicine, BWH. Average Number of Attendees: 75. Prep time: 6 hours. Contact time: one hour (February 16, 2011: A 26 year old woman with discoid lupus and facial swelling)

2011    Medical Housestaff Noon Conference, BWH. Average Number of Attendees: 75. Prep time: one hour. Contact time: one hour. Approach to Connective Tissue Diseases

2011    Rheumatology Fellow Conference. Division of Rheumatology, BWH. Average Number of Attendees: 15 Prep time: one hour. Contact time: one Hour

2011    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0. Contact time: one hour. (August 1, 2011) A 74 year old woman with RA, conjunctivitis, and bilateral hearing loss.

2011    Noon conference, Rheumatology Fellows. Average Number of Attendees: 20. Prep time: One hour. Contact time: hoe hour. Lupus Nephritis-the Basics. (October 13 2011)

2011    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0. Contact time: one hour. (December

|      | 11, 2011) A 74 year old man with pain in his hands, knees and feet: giant cell arteritis found in aortic aneurysm) |
|------|------|
| 2012 | Medical Housestaff Noon Conference, BWH. Average Number of Attendees: 50. Prep time: one hour. Contact time: one hour. Lupus 2012. |
| 2012 | Consult Rounds. Lessons Learned: A Potpourri. BWH, Division of Rheumatology. Average number of attendees: 30. Prep time: three hours (April 24 2012) |
| 2012 | Rheumatology Grand Rounds. CPC: A 53 year old woman with Lupus and Fatigue. Brigham and Women's Hospital. May 15, 2012 |
| 2012 | Medical Grand Rounds. Metrowest Medical Center. Lupus 2012. May 29 2012 |
| 2012 | Special Symposium. Spanish Academy of Rheumatology. Update Lupus Nephritis Guidelines. June 26 2012. Joseph Martin Center, Harvard Medical School. Boston. |
| 2012 | Introductory Rheumatology Fellow Conference. SLE. July 24 2012. Smith Building, Fifth floor. Brigham and Women's Hospital |
| 2012 | BWH Housestaff. Morning Report. August 7 2012. 56 Year Old Man with Weakness. |
| 2012 | BWH Rheumatology Noon Conference: Clinicopathological Conference: 27 year old woman with lupus and a skin rash. (Femia, Merola, Massarotti). Oct 25 2012. |
| 2013 | BWH Medical Housestaff Noon Conference. Lupus. Jan 3 2013 |
| 2013 | BWH Rheumatology Fellow Conference: Lupus, Clinical Management July 18, 2013 |
| 2013 | BWH Lupus Center Rounds. September 24. With Sara Tedeschi. Middle aged woman with lupus and bone pain. |
| 2013 | BWH. Medical Morning Report. October 7. 58 year old woman with rash and joint pain. |
| 2013 | BWH Medical Grand Rounds. With Stuart Mushlin MD. The Clinical Approach to Monoarthritis. November 22, 2013 |
| 2013 | BWH Rheumatology Fellow Rounds. A Day in the Life. Decebmer 19, 2013 |
| 2014 | BWH Medical Housestaff Noon Conference. Lupus. Jan 7 2014 |
| 2014 | BWH Housestaff Morning Report. February 5, 2014. A 72 year old woman with postprandial abdominal pain |
| 2014 | BWH Rheumatology Fellow Conference. Clinical Challenges. May 22, 2014 |
| 2014 | BWH Rheumatology Fellow Conference: Lupus, Clinical Management July 15, 2014 |
| 2014 | BWH Medical Housestaff Morning Report. August 7, 2014 A 23 year old woman with knee pain and diarrhea |
| 2015 | BWH Medical Housestaff Morning Report. April 9, 2015 A 63 year old man with a history of IVDU and upper extremity weakness |
| 2015 | BWH Medical Housestaff Noon conference: Lupus, 2015. June 11, 2015 |
| 2015 | BWH Rheumatology Fellow Conference: Lupus, Clinical Management July |

19

14, 2015

2015    BWH Medical Morning Report. September 17 2015. A 68 year old woman with achiness.

2015    BWH Rheumatology Conference: Lupus Maintenance of Certification October 8, 2015

2016    BWFH Medical Morning Report. Jan 22 2016. 55 Year old woman with rash and weakness.

2016    BWH Medical Morning Report. Jan 25 2016. A 51 year old man with Weakness

2016    BWH Rheum Conference. Patient Care Rounds. April 5 2016

2016    BWH Rheum Consult Rounds. A patient with RA and CF. April 28, 2016

2016    BWH Medical House staff Noon Conference. Lupus. May 10, 2016

2016    BWH Medical Morning Report. May 17 2016. A 35 year old woman with SLE, Headache, Edema

2016    BWH Department of Medicine CPC. Discussant. 17 Year Old Man with Fever, Headache, and Seizures. May 19, 2016

2016    BWH Rheumatology Fellow Conference: Lupus, Clinical Management. July 19, 2016

2016    BWH Medical Morning Report. September 26, 2016. A 27 year old man with fever, rash

2016    BWH Rheumatology Patient Care Rounds. October 25 2016

2016    BWH Medical Morning Report. December 20, 2016. A 48 year old woman with shortness of breath

2017    BWH Medicine House staff Noon Conference. Lupus. Jan 26 2017

2017    BWH Medical Morning Report. March 1 2017. A 53 year old woman with a history of stroke and hair loss

2017    BWH Rheumatology Rounds. Patient with CNS Lupus. Patient with PsA and Lymphoma

2017    BWH Medicine House Staff. Lupus 2017. Oct 31 2017

2018    BWH Clinicalpathologic Conference A 79 Year Old Woman with Neck Pain. Discussant. February 21, 2018

2019    BWH Rheumatology. Patient Care Rounds. Feb 19 2019

2019    BWH Medicine Morning Report. May 29 2019. A 19 year old woman with chest pain

2019    BWH Medicine House Staff Noon Conference. Lupus. Sept 17 2019

2020    BWH Lupus Rounds Jan 9 2020 (The Tulip 1 and Tulip 2 Trials)

2020    Ask the Expert Jan 16 2020 BWH Rheumatology Fellows

2020    Harvard Medical School Immunology Graduate Course. SLE (with Dr Lieberman) March 3 2020

2020    BWH Rheumatology. Patient Care Rounds. March 31 2020

2020    BWH Lupus Rounds. 50 year old woman with severe PsA and Facial Rash

2021    BWH Clinicopathologic Conference. Discussant. 46 year old woman with Shortness of breath. February 10, 2021

2021    BWFH Morning Report. 62 YO Woman with Dyspnea (anti synthetase) April 27 2021

2021    BWH Rheumatology. Patient Care Rounds. June 29 2021

| | |
|---|---|
| 2021 | BWH Medical Morning Report. BWFH. July 13 2021. 20 year old man with chest pain |
| 2021 | BWH Housestaff Didactic Case Presentation September 13, 2021 |
| 2022 | BWFH Morning Report. 76 year old woman with weakness. March 9 2022 |
| 2022 | BWH DOM Housestaff 63 year old man with neck mass.  June 6 2022 |
| 2022 | BWH Rheumatology Fellows. Lupus Therapeutics  July 18 2022 |
| 2022 | BWH Medical Housestaff Conference. Lupus 2022 October 11 2022 |
| 2022 | BWH DOM Housestaff. Morning Report 74 year old woman with RA and edema. November 21, 2022 |
| 2023 | BWH Rheumatology Conference. Patient Care Rounds May 16, 2023 |
| 2023 | BWH Rheumatology Fellow Conference. Treatment of Lupus. July 11 2023 |
| 2023 | BWH Morning Report 61 year old man with melanoma and polyarthritis Sept 7 |

d.  Advisory and Supervisory Responsibilities

Brigham and Women's Hospital

- 2007- Rheumatology Consult Attending
- 2008-  Rheumatology Consult Attending
- 2008  Housestaff mentor, Jennifer Lewey, MD

Tufts-New England Medical Center

- 1993-2003 Ward Attending. General Medicine Service. One month per year. One senior resident, two interns, one fourth year medical student, two third year medical students per yearly rotation. Daily attending rounds 1.5 hours; additional contact time six hours per day for one month per year. Didactic sessions; journal review. Total hours per year:  180.
- 1993-present Rheumatology Consult Attending. Four months per year. One fellow, one medical resident, one fourth year medical student. Daily attending rounds one hour. Contact time one to two hours daily for four months per year. One didactic session per week on specific rheumatologic topics (Differential diagnosis of arthritis; Approach to Immunologic Testing; Rheumatoid Arthritis; SLE; Spondyloarthropathy) Total Hours Per year:  200
- 1993-present Rheumatology Clinic Preceptor. One clinic session per year. First and second year rheumatology fellow, one-two medical residents, one fourth year medical student. Five hours every week with one hour of prep time. Total hours per year:  184
- 1993-2004 Attending, Medical Morning Report. 24 House Officers. Daily contact for two weeks per academic year. One hour per day. Preparation time one hour per day for two weeks per year. Total Hours per Year:  56 hours.
- 1993-1996 Medical Student Advisor.  Contact time Thirty hours per year.

Beth Israel Hospital, Boston MA

- 1991-1993: Rheumatology Consult Attending. One month per academic year. Precepted rotating rheumatology fellows on the inpatient consult service at Beth Israel Hospital. Contact time two hours per day for three days a week (one month per academic year). Total Hours per Year: 24 Hours.

f. Teaching Leadership

Tufts University School of Medicine

1993- 2003    Course Director, Musculoskeletal Pathophysiology

- Developed a new small group section that provided students with additional instruction in the differential diagnosis of arthritis; this included new case descriptions, and faculty teaching about the new case descriptions (development of the new small group took approximately forty hours in the initial year)
- Developed and gave three new lectures (a new introductory lecture, a lecture on osteoarthritis, and a lecture on spondyloarthropathies) (each new lecture required about five hours of preparatory time)
- Developed a "patient-centered" approach to all the lectures, requiring that patients with specific diseases be part of the lecture format, and was awarded the Zucker Prize in part due to this teaching method (total preparatory time of about three hours; see honors and awards)
- Organized meetings with the teaching faculty to help them identify and complete teaching objectives (three hours)
- Prepared the entire syllabi each academic year, re-editing the syllabi from year to year (five hours)
- Prepared an on line syllabus, available in the Health Sciences Data Base (HSDB) (ten hours)
- Wrote every examination, and had each examination reviewed by other faculty members for clarity and fairness; the examinations were returned to the students with the answers (four hours)
- Established specific office hours for second year students (two hours per week for two weeks per year)
- Beginning in 1997, established daily on line quizzes following the lectures for students so that ongoing learning could be evaluated

1993-2003    Clerkship Director, Fourth Year Elective in Rheumatology

- From 1993-1997, organized a core set of lectures, delivered by the rheumatology faculty, for each of the rotating students (one hour per week for four weeks per rotating student)
- Administrative oversight of the rotation (one hour per week for each rotating student)
- Prepared a syllabus for rotating students and residents in rheumatology (twenty hours)
- Precepted fourth year students during weekly clinic (five hours per week per student)
- From 1993-2002, I served as the rheumatology consult attending, during which fourth year students participated. Teaching rounds, lasting between one and three hours daily for five days a

22

week, occurred concomitantly with work rounds.  Gave didactic lectures to the students one
hour weekly during these attending months, focusing upon introductory topics in rheumatology
(Topics:  Diagnostic Tests; Approach to the Patient with Joint Pain; SLE; Rheumatoid Arthritis;
Crystal Induced Disease.

Tufts New England Medical Center

1993-2003      Director, Clinical Rheumatology Training, Division of Rheumatology

- Precept senior and junior clinical fellows during a weekly rheumatology clinic
  and during four months of inpatient consultation service.
- Precept medical residents and students during two weekly rheumatology
  clinics.
- Co-coordinate intracity rheumatology conference at New England Medical
  Center (City wide hospitals host monthly case conferences)
- Coordinate morbidity and mortality conferences with the medical chief
  residents for the Department of Medicine
- Participant, Chief's Rounds for third and fourth year medical students rotating
  in the Department of Medicine
- Ward Attending, Department of Medicine, New England Medical Center (One
  month per year with attending rounds daily.)

Mount Auburn Hospital

1991-1993      Associate Firm Chief

- Attending Rounds, thrice weekly for two years months.
- Supervision of resident inpatient service for two consecutive years.
- Attending, Medical Resident Morning Report, weekly for two years.
- Supervisor, Chief Medical Resident, two years.
- Instructor, Physical Diagnosis for second year students, Harvard Medical
  School.

1991-1993      Director, House Staff Training

- Restructured medical morning report from informal gatherings thrice weekly
  to daily, formal meetings with rotating attendings and interactive house staff
  participation
- Re-organized noon conferences to include didactic sessions
- Re-organized biweekly clinical case conference to include participation from
  admitting faculty in an effort to promote teaching from physicians based in
  the community

2.  Regional, National, and International Contributions

a. Invited Presentations

**Tufts Medical Center (1993-2007)**

Local

Regional

1992    Medical Grand Rounds. Infection and Arthritis. Lemuel Shattuck Hospital, Jamaica Plain, MA

1992    Medical Grand Rounds. Lyme Carditis. Mount Auburn Hospital, Cambridge, MA

1992    Medical Grand Rounds. POEMS Syndrome. Mount Auburn Hospital, Cambridge MA

1992    Medical Grand Rounds. FUO. Mount Auburn Hospital, Cambridge, MA

1992    Medical Grand Rounds. Hydrocephalus and a Pituitary Mass. Mount Auburn Hospital, Cambridge, MA

1994    Annual Lannigan Lecture. Fibromyalgia. Lawrence Memorial Hospital, Medford, M

1996    Medical Grand Rounds. Lemuel Shattuck Hospital, Jamaica Plain, MA

1997    Medical Grand Rounds. New Treatments in Rheumatoid Arthritis, South Shore Hospital, Weymouth MA

1997    Medical Grand Rounds. Rheumatoid Arthritis. Lemuel Shattuck Hospital

1999    Medical Grand Rounds New Drug Therapies. Lowell General Hospital, Lowell, MA

1999    Medical Grand Rounds Cox-2 Inhibitors and other New Drugs. Carney Hospital, Dorchester, MA

2001    Medical Grand Rounds. Rheumatoid Arthritis: A New Horizon. Youville Hospital, Cambridge, MA

2001    Medical Grand Rounds. New Therapies in Rheumatology. Stamford Hospital, Stamford, CT.

2001    Medical Grand Rounds. Biological Therapies for Rheumatic Diseases. Milton Hospital, Milton, MA

2001    Medical Grand Rounds. New Treatments for Rheumatoid Arthritis, Lawrence Memorial Hospital, Medford, MA

2002    Rheumatology Grand Rounds. A New Inception Cohort of Rheumatoid Arthritis: The SONORA Study. Boston Medical Center

2002    Medical Grand Rounds. An Update on Biologic Therapies. Saints Memorial Hospital, Lowell, MA

2002    Medical Grand Rounds. Diagnostic Approach to the Patient with Rheumatic Disease. Lawrence General Hospital, Lawrence MA

2003    Medical Grand Rounds. New Applications of Biologic Therapies. South Shore Hospital, Weymouth MA.

2005    Rheumatology Grand Rounds. Update in RA. Roger Williams Hospital. Providence

2005    Rheumatology Grand Rounds. Lupus 2005. Massachusetts General Hospital Boston MA

2006    Clinical Trials for Lupus. Clinical Sciences Rounds. Brigham and Women's Hospital

2006    Medical Grand Rounds. Update on Rheumatology. Lowell General Hospital)

2007    Rheumatology Rounds. Lupus 2007. Rheumatology Grand Rounds. UMass Medical

24

Center, Worcester MA
2007 Lupus Foundation of New England Symposium. "Hope For the Future". March 30
2008. Marriott Hotel Newton Massachusetts

<u>National</u>

2004 ABIM/ACR Recertification in Rheumatology: Course Lecturer. Chicago, Illinois
2005 ABIM/ACR Recertification in Rheumatology: Course Lecturer. Chicago, Illinois
2006 ABIM/ACR Recertification in Rheumatology: Course Lecturer. Washington DC

**<u>Brigham and Women's Hospital (2007-)</u>**

<u>Local</u>

2011 BWH Rheumatology Grand Rounds. Where Do We Come From? What Are We?
Where Are We Going? Lupus 2011. Number of Attendees: 40. Prep time: 10 hours.
Contact time: one hour.
2012 BWH Medical Grand Rounds, Case of the Month: A 53 Year Old Woman with
Longstanding Lupus and New Onset Fatigue. Number of attendees: 100. Prep time:
10 hours. Contact time: one hour.
2012 BWH Special Conference. Lupus 2012. Joseph Martin Center. Harvard Medical
School. June 26 2012.
2012 BWH Division of Vascular Medicine. ANCA Associated Vasculitis. Nov 1 2012
2013 BWH Division of Rheumatology. Clinical Trials at the BWH. April 30 2013
2014 BWH Medical Grand Rounds. A 56 year old woman with four months of fever.
March 28, 2014.
2017 BWH Maternal Fetal Medicine Rounds. Rheumatoid Arthritis 2017. Feb 10 2017
2017 Instructive Rheumatology Cases. Harvard University Health Services Feb 15 2017
2021 Combined Renal Rheum Lupus Nephritis Rounds Feb 18 2021. 30 year old woman
of Hispanic descent with Lupus Nephritis (Elena Massarotti, Finnian McCausland,
David Isenberg)

<u>Regional</u>

2008 Medical Grand Rounds. Lupus 2008. Lawrence Memorial Hospital. Medford MA
April 8, 2008
2008 Rheumatology Grand Rounds. Beth Israel Deaconess Medical Center
October 17, 2008. "The Treatment of Lupus, 2008"
2008 Medical Grand Rounds. Tufts Medical Center. December 5, 2008.
Update in Rheumatology, 2008.
2009 BWH/Harvard International Symposium. Drug Treatment of Lupus in
America. Number of attendees: 30. Prep time: two hours. Contact time:
thirty five minutes. (November 12, 2009)
2010 BWH/Harvard International Symposium. Drug Treatment of Lupus in
America. Number of attendees: 30. Prep time: two hours. Contact time:
thirty five minutes. (March 26, 2010)

2010   Medical Grand Rounds. Saint Elizabeth's Hospital. Number of attendees: 75. Prep time: two hours. Contact time: one hour (December 8, 2010)

2016   Update Lupus Treatments and Trials. March 19 2016. Co-sponsored by the LFA and Women of Courage. (Candace Feldman MD organizer)

2016   Boston Spondylitis Symposium. May 3 2016. Update Psoriatic Arthritis

2016   Medical Grand Rounds, North Shore Medical Center, September 23 2016; Treatment Lupus

2017   Harvard Medical School New Innovations in Medicine. "Challenging Rheumatology Cases" May 11 2017  Hilton Back Bay Hotel Boston MA

2023   Tufts Medical Center. Medical Grand Rounds. March 24 2023. Update Lupus 2023: A patient's journey.

National

2007   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Philadelphia PA

2007   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Boston MA

2008   ABIM/ACR Recertification in Rheumatology:  Course Lecturer.  Atlanta, GA

2008   ACP.  Meet the Professor. The Management of Rheumatoid Arthritis in the New Era. Washington DC (March)

2008   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. San Francisco California (October 24, 2008)

2008   American College of Rheumatology. Invited Presentation. "The Management of Undifferentiated Arthritis; an Evidence Based Approach". October 29, 2008

2009   ABIM/ACR Recertification in Rheumatology:  Course Lecturer.  March 28, 2009 Dallas, Texas

2009   CME:  Undifferentiated Arthritis. April 7, 2009. Philadelphia PA

2009   Alliance for Lupus Research. Clinical Trials Workshop. Panelist. October 28, 2009 New York, New York.

2009   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE". Two sessions. October 18, 2009. Philadelphia, PA.

2010   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE". Two Sessions. November 8,10 2010

2010   ACR (American College of Rheumatology). Poster Tour Leader:  SLE-clinical aspects. November 8, 2010

2011   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE" November 6 2011  Chicago

2013   ACR. State of the Art Lecture (SOTA). Year in Review, Lupus. April 20, 2013 Chicago, Illinois

2013   ACR.  State of the Art (SOTA). Therapy of Non Renal Lupus. April 20, 2013 Chicago, Illinois

2014   CME. Lupus Thrive Series: Mineola, NY, Winthrop University Hospital. April 10, 2014. "Lupus: Challenges in Diagnosis, Treatment, and Management"

2021   Medical Grand Rounds, Medical College of Wisconsin. May 14 2021: Lupus Update 2021

International

26

2009  Royal College of Physicians, Dublin Ireland. "Undifferentiated Inflammatory
    Arthritis". May 8, 2009.  Invited Guest. Master class in Rheumatology.
2012   Italian Academy of Rheumatology. Bologna Italy. "Challenging Management Issues
    in Lupus" April 14-16, 2012. Invited Guest Speaker.
2014. Medformica. Rome, Italy. "Challenges in Lupus Treatment" May 14, 2014. Invited
    speaker. (Conference cancelled by organizers as one of the invited speakers died
    suddenly)
2022  Panel discussant. Lupus. Sun Yat-sen University. China. April 28 2022
2023  CPC discussant: Patient with TTP, SLE and Covid..Sun Yat-sen University. China
    Feb 16 2023

Continuing Medical Education Accredited Presentations

2008  Invited Lecturer, Harvard Review Course: Advances in Rheumatology. "Treatment
    of Lupus, 2008". Boston, MA September 13, 2008.
2009  Meet the Professor Session, BWH/Harvard Medical School, Office Practice of
    Primary Care.  "Rheumatoid Arthritis" March 12, 2009. Boston, MA
2009  Short Course on Clinical Research, BWH Division of Rheumatology, Section of
    Clinical Sciences. Lecturer. "Clinical Trials: Lupus". June 16, 2009
2011  Harvard Medical School Postgraduate Medical Education Rheumatology Series.
    Treatment of Lupus. Number of Attendees: Video. Prep time: two hours. Contact
    Time:  forty five minutes (March 20, 2011)
2011  Harvard Review Course in Rheumatology. Curbside Consultations. Number of
    Attendees:  200.  Prep time:  two hours. Contact time:  one hour (September 18,
    2011)
2012  Harvard/Brigham Internal Medicine Review Course. CME. "Diagnosis and
    Treatment of Rheumatoid Arthritis. July 21 2012.

2013  Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review:
    Maintenance of Certification.  May 21, 2013
2013  Harvard Internal Medicine Review.  Challenging Rheumatology Cases. July 28 2013
2014  Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review:
    Maintenance of Certification.  March 11, 2014
2014  Harvard Medical School. Office Practice of Medicine. Challenging Rheumatology
    Cases. March 20, 2014
2014  Harvard Medical School. Postgraduate Course in Medicine. Treatment of Lupus.
    March 24, 2014.
2015  Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review:
    Maintenance of Certification.  March 10, 2015
2016  Harvard Post Graduate Medical Education.  Treatment of Lupus. Video. Feb 29
    2016
2018  Harvard Post Graduate Medical Education Treatment of Lupus Video April 2018

2020  Harvard Post Graduate Medical Education Treatment of Lupus Video

2020   CME "What is New in Lupus Care" American College of Rheum annual meeting
Virtual. November 2020

3.  Teaching Awards

1993   Teaching Award, Medical Housestaff, Mount Auburn Hospital
1996   Citation for Excellence in Teaching, Tufts University School of Medicine
1997   Medical Housestaff Teaching Award, Tufts New England Medical Center
1997   Citation for Excellence in Teaching, Tufts University School of Medicine
2001   Milton O. M'30 and Natalie V. Zucker Clinical Teaching Prize, Tufts University
School of Medicine
2001   Tufts University School of Medicine, Excellence in Teaching Award

4. Major curriculum offerings and other educational directives:

Please see "Teaching Leadership" section above. While at Tufts, I created a new "small group" section within the musculoskeletal pathophysiology section that was case based, and helped students integrate the rheumatology pathophysiology principles taught in the lectures. I developed and wrote the case descriptions and corresponding questions for the new section; this small group section continues to this day, under the leadership of a new course director. I incorporated a patient centered approach in the pathophysiology lectures, using actual patients with the specific rheumatic disease being taught(e.g. for the rheumatoid arthritis pathophysiology lecture, I interviewed and examined a patient with rheumatoid arthritis at the beginning of the lecture, allowed students to interview the patient. This was followed by a didactic session highlighting the pathophysiologic concepts). I was awarded the Zucker Prize for this work. A similar format was used for a number of the other lectures. This method was very well received by the medical students.

**E. Report of Clinical Activities**

1. <u>Description of clinical practice</u>: I practice general rheumatology in the rheumatology division of the Brigham and Women's Hospital, which is a large, full service, tertiary care referral center and a major teaching hospital of Harvard Medical School. This is largely a referral-based practice, comprised of patients referred by primary care physicians, other sub-specialists, and other rheumatologists practicing in the northeastern United States. I have developed a reputation for providing consultation to patients presenting with complex clinical problems, including patients with challenging diagnoses.

2. <u>Patient load</u>: I see about 70 patients a week, including twelve to fifteen new patients weekly who have been referred to me from other physicians in the northeastern United States. Other rheumatologists often refer patients to me for a

second or third opinion. I have had extensive experience treating rheumatologic problems occurring in patients with complicated multisystem medical illnesses including those seen in bone marrow and organ transplants, and have also provided rheumatologic care for children with rheumatic diseases.

3. <u>Clinical contributions</u>: In my previous role as the clinical director of rheumatology at Tufts New England Medical Center, I was regarded as the senior clinical rheumatologist and oversaw the clinical care delivered in the clinic along with the division chief. In that role, I identified and managed quality assurance goals (e.g. tracking of adverse events related to joint injections, patient educational materials for new medications) and instituted policies directed at enhancing patient care (e.g. prepared medication information sheets for patients). From 2000-2003, I established "Patient Care Forums", which were faculty led patient seminars that focused on common rheumatic issues and were held during evening hours for patients and family members to attend. The topics presented during these seminars included osteoporosis, osteoarthritis, and back pain. In 1998, I established the annual Merrill Lecture in Clinical Rheumatology at Tufts New England Medical Center with donated funds. This lectureship honored the clinical and translational contributions of outstanding rheumatologists, and was widely attended by the northeastern rheumatology community. Invited speakers were all national and international leaders of rheumatology (Bevra Hahn MD, Cornelia Weyand MD, Jack Klippel MD, David Hellman MD, David Pisetsky MD, Ted Pincus MD, Carol Langford MD, and Virginia Steen MD. Beginning in 2004, I helped develop and grow a clinical trials program in the division of rheumatology. In 2000, under the leadership of Dr. Allen Steere (the division chief of rheumatology at Tufts New England Medical Center at that time) I helped to design the new outpatient Itzhak Perlman Family Arthritis Treatment Center at Tufts-NEMC, which was a new clinic focused exclusively for patients with rheumatic diseases.

4. <u>Other relevant information about clinical role</u>: I have been voted Best in Boston three times over the last few years (rheumatology and autoimmune diseases). In 2007, I received the highest number of ratings in Boston's checkbook.org for rheumatologists (21 mentions). I have received numerous teaching awards from students, houseofficers, and faculty, including the faculty wide Zucker Clinical Teaching Prize in 2001.

**Part III: Bibliography**

<u>**Original Articles**</u>

1. **Massarotti EM,** Luger SW, Rahn DW, Messner RP, Wong JB, Johnson RC, Steere AC. Treatment of Early Lyme Disease. Am J Med 1992; 92(4): 396-403.

2. **Massarotti EM**, Liu NY, Mier J, and Atkins MB. Chronic Inflammatory Arthritis After Treatment With High Dose Interleukin-2 for Malignancy. Am J Med 1992; 92(6): 693-697. (Reprinted in the 1994 Yearbook of Medicine)

3. Fischer PA, Kopp A, and **Massarotti EM**. Anaerobic Septic Bursitis: Case Report and Review of the Literature. Clinical Infectious Diseases. 1996; 22:879.

4. Lerner, DS, Reed JI, **Massarotti EM**, Wester, LM, and Burke TA. "The Work Limitations Questionnaire's validity and reliability among patients with osteoarthritis (OA)". Journal of Clinical Epidemiology 2002; 55(2), 197-208.

5. Lee AT, Li W, Liew A, Bombardier C, Weisman M, **Massarotti EM**, Kent J, Wolfe F, Begovich AN, and Gregersen P. The PTPN22 R620W polymorphism associates with RF positive rheumatoid arthritis in a dose-dependent manner but not with HLA-SE status. Genes & Immunity. 2005; 6(2): 129-133.

6. Karlson E, Costenbader KH, McAlindon TE, **Massarotti EM**, Fitzgerald L, Jajoo R, Husni E, Wright EA, Pankey H, Fraser PA. High Sensitivity, Specificity and Predictive Value of the Connective Tissue Disease Screening Questionnaire (CSQ) Among Urban African-American Women.Lupus 2005; 14(10): 832-836.

7. Irigoyen P, Lee A,Wener MH, Li W, Kern M, Batliwalla F, Lum RF, **Massarotti EM**, Weisman M, Bombardier C, Remmers EF, Kastner DL, Seldin MF, Criswell L, Gregersen P. Regulation of anti-CCP antibodies in rheumatoid arthritis: contrasting effects of HLA-DR3 and the shared epitope alleles. Arthritis & Rheumatism 2005; (52)12: 3813-3818

8. Ollendorf DA, **Massarotti E**, Birbara C; Burgess SM. Frequency, predictors, and economic impact of upward dose adjustment of infliximab in managed care patients with rheumatoid arthritis. J Manag Care Pharm. 2005; 11(5):383-93

9. Karlson E, Watts J, Signorovitch J, Bonetti M, Wright E, Cooper GS, McAlindon TE, Costenbader K, **Massarotti EM**, Fitzgerald L, Jajoo R, Husni E, Fossel AH, Pankey H, Ding W, Knorr R, Condon S, Fraser PA. Effect of Glutathione-S-Transferase Polymorphisms and Proximity to Hazardous Waste Sites on Time to SLE Diagnosis Results from the Roxbury Lupus Project. Arthritis &Rheumatism. 2007; 56(1): pp 244-254.

10. Lee HS, Irigoyen P, Kern M, Lee A, Batliwalla F, Khalili H, Wolfe F, Lum RF, **Massarotti**

**EM**, Weisman M, Bombardier C, Karlson EW, Criswell LA, Vlietinck, Gregersen PK Interaction Between Smoking, the Shared Epitope, and anti CCP Antibodies: a Mixed Picture in Three Large North American RA Cohorts. Arthritis and Rheumatism 2007; 56(6): 1745-1753.

11. Vera-Llonch M, **Massarotti E**, Shadick NA, Wolfe F, Westhovens R, MacLean R, Yuan Y, Oster G. Cost-effectiveness of abatacept in patients with moderately to severely active rheumatoid arthritis and inadequate response to methotrexate. Rheumatology. 2008; 47: 535-541.

12. **Massarotti, E.** Clinical and Patient Reported Outcomes in Clinical Trials of Abatacept in the Treatment of Rheumatoid Arthritis. Clinical Therapeutics. 2008; 30(3): 429-442.

13. Vera-Llonch M, **Massarotti E**, Wolfe F, Shadick N, Westhovens R, Sofrygin O, Maclean R, Li T, Oster G. Cost-effectiveness of Abatacept in Patients with Moderately to Severely Active Rheumatoid Arthritis and Inadequate Response to TNF-Alpha Antagonists. J Rheumatol. 2008 Sep;35(9):1745-53

14. Asarch A, Gottlieb A, Lee J, Masterpol K, Scheinman P, Stadecker M, **Massarotti E,** Bush M. Lichen Planus Like Eruptions: An Emerging Side Effect of TNF-alpha Antagonists. A Report of Two Cases and Review of the Literature. Journal of the American Academy of Dermatology, July 2009, vol./is. 61/1(104-11), 1097-6787

15. Chibnik LB, **Massarotti E**, Costenbader K. Identification and Validation of Lupus Nephritis Cases Using Administrative Data. Lupus May 2010 vol. 19 (6): 741-743**.**

16. Boilard E, Nigrovic PA, Larabee K, Watts GFM, Coblyn JS, Weinblatt ME, **Massarotti EM**, Remold-O'Donnell E, Farndale RW, Ware J, Lee DM. Platelets amplify inflammation in Arthritis via Collagen-dependent Microparticle Production. Science 2010 Jan 29;327(5965):580-3.

17. Crispin JC, Keenan BT, Finnell MD, Bermas B, Schur P, **Massarotti EM**, Karlson EW, Fitzgerald LM, Ergin S, Kyttaris VC, Tsokos GC, Costenbader KD. Expression of CD44v3 and CD44v6 isoforms is increased on T cells from patients with systemic lupus erythematosus and correlates with disease activity. Arthritis and Rheumatism. 2010 May 62(5): 1431-1437

18. Costenbader KH, Khamashta M, Ruiz-Garcia S, Perez-Rodriguez MT, Petri M, Elliott J, Manzi S, Karlson EW, Turner-Stokes T, Bermas B, Coblyn J, **Massarotti EM**, Schur P, Fraser P, Navarro I, Hanly JG, Shaver TS, Katz RS, Chakravarty E, Fortin PR, Sanchez ML, Liu J, Michaud K, Alarcón GS, Wolfe F. Development and Initial Validation of a Self-assessed Lupus Organ Damage Instrument. Arthritis Care Res 2010 Apr; 62(4):559-68

19. Rekedal, L. R., **Massarotti, E.,** Garg, R., Bhatia, R., Gleeson, T., Lu, B. and Solomon, D. H. Changes in glycosylated hemoglobin after initiation of hydroxychloroquine or methotrexate treatment in diabetes patients with rheumatic diseases. Arthritis & Rheumatism, 2010 (62): 3569–3573

20. Costenbader KH, Desai A, Shaykevich T, Lu B, Hiraki L, Brookhart MA, **Massarotti EM,** Alarcon GS, Solomon DH, Winkelmayer W.  Trends in the Incidence, Demographics and Outcomes of End-Stage Renal Disease Due to Lupus Nephritis in the U.S., 1995-2006. Arthritis Rheum. 2011 Jun;63(6):1681-8. doi: 10.1002/art.30293

21. Solomon DH, **Massarotti E**, Garg R, Liu J, Canning C, Schneeweiss S. Association between disease-modifying antirheumatic drugs and diabetes risk in patients with rheumatoid arthritis and psoriasis. <u>JAMA.</u> 2011 Jun 22;305(24):2525-31

22. Girouard S, Velez N, Penson R, **Massarotti E**, Vleugals RA. Panniculitis Associated with Dermatomyositis and Recurrent Ovarian Cancer. Archives of Dermatology 2012. Manuscript Accepted.

23. Weinblatt ME, Fleischmann R, Huizinga, TWJ, Emery P, Pope J, **Massarotti E**, Van Vollenhoven RF, Wollenhaupt J, Bingham CO, Duncan B, Goel N, Davies O, Dougados M Efficacy and safety of certolizumab pegol in a broad population of patients with active rheumatoid arthritis: Results from a Phase IIIb study. Rheumatology, 2012. Manuscript Accepted

24. Mercer E, Rekedal L, Garg R, Lu B, **Massarotti E** and Solomon D. Hydroxychloroquine Improves Insulin Sensitivity in Obese Non-Diabetic Individuals.  Arthritis Res Ther  2012 Jun 7;14(3):R135

25. Kalunian KC, Chatham WW, **Massarotti EM,** Reyes-Thomas J, Harris C, Furie RA, Chakravarty EF, Chitkara P, Putterman C, Gross RL, Somers EC, Kirou KA, Ramsey-Goldman R, Hsieh C, Buyon JP, Dervieux T, Weinstein A. Measurements of Cell Bound Complement Activation Products Enhance Diagnostic Performance in Systemic Lupus Erythematosus, Arthritis Rheum Manuscript Accepted. 2012

26. Feldman CH,  Bermas BL, Zibit M, Fraser P, Todd DJ, Fortin PR, **Massarotti EM**, Costenbader KH.  Designing an Intervention for Women with Systemic Lupus Erythematosus from Medically Underserved Areas to Improve Care: A Qualitative Study. Lupus 2012. Manuscript Accepted.

27. Bykerk V, **Massarotti EM.**  The New ACR/EULAR Classification Criteria for RA: How Are the New Criteria Performing in the Clinic? Rheumatology (2012) 51(suppl 6): vi10-vi15

28. Bykerk V, **Massarotti EM.** The new ACR/EULAR remission criteria: rationale for developing new criteria for remission Rheumatology (2012) 51(suppl 6): vi10-vi15

doi:10.1093/rheumatology/kes280

29. Merola JF, Prystowsky SD, Iversen C, Gomez-Puerta JA, Norton T, Tsao P, **Massarotti EM,** Schur P, Bermas B, Costenbader KH.Association of Discoid Lupus with other Clinical Manifestations among Patients with Systemic Lupus Erythematosus.
 J Am Acad Dermatol. 2013 Jul;69(1):19-24.


30. Solomon DH, Garg R, Lu B, Todd DJ, Mercer E, Norton T, **Massarotti E**. The Effect of Hydroxychloroquine on Insulin Sensitivity in Non-Diabetic Patients with Rheumatoid Arthritis: A Randomized Blinded Cross-Over Trial.   Arthritis Care Res (Hoboken). 2014 Jan 27

31. Merola JF, BB, Lu B, Karlson E, **Massarotti E**, Schur PH, Costenbader KH. Clinical Manifestations and Survival Among Adults with Systemic Lupus Erythematosus according to Age at Diagnosis. Lupus. 2014 Mar 7;23(8):778-784

32. Al Daabil M, **Massarotti EM**, Fine A, Tsao H, Schur PH, Bermas BL, and Costenbader K. Development of SLE among "Potential SLE" Patients Seen in Consultation: Long-Term Follow-Up.  2014 International Journal of Clinical Practice Int J Clin Pract. 2014 May 23.

33. Schram AS, Campigotto F, Mullally A, Fogerty A, **Massarotti E**, Neuberg D, Berliner N Marked  Hyperferritinemia Does Not Predict for HLH in the Adult Population. Blood. 2015 Mar 5;125(10):1548-52. doi: 10.1182/blood-2014-10-602607. Epub 2015 Jan 8.

34. Aranow C, Kamen DL, Dall'Era M, **Massarotti EM**, Mackay MC, Koumpouras F, Coca A, Chatham WW, Clowse MEB, Criscione-Schreiber LG, Callahan S, Goldmuntz, EA, Keyes-Elstein L, Oswald M, Gregersen PK Diamond B. Double-Blind Randomized Placebo-Controlled Trial of the Effect of Vitamin D3 on the Interferon Signature in Patients with Systemic Lupus Erythematosus 2015. Arthritis and Rheumatology (Manuscript Accepted 2015).

35. Tedeschi SK, **Massarotti EM**, Guan H, Fine A, Bermas BL, Costenbader KC. Specific systemic lupus erythematosus disease manifestations in the six months prior to conception are associated with similar disease manifestations during pregnancy. Lupus. 2015 Oct;24(12):1283-92. doi: 10.1177/0961203315586455. Epub 2015 May 12.

36. Aranow, C., Kamen, D. L., Dall'Era, M., **Massarotti, E. M**., Mackay, M. C., Koumpouras, F., Coca, A., Chatham, W. W., Clowse, M. E. B., Criscione-Schreiber, L. G., Callahan, S., Goldmuntz, E. A., Keyes-Elstein, L., Oswald, M., Gregersen, P. K. and Diamond, B. (2015), Randomized, Double-Blind, Placebo-Controlled Trial of the Effect of Vitamin D3 on the Interferon Signature in Patients With Systemic Lupus Erythematosus. Arthritis & Rheumatology, 67: 1848–1857. doi: 10.1002/art.39108

37. Pope J; Bingham CO, Fleischmann, RM; Dougados M; **Massarotti EM**; Wollenhaupt J; Duncan B; Coteur G; Weinblatt ME. Impact of certolizumab pegol on patient-reported outcomes in rheumatoid arthritis and their correlation with clinical measures of disease

activity. (2015). Arthritis Research and Therapy. Manuscript accepted.

38. Reductions in disease activity in the AMPLE trial: clinical response by baseline disease durationMichael Schiff,[1] Michael E Weinblatt,[2] Robert Valente,[3] Gustavo Citera,[4] Michael Maldonado,[5] **Elena Massarotti**,[2] Yusuf Yazici,[6] Roy Fleischmann[7]. Rheumatic and Musculoskeletal Diseases. 2016. Manuscript Accepted.

39. Rao, D.A., Gurish, M.F., Marshall, J.L., Slowikowski, K., Fonseka, C., Liu, Y., Donlin, L.T., Henderson, L.A., Wei, K., Mizoguchi, F., Teslovich, N.C., Weinblatt, M.E., **Massarotti, E.M.,** Coblyn, J.S., Helfgott, S.M., Lee, Y.C., Todd, D.J., Bykerk, V.P., Goodman, S.M., Pernis, A.B., Ivashkiv, L.B., Karlson, E.W., Nigrovic, P.A., Filer, A., Buckley, C.D., Lederer, J.A., Raychaudhuri, S., Brenner, M.B. Pathologically expanded peripheral B cell-helper T cells in rheumatoid arthritis. *Nature*, 2016 (in press)**.**

40. Feldman CH, Wohlfahrt A, Campos A, Gagne JJ, Iversen M, Massarotti E, Solomon DH, Kawachi I. Can Patient Navigators Improve Adherence to Disease-Modifying Antirheumatic Drugs? Quantitative Findings from the Med Assist Pilot Study. Arthritis Care Res (Hoboken). Accepted May 30, 2017. [In press]

41. Lee YC, Fine A, Protsenko **E Massarotti** E, Edwards RR, Mawla I, Napadow V, Loggia M. Brain Correlates of Continuous Pain in Rheumatoid Arthritis as Measured by Pulsed Arterial Spin Labeling.   Arthritis Care Res (Hoboken) 2018.   Accepted for publication

42. Nabel CS, Severgnini M, Hung YP, Cunningham-Bussel A, Gjini E, Kleinsteuber K, Seymour LJ, Holland MK, Cunningham R, Felt KD, Vivero M, Rodig SJ, **Massarotti EM**, Rahma OE, Harshman LC. (2019). Anti-PD-1 immunotherapy-induced flare of a known underlying relapsing vasculitis mimicking recurrent cancer. *The Oncologist*. In Press.

43. Arnon Arazi[*], Deepak A. Rao[*], Celine C. Berthier[*], Anne Davidson, Yanyan Liu, Paul J. Hoover, Adam Chicoine, Thomas M. Eisenhaure, A. Helena Jonsson, Shuqiang Li, David J. Lieb, Fan Zhang, Kamil Slowikowski, Edward P. Browne, Akiko Noma, Danielle Sutherby, Scott Steelman, Dawn E. Smilek,  Patti Tosta, William Apruzzese, **Elena Massarotti**, Maria Dall'Era, Meyeon Park, Diane L. Kamen,  Richard A. Furie, Fernanda Payan-Schober, William F. Pendergraft III, Elizabeth A. McInnis, Jill P. Buyon, Michelle A. Petri, Chaim Putterman, Kenneth C. Kalunian, E. Steve Woodle, James A. Lederer, David A. Hildeman, Chad Nusbaum, Soumya Raychaudhuri, Matthias Kretzler, Jennifer H. Anolik, Michael B. Brenner, David Wofsy, Nir Hacohen**, Betty Diamond** and the Accelerating Medicines  Partnership in SLE network. The immune cell landscape in kidneys of patients with lupus nephritis" Nature Immunology. Manuscript accepted.

44. Aringer M, Costenbader K, Daikh D, *et al* 2019 European League Against Rheumatism/American College of Rheumatology classification criteria for systemic lupus erythematosusAnnals of the Rheumatic Diseases Published Online First: 05 August 2019. doi: 10.1136/annrheumdis-2018-214819

Wallace DJ, Alexander RV, O'Malley T, Khosroshahi A, Hojjati M, Loupasakis K, Alper J, Sherrer Y, Fondal M, Kataria R, Powell T, Ibarra C, Narain S, **Massarotti E**, Weinstein A, Dervieux T. Randomised prospective trial to assess the clinical utility of multianalyte assay panel with complement activation products for the diagnosis of SLE. Lupus Sci Med. 2019

45.  Stevens E, Weinblatt ME, **Massarotti E**, Griffin F, Emani S, Desai S. Safety of the Zoster Vaccine Recombinant Adjuvanted in Rheumatoid Arthritis and Other Systemic Rheumatic Disease Patients: A Single Center's Experience With 400 Patients. ACR Open Rheumatol. 2020 J Jun; 2(6):357-361. PMID: 32412669

46.  Arriens C, Alexander RV, Narain S, Saxena A, Collins CE, Wallace DJ, **Massarotti E**, Conklin J, Kalunian KC, Putterman C, Ramsey-Goldman R, Buyon JP, Askanase A, Furie RA, James JA, Bello GA, Manzi S, Ahearn J, O'Malley T, Weinstein A, Dervieux T. Cell-bound complement activation products associate with lupus severity in SLE. Lupus Sci Med. 2020 04; 7(1). PMID:

47. Johnson SR, Brinks R, Costenbader KH, Daikh D, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Boumpas DT, Kamen DL, Jayne D, Cervera R, Costedoat-Chalumeau N, Diamond B, Gladman DD, Hahn B, Hiepe F, Jacobsen S, Khanna D, Lerstrøm K, **Massarotti E**, McCune J, Ruiz-Irastorza G, Sanchez-Guerrero J, Schneider M, Urowitz M, Bertsias G, Hoyer BF, Leuchten N, Tani C, Tedeschi SK, Touma Z, Schmajuk G, Anic B, Assan F, Chan TM, Clarke AE, Crow MK, Czirják L, Doria A, Graninger WB, Halda-Kiss B, Hasni S, Izmirly PM, Jung M, Kumánovics G, Mariette X, Padjen I, Pego-Reigosa JM, Romero-Diaz J, Rúa-Figueroa Í, Seror R, Stummvoll GH, Tanaka Y, Tektonidou MG, Vasconcelos C, Vital EM, Wallace DJ, Yavuz S, Meroni PL, Fritzler MJ, Naden R, Dörner T, Aringer M. Performance of the 2019 EULAR/ACR classification criteria for systemic lupus erythematosus in early disease, across sexes and ethnicities. Ann Rheum Dis. 2020 Oct;79(10):1333-1339. doi: 10.1136/annrheumdis-2020-217162. Epub 2020 Aug 14. PMID: 32816709.

48.  A Multianalyte Assay Panel with Cell-Bound Complement Activation Products (CB-CAPs) Predicts Transition of Probable Lupus to ACR Classified Lupus. Rosalind Ramsey-Goldman1, Roberta Vezza Alexander2, John Conklin2, Cristina Arriens3, Sonali Narain4, **Elena M. Massarotti**5, Daniel J. Wallace6, Christopher E. Collins7, Amit Saxena8, Chaim Putterman9, Kenneth C. Kalunian10, and Arthur Weinstein2. Manuscript Accepted ACR Open Rheumatology 2020

49.  Ramsey-Goldman R, Alexander RV, **Massarotti EM**, Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, O'Malley T, Dervieux T, Weinstein A. Complement Activation in Patients With Probable Systemic Lupus Erythematosus and Ability to Predict Progression to American College of Rheumatology-Classified Systemic Lupus Erythematosus. Arthritis Rheumatol. 2020 01; 72(1):78-88. PMID: 31469249.

50.  Weber BN, Stevens E, Barrett L, Bay C, Sinnette C, Brown JM, Divakaran S, Bibbo C, Hainer J, Dorbala S, Blankstein R, Liao K, **Massarotti E**, Costenbader K, Di Carli MF. Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus. J Am Heart Assoc. 2021 07 06; 10(13):e018555.

51.  Weber BN, Stevens E, Perez-Chada LM, Brown JM, Divakaran S, Bay C, Bibbo C, Hainer J, Dorbala S, Blankstein R, Taqueti VR, Merola JF, **Massarotti E**, Costenbader K, Liao K, Di Carli MF. Impaired Coronary Vasodilator Reserve and Adverse Prognosis in Patients With Systemic Inflammatory Disorders. JACC Cardiovasc Imaging. 2021 Nov; 14(11):2212-2220

52.  Aringer M, Brinks R, Dörner T, Daikh D, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Boumpas DT, Kamen DL, Jayne D, Cervera R, Costedoat-Chalumeau N, Diamond B, Gladman DD, Hahn B, Hiepe F, Jacobsen S, Khanna D, Lerstrøm K, **Massarotti E**, McCune J, Ruiz-Irastorza G, Sanchez-Guerrero J, Schneider M, Urowitz M, Bertsias G, Hoyer BF, Leuchten N, Schmajuk G, Tani C, Tedeschi SK, Touma Z, Anic B, Assan F, Chan TM, Clarke AE, Crow MK, Czirják L, Doria A, Graninger W, Halda-Kiss B, Hasni S, Izmirly PM, Jung M, Kumánovics G, Mariette X, Padjen I, Pego-Reigosa JM, Romero-Diaz J, Rúa-Figueroa Í, Seror R, Stummvoll GH, Tanaka Y, Tektonidou MG, Vasconcelos C, Vital EM, Wallace DJ, Yavuz S, Meroni PL, Fritzler MJ, Naden R, Costenbader K, Johnson SR. European League Against Rheumatism (EULAR)/American College of Rheumatology (ACR) SLE classification criteria item performance. Ann Rheum Dis. 2021 Feb 10. PMID: 33568386

53.  Ramsey-Goldman R, Alexander RV, Conklin J, Arriens C, Narain S, **Massarotti EM**, Wallace DJ, Collins CE, Saxena A, Putterman C, Brady K, Kalunian KC, Weinstein A. A Multianalyte Assay Panel With Cell-Bound Complement Activation Products Predicts Transition of Probable Lupus to American College of Rheumatology-Classified Lupus. ACR Open Rheumatol. 2021 Feb; 3(2):116-123. PMID: 33538130

54.  Simmons DP, Nguyen HN, Gomez-Rivas E, Jeong Y, Jonsson AH, Chen AF, Lange JK, Dyer GS, Blazar P, Earp BE, Coblyn JS, **Massarotti EM**, Sparks JA, Todd DJ, Rao DA, Kim EY, Brenner MB. SLAMF7 engagement superactivates macrophages in acute and chronic inflammation. Sci Immunol. 2022 02 11; 7(68):eabf2846. PMID: 35148199.

55.  Weber B, Weisenfeld D, Seyok T, Huang S, **Massarotti E**, Barrett E, Bibbo C, Solomon DH, Plutzky J, Bolster MB, DiCarli M, Liao KP. The relationship between ASCVD risk, inflammation, and coronary microvascular dysfunction in rheumatoid arthritis. *J Am Heart Assoc*. 2022 1(11):e025467

56.  Solomon DH, Giles JT, Liao KP, Ridker PM, Rist PM, Glynn RJ, Broderick R, Lu F, Murray MT, Vanni KMM, Santacroce L, Abohashem S, Robson PM, Fayad Z, Mani V, Tawakol AA, Bathon JM, TARGET Trial Consortium. Reducing Cardiovascular Risk with Immunomodulators: A Randomized Active Comparator Trial Among Patients with Rheumatoid Arthritis. Ann Rheum Diseases 2022, in Press

57.  Berlyand, Y., Lee, A. H.-Y., Hasdianda, M. A., Baymon, D. E., **Massarotti, E. M**., Shannon, E. M., Hankinson, E. A., Cauley, M. R., Delaporta, L., & Goralnick, E. (2023). Electronic I-PASS: Updating the Handoff Safety Tool Through EHR Integration and Workflow Enhancement. *NEJM Catalyst*, *4*(2), CAT.22.0346. https://doi.org/10.1056/CAT.22.0346

58.  Jonsson AH, Zhang F, Dunlap G, Gomez-Rivas E, Watts GFM, Faust HJ, Rupani KV, Mears JR, Meednu N, Wang R, Keras G, Coblyn JS, **Massarotti EM**, Todd DJ, Anolik JH, McDavid A, Wei K, Rao DA, Raychaudhuri S, Brenner MB. Granzyme K+ CD8 T cells form a core population in inflamed human tissue. Sci Transl Med. 2022 06 15; 14(649):eabo0686. PMID: 35704599.

59.  **Mycophenolate mofetil withdrawal in systemic lupus erythematosus patients** Eliza F. Chakravarty, MD[1], Tammy Utset, MD[2], Diane L. Kamen, MD[3], Gabriel Contreras, MD, MPH[4], W. Joseph McCune, MD[5], Cynthia Aranow, MD[6], Kenneth Kalunian, MD[7], **Elena Massarotti, MD[8]**, Megan E.B. Clowse, MD[9], Brad H. Rovin, MD[10], S. Sam Lim, MD[11], Vikas Majithia, MD[12], Maria Dall'Era, MD[13], R. John Looney, MD[14], Doruk Erkan, MD[15], Amit Saxena, MD[16], Nancy J. Olsen, MD[17], Kichul Ko, MD[2], Joel M. Guthridge, PhD[1, 18], Ellen Goldmuntz, MD[19], Jessica Springer, RN, MPH[19], Carla D'Aveta[20], Lynette Keyes-Elstein, PhD[20], Bill Barry, PhD[20], Ashley Pinckney[20], James McNamara, MD[19], Judith A. James, MD, PhD[1]  Manuscript Accepted Nov 2023. Lancet Rheumatology

60.  **Improvement in Joint Inflammation is Accompanied by Reduction in Arterial Inflammation: Tocilizumab in Rheumatoid Arthritis.**  Hadil Zureigat MD [1,2]*; Giovanni Civieri MD [1,3]*; Shady Abohashem MD [1,4]; Michael T. Osborne MD [1,4]; Daniel H Solomon MD [5]; Jon T Giles MD MPH [6] Joan Bathon MD[6]; **Elena Massarotti MD** [5]; Sebastian Unizony MD [7]; Ahmed Tawakol MD [1,4] Manuscript Accepted. Nov 2023. Journal of Nuclear Cardiology.

## Books Published

2012. Lupus Erythematosus. Schur PH, **Massarotti EM**, Editors. Publisher: Springer.
http://www.springerlink.com/content/p41230/?MUD=MP

## Reviews, Chapters, and Editorials

1.  **Massarotti EM** and Dinerman H.  Septic Arthritis due to Listeria Monocytogenes:  Case Report and Review of the Literature. J Rheum 1990; 17(1):11-13

2.  **Massarotti EM**.  Commentary on Lyme Disease.  Infectious Diseases in Clinical Practice.1993; 2(4): 279-280

3.  **Massarotti EM**.  Antibiotics for the Treatment of Chronic Inflammatory Arthritis.  Infectious Diseases in Clinical Practice.  1995; 44(6): 419-422

4.  **Massarotti EM**.  Medical Houseofficers with Disabilities.  Careers in Internal Medicine. 1995; 11(2): 5-6.

5.  **Massarotti EM**.  Medical Aspects of Rheumatoid Arthritis. Hand Clinics of North America. 1996;12(3): 463-475

6.  **Massarotti EM**.  New approaches to treatment can offer relief to patients with rheumatoid arthritis. Progress notes.  2001; 10 (2): 1-7.

7**.**  **Massarotti EM**. Lyme Arthritis. The Medical Clinics of North America.  2002; 86 (2): 297-309

8.  **Massarotti EM**. Improving the Management of Arthritis Pain: A Review of the ACR, AGS, and APS Guidelines: Effect of Treatment Guidelines on Pain Management. Managed Care Consultant.  2003; 3:9-15

9.   Doan T and **Massarotti E**.  Rheumatoid Arthritis: An Overview of New and Emerging Therapies. Journal of Clinical Pharmacology 2005; 45: 751-762

10.   Doan T and **Massarotti E**. Rituximab. Drugs of Today 2005; 41(12): 785-797

11.   **Massarotti E** and Schur P. EULAR Task Force on Systemic Lupus Erythematosus: a critical Appraisal.  Future Rheumatology.  2008; 3 (3): 227-230

12.   **Massarotti E**.  Managing Musculoskeletal Issues in Lupus: The Patient's Input Invitied. J Musculoskel Med. 2008;25:458-463

13.   **Massarotti, E.**  Clinical and Patient Reported Outcomes in Clinical Trials of Abatacept in the Treatment of Rheumatoid Arthritis. Clinical Therapeutics. 2008; 30(3): 429-442.

14**.**   **Massarotti EM** (2009), FAST4WARD: Implications for the clinician. International Journal of Clinical Practice, 63: 986–988. doi: 10.1111/j.1742-1241.2009.02095.x

15.   **Massarotti EM,** Schur PH. To what extent can preventive treatments prevent damage from Systemic Lupus Erythematosus? Curr Rheumatol Rep. 2011 Aug;13(4):317-23.

16.   **Massarotti EM**, Solomon DH. The Potential Role of "Non Rheumatic" Therapies in Rheumatic Disease.   Art Res Therapy. 2013. 15: 124.

38

17.  **Massarotti EM** and Schur PH. Cure, Effective Treatment for Lupus Nephritis Remain Elusive Despite Advances. The Rheumatologist December 2014

18.  **Massarotti EM**, Sax PE, Compton L, Levy BD, Loscalzo J. Testing Limits**. N Engl J Med 2016;375:1383-8.DOI: 10.1056/NEJMcps1414259**

19.  **Massarotti EM**, Allore H, Costenbader KH. Interferon-Targeted Therapy for SLE: Are the Trials on Target? Arthritis Rheum 2016.  Manuscript Accepted.

20.  Tawakol A, Unizony S, Osborne MT, **Massarotti EM**, Giles JT. Evolving Use of Molecular Imaging in Research and in Practice. Arthritis Rheum 2019.  Manuscript Accepted.


**Book Chapters.**

1.  Theoharides TC, Spierings ELH, **Massarrotti EM**. Control of Pain and Inflammation. In: Theoharides TC, editor. Essentials of Pharmacology. Boston MA: Little Brown and Company; 1996. p 217-258 2nd edition

2.  **Massarotti EM.** Overview of Immunology in the Rheumatic Diseases [chapter].  In: Coleman L, Editor.  Nutrition and the Rheumatic Diseases (Totowa NJ):  Humana Press. 2008 p 3-14.1st edition

3**. Massarotti EM**. Hemochromatosis. [chapter]. In:  Hochberg M, Silman A, Smolen J, Weinblatt M, Weisman M, editors. Moseby Elsevier Philadelphia PA. 2010 Rheumatology. P1929-1933.  Fourth Edition.

4. **Massarotti EM** and Schur PH. Diagnosing and Monitoring Lupus. In: Lupus Erythematosus Springer Publishing. 2012 (pp 27-40)

5. **Massarotti EM** and Schur PH. The Treatment of Lupus: General Principles. In: Lupus Erythematosus Springer Publishing. 2012 (pp 53-66)

6. Massraotti EM. New and Emerging Therapies. In: Lupus Erythematosus Springer Publishing. 2012 (pp 223-228)

7. **Massarotti EM**. Hemochromatosis. [chapter]. In:  Hochberg M, Silman A, Smolen J, Weinblatt M, Weisman M, editors. Moseby Elsevier Philadelphia PA. Sixth Edition, 2015


**Abstracts** (2004-)

1. Weisman MH, Bombardier C, **Massarotti E,** Gregersen P, Fava G, Kent J. Analysis At 2 Years of an Inception Cohort of Early Rheumatoid Arthritis: The SONORA Study. EULAR. Berlin Germany 2004

2. **Massarotti E** and Sobell J. TNF-α Blockers for Hidradenitis Suppurativa. American College of Rheumatology, San Antonio Texas, 2004

3. Gregersen P, Lee A, Begovich A, **Massarotti E**, Weisman M, Kent J, Bombardier C. A Functional Polymorphism of PTPN22 Associates with Seropositive, but not Seronegative, Rheumatoid Arthritis in a Cohort of Patients with New Onset RA (SONORA). American College of Rheumatology, San Antonio Texas, 2004

4. Irigoyen P, Lee H, Vlietinck R, Wolfe F, Kern M, Lee A, Batliwalla F, **Massarotti E**, Weisman M, Bombardier C, Wener M, Kastner D, Seldin M, Criswell L, Gregersen P. Lack of Association between Smoking and anti CCP Antobodies in Three Large North American Rheumatoid Arthritis Cohorts. Washington DC, 2006

5. **Massarotti E**, Hines P, Li T, Maclean R. Continued Need for Opioids and Antidepressants in RA Patients Treated with MTX or Biologics**.** EULAR. Barcelona Spain, June 2007

6. Vera-Llonch M, **Massarotti E**, Shadick N, Wolfe F, Westhovens R, MacLean R, Li T, Oster G Cost-effectiveness of Abatacept in Patients with Moderately to Severely Active Rheumatoid Arthritis and Inadequate Response to Tumor Necrosis Factor α Inhibitors. EULAR. Barcelona Spain. 2007 and American College of Rheumatology, Boston, MA 2007

7. Vera-Llonch M, **Massarotti E**, Shadick NA, Wolfe F, Westhovens R, MacLean R, Yuan Y, Oster G. Cost-effectiveness of abatacept in patients with moderately to severely active rheumatoid arthritis and inadequate response to methotrexate. EULAR. Barcelona Spain, 2007

8. **Massarotti E**, Lo G, Wang J, McAlindon T. Anti Cyclic Citrullinated Peptide Antibodies (anti-CCP) and Rheumatoid Factor in Established Rheumatoid Arthritis: A Real World Experience**.** Boston MA, 2007

9. Chibnik LB, Fritz LS, **Massarotti E**, Costenbader KH. Identification of Lupus Nephritis using Administrative Claims Data. San Francisco, CA, October 2008.

10. Chen MH, Bombardier C, Gregersen P, Massarotti E, Li X, Weisman, M. Demographic and Clinical Characteristics of a North American Early RA Cohort: SONORA. Poster presentation. EULAR. Copenhagen Denmark, 2009

11. Rekedal LR, **Massarotti EM**, Garg RK, Bhatia R, Lu B, and Solomon DH. The Effect of Hydroxychloroquine and Methotrexate On Glycated Hemoglobin. Poster Presentation, ACR, Philadelphia, PA. October 2009.

12.  Combe B, Schwartzman S, **Massarotti EM**, Keystone EC, Luijtens K, and van der Heijde DM..  Incremental Benefit of Open-Label Certolizumab Pegol + MTX in Rheumatoid Arthritis (RA) Patients Following Double-Blind Placebo + MTX Treatment out to 2 Years.  Poster Presentation, ACR. Philadelphia, PA. October 2009.

13.  **Massarotti EM**, Maclean R., You M, Rosenblatt L. Continued Need for Opioids in Rheumatoid Arthritis (RA) Patients Prescribed Different Classes of Biologics. Poster Presentation. EULAR. Rome, Italy. June 2010

14.  Daniel Hal Solomon, MD, MPH, **Elena Massarotti, MD**, Raj Garg, Claire Canning, Jun Liu ,Sebastian Schneeweiss. Systemic Immunosuppressives and the Risk of Diabetes in Rheumatoid Arthritis (RA) and Psoriatic Arthritis (PsA).  Poster Presentation. American College of Rheumatology, Atlanta Georgia, November 2010

15.  Michael Weinblatt, Roy Fleischmann, MD, Paul Emery, MA, MD, FRCP, Niti Goel ,Clifton O Bingham, MD, Janet Pope, MD, MPH, FRCPC, **Elena Massarotti, MD**, Ronald van Vollenhoven, MD, PhD,Thomas W.J. Huizinga, MD[9],Benjamin Duncan, Maxime Dougados. Efficacy and Safety of Certolizumab Pegol in a Clinically Representative Population of Patients (Pts) with Active Rheumatoid Arthritis (RA): Results of the REALISTIC Phase IIIb Randomized Controlled Study. Poster Presentation, American College of Rheumatology, Atlanta Georgia, November 2010.

16.  Pope J, Fleischmann R, Dougados M, Bingham CO, **Massarotti EM**, Wollenhaupt J, Duncan B, Coteur G, Weinblatt M. Rapid Reductions in Fatigue and Sleep Problems and Correlation with Improvements in Patient-reported Outcomes in Patients with Active RA Treated with Certolizumab Pegol in the Realistic 12-week Phase IIIB Randomised Controlled Study.  Poster Presentation. European League Against Rheumatism, London, England June 2011.

17. Kalunian K, Chatham W, **Massarotti EM**, Harris C, Furie RA, Buyon JP, Chakravarty EF, Somers EC, Chitkara P, Gross RL, Kirou KA, Reyes-Thomas J, Ramsey-Goldman R, Hsieh C, Putterman C, Dervieux T. The Contribution of Cell Bound Complement Activation Products to the Diagnosis of Systemic Lupus Erythematosus. Poster Presentation American College of Rheumatology, Chicago, November 2011.

18. Feldman CA, Fraser PA, Bermas B, Zibiit M, Todd DJ, Fortin PR, **Massarotti EM,** Costenbader KH.  Designing a Community-Based Intervention to Improve the Health of Medically-Underserved Women with Systemic Lupus Erythematosus. Podium Presentation. American College of Rheumatology, Chicago, November 2011.

19. Association of Discoid Lupus with Other Clinical Manifestations Among Patients with Systemic Lupus Erythematosus 2012 ACR

20.  A Double-Blind Randomized Placebo-Controlled Trial of the Effect of Vitamin D3 On the Interferon Signature in Patients with Systemic Lupus Erythematosus 2012 ACR

21.  Effects of Subcutaneous Abatacept or Adalimumab On Remission and Associated Changes in Physical Function and Radiographic Outcomes: One Year Results From the Ample (Abatacept Versus Adalimumab Comparison in Biologic-Naive RA Subjects with Background Methotrexate) Trial 2012 ACR

22.  Cell Bound Complement Activation Products Are Associated with Disease Activity in Systemic Lupus Erythematosus 2012 ACR

23.  COMPARISON OF COST- EFFICACY OF SUBCUTANEOUS ABATACEPT VERSUS ADALIMUMAB  IN  THE  TREATMENT  OF  PATIENTS  WITH  RHEUMATOID  ARTHRITIS. Eular 2013

24.  Remission, Low Disease Activity, and Associated Changes in Physical Function and Radiographic Outcomes with Subcutaneous Abatacept or Adalimumab: Results from the AMPLE Trial planned EULAR 2013

25.  **ASSOCIATION OF RADIOGRAPHIC OUTCOMES WITH LOW DISEASE ACTIVITY AND REMISSION AND SUSTAINABILITY OF RESPONSE WITH SUBCUTANEOUS ABATACEPT OR ADALIMUMAB: 2-YEAR RESULTS FROM THE AMPLE TRIAL** R. Fleischmann[1], M. Schiff[2], M. Weinblatt[3], M. Maldonado[4], E. Massarotti[5], J. Fay[4], Y. Yazici[6]. Eular, 2014

26.  Cell Bound Complement Activation Products Have Higher Sensitivity Than Serum C3 and C4 Levels in Systemic Lupus Erythematosus Rosalind Ramsey-Goldman[1], Richard Furie[2], Chaim Putterman[3], Anka Askanase[4], Jill P. Buyon[5], Kenneth Kalunian[6], W. Winn Chatham[7], E Massarotti[8], Kyriakos A. Kirou[9], A. Weinstein[10], Puja Chitkara[11], Susan Manzi[12], Joe Ahearn[13], Leilani Wolover[14], John Conklin[15], Tyler O'Malley[14], Claudia Ibarra[15], Derren Barken[16] and Thierry Dervieux[17], **ACR, 2014**

27.  The Effect of Milnacipran on Pain in Rheumatoid Arthritis Patients with Widespread Pain:  a Randomized Blinded Crossover Trial. Yvonne C. Lee[1], Elena Massarotti[2], Robert R. Edwards[3], Bing Lu[4], Chih-Chin Liu[5], Yuanyu Lo[4], Alyssa Wohlfahrt[4], Nancy Kim[6], Daniel J. Clauw[7]and Daniel H. Solomon[8], ACR 2014

28.  Feldman, CH, Massarotti E, Wohlfahrt A, Campos A, Lo E, Zhang Z, Iversen MD, Solomon DH, Factors Associated with Nonadherence to Recently Initiated Disease-Modifying Antirheumatic drugs (Oral Presentation of Selected Abstract. ACR/ARHP National Meeting, San Francisco, CA, November 2015) Arthritis Rheum 2015.

29. Campos A, Wohlfarht A, Lo E, Iversen M, Massarotti E, Solomon DH, Feldman CH. Uncovering and Addressing Issues Related to Medication Adherence among Patients with Rheumatic Diseases: A Patient Navigator Pilot Program. Arthritis Rheum 2015, November 2015 (Poster Presentation; ACR/ARHP November 2015).

30. Feldman CH, Campos A, Wohlfarht A, Lo E, Gagne J, Iversen M, Massarotti E, Solmon DH. Design and Implementation of a Patient-Centered Navigator Program to Improve Adherence to Disease-Modifying Antirheumatic Drugs. Arthritis Rheum 2015, November 2015 (Poster Presentation; ACR/ARHP November 2015).

31. Johnson SR, Khanna D, Cervera R, Costedoat-Chalumeau N, Gladman DD, Hahn BH, Hiepe F, Sanchez-Guerrero J, Massarotti E, Boumpas D, Costenbader KH, Daikh DI, Jayne D, Dörner T, Kamen DL, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Aringer M. Use of Nominal Group Technique to Determine Candidate Items for SLE Classification Criteria Development [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

32. Rao D, Gurish M, Slowikowski K, Fonseka C, Marshall J, Liu Y, Donlin LT, Henderson L, Mizoguchi F, Teslovich N, Weinblatt M, Massarotti E, Coblyn J, Helfgott SM, Lee YC, Todd DJ, Bykerk VP, Goodman SM, Pernis AB, Ivashkiv L, Karlson EW, Nigrovic P, Filer A, Buckley C, Lederer J, Raychaudhuri S, Brenner M. Integrated High-Dimensional Analyses Reveal a Pathologically Expanded 'Peripheral' B Cell-Helper T Cell Population in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10

33. Furie R, Askanase AD, Kalunian K, Massarotti E, Ramsey-Goldman R, Wallace DJ, Silverman SL, Reddy S, Chitkara P, Putterman C, Collins C, Buyon JP, Arriens C, O'Malley T, Alexander R, Barken D, Conklin J, Manzi S, Ahearn J, Weinstein A, Dervieux T. Multi-Center Validation of Platelet Bound C4d, a Biomarker for Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

34. Wallace DJ, Ramsey-Goldman R, Askanase AD, Manzi S, Ahearn J, Furie R, Weinstein A, Putterman C, Massarotti E, Collins C, Kalunian K, Arriens C, Silverman SL, Reddy S, Chitkara P, Ibarra C, Barken D, Alexander R, Conklin J, Dervieux T. Prospective Validation of a Panel of Autoantibodies in Combination with C4d-Bound Complement Activation Products for the Differential Diagnosis of Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

35. Lee YC, Fine A, Protsenko E, **Massarotti E,** Edwards RR, Napadow V, Loggia M. A Pilot Pulsed Arterial Spin Labeling Study of Regional Cerebral Blood Flow in Response to Pain in RA, before and after DMARD Treatment [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10). http://acrabstracts.org/abstract/a-pilot-pulsed-arterial-spin-labeling-study-of-regional-cerebral-blood-flow-in-response-to-pain-in-ra-before-and-after-dmard-treatment/

36. Feldman CH, Wohlfahrt A, Campos A, Gagne J, Iversen MD, **Massarotti E**, Kawachi I, Solomon DH. Use of Rheumatology-Specific Patient Navigators for DMARD Adherence: Results from a Pilot Intervention [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10). http://acrabstracts.org/abstract/use-of-rheumatology-specific-patient-navigators-for-dmard-adherence-results-from-a-pilot-intervention/

37. Wallace DJ, **Massarotti E,** Ramsey-Goldman R, Collins CE, Askanase A, Buyon JP, Furie R, Narain S, Saxena A, Kalunian KC, Arriens C, Putterman C, Conklin J, Alexander R, Ibarra C, O'Malley T, Chandra T, Ahearn J, Manzi S, Weinstein A, Dervieux T. Cell Bound Complement

Activation Products Distinguish Systemic Lupus Erythematosus from Other Diseases Among Patients with High Antinuclear Antibody Titers and Normal Complement [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/cell-bound-complement-activation-products-distinguish-systemic-lupus-erythematosus-from-other-diseases-among-patients-with-high-antinuclear-antibody-titers-and-normal-complement/.

38. Arriens C, Narain S, Saxena A, Collins CE, Wallace DJ, **Massarotti E**, Conklin J, Alexander R, Kalunian KC, Putterman C, Ramsey-Goldman R, Buyon JP, Askanase A, Furie R, Manzi S, Ahearn J, Weinstein A, Dervieux T. Abnormalities in Complement System Are Related to Disease Severity in Systemic Lupus Erythematosus (SLE) [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/abnormalities-in-complement-system-are-related-to-disease-severity-in-systemic-lupus-erythematosus-sle/

39. James JA, Petri M, Putterman C, Diamond B, Wofsy D, Lee CH, Fine D, Broder AR, Clancy RM, Izmirly PM, Belmont M, Bornkamp N, Davidson A, Tosta P, Kalunian KC, Park M, Dall'Era M, Furie R, **Massarotti E,** Hernandez GT, Payan-Schober F, Connery SM, Kamen DL, Lee I, Pendergraft W III, Anolik JH, Shah U, Raychaudhuri S, Lee YC, Guthridge JM, Holers VM, Utz PJ, Pichavant M, Gupta R, Maecker HT, Weisman M, Buyon JP. Lupus Nephritis in Isolation or Accompanied By Extra-Renal Manifestations: Early Lessons from the Accelerating Medicines Partnership [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/lupus-nephritis-in-isolation-or-accompanied-by-extra-renal-manifestations-early-lessons-from-the-accelerating-medicines-partnership/.

41. Ramsey-Goldman R, Alexander R, **Massarotti E,** Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, Sace A, Lafon R, O'Malley T, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation Is a Feature of Diseases in the Lupus Spectrum [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/complement-activation-is-a-feature-of-diseases-in-the-lupus-spectrum/.

42. Liao KP, Huang J, Cremone G, Lam E, Yang N, Playford M, Iannaccone CK, Coblyn J, **Massarotti E**, Weinblatt ME, Shadick NA, Mehta N, Plutzky J. Divergent Patterns of Cardiovascular Risk in Biomarkers of Lipids and Subclinical Myocardial Injury during Increased Inflammation in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/divergent-patterns-of-cardiovascular-risk-in-biomarkers-of-lipids-and-subclinical-myocardial-injury-during-increased-inflammation-in-rheumatoid-arthritis

43. Fonseka C, Rao D, Teslovich N, Korsunsky I, Hannes S, Slowikowski K, Gurish M, Donlin LT, Lederer JA, Weinblatt M, **Massarotti E**, Coblyn J, Helfgott S, Todd DJ, Bykerk VP, Karlson E, Ermann J, Lee YC, Brenner M, Raychaudhuri S. Single Cell Association Testing Identifies an Expanded Th1-Skewed Cytotoxic Effector CD4+ T Cell Subset in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/single-cell-association-testing-identifies-an-expanded-th1-skewed-cytotoxic-effector-cd4-t-cell-subset-in-rheumatoid-arthritis/.

44.  SAFETY OF THE ZOSTER RECOMBINANT ADJUVANTED VACCINE IN RHEUMATOID ARTHRITIS PATIENTS: A SINGLE CENTER'S EXPERIENCE WITH 300PATIENTS *Emma Stevens, Michael E. Weinblatt, Elena Massarotti, Frances Griffin, Sonali Desai* Eular 2019 Madrid Spain

45.  **UTILITY OF A MOBILE PHONE BASED APPLICATION TO COLLECT PATIENT REPORTED OUTCOME INFORMATION FROM SUBJECTS WITH SYSTEMIC LUPUS ERYTHEMATOSUS,***Brooke Williams, Bridget Muckian, Christine Peschken, Richard Furie, Elena Massarotti, Vanja Sikirica, Steven Gilbert, Martin Hodge, Peter Lipsky* EULAR 2019 Madrid Spain

46.  Huang S, He Z, Solomon D, **Massarotti E**, Golnik C, Seyok T, Brownmiller S, Cai T, Yang N, Campbell L, Barrett L, Bibbo C, Pariser K, Todd D, Bolster M, Di Carli M, Liao K. The Association Between Disease Activity with Coronary Microvascular Dysfunction in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/the-association-between-disease-activity-with-coronary-microvascular-dysfunction-in-rheumatoid-arthritis/.

47.  Narain S, Wallace D, Putterman C, Arriens C, Askanase A, Kalunian K, Collins C, Saxena A, **Massarotti E**, Alexander R, Ibarra C, O'Malley T, Conklin J, Ramsey-Goldman R, Ahearn J, Manzi S, Weinstein A, Dervieux T. Cell-bound Complement Activation Products in Combination with Low Complement C3 or C4 Have Superior Diagnostic Performance in Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/cell-bound-complement-activation-products-in-combination-with-low-complement-c3-or-c4-have-superior-diagnostic-performance-in-systemic-lupus-erythematosus/.

48.  Stevens E, Weinblatt M, **Massarotti E,** Griffin F, Emani S, Desai S. Safety of the Zoster Vaccine Recombinant, Adjuvanted in Rheumatoid Arthritis and Other Systemic Rheumatic Disease Patients: A Single Center's Experience with 400 Patients [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/safety-of-the-zoster-vaccine-recombinant-adjuvanted-in-rheumatoid-arthritis-and-other-systemic-rheumatic-disease-patients-a-single-centers-experience-with-400-patients/.

49.  Speyer C, Sinnette C, Stevens E, Guan H, Bibbo C, Di Carli M, Costenbader K, **Massarotti E**. Novel PET-Coronary Flow Reserve Imaging to Assess for Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus Compared to Subjects with Diabetes Mellitus and Controls [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/novel-pet-coronary-flow-reserve-imaging-to-assess-for-coronary-microvascular-dysfunction-in-systemic-lupus-erythematosus-compared-to-subjects-with-diabetes-mellitus-and-controls/.

50.  Wallace D, Alexander R, O'Malley T, Khosroshahi A, Hojjati M, Loupasakis K, Alper J, Sherrer Y, Fondal M, Kataria R, Powell T, Ibarra C, Narain S, **Massarotti E**, Weinstein A, Dervieux T. A Randomized Prospective Trial to Assess the Clinical Utility of Multianalyte Assay with Complement Activation Products in Diagnosing Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/a-randomized-prospective-trial-to-assess-the-clinical-utility-of-multianalyte-assay-with-complement-activation-products-in-diagnosing-systemic-lupus-erythematosus/.

51.  Williams B, Muckian B, Dykas C, Peschken C, Furie R, **Massarotti E**, sikirica V, Gilbert S, Hodge M, Lipsky P. Utility of a Mobile Phone Based Application to Collect Patient-Reported Outcome Information from People Living with Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/utility-of-a-mobile-phone-based-application-to-collect-patient-reported-outcome-information-from-people-living-with-systemic-lupus-erythematosus/.

52.  Ramsey-Goldman R, Alexander R, Narain S, Arriens C, **Massarotti E**, Wallace D, Saxena A, Collins C, Putterman C, Kalunian K, O'Malley T, Sace A, LaFon R, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation in Probable Systemic Lupus Erythematosus (pSLE) May Predict Progression to SLE Defined by Fulfillment of ACR Classification Criteria [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/complement-activation-in-probable-systemic-lupus-erythematosus-psle-may-predict-progression-to-sle-defined-by-fulfillment-of-acr-classification-criteria/.

53. Ramsey-Goldman R, Alexander R, **Massarotti E,** Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, Sace A, Lafon R, O'Malley T, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation Is a Feature of Diseases in the Lupus Spectrum [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/complement-activation-is-a-feature-of-diseases-in-the-lupus-spectrum/..

54.  Weber BN, Stevens E, Sinnette C, Brown JB, Divakaran S, Bibbo C, Hainer J, Klein J, Taqueti V, Dorbala S, Blankstein R, **Massarotti E,** Costenbader K, Di Carli M.
Patients with Systemic Lupus Erythematosus have a high prevalence of coronary microvascular dysfunction in the absence of obstructive coronary artery disease. ACC 2020

55.  Mehreen Elahee[1], Kathryne E. Marks[1], Ifeoluwakiisi A. Adejoorin[1], Lin Z. Chen[1], Derrick J. Todd[1], Jonathan S. Coblyn[1], Elena M. Massarotti[1], Susan Ritter[1], Michael Weinblatt[1], Daniel H. Solomon[1], and Deepak A. Rao[1]
A Proliferating T Cell Signature in Blood Is Associated with Response to JAK Inhibitor Therapy in Rheumatoid Arthritis Patients. ACR Convergence San Diego, 2023

56. Calvin Law[1,2,3*], Vanessa S. Wacleche[4,*], Ye Cao[4,*], Arundhati Pillai[1,2,3], Alice Horisberger[4], Sabrina Bracero[4], Viktoriya Skidanova[4], Zhihan Li[4], Ifeoluwakiisi Adejoorin[4], Isaac J. Benque[4], Diana Pena Nunez[4], Daimon P. Simmons[4,5], Joshua Keegan[6], Lin Chen[4], John Sowerby[4], A. Helena Jonsson[4], Elena Massarotti[4], Karen H. Costenbader[4], Michael B. Brenner[4], James A. Lederer[5], Judd F. Hultquist[7], Jaehyuk Choi[1,2,3,#], Deepak A. Rao[4,#]
CXCL13[+] T Cell Differentiation in Systemic Lupus Erythematosus Is Controlled by Opposing Effects of Aryl Hydrocarbon Receptor and Type I Interferon. ACR Convergence San Diego, 2023

**Narrative report**

My professional career has been devoted to improving the lives of patients with rheumatic diseases through direct clinical care, clinical research, and teaching. I joined the rheumatology faculty at the Brigham and Women's Hospital on August 1, 2007. Prior to then, I was the Clinical Director of the Division of Rheumatology at Tufts Medical Center for many years. In 2016, I assumed the position of Vice Chair, Clinical Affairs in the Department of Medicine which has allowed me the opportunity to improve patient care on a systems level.

I practice general rheumatology with special interests in rheumatoid arthritis and lupus. My hospital based practice is comprised of an established and consistently growing, large regional and national referral base. I have been recognized as an outstanding clinician numerous times in Boston Magazine, Best Doctors, and US News and World Report. A significant percentage of my new referrals are for patients seeking second and third rheumatologic opinions, and from other rheumatologists requesting special consultation. My direct contact with patients remains a rewarding part of my professional life, and inspires me to ask and try to answer many research questions regarding the diseases from which they suffer, and the many treatments they receive. My reputation as a highly experienced knowledgeable rheumatologist has resulted in numerous invited presentations regionally and nationally.

I became a paraplegic when I was nine years old as a result of complications from bacterial meningitis. While my drive to become a physician was present prior to my disability, my experiences as a patient thereafter significantly influenced my approach to patient care in both direct and indirect ways. As a young child, I was keenly aware of the physical barriers disabled patients confronted when visiting physicians and hospitals, and wondered why the very places that claimed to want to help people like me seemed to send opposite messages, with impossible to reach examination tables, inaccessible restrooms and showers, and narrow doorways that could not accommodate the wheelchairs they had prescribed. When I became the Clinical Director of Rheumatology at Tufts Medical Center (known as the Itzhak Perlman Family Arthritis Treatment Center for the first two years), one of my major endeavors was to render each exam room in the new center completely wheelchair friendly, with exam tables that could be easily adjusted to accommodate patients' needs, and not just the doctors' needs. I brought this unique prospective with me to the BWH in August 2007, and was instrumental in helping the hospital administration populate all the exam rooms in the BWH arthritis center with adjustable exam tables. As part of the hospital wide BWH Disability Committee, I helped oversee the implementation of numerous modalities to help mitigate the barriers facing patients with a wide range of disabilities at BWH. I am very proud of this work, and continue to work closely with administration to improve access to health care at the BWH for all patients with all disabilities.

The BWH cares for the largest number of lupus patients in New England. Prior to my arrival at the BWH in August 2007, clinical trials of new therapeutics in lupus had not been part of the clinical research efforts in the division. As Director of Clinical Trials in the Lupus Center, I have been the principal investigator of numerous trials of new therapeutics for lupus that have further reinforced the BWH rheumatology division's reputation as one of the strongest in the country, harkening back

to the mission of the Robert Breck Brigham Hospital. These clinical trials offer BWH lupus patients the opportunity to receive cutting edge treatments previously unavailable to them at the BWH, and my roles as a clinical investigator and seasoned clinician have allowed me to cultivate the BWH's Lupus Center reputation as a complete center offering multidisciplinary tertiary care, and new treatments. My work in clinical trials and the care of patients with lupus has been recognized at the national and international level, with invited presentations by the American College of Rheumatology, and professional rheumatology societies in other countries.

As Vice Chair of Clinical Affairs for the Department of Medicine, I oversee both inpatient and outpatient activities. This new role has allowed me to impart my commitment to outstanding patient care more widely, both in the day to day decisions involved in the delivery of health care and in the broader policies of a complex medical center. My "true north" in effecting these decisions and policies has been the care of the patient.  Examples of work encompassed in my role as Vice Chair have been the administration and coordination of a new patient call center, facilitating patient transfers across institutions as part of a hospital wide endeavor, re-organization of a large, sophisticated in patient cardiology service, and helping to integrate telemedicine into the work lives of busy physicians. I am proud represent the Department's voice in clinical medicine.

Education and teaching have been critically important components of my entire career, dating back to my chief residency in internal medicine.  I have been recognized for contributions in education with numerous teaching awards, including the Zucker Clinical Teaching Prize, awarded to me in 2001 by the faculty of Tufts University School of Medicine for outstanding innovation in clinical teaching. I was the course director for musculoskeletal pathophysiology at Tufts University School of Medicine from 1993 to 2002, which consistently received high score evaluations.  I continue to be invited to attend medical morning report, give house staff conferences, and teach medical students across all years in the classroom, in the clinics, and on the wards.

## <u>CERTIFICATE OF SERVICE</u>

I, David Poell, one of the attorneys for Defendant Payer Matrix, hereby certify that on November 29, 2023, I caused the foregoing **DECLARATION OF ELENA M. MASSAROTTI, M.D. IN SUPPORT OF DEFENDANT PAYER MATRIX, LLC'S OPPOSITION TO PLAINTIFF ABBVIE INC.'S MOTION FOR A PRELIMINARY INJUNCTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: _/s/ David M. Poell_
        David M. Poell