THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | Civil Action No. 1:23-cv-02836 |
| *Plaintiff*, | |
| v. | Hon. Jorge L. Alonso |
| Payer Matrix, LLC | Hon. Magistrate Judge Young B. Kim |
| *Defendant*. | |

**PLAINTIFF ABBVIE INC.'S MOTION FOR LEAVE TO FILE
DOCUMENTS IN REDACTED FORM AND UNDER SEAL**

Plaintiff AbbVie Inc. ("AbbVie") respectfully requests leave from the Court under Local Rules 5.8 and 26.2 to file AbbVie's Response to the Court's Order to Show Cause ("Response") in redacted form and the exhibits thereto under seal. In support of the instant motion, AbbVie states as follows:

1. On December 4, 2023, the Court issued an order requiring AbbVie to show cause within 14 days of the date of the order as to why this case should not be dismissed for lack of subject matter jurisdiction. (*See* Dkt. 154 at 1.)

2. AbbVie has attached as Exhibits A through G to its Response documents supporting diversity jurisdiction, including emails between counsel for AbbVie and Payer Matrix (the "Counsel Emails") and certain trust agreements and related documents (the "Trust Documents") that are relevant to the Court's jurisdictional analysis.

3. Pursuant to paragraph 3 of AbbVie and defendant Payer Matrix, LLC's ("Payer Matrix") Agreed Confidentiality Order and HIPAA Qualified Protective Order entered by Magistrate Judge Kim on July 17, 2023 (the "Confidentiality Order") (Dkt. 67), "Attorneys' Eyes

Only" is defined as "any information designated as "ATTORNEYS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER" by the producing party that contains highly sensitive business or personal information, the disclosure of which could create an elevated risk of causing substantial commercial or competitive harm."  (Dkt. 67.)

4. Pursuant to paragraph 5 of the Confidentiality Order, "Confidential Information" is defined as "information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial, or financial information that the party has maintained as confidential; (d) medical information concerning any individual (including, but not being limited to, protected health information, as defined by HIPAA); (e) personal information or individually identifiable information as defined by applicable data privacy and protection laws; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case. Information or documents that are available to the public may not be designated as Confidential Information, unless specifically agreed by the parties." (*Id.*)

5. On December 7, Payer Matrix's counsel asked that AbbVie not publicly file any details they provided to AbbVie regarding the two private trusts.  Counsel for AbbVie agreed to this request.

6. On December 8 and December 11, counsel for Payer Matrix provided the Trust Documents to counsel for AbbVie upon AbbVie's request.  Counsel for Payer Matrix designated the Trust Documents "ATTORNEYS' EYES ONLY– SUBJECT TO PROTECTIVE ORDER" and requested that the Trust Documents not be filed on the public docket.

7. The Response and the Counsel Emails extensively discuss specific portions of the Trust Documents and contain personal identifying information from the Trust Documents.

8. Accordingly, AbbVie seeks leave of the Court to file the Response in redacted form and Exhibits A, B, C, D, E, F, and G to the Response—the Counsel Emails and Trust Documents—under seal.

WHEREFORE, AbbVie respectfully requests the entry of an order granting its motion for leave to file the Response in redacted form and Exhibits A through G to the Response—the Counsel Emails and Trust Documents—under seal.

Dated: December 13, 2023

Respectfully submitted,

/s/ Valarie Hays
Valarie Hays
Daniel E. Raymond
Stephanna F. Szotkowski (*pro hac vice*)
Nicholas C. Zebrowski (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
stephanna.szotkowski@arnoldporter.com
nicholas.zebrowski@arnoldporter.com
Telephone: (312) 583-2440
Facsimile: (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Andrew Tutt (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
jeffrey.handwerker@arnoldporter.com
andrew.tutt@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

*Counsel for Plaintiff AbbVie Inc.*

## CERTIFICATE OF SERVICE

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on December 13, 2023, I caused the foregoing **PLAINTIFF ABBVIE INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS IN REDACTED FORM AND UNDER SEAL** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/* Valarie Hays