**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ABBVIE INC., | ) | |
| | ) | No. 23-cv-2836 |
| Plaintiff, | ) | |
| | ) | Judge Jorge L. Alonso |
| v. | ) | |
| | ) | |
| PAYER MATRIX, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Based on the parties' Joint Status Report, AbbVie Inc. ("AbbVie") and Payer Matrix, LLC ("Payer Matrix") have been able to reach agreement on the scope and scheduling considerations for the preliminary injunction hearing scheduled to begin on January 18, 2024 at 11:00 a.m. It is hereby ordered as follows:

1. **Scope of the Preliminary Injunction Hearing**: All topics addressed and evidence referenced in the parties' preliminary injunction briefing. Pursuant to the parties' agreement, AbbVie also may seek to admit any new patient assistance program ("PAP") applications that AbbVie produces to Payer Matrix by no later than 5:00 p.m. CT on January 11, 2024, and Payer Matrix may also seek to admit documents that relate to these new PAP applications produced by AbbVie.

2. **Deadline for Parties to Exchange Exhibit Lists**: January 12, 2024 by 5:00 p.m. CT. Payer Matrix may, however, seek to amend its exhibit list to add documents referenced in Paragraph 1 by no later than 5:00 p.m. CT on January 16, 2023.

3. **Exhibit List Logistics**: Any exhibit on the parties' exhibit lists may be used in any opening statements and closing arguments, even if not discussed with any live witness. Any documents used solely for impeachment need not be on the parties' exhibit lists. PowerPoint presentations need not be exchanged in advance by the parties, but the exhibits referenced within the presentations must be on the exhibit list.

4. **Deadline to File Motion(s) to Exclude Evidence**: January 4, 2024. Motions to exclude evidence shall be brief and succinct.

5. **Deadline to File Responses to Motion(s) to Exclude Evidence**: January 11, 2024. Responses to motions to exclude evidence shall be brief and succinct.

6. **Witness Lists and Proposed Witness Format**: The parties' Rule 30(b)(6) designees, Anne Najjar for AbbVie and Jennifer Hoefner for Payer Matrix, shall testify live at the preliminary injunction hearing. For witnesses that do not testify in-person, the parties represent that they will rely on these witnesses' written declarations and supporting exhibits. The parties may use a hybrid approach with their own live witness, meaning they may choose to present only a portion of the testimony live and rely on the witness's declaration for the remainder. The live witnesses should be sure to address, among other things: (1) Payer Matrix's role, if any, in implementing and/or requiring a "carve out" of specialty drugs from coverage under health insurance plans; (2) the nature of Payer Matrix's involvement in drafting, directing, and/or submitting PAP applications to AbbVie prior to January 2023; (3) the nature of Payer Matrix's involvement in drafting, directing, and/or submitting PAP applications to AbbVie during and after January 2023, including those for which AbbVie contends Payer Matrix "concealed" its involvement; (4) Payer Matrix's role, if any, in implementing, directing, or requiring an override process, and the frequency with which overrides were granted; and (5) Payer Matrix's efforts, if any, to encourage doctors and/or patients to switch from an AbbVie specialty drug to a non-AbbVie drug. Cross examinations will not be limited to the scope of direct examinations.

7. **Time Limits for Hearing:**

    a. **Opening Statements:** 15 minutes per side (30 minutes total)
    b. **Direct Examinations:** 2 hours per witness (4 hours total) (the parties may reserve some of their time for redirect
    c. **Cross Examinations:** 2 hours per witness (4 hours total)
    d. **Closing Arguments:** Up to 60 minutes per side (2 hours total) (AbbVie may reserve some of its time for rebuttal)

SO ORDERED.                                                    ENTERED:  December 14, 2023

_____
**JORGE L. ALONSO**
**United States District Judge**