**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ABBVIE INC., | § § | |
| Plaintiff, | § § | Civil Action No. 1:23-cv-02836 |
| v. | § § | Hon. Judge Jorge L. Alonso |
| PAYER MATRIX, LLC, | § § | Hon. Magistrate Young B. Kim |
| Defendant. | § § | |

## PAYER MATRIX, LLC'S MOTION TO SEAL

Pursuant to this Court's Order dated December 14, 2023, Defendant Payer Matrix, LLC respectfully moves for entry of an order from the Court, pursuant to Local Rules 5.8 and 26.2, granting its motion to seal documents filed in connection with Plaintiff AbbVie Inc.'s Response to the Court's Order to Show Cause. *See* Dkt. 162 at 3 (stating the Court "will allow the documents to remain provisionally sealed until January 15, 2024, to allow AbbVie or Payer Matrix to file a properly supported motion to seal if they choose"). In support of this Motion, Payer Matrix also files a Memorandum of Law, which it expressly incorporates by reference herein.

Dated: January 15, 2024
Respectfully submitted,

PAYER MATRIX, LLC

*/s/ David M. Poell*
Kenneth E. Rechtoris (#6190285)
David M. Poell (#6302765)
K. Hope Harriman (#6342138)
**SHEPPARD MULLIN RICHTER &**
**HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
krechtoris@sheppardmullin.com
dpoell@sheppardmullin.com

-2-

hharriman@sheppardmullin.com

Danielle Vrabie*
Meghan M. Stuer*
Katherine Anne Boy Skipsey*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212)-634-3081
Fax: (917)-438-6162
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com
kboyskipsey@sheppardmullin.com

Kathleen M. Stratton*
Calla N. Simeone*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
Tel: (202)-747-1956
Fax: (202)-747-9456
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com
*Admitted *Pro Hac Vice*

*Counsel for Payer Matrix, LLC*