# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC., | ) |
| Plaintiff, | ) Civil Action No. 1:23-cv-02836 ) ) Hon. Jorge L. Alonso |
| v. | ) ) |
| PAYER MATRIX, LLC, | ) Hon. Magistrate Young B. Kim ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, January 23, 2024, at 9:30 a.m., or as soon as counsel may be heard, we shall appear before the Honorable Judge Jorge L. Alonso, or any judge sitting in his stead in Courtroom 1903 of the United States District Court, Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois and then and there present **PAYER MATRIX'S MOTION TO SEAL**, a copy of which has been served upon you.

Dated: January 16, 2024

Respectfully submitted,

PAYER MATRIX, LLC

/s/ David M. Poell
Kenneth E. Rechtoris (# 6190285)
David M. Poell (#6302765)
K. Hope Harriman (#6342138)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
krechtoris@sheppardmullin.com
dpoell@sheppardmullin.com
hharriman@sheppardmullin.com

Danielle Vrabie*
Meghan M. Stuer*
Katherine Anne Boy Skipsey*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212)-634-3081
Fax: (917)-438-6162
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com
kboyskipsey@sheppardmullin.com

Kathleen M. Stratton*
Calla N. Simeone*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
Tel: (202)-747-1956
Fax: (202)-747-9456
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com
*Admitted *Pro Hac Vice*

*Counsel for Payer Matrix, LLC*

## **CERTIFICATE OF SERVICE**

    I, David Poell, one of the attorneys for Defendant Payer Matrix, hereby certify that on January 16, 2024, I caused the foregoing **NOTICE OF MOTION** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

                                                By: */s/ David M. Poell*
                                                       David M. Poell