THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Payer Matrix, LLC, <br><br> *Defendant*. | Civil Action No. 1:23-cv-02836 <br><br> Hon. Jorge L. Alonso <br> Hon. Magistrate Judge Young B. Kim |

**JOINT STATUS REPORT**

Plaintiff AbbVie Inc. ("AbbVie") and defendant Payer Matrix, LLC ("Payer Matrix"), by and through their respective counsel, jointly submit this status report, pursuant to the Court's Order, dated January 18, 2024 (ECF No. 170).

1. AbbVie intends to file a motion seeking leave to amend the Complaint and will attach the proposed Amended Complaint to that motion. While AbbVie believes diversity jurisdiction exists with respect to the current state law claims, it is AbbVie's position that the facts uncovered during expedited discovery strongly support amendment to add federal law claims (and an additional state law claim). AbbVie proposes a deadline of February 29, 2024, to file its motion to amend the Complaint and the proposed Amended Complaint.

2. Payer Matrix expressly reserves the right to file a response to AbbVie's motion for leave to amend the Complaint and proposes a deadline of March 28, 2024 for Payer Matrix to file its response.

3. If the Court believes diversity jurisdiction remains an issue that should be addressed at this time, AbbVie proposes setting a deadline of February 29, 2024, for AbbVie to file its

supplemental brief in support of diversity jurisdiction, in accordance with the Court's order, dated December 14, 2023 (ECF No. 162).

4. Payer Matrix expressly reserves its right to file a response to AbbVie's supplemental brief in support of diversity jurisdiction, if AbbVie files the supplemental brief. Payer Matrix will have to review AbbVie's February 29, 2024, filings in conjunction before determining whether it would be appropriate for Payer Matrix to file a brief articulating its position on the diversity jurisdiction question. Thus, Payer Matrix proposes that the Court set a deadline of March 28, 2024, for Payer Matrix to respond to AbbVie's supplemental jurisdiction brief (in the event AbbVie files a brief and Payer Matrix decides to respond).

5. Payer Matrix and the related subpoenaed third parties who are represented by Sheppard Mullin completed their respective productions of documents responsive to the jurisdictional discovery requests as of January 22, 2024. Citicorp's counsel has indicated that it expects to produce Citicorp's responsive documents by early this week.

The parties will be prepared to discuss this joint status report and other related topics at the telephonic status hearing scheduled for February 15, 2024 at 10:30 a.m.

Dated: February 12, 2024                    Respectfully submitted,

/s/ Valarie Hays                            /s/ David M. Poell
Valarie Hays                                David M. Poell
Daniel E. Raymond                           Kenneth E. Rechtoris
Stephanna F. Szotkowski (*pro hac vice*)    Kelsie H. Harriman
Nicholas C. Zebrowski (*pro hac vice*)      SHEPPARD MULLIN RICHTER & HAMPTON LLP
ARNOLD & PORTER KAYE SCHOLER LLP            321 North Clark Street, 32nd Floor
70 West Madison Street, Suite 4200          Chicago, Illinois 60654
Chicago, Illinois 60602                     dpoell@sheppardmullin.com
valarie.hays@arnoldporter.com               krechtoris@sheppardmullin.com
daniel.raymond@arnoldporter.com             hharriman@sheppardmullin.com
stephanna.szotkowski@arnoldporter.com       Telephone:  (312) 499-6349
nicholas.zebrowski@arnoldporter.com         Facsimile:  (312) 499-4745
Telephone:  (312) 583-2440
Facsimile:  (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Andrew Tutt (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
jeffrey.handwerker@arnoldporter.com
andrew.tutt@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

*Counsel for Plaintiff AbbVie Inc.*

Danielle Vrabie (*pro hac vice*)
Meghan M. Stuer (*pro hac vice*)
Katherine Anne Boy Skipsey (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th Floor
New York, New York 10112
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com
kboyskipsey@sheppardmullin.com
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Calla N. Simeone (*pro hac vice*)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, D.C. 20006
csimeone@sheppardmullin.com
Telephone: (202) 747-2647
Facsimile: (202) 747-3920

*Counsel for Defendant Payer Matrix, LLC*

## **CERTIFICATE OF SERVICE**

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on February 12, 2024, I caused the foregoing **JOINT STATUS REPORT** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/ Valarie Hays*
Valarie Hays