THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Georgia N. Alexakis |
| Payer Matrix, LLC, | Hon. Magistrate Judge Young B. Kim |
| *Defendant*. | |

**DEFENDANT PAYER MATRIX, LLC'S**
**<u>*UNOPPOSED*</u> MOTION TO CONTINUE SEPTEMBER 19, 2024 HEARING**

NOW COMES Defendant Payer Matrix, LLC ("Defendant"), by and through undersigned counsel, and for its Unopposed Motion to Continue the September 19, 2024 Hearing, hereby states as follows:

1. On September 10, 2024, the Court issued a Minute Entry scheduling an in-person hearing for September 19, 2024 at 9:30 a.m. (ECF No. 224.) Per the Order, the hearing concerns (i) Plaintiff's motion for leave to file a first amended complaint (ECF No. 178); (ii) Plaintiff's motion for leave to file certain documents under seal (ECF No. 179); (iii) Plaintiff's motion to unseal the unredacted proposed first amended complaint (ECF No. 200); and (iv) Defendant's motion to strike Plaintiff's notice of supplemental evidence (ECF No. 212).[1]

2. Co-lead counsel for Payer Matrix, David Poell, will be arguing these motions. However, Mr. Poell has a preexisting scheduling conflict on the morning of September 19. Specifically, he is scheduled to deliver a panel presentation as part of the Illinois Association of

---

[1] As indicated in the parties' most recent joint status report, Defendant will file a reply in support of its motion to strike by September 16, 2024.

Healthcare Attorneys quarterly lecture series, and such presentation begins at **8:30 a.m. CDT**.[2] The presentation is expected to last approximately one hour, which would mean it would end at the same time the hearing in this matter is scheduled to begin.

3. Additionally, at 1:30 p.m. on September 19, Mr. Poell will present a 30-minute oral argument regarding several pending motions in the matter captioned as *Sika Corporation v. Holcim Ltd., et al.*, Case No. 1:23-cv-01464 (N.D. Ill.) (Pacold, J.). *See id.*, ECF No. 68 (July 25, 2024) (scheduling oral argument on defendants' Rule 12 motions to dismiss and plaintiffs' motion for jurisdictional discovery for Sept. 19, 2024). Mr. Poell represents the plaintiffs in the Sika matter. A copy of the order scheduling oral argument in the Sika matter is attached as Exhibit 1.

4. Given Mr. Poell's direct conflict on the morning of September 19, and the fact he must present oral argument on a potentially dispositive motion in another matter later that same day, Defendant respectfully asks that the Court continue the September 19th hearing date to a new date to accommodate Mr. Poell's existing obligations.

5. Undersigned counsel has conferred with Plaintiff AbbVie's lead counsel, Valarie Hays, regarding the relief requested by this motion to continue. Ms. Hays conveyed Plaintiff's position as follows: *Due to Mr. Poell's position on other case commitments that conflict with the scheduled hearing on September 19, AbbVie does not oppose Defendant's request for a new hearing date.*

6. Both parties respectfully request that this hearing be rescheduled at the Court's earliest convenience. Counsel for AbbVie and Payer Matrix are both available on September 23 and September 26, 2024, if either of those dates work with the Court's schedule.

---

[2] *See* https://www.iahanet.org/page/QuarterlyLecPublic.

7. Defendant files this motion in good faith and not for purposes of delay or any other improper purpose.

WHEREFORE, Defendant Payer Matrix, LLC respectfully requests that the Court enter an Order: (i) continuing the scheduled September 19, 2024 hearing date to September 23, September 26, or another date in the Court's discretion; and (ii) providing any additional relief the Court finds appropriate and just.

Dated: September 10, 2024                     Respectfully submitted,

                                              PAYER MATRIX, LLC

                                              /s/ David M. Poell
                                              David M. Poell (#6302765)
                                              Kenneth E. Rechtoris (#6190285)
                                              SHEPPARD MULLIN RICHTER &
                                              HAMPTON LLP
                                              321 N. Clark St., 32nd Floor
                                              Chicago, Illinois 60654
                                              Tel: (312) 499-6300
                                              dpoell@sheppardmullin.com
                                              krechtoris@sheppardmullin.com

                                              Danielle Vrabie*
                                              David S. Sanson*
                                              Meghan M. Stuer*
                                              Katherine Anne Boy Skipsey*
                                              SHEPPARD MULLIN RICHTER &
                                              HAMPTON LLP
                                              30 Rockefeller Plaza
                                              New York, New York 10112
                                              Tel: (212) 634-3081
                                              dvrabie@sheppardmullin.com
                                              dsanson@sheppardmullin.com
                                              mstuer@sheppardmullin.com
                                              kboyskipsey@sheppardmullin.com

                                              Kathleen M. Stratton*
                                              Calla N. Simeone*
                                              SHEPPARD MULLIN RICHTER &
                                              HAMPTON LLP
                                              2099 Pennsylvania Ave., NW

Suite 100
Washington, D.C. 20006
Tel: (202) 747-1956
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com

*Admitted *Pro Hac Vice*

*Counsel for Payer Matrix, LLC*