# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sika Corporation, et al.
                        Plaintiff,

v.                                             Case No.: 1:23–cv–01464
                                                     Honorable Martha M. Pacold

Frank Hoefflin, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Defendants' unopposed motion to reschedule the hearing on defendants' motions to dismiss and plaintiffs' motion for discovery [67] is granted. The motion hearing set for 8/16/2024 is stricken and reset to 9/19/2024 at 1:30 p.m. in Courtroom 2325. Each side will be given 30 minutes to argue the pending motions to dismiss, [27], [30], and motion for discovery, [43]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.