THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | |
| *Plaintiff,* | Civil Action No. 1:23-cv-02836 |
| v. | The Honorable Georgia N. Alexakis |
| Payer Matrix, LLC, | The Honorable Young B. Kim |
| *Defendant.* | |

**PLAINTIFF ABBVIE INC.'S UNOPPOSED MOTION
FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Plaintiff AbbVie Inc. ("AbbVie"), by and through its counsel, respectfully moves for leave to file a memorandum of law in support of its anticipated Motion for Preliminary Injunction that exceeds the fifteen page limit and totals 57 pages. In support of this motion, AbbVie states the following:

1. On May 31, 2023, AbbVie filed its original Motion for Preliminary Injunction (Dkt. 21) seeking to enjoin defendant Payer Matrix, LLC ("Payer Matrix) from the conduct at issue in the Complaint. On June 1, 2023, AbbVie filed a motion requesting limited expedited discovery in support of its motion, which was granted. (Dkts. 39, 54.)

2. After the parties engaged in expedited discovery, AbbVie filed an updated Motion for Preliminary Injunction and supporting memorandum of law (Dkt. 107, 109-110), and the Court granted AbbVie's motion to increase the page limit of the memorandum of law to 54 pages so AbbVie could incorporate the evidence obtained during expedited discovery (Dkt. 106.) The Court subsequently granted Payer Matrix's request to file a response brief of 65 pages. (Dkt. 133.)

3.      On September 23, 2024, the Court granted AbbVie's motion for leave to file a First Amended Complaint ("FAC") (Dkt. 233).  AbbVie now plans to file a renewed Motion for Preliminary Injunction on October 18, 2024.

4.      AbbVie seeks permission to extend the page limit of the memorandum of law supporting its motion for a preliminary injunction from 54 to 57 pages.  This three-page extension will allow AbbVie to fully address the newly added factual allegations and claims in the FAC.

5.      Consistent with the Court's standing order and Local Rule 7.1, AbbVie's memorandum of law in support of its motion for preliminary injunction is not to exceed fifteen pages without prior approval of the Court.

6.      On October 14, 2024, counsel for AbbVie conferred with  Payer Matrix's counsel, David Poell, about AbbVie's requested extension of the page limit.  Mr. Poell stated that Payer Matrix does not oppose AbbVie's request for a 57-page limit, as long as AbbVie does not oppose Payer Matrix's request to extend the page limit on its response brief by three pages as well, for a total of up to 68 pages.  AbbVie agreed that it would not oppose this request.

WHEREFORE, AbbVie respectfully requests that the Court enter an order granting AbbVie leave to file a 57-page brief in support of its Motion for Preliminary Injunction.

Date:  October 15, 2024                          Respectfully submitted,

                                                 */s/ Valarie Hays*
                                                 Valarie Hays
                                                 Daniel E. Raymond
                                                 Emily Dorner
                                                 Nicholas C. Zebrowski (*pro hac vice*)
                                                 Stephen Ferro (*pro hac vice*)
                                                 valarie.hays@arnoldporter.com
                                                 daniel.raymond@arnoldporter.com
                                                 emily.dorner@arnoldporter.com
                                                 nicholas.zebrowski@arnoldporter.com
                                                 stephen.ferro@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone: (312) 583-2440
Facsimile: (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
jeffrey.handwerker@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

Stephen Cha-Kim (*pro hac vice*)
Max Romanow (*pro hac vice*)
stephen.cha-kim@arnoldporter.com
max.romanow@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Counsel for Plaintiff AbbVie Inc.*

## CERTIFICATE OF SERVICE

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certifies that on October 15, 2024, I caused the foregoing **PLAINTIFF ABBVIE INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES** to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/ Valarie Hays*
Valarie Hays