EXHIBIT 1

**PART I: General Information**

**DATE PREPARED:**      November 20, 2024

**Name:**      Elena M. Massarotti, M.D.

**Office Address:**      Brigham and Women's Hospital
Director, Clinical Trials, Lupus Center
Division of Rheumatology
Vice Chair of Clinical Affairs in the Department of Medicine
60 Fenwood Road, 3032K
Boston, MA 02115

**Home Address:**      151 Tremont Street #8N Boston, MA 02111

**Work Email:**      emassarotti@bwh.harvard.edu      **Work FAX:** (617) 732-5505

**Place of Birth:**      Boston, MA

**Education:**

| | | |
|---|---|---|
| 1980 | B.S. Biology | Tufts University, Medford, MA |
| 1984 | M.D. | Tufts University School of Medicine, Boston, MA |
| 2009 | BWH/Harvard Business School Leadership Program | |
| 2012 | BWH Leader as Negotiator Program | |

**Postdoctoral Training:**

| | |
|---|---|
| 1984-1985 | Internship in Internal Medicine, New England Medical Center, Boston MA |
| 1985-1987 | Residency in Internal Medicine, New England Medical Center, Boston, MA |
| 1990-1991 | Chief Medical Residency, New England Medical Center, Boston, MA |
| 1988-1990 | Fellowship in Rheumatology/Immunology, New England Medical Center, Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 1985 | Diplomat of National Board of Medical Examiners |
| 1987 | Board Certified, Internal Medicine |
| 1988 | Commonwealth of Massachusetts |
| 1990 | Board Certified, Rheumatology |
| 2000 | Re-certified, Rheumatology |
| 2010 | Re-certified, Rheumatology |
| 2023 | Re-certified Rheumatology |

**Academic Appointments:**

| | |
|---|---|
| 1988-1991 | Instructor in Medicine, Tufts University School of Medicine |
| 1991-1993 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| 1991-1993 | Lecturer in Medicine, Tufts University School of Medicine |
| 1993-2003 | Assistant Professor of Medicine, Tufts University School of Medicine |
| 1993-2007 | Assistant Professor of Orthopedic Surgery, Tufts University School of Medicine |
| 2003-2007 | Associate Professor of Medicine, Tufts University School of Medicine |
| 2007- | Associate Professor of Medicine, Harvard Medical School (effective 8-1-07) |

**Hospital or Affiliated Institution Appointments:**

| | |
|---|---|
| 1990-1991 | Assistant in Medicine, New England Medical Center |
| 1991-present | Rheumatologist, New England Medical Center, Boston, MA |
| 1992-1993 | Assistant Physician, Beth Israel Hospital, Boston, MA |
| 1993-2000 | Assistant Physician, New England Medical Center |
| 2000-2007 | Physician, Tufts New England Medical Center |
| 2007- | Associate Physician, Brigham and Women's Hospital |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1993-present | Physician, New England Sinai Hospital |

**Major Administrative Responsibilities:**

| | |
|---|---|
| 1991-1993 | Director of Medical Housestaff Training, Mount Auburn Hospital, Cambridge, MA |
| 1991-1993 | Associate Firm Chief, Mount Auburn Hospital Cambridge MA |
| 1991-1993 | Acting Firm Chief, Mount Auburn Hospital, Cambridge, Massachusetts |
| 1993-2000 | Director, Rheumatology Training, Tufts New England Medical Center, Boston MA |
| 2000-2002 | Clinical Director, Itzhak Perlman Family Arthritis Treatment Center, Tufts New England Medical Center Boston MA |
| 2002 –2003 | Acting Chief of Rheumatology, Tufts New England Medical Center, Boston MA |
| 2003-2007 | Clinical Director, Division of Rheumatology, Tufts New England Medical Center |
| 2007- | Director, Clinical Trials, Lupus Center, Brigham and Women's Hospital |
| 2008- 2016 | Co-Director, Clinical Trials Center, Division of Rheumatology, BWH |
| 2016- | Vice Chair of Clinical Affairs, Department of Medicine, BWH |

**Major Committee Assignments:**

Brigham and Women's Hospital, Boston MA

| | |
|---|---|
| 2008- | Council on Disabilities Awareness, Member |
| 2008- | Committee on Health Care Equality, Member |
| 2009-2011 | Partners Institutional Review Board, Member |
| 2009- | Selection Committee, Department of Medicine Clinical Innovations Grant |

| 2010-2014 | Committee on Conflicts of Interests (Partners), Member |
| 2016- | Harvard Catalyst Scientific Review Committee, Member |
| 2018 | Search Committee, CMO, Brigham and Women's Hospital, Member |
| 2019 | Search Committee, Chief Quality Officer, Brigham and Women's Hospital |
| 2021 | Search Committee, President Spaulding Rehabilitation Hospital |
| 2021 | Search Committee, Chief of Medicine, Brigham and Women's Faulkner Hospital |
| 2022 | Course Director, BWH/Harvard Business School Leadership Program |
| 2022 | Chair, Search Committee, BWH Internal Medicine Program Director |
| 2022 | Grant Review Committee, Gund Fund for RA research, BWH, Division of Rheumatology |
| 2023 | Search Committee, Clinical Director Allergy and Immunology, BWH |
| 2023 | Search Committee, Chief of Clinical Sciences, Division of Rheumatology, BWH |
| 2023 | Search Committee, Medical Director of BH Infusion Center Services |
| 2024 | Search Committee, SVP of Clinical Operations, Mass General Brigham |
| 2024 | Integration Oversight Committee, Department of Medicine, BWH/Mass General Brigham |
| 2024 | Chair, Search Committee, Vice Chair of Quality, Dept of Medicine, MGB |

Tufts New England Medical Center, Boston MA

1993-1997 Internship Selection Committee. Department of Medicine. Member. New England Medical Center

1994-1995 Committee on Physician Health and Welfare. Member. New England Medical Center

1999-2001 Clinical Competency Committee, Department of Medicine. Member. New England Medical Center

2005-2005 Ambulatory Care Action Force. Member. Tufts-New England Medical Center

2006- Medical Staff of Tufts-NEMC. Secretary. Tufts New England Medical Center

2006 Search Committee for Chief of Radiology. Member. Tufts New England Medical Center.

2006 Nominating Committee of Physicians at T-NEMCH. Trustee. Tufts New England Medical Center

2007 Committee for Prescribing of Chemotherapeutic Agents. Member. Tufts New England Medical Center

**Harvard Medical School**

2014-2018 Member, Admissions Committee

**Tufts University School of Medicine**

3

1999 Phase II Subcommittee on Curriculum Development. Member. Tufts University School of Medicine

1999-2001 Medical School Admissions Committee.  Member. Tufts University School of Medicine

**Massachusetts Department of Public Health**

2002-2003 Committee for the Surveillance of Lupus in Massachusetts.  Member. Massachusetts Department of Public Health

**Professional Societies**:

| | |
|---|---|
| 1988- | American College of Rheumatology, Member |
| 1988- | New England Rheumatism Society, Member |
| 1996-1998 | Tufts University, Alumnae Council, Member |
| 1999 | American College of Physicians, Fellow |
| 2003-2004 | New England Rheumatism Society, Vice President |
| 2004-2005 | New England Rheumatism Society, President |
| 2005-2009 | Lupus Foundation of New England, Trustee |
| 2005- 2007 | American College of Rheumatology, Member, Planning Committee |
| 2012 | Executive Committee, Lupus Nephritis Trials Network |
| 2012-2015 | American College of Rheumatology, Practice Guidelines SubCommittee |

**Editorial Boards:**

| | | |
|---|---|---|
| 1996 | Ad Hoc Reviewer | Medical Letter |
| 1996- | Ad Hoc Reviewer | New England Journal of Medicine |
| 1999 | Ad Hoc Reviewer | Infectious Diseases in Clinical Practice |
| 2004- | Ad Hoc Reviewer | Journal of the American Medical Association |
| 2007 | Ad Hoc Reviewer | International Journal of Clinical Practice |
| 2007 | Ad Hoc Reviewer | Value in Health |
| 2007- | Ad Hoc Reviewer | Lupus |
| 2007-2009 | Associate Editor | Images.MD |
| 2007 | Ad Hoc Reviewer | Pharmacoeconomics |
| 2008 | Abstract Review Committee | American College of Rheumatology (RA, Clinical Aspects) |
| 2008- | Ad Hoc Reviewer | Arthritis Research and Therapy |
| 2008- | Ad Hoc Reviewer | Arthritis Care and Research |
| 2008- | Ad Hoc Reviewer | Expert Review in Clinical Immunology |
| 2009 | Abstract Review Committee | American College of Rheumatology (RA, Clinical Aspects) |
| 2010- | Ad Hoc Reviewer | Therapeutic Advances in Chronic Disease |
| 2010-2013 | Co-Chair, SLE Clinical Abstracts | American College of Rheumatology |
| 2011- | Ad Hoc Reviewer | Future Medicine |

| 2011- | Ad Hoc Reviewer | Annals of the Rheumatic Diseases |
|---|---|---|
| 2011- | Ad Hoc Reviewer | American Journal of Kidney Diseases |
| 2011- | Ad Hoc Reviewer | Arthritis and Rheumatism |
| 2011- | Ad Hoc Reviewer | International Journal of Clinical Practice |
| 2012- | Ad Hoc Reviewer | Journal of Rheumatology |
| 2012- | Ad Hoc Reviewer | Seminars in Arthritis and Rheumatism |
| 2012- | Ad Hoc Reviewer | New England Journal of Medicine |
| 2012-2013 | Abstract Review Committee | GLADEL (Grupo Latino) |
| 2013-2016 | Editorial Board | Arthritis Care and Research |
| 2013- | Question Writer | MKSAP, 2013, Rheumatology Update (American College of Physicians) |
| 2013- | Ad Hoc Reviewer | Nature Reviews Rheumatology |
| 2014- | Ad Hoc Reviewer | Lupus Science and Medicine |
| 2014- | Ad Hoc Reviewer | Clinical Therapeutics |
| 2015 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2015- | Ad Hoc Reviewer | Nature Reviews, Nephrology |
| 2015- | Expert Panel | American College Rheumatology Lupus Classification Criteria |
| 2016 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2016- | Ad Hoc Reviewer | JAMA |
| 2016 | Safety Officer | SEDRA Study: Sildenafil in RA (NIAMS-PI: Liang, Moreland) |
| 2017 | Primary Reviewer | FDA; Orphan Diseases-Granulomatous Polyangiitis |
| 2017 | DSMB | EMD Serono BTK inhibitor SLE |
| 2017 | DSMB | Amgen, Still's (Kineret) |
| 2018- | Ad Hoc Reviewer | New England Journal of Medicine |
| 2018 | Reviewer | LUCIN Grant Review |
| 2022- | Specialty Chief Editor (Clinical Research and Treatment in Lupus) | Frontiers in Lupus |
| 2023 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2024 | Ad Hoc Reviewer | American College of Rheumatology (SLE Clinical Abstracts) |
| 2024 | Poster Tour Leader, Lupus Treatments | American College of Rheumatology National Meeting Nov 2024 (Wash DC) |
| 2024 | Session Moderator, Car T SLE Therapy | American College of Rheumatology National Meeting Nov 2024 (Wash DC) |

**Awards and Honors:**

| 1976 | Valedictorian, St. Patrick's High School, Watertown MA |
|---|---|
| 1978 | Benjamin G. Brown Scholarship Recipient in Biology, Tufts University |
| 1980 | Summa Cum Laude in Biology, Tufts University |

| | |
|---|---|
| 1980 | Phi Beta Kappa, Tufts University |
| 1980 | Service Citation, Tufts University |
| 1984 | Tufts University School of Medicine, The William Dameshek Prize in Internal Medicine |
| 1999 | *Fellow*, American College of Physicians |
| 1999 | Oliver Smith Award, New England Medical Center (recognizing excellence, compassion, and service given on behalf of Maurice Katz; Monica Ness; Sandra Scotti; Mildred Walsh; Jane Schofield; and Anna Doyle; Pauline Fisher; and Barry and Shoshana Hartman) |
| 2000 | Oliver Smith Award, New England Medical Center (on behalf of Carralyea Barranco; Anna Doyle) |
| 2001 | Boston Magazine, *Top Docs for Women* (in two categories: autoimmune diseases and rheumatology) |
| 2001 | Oliver Smith Award, New England Medical Center (given on behalf of Maurice Katz) |
| 2001 | Oliver Smith Award, New England Medical Center (given on behalf of Elizabeth Dunn; and Monica Ness) |
| 2002 | Oliver Smith Award, New England Medical Center (given on behalf of John Kelly; Anne Loughran; Ruth Farrell; and Helen Kulesza) |
| 2002 | Boston Magazine, *Top Doctors* |
| 2003 | Oliver Smith Award, New England Medical Center (given on behalf of Helen Kulesza; and Ruth Farrell) |
| 2006 | Tufts University Distinguished Alumni Service Award |
| 2006 | Oliver Smith Award, Tufts New England Medical Center (given on behalf of Ernest Sordillo; and Ronald Scott) |
| 2007 | Oliver Smith Award, Tufts New England Medical Center (given on behalf of Mr. and Mrs. Michael Cassese; given on behalf of Susan Silkes) |
| 2007 | Outstanding Physician, Checkbook.org, Boston, MA (21 mentions) |
| 2008 | Compassionate Caregiver, Kenneth B. Schwartz Center (nominated by Lawrence Bacow) |
| 2009 | Distinguished Alumni Award, Tufts Medical School 25th Reunion Class Gift |
| 2009 | Compassionate Caregiver, Kenneth B. Schwartz Center, Honorable Mention |
| 2009 | Boston Magazine, *Top Doctors* |
| 2010 | Boston Magazine, *Top Doctors* |
| 2011 | US News and World Report, *Top Doctors* |
| 2011 | Boston Magazine, *Top Doctors* |
| 2012 | US News and World Report, *Top Doctors* |
| 2012 | Boston Magazine, *Top Doctors* |
| 2013 | Best Doctors |
| 2013 | Partners in Excellence Award, Partners Healthcare System |
| 2013 | Boston Magazine, *Top Doctors* |
| 2014 | Boston Magazine, *Top Doctors* |
| 2015 | Boston Magazine, *Top Doctors* |
| 2016 | Boston Magazine, *Top Doctors* |
| 2017 | Distinguished Clinician, Brigham and Women's Hospital |
| 2017 | BWPO Award in Clinical Collaboration |

| 2017 | Boston Magazine, *Top Doctors* |
| 2018 | Boston Magazine, *Top Doctors* |
| 2019 | Boston Magazine, *Top Doctors* |
| 2020 | Boston Magazine, *Top Doctors* |
| 2021 | Boston Magazine, *Top Doctors* |
| 2022 | Boston Magazine, *Top Doctors* |
| 2023 | Boston Magazine, *Top Doctors* |
| 2023 | Brigham and Women's Hospital Faculty Pillar Award (Clinical Collaboration) |
| 2024 | Marion Ropes Award for Clinical Excellence, Arthritis Foundation |

**Part II: Research, Teaching, and Clinical Contributions**

**B. Funding Information (Not applicable)**

**C. Report of Current Research Activities**

Active Clinical Trials:

A Phase 1/2, Open-Label Study to Evaluate the Safety and Efficacy of Autologous CD19-specific Chimeric Antigen Receptor T cells (CABA-201) in Subjects with Active Systemic Lupus Erythematosus. Sponsor: Cabaletta Bio. **Site PI: Elena M. Massarotti MD**

A Phase 1 Study to Evaluate the Safety, Tolerability, Pharmacokinetics, Pharmacodynamics, and Activity of Single Ascending Doses of SBT777101 in Subjects with Rheumatoid Arthritis **Co PI Elena M. Massarotti MD**

Completed Trials and Studies (BWH):

Booster Effects with Autoimmune Treatments in Patients with Poor Response to Initial Covid-19 Vaccine (ACV01) **Site investigator for Lupus: Elena Massarotti MD**

Central Pain Mechanisms, Pain Intensity and Drug Response in Rheumatoid Arthritis **Co-investigator: Elena M. Massarotti MD**

Lipids, inflammation and cardiovascular risk in RA **Co-investigator: Elena M. Massarotti MD**

7

Partners Institution Systemic Lupus Erythematosus (SLE) Registry **Co-investigator: Elena M. Massarotti MD**

Profiling of cell subsets in human disease (PROSET-HD) **Co-investigator: Elena M. Massarotti MD**

Systemic Lupus Erythematosus Biobank **Co-investigator: Elena M. Massarotti MD**

SYstemic Lupus Very Early Research "SYLVER" Prospective Longitudinal Cohort Study **Co-investigator: Elena M. Massarotti MD**

The Health-related Quality of Life, Fatigue and Health Utility of Patients with Lupus Nephritis. **Site PI: Elena M. Massarotti MD**

Treatments Against RA and Effect on FDG-PET/CT **Co-Investigator Elena M. Massarotti MD**

Understanding the role of psychosocial factors and disease activity on medication use among patients with lupus **Co-Investigator Elena M. Massarotti MD**

Agreement of Understanding: Validation of a Mobile Phone Based EPRO Tool in Subjects with Systemic Lupus Erythematosus **Site PI: Elena M. Massarotti MD**

THE CLASS STUDY: Complement Activation in Lupus Spectrum **Site PI: Elena M. Massarotti MD**

Prognostic Value of Coronary Flow Reserve in Patients With Ischemic Heart Disease **Co-investigator: Elena M. Massarotti MD**

Novel PET-CFR Imaging to assess for Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus **PI: Elena M. Massarotti MD**

A Multicenter, Open-Label, Proof-of-Activity Study of The Effect of Subcutaneous ACTEMRA on Inflamed Atherosclerotic Plaques in Patients with Rheumatoid Arthritis **Site PI: Elena Massarotti**

Pathway Exploration and Analysis in Renal Lupus. **Site PI: Elena Massarotti MD**

A Double-Blind, Placebo-Controlled Randomized, Multicenter Study to Assess Changes in Omega-3 Index in Erythrocytes and Health Benefit after 24 Weeks of Daily Consumption of AKBM-3031 (Omega-3 Phospholipids from krill), Followed by a 24 Week Open-Label Extension, in Patients with Systemic Lupus Erythematosus (SLE). **Site PI Elena M. Massarotti MD**

An Investigator Initiated Phase II, Randomized, Withdrawal Study of Mycophenolate Mofetil(MMF) in Patients with Stable, Quiescent Systemic Lupus Erythematosus. **Site PI: Elena M. Massarotti MD**

Treatments Against RA and Effect on FDG-PET/CT. **Site PI: Elena M. Massarotti MD**

A Multicenter, Open-Label, Proof of Activity Study of the Effect of Subcutaneous ACTEMRA on Inflamed Atherosclerotic Plaques in Patients with Rheumatoid Arthritis. PI: Ahmed Takawol MD. **Co-Investigator: Elena M. Massarotti MD**

The CLASS Study: Measurement of Complement Activation Products in Patients with Probable Lupus. **Site PI: Elena M. Massarotti MD**

A Randomized, Double-Blind, Double-Dummy Study Assessing the Safety and Tolerability of Sarilumab and Tocilizumab in Patients with Rheumatoid Arthritis who are Inadequate Responders to or Intolerant of TNF Antagonists. **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (EXTENSION STUDY)

A Phase 3 Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of BMS-188667 (Abatacept) or Placebo on a Background of Mycophenolate Mofetil (MMF) and Corticosteroids in Subjects with Active Class III or IV Lupus Nephritis **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

Systemic Lupus Erythematosus Biorepository. **Co-Investigator**. **Elena M. Massarotti MD**. Brigham and Women's Hospital (Principal Investigator: Karen Costenbader, MD, MPH)

Brigham Rheumatoid Arthritis Sequential Study (BRASS). **Co-Investigator. Elena M. Massarotti MD.** Brigham and Women's Hospital. (Principal Investigator: Nancy Shadick, MD, MPH) **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

Profiling of Cell Subsets in Human Disease. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Michael Brenner, MD)

Arterial Spin Labeling as a Quantitative Measure of Pain Exacerbations in RA. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Yvonne Lee, MD)

Central Pain Mechanisms, Pain Intensity and Drug Response In Rheumatoid Arthritis. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Yvonne Lee, MD)

Teriparatide for Joint Erosions in Rheumatoid Arthritis: The TERA Trial. Brigham and Women's Hospital. **Co-Investigator, Elena M. Massarotti MD**. (Principal Investigator, Daniel Solomon MD MPH).

A Phase 3, Randomized, Double-Blind, Placebo Controlled Study of the Efficacy and Safety of 2 Doses of Tofacitinib (CP-690,550) in Subjects with Active Psoriatic Arthritis and Inadequate Response to at Least One TNF Inhibitor. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Joseph Merola MD)

A Pilot Study to Evaluate Using Tape Harvesting to Collect RNA from the Upper Epidermis of Health Volunteers and Subjects with Discoid Lupus. **Co-Investigator, Elena M. Massarotti MD** (Principal Investigator, Joseph Merola MD)

A Phase 3/4, Multi-Center, Randomized, Double-Blind,Placebo-Controlled, 52-Week Study to Evaluate the Efficacy and Safety of Belimumab (HGS1006) in Adult Subjects of Black Race with Systemic Lupus Erythematosus (SLE) **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital (recruiting)

Idenitfying Disparities and Care in Outcomes of Lupus Nephritis and Lupus End Stage Renal Disease. Brigham and Women's Hospital. NIH. **Co-investigator**. **Elena M. Massarotti MD** (Principal Investigator, Karen Costenbader, MD, MPH).

Hydroxychloroquine to Improve Insulin Sensitivity in Rheumatoid Arthritis. **Co-Principal Investigator, Elena M. Massarotti MD** (Dan Solomon MD MPH Co-PI).

A Randomized, Head-to-Head, Single-Blind Study to Compare the Efficacy and Safety of Subcutaneous Abatacept versus Subcutaneous Adalimumab, Both with Background Methotrexate, in Biologic-Naive Subjects with Rheumatoid. **Principal Investigator, Elena M. Massarotti, MD** (enrollment completed)

A randomised, double-blind, placebo-controlled, multicenter prospective dose-finding Phase II/III study with atacicept given subcutaneously to subjects having recently experienced a flare of systemic lupus erythematosus (SLE**). Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital (recruitment completed)

A Clinical Validation Study of Cell Bound Complement Activation Products and Double Stranded DNA Auto-Antibodies in Subjects with Systemic Lupus Erythematosus versus Other Rheumatic Diseases and Healthy Normal Volunteers: Complement Activation Products in the Assessment of Lupus (CAPITAL). **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

An open-label, randomized study to evaluate the safety, tolerability and efficacy of tocilizumab (TCZ) monotherapy or TCZ in combination with non-biologic DMARDs in patients with active rheumatoid arthritis who have an inadequate response to current nonbiologic or biologic DMARDs. **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

Sociodemographic Disparities in Lupus Nephritis: Healthcare Access and Outcomes, Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

A Twelve Week, Open Label Pilot Study of Hydroxychloroquine for Improving Insulin Sensitivity in Non Diabetic Obese Individuals. Principal Investigator Daniel H Solomon MD, MPH. **Co-Investigator Elena M. Massarotti MD**

Validation of Strategies to Identify Medicaid Patients With Systemic Lupus Erythematosus and Potential Lupus Nephritis from Administrative Billing Data. Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

Validation of the Lupus Status Index (LSI). Karen Costenbader MD MPH. **Co-Investigator, Elena M. Massarotti MD**

A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Evaluate the Efficacy and Safety of Rituximab in Subjects with ISN/RPS Class III or IV Lupus Nephritis (LUNAR) Sponsor: **Principal Investigator, Elena M. Massarotti,** MD Brigham and Women's Hospital

A Randomized, Double-Blind, Double-Dummy Study Assessing the Safety and Tolerability of Sarilumab and Tocilizumab in Patients with Rheumatoid Arthritis who are Inadequate Responders to or Intolerant of TNF Antagonists. **Principal Investigator Elena M. Massarotti MD** Brigham and Women's Hospital

Effect of Vitamin D3 on the IFNα Signature in Patients with Systemic Lupus Erythematosus. Site **Principal Investigator, Elena Massarot**ti, MD, Brigham and Women's Hospital. (Autoimmunity Centers of Excellence NIH grant. Feinstein Center—Project PI). (enrollment completed)

Milnacipran in the treatment of Widespread, Non-Joint Pain in Rheumatoid Arthritis. Principal Investigator: Yvonne Lee, MD. **Elena M. Massarotti, MD (Co-investigator)**

Completed Clinical Trials (Tufts Medical Center)

A Phase III, Multi-Center, Open Label Study to Evaluate the Efficacy, Tolerability and Safety of Abatacept (BMS-188667) in Subjects with Active Rheumatoid Arthritis on Background Non-Biologic DMARDs Who Have An Inadequate Response to Anti-TNF Therapy and Have Limited Therapeutic Options. **Elena M. Massarotti, Principal Investigator**.

A Randomized, Double-blind, Placebo-Controlled, Multicenter, Phase II/III Study to Evaluate the Efficacy and Safety of Rituximab in Subjects with Moderate to Severe Systemic Lupus Erythematosus. **Elena M. Massarotti, Principal Investigator**

A Randomized, Phase 3, Controlled, Double-Blind, Parallel Group, Multicenter Study to Evaluate the Safety and Efficacy of Rituximab in Combination with Methotrexate (MTX) Compared to MTX Alone, in Methotrexate –Naïve Patients with Active Rheumatoid Arthritis. **Elena M. Massarotti, MD Principal Investigator**

Continuation of the Genetics of Rheumatoid Arthtitis, NARAC II. Subcontract. Prinicpal Investigator, Peter Gregerson MD, North Shore Medical Center. **Co-Investigator, Elena M. Massarotti, MD**

A phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study of Retreatment with Rituximab in Subjects with Rheumatiod Arthritis Receiving Background Methotrexate. **Elena M. Massarotti, MD Principal Investigator**

Randomized, Double Blind, Placebo-Controlled, Multicenter Study of Azithromycin for the Treatment of Early Lyme Disease. **Elena M. Massarotti, MD. Co-Investigator.**

**D. Report of Teaching**

    1. Local Contributions.

      a. Medical and Dental School Courses

        Tufts University School of Medicine and Dental Medicine

- 1993-2007  Musculoskeletal Pathophysiology (Second year medical students)

  Lecturer: Core lectures in rheumatoid arthritis, vasculitis, scleroderma, introduction to musculoskeletal pathophysiology (170 students);  Five hours preparation per lecture;  Contact time 1.5 hours per lecture (Lectures each given once per academic year) (One lecture given in November 2007—Introductory Lecture on Rheumatoid Arthritis for second year medical students)

  Small Group: Instructor Vasculitis (25 students) Preparation time two hours; Contact time 2 hours. (One small group per academic year)

  Small Group: Instructor Differential Diagnosis Arthritis (25 students) Preparation time two hours; Contact time 2 hours. (One small group per academic year)

- 1993-2006  Introduction to Patient Interviewing (First Year Medical Students)

   Lecturer:  The Doctor Patient Relationship: the Internist's Perspective. (170 Students). Preparation time two hours. Contact time one hour. (Lecture given once per academic year)

- 1993-2006:  Fourth Year Medical School Elective in Rheumatology

  Attending rheumatologist: Daily inpatient attending rounds with ad hoc didactic teaching for four months each year. One hour of preparation time daily; contact time 1.5 hours per day

  Clinic Preceptor:  Weekly clinic precepting fourth year students for 46/52 weeks of the academic year; didactic sessions on the approach to the rheumatologic diagnosis; rheumatology testing; lupus, rheumatoid arthritis; one hour of prep time per clinic session; contact time five hours per week

- 1993-2003: Third Year Rotation in Medicine; Fourth Year Subinternship in Medicine

  Ward attending: one month a year; daily attending rounds, seven days a week, one and a half hours daily; contact time four to six hours daily for one month per academic year; preparation time two hours daily for four weeks per year

- 1994-1995:  Pathophysiology (second year dental students)

Lecturer:  Autoimmune Diseases (180 students). Preparation time 5 hours. Contact time 1 hour. (one lecture per year)

Tufts University Sackler School of Biomedical Sciences

- 1994-1996 Immunology (First Year PhD Students)

  Lecturer:  Autoimmune Diseases. (10 students). Preparation time 6 hours. Contact time 1.5 hours (Lecture given in seminar format once per academic year)

Tufts University Sackler School of Biomedical Sciences

- 1994-1996 Immunology (First Year PhD Students)

  Lecturer:  Autoimmune Diseases. (10 students). Preparation time 6 hours. Contact time 1.5 hours (Lecture given in seminar format once per academic year)

Harvard Medical School

- 2007-:  Fourth Year Elective in Clinical Rheumatology  (BWH)

  Clinic Preceptor: Precepted fourth year students one on one during clinic sessions: Prep time- ten minutes per student; contact time: four hours per student

  Preceptor for Consult Service: Precepted fourth your students rotating on the clinical service: Prep time-fifteen minutes per student; contact time: six hours per week (two week blocks yearly begining March 2008)

- 2008-:  Second Year Course in Physical Examination (HST)

  Teaching Session: The joint examination. Prep time- one hour. Contact time: 1.5 hours March 31, 2008.

- Lecture: The Seronegative Spondyloarthropathies. Second year students. Prep time four hours. Contact time one hour. November 4, 2008.

14

- 2009: Fourth Year Elective in Rheumatology

  Clinic Preceptor: Precepted third and fourth year students one on one during clinic sessions: Prep time- ten minutes per student; contact time: four hours per student

  Preceptor for Consult Service: Precepted fourth your students rotating on the clinical service: Prep time-fifteen minutes per student; contact time: six hours per week (two week blocks yearly begining March 2008)

  Ward Attending January 2009:  Precepted fourth year subintern on ward service. Daily didactic sessions. Prep time: fifteen minutes for attending rounds; contact time:  1.5 hours daily for eight days over fourteen days

- 2009-:  Second Year Course in Physical Examination (HST)

  Teaching Session: The joint examination. Prep time- 30 minutes. Contact time: 1.5 hours March 30, 2009.

- 2009:  Second Year Course in Musculoskeletal Pathophysiology

  Lecture:  Systemic Lupus Erythematosus.  Prep time:  Two Hours. Contact time one hour. November 3, 2009.

- 2010:  Second Year Course in Musculoskeletal Pathophysiology

  Lecture:  Rheumatoid Arthritis: Therapeutics. Prep time:  Two Hours. Contact time: one hour. October 29, 2010

- 2011:  Second Year Course in Musculoskeletal Pathophysiology

  Lecture:  Rheumatoid Arthritis: Therapeutics. Prep time:  Two Hours. Contact time: one hour. October 28, 2011

- 2012:  Second Year Course in Musculoskeletal Pathophysiology

  Lecture:  Systemic Lupus Erythematosus. November 5, 2012

     b.  Graduate School Courses

- 2013:  Second Year Course in Musculoskeletal Pathophysiology

   Lecture:  Systemic Lupus Erythematosus. November 3, 2013

15

- 2014: Second Year Course in Musculoskeletal Pathophysiology

   Lecture: Systemic Lupus Erythematosus. November 4, 2014

- 2015: Second Year Course in Musculoskeletal Pathophysiology

   Lecture: Systemic Lupus Erythematosus. November 3, 2015

c. Local, Invited Teaching Presentations

1993          Medical Grand Rounds. Adult Onset Still's Disease and the Use of
              Methotrexate.  New England Medical Center.  Attendees:  Department of
              Medicine Faculty at Tufts-NEMC, Medical House Staff, Medical Students.
              Average number of attendees: 150.  Prep time: Forty Hours.  Contact time:
              One hour.

1993-2006     Medical House Staff Noon Conference.  Rheumatoid Arthritis. New
              England Medical Center. Attendees:  Medical Housestaff, Medical Students.
              Average number of attendees: 60. Prep time:  Two hours per year. Contact
              time: One hour per lecture.

1993-2006     Medical House Staff Noon Conference. The Hot Joint.  New England
              Medical Center. Attendees:  Medical Housestaff, Medical Students.
              Average number of attendees: 60. Prep time:  Two hours per year. Contact
              time: One hour per lecture

1993-2006     Rheumatology Grand Rounds, Introductory Lecture Series. Rheumatoid
              Arthritis. Attendees:  Rheumatology Faculty, Rheumatology Fellows,
              Medical Housestaff, Medical Students. Average number of
              attendees: 15. Prep time: Two hours per year. Contact time: One hour per
              lecture.

1993-2006     Rheumatology Grand Rounds, Introductory Lecture Series. Rheumatologic
              Emergencies. Attendees:  Rheumatology Faculty, Rheumatology Fellows,
              Medical Housestaff, Medical Students. Average number of
              attendees: 15. Prep time: Two hours per year. Contact time: One hour per
              lecture.

1993-2006     Rheumatology Grand Rounds, Introductory Lecture Series. Vasculitis.
              Attendees:  Rheumatology Faculty, Rheumatology Fellows,
              Medical Housestaff, Medical Students. Average number of
              attendees: 15. Prep time: Two hours per year. Contact time: One hour per
              lecture.

1997          Orthopedic Grand Rounds. Update in Rheumatoid Arthritis. New England
              Medical Center.  Attendees: Department of Orthopedic Surgery Faculty and
              Orthopedic Surgery Housestaff, Medical Students. Average Number of
              Attendees:  60. Prep time:  Twenty Hours. Contact time:  One hour.

1998          Medical Grand Rounds.  Rheumatoid Arthritis. New England Medical
              Center.  Attendees:  Department of Medicine Faculty at Tufts-NEMC,
              Medical House Staff, Medical Students.  Average number of attendees:
              150.  Prep time:  Thirty Hours.  Contact time: One hour.

16

| | |
|---|---|
| 2001 | Orthopedic Grand Rounds. Targeted Therapies in Rheumatoid Arthritis. New England Medical Center. Attendees: Department of Orthopedic Surgery Faculty and Orthopedic Surgery Housestaff, Medical Students. Average Number of Attendees: 60. Prep time: Twenty Hours. Contact time: One hour |
| 2003 | Medical Grand Rounds. Biologic Therapies for Rheumatic Diseases. Winchester Hospital. Winchester, MA. Attendees: Medical Staff. Average Number of Attendees: Forty. Prep time: Twenty Hours. Contact time: one hour. |
| 2005 | Dermatology Grand Rounds. Vasculitis. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Thirty Hours. Contact time: One hour. |
| 2006 | Inflammatory Disease Center Rounds. Rheumatology for Dermatologists. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour |
| 2006 | Dermatology Conference. Psoriatic Arthritis. Tufts New England Medical Center. Attendees: Dermatology Faculty, invited guests. Average Number of Attendees 20. Prep time: Twenty Hours. Contact time: One hour. |
| 2007 | Dermatology Grand Rounds. Lupus, 2007. Tufts New England Medical Center. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour |
| 2007 | Inflammatory Disease Center Rounds. Rheumatoid Arthritis. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour |
| 2007 | Inflammatory Disease Center Rounds. Rheumatic Manifestations of Inflammatory Bowel Disease. Attendees: Dermatology Faculty, Dermatology House staff, Medical Students. Average Number of Attendees 30. Prep time: Twenty Hours. Contact time: One hour. |
| 2007 | Inflammatory Disease Center Rounds. Rheumatology for the Dermatologists. Attendees: Dermatology Faculty, Dermatology House Staff, Practicing dermatologists in New England. Average number of Attendees: 100. Prep time: ten hours. Contact time: One hour |
| 2007 | Brigham-Harvard International Symposium. LUPUS 2007. Attendees: International rheumatologists from Sweden. Average number of attendees: 35. Prep time: Four hours. Contact time: One hour. |
| 2007 | Brigham and Women's Hospital, Ambulatory Care Rounds, Rheumatology. Case Presentation ("Consternation"). Average number of attendees: 40. Prep time: Two hours. Contact time: thirty minutes. |
| 2007 | Brigham and Women's Hospital, Ambulatory Care Rounds, Rheumatology Case Presentation (44 year old woman with erosions). Average number of Attendees: 30. Prep time: thirty minutes. Contact time: twenty minutes. |
| 2008 | Medical House Staff Noon Conference. Rheumatoid Arthritis. Brigham and |

17

Women's Hospital. Average Number of Attendees: 40. Prep time: One hour. Contact time: one hour

2008    Lupus Center Rounds. Brigham and Women's Hospital CNS Lupus. Average Number of Attendees: 25. Prep time: 60 minutes. (With Dr Ermann)

2008    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 25. Prep time: 0 Contact time: one hour (March 18, 2008; Case of a 71 year old woman with psoriatic arthritis and Abdominal pain)

2008    Primary Care House Staff Conference. Brigham and Women's Hospital. Average Number of Attendees: 25. Osteoarthritis. Prep time: 60 minutes. Contact time: one hour.

2008    Lupus Center Rounds. Brigham and Women's Hospital. ANA testing. Average Number of Attendees: 25. Prep time: 60 minutes. (With Dr Raychaudhuri) Contact time: one hour.

2008    Rheumatology Rounds. Brigham and Women's Hospital. Seronegative Spondyloarthropathies. Average Number of Attendees: 8. Prep time: 120 minutes. Contact time: one hour.

2008    Update in Rheumatology for Dermatology. Number of attendees: 50. Prep time: 120 minutes. Contact time: thirty minutes.

2008    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0 Contact time: one hour (November 20, 2008: Case of a 57 year old woman with arthralgias and a positive ANA)

2008    Clinicopathologic Conference, Department of Medicine, BWH. Average Number of Attendees: 75. Prep time: 15 hours. Contact time: one hour (December 3, 2008: A 53 year old woman with dysphagia and weakness)

2008    Subspecialty Rounds. Brigham and Women's Hospital. Medical Housestaff. Number of attendees: 12 Prep time: 1 hour. Contact time: one hour. "Rheumatology Testing"

2009    Professor's Rounds. Brigham and Women's Hospital. Medical Housestaff. Medical Students. Number of attendees: seven. Prep time: 0. Contact time: one hour.

2009    Rheumatology Fellow Conference. Division of Rheumatology, BWH. Average number of attendees: ten. Prep time: one hour. Contact time: one Hour. The Treatment of Lupus.

2009    Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 24. Prep time: 0. Contact time: one hour. (March 26 37 year old man with hip pain; the differential diagnosis of oral ulcers)

2009    Dr. Hall's Journal Club. Brigham and Women's Hospital. Average number Attendees: 15. Prep time: one hour. Contact time: one hour (April 16, 2009; Joerg Ermann-"Mutations in 15-hydroxyprostaglandin dehydrogenase cause primary hypertrophic osteoarthropathy" 2008; 40(6): 789-793)

2009    Lupus Rounds. "Lupus Nephritis". With Sonali Desai. April 23, 2009 Average number of attendees: 20. Prep time: thirty minutes.

| | |
|---|---|
| 2009 | Medical Morning Report. Brigham and Women's Hosptial. Average Number of attendees: 30. Prep time: 0. Contact time: one hour. (June 16: 40 year old man with polyarthritis: Lofgren's syndrome) |
| 2009 | Consult Rounds. Two cases of elevated CPK. Brigham and Women's Hospital. Number of attendees: 25. Prep time: two hours. Contact time: one hour. (July 28, 2009). |
| 2010 | Consult Rounds. Still Learning. Brigham and Women's Hospital. Number of attendees: 30. Prep time: three hours. Contact time: one hour (July 12 2010) |
| 2010 | Medical Morning Report. Brigham and Women's Hosptial. Average Number of attendees: 40. Prep time: 0. Contact time: one hour. (October 22 2010: Acute Polyarthritis: Reactive Arthritis) |
| 2011 | Clinicopathologic Conference, Department of Medicine, BWH. Average Number of Attendees: 75. Prep time: 6 hours. Contact time: one hour (February 16, 2011: A 26 year old woman with discoid lupus and facial swelling) |
| 2011 | Medical Housestaff Noon Conference, BWH. Average Number of Attendees: 75. Prep time: one hour. Contact time: one hour. Approach to Connective Tissue Diseases |
| 2011 | Rheumatology Fellow Conference. Division of Rheumatology, BWH. Average Number of Attendees: 15 Prep time: one hour. Contact time: one Hour |
| 2011 | Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0. Contact time: one hour. (August 1, 2011) A 74 year old woman with RA, conjunctivitis, and bilateral hearing loss. |
| 2011 | Noon conference, Rheumatology Fellows. Average Number of Attendees: 20. Prep time: One hour. Contact time: hoe hour. Lupus Nephritis-the Basics. (October 13 2011) |
| 2011 | Medical Morning Report. Brigham and Women's Hospital. Average Number of Attendees: 40. Prep time: 0. Contact time: one hour. (December 11, 2011) A 74 year old man with pain in his hands, knees and feet: giant cell arteritis found in aortic aneurysm) |
| 2012 | Medical Housestaff Noon Conference, BWH. Average Number of Attendees: 50. Prep time: one hour. Contact time: one hour. Lupus 2012. |
| 2012 | Consult Rounds. Lessons Learned: A Potpourri. BWH, Division of Rheumatology. Average number of attendees: 30. Prep time: three hours (April 24 2012) |
| 2012 | Rheumatology Grand Rounds. CPC: A 53 year old woman with Lupus and Fatigue. Brigham and Women's Hospital. May 15, 2012 |
| 2012 | Medical Grand Rounds. Metrowest Medical Center. Lupus 2012. May 29 2012 |
| 2012 | Special Symposium. Spanish Academy of Rheumatology. Update Lupus Nephritis Guidelines. June 26 2012. Joseph Martin Center, Harvard Medical School. Boston. |

2012       Introductory Rheumatology Fellow Conference. SLE. July 24 2012. Smith Building, Fifth floor. Brigham and Women's Hospital

2012       BWH Housestaff. Morning Report. August 7 2012. 56 Year Old Man with Weakness.

2012       BWH Rheumatology Noon Conference: Clinicopathological Conference: 27 year old woman with lupus and a skin rash. (Femia, Merola, Massarotti). Oct 25 2012.

2013       BWH Medical Housestaff Noon Conference. Lupus. Jan 3 2013

2013       BWH Rheumatology Fellow Conference: Lupus, Clinical Management July 18, 2013

2013       BWH Lupus Center Rounds. September 24. With Sara Tedeschi. Middle aged woman with lupus and bone pain.

2013       BWH. Medical Morning Report. October 7. 58 year old woman with rash and joint pain.

2013       BWH Medical Grand Rounds. With Stuart Mushlin MD. The Clinical Approach to Monoarthritis. November 22, 2013

2013       BWH Rheumatology Fellow Rounds. A Day in the Life. Decebmer 19, 2013

2014       BWH Medical Housestaff Noon Conference. Lupus. Jan 7 2014

2014       BWH Housestaff Morning Report. February 5, 2014. A 72 year old woman with postprandial abdominal pain

2014       BWH Rheumatology Fellow Conference. Clinical Challenges. May 22, 2014

2014       BWH Rheumatology Fellow Conference: Lupus, Clinical Management July 15, 2014

2014       BWH Medical Housestaff Morning Report. August 7, 2014 A 23 year old woman with knee pain and diarrhea

2015       BWH Medical Housestaff Morning Report. April 9, 2015 A 63 year old man with a history of IVDU and upper extremity weakness

2015       BWH Medical Housestaff Noon conference: Lupus, 2015. June 11, 2015

2015       BWH Rheumatology Fellow Conference: Lupus, Clinical Management July 14, 2015

2015       BWH Medical Morning Report. September 17 2015. A 68 year old woman with achiness.

2015       BWH Rheumatology Conference: Lupus Maintenance of Certification October 8, 2015

2016       BWFH Medical Morning Report. Jan 22 2016. 55 Year old woman with rash and weakness.

2016       BWH Medical Morning Report. Jan 25 2016. A 51 year old man with Weakness

2016       BWH Rheum Conference. Patient Care Rounds. April 5 2016

2016       BWH Rheum Consult Rounds. A patient with RA and CF. April 28, 2016

2016       BWH Medical House staff Noon Conference. Lupus. May 10, 2016

2016       BWH Medical Morning Report. May 17 2016. A 35 year old woman with SLE, Headache, Edema

2016       BWH Department of Medicine CPC. Discussant. 17 Year Old Man with

|      | Fever, Headache, and Seizures. May 19, 2016 |
|------|---------------------------------------------|
| 2016 | BWH Rheumatology Fellow Conference: Lupus, Clinical Management. July 19, 2016 |
| 2016 | BWH Medical Morning Report. September 26, 2016. A 27 year old man with fever, rash |
| 2016 | BWH Rheumatology Patient Care Rounds. October 25 2016 |
| 2016 | BWH Medical Morning Report. December 20, 2016. A 48 year old woman with shortness of breath |
| 2017 | BWH Medicine House staff Noon Conference. Lupus. Jan 26 2017 |
| 2017 | BWH Medical Morning Report. March 1 2017. A 53 year old woman with a history of stroke and hair loss |
| 2017 | BWH Rheumatology Rounds. Patient with CNS Lupus. Patient with PsA and Lymphoma |
| 2017 | BWH Medicine House Staff. Lupus 2017. Oct 31 2017 |
| 2018 | BWH Clinicalpathologic Conference A 79 Year Old Woman with Neck Pain. Discussant. February 21, 2018 |
| 2019 | BWH Rheumatology. Patient Care Rounds. Feb 19 2019 |
| 2019 | BWH Medicine Morning Report. May 29 2019. A 19 year old woman with chest pain |
| 2019 | BWH Medicine House Staff Noon Conference. Lupus. Sept 17 2019 |
| 2020 | BWH Lupus Rounds Jan 9 2020 (The Tulip 1 and Tulip 2 Trials) |
| 2020 | Ask the Expert Jan 16 2020 BWH Rheumatology Fellows |
| 2020 | Harvard Medical School Immunology Graduate Course. SLE (with Dr Lieberman) March 3 2020 |
| 2020 | BWH Rheumatology. Patient Care Rounds. March 31 2020 |
| 2020 | BWH Lupus Rounds. 50 year old woman with severe PsA and Facial Rash |
| 2021 | BWH Clinicopathologic Conference. Discussant. 46 year old woman with Shortness of breath. February 10, 2021 |
| 2021 | BWFH Morning Report. 62 YO Woman with Dyspnea (anti synthetase) April 27 2021 |
| 2021 | BWH Rheumatology. Patient Care Rounds. June 29 2021 |
| 2021 | BWH Medical Morning Report. BWFH. July 13 2021. 20 year old man with chest pain |
| 2021 | BWH Housestaff Didactic Case Presentation September 13, 2021 |
| 2022 | BWFH Morning Report. 76 year old woman with weakness. March 9 2022 |
| 2022 | BWH DOM Housestaff 63 year old man with neck mass. June 6 2022 |
| 2022 | BWH Rheumatology Fellows. Lupus Therapeutics July 18 2022 |
| 2022 | BWH Medical Housestaff Conference. Lupus 2022 October 11 2022 |
| 2022 | BWH DOM Housestaff. Morning Report 74 year old woman with RA and edema. November 21, 2022 |
| 2023 | BWH Rheumatology Conference. Patient Care Rounds May 16, 2023 |
| 2023 | BWH Rheumatology Fellow Conference. Treatment of Lupus. July 11 2023 |
| 2023 | BWH Morning Report 61 year old man with melanoma and polyarthritis Sept 7 |
| 2024 | BWH Rheumatology Patient Care Rounds. April 9. 2024 |
| 2024 | BWH Rheumatology Fellow Conference. Treatment of Lupus. July 9, 2024 |
| 2024 | BWH Department of Medicine, Morning Report. Case of RA. Oct 31 2024 |

    d.   Advisory and Supervisory Responsibilities

      Brigham and Women's Hospital

- 2007- Rheumatology Consult Attending
- 2008- Rheumatology Consult Attending
- 2008 Housestaff mentor, Jennifer Lewey, MD

      Tufts-New England Medical Center

- 1993-2003 Ward Attending. General Medicine Service. One month per year. One senior resident, two interns, one fourth year medical student, two third year medical students per yearly rotation. Daily attending rounds 1.5 hours; additional contact time six hours per day for one month per year. Didactic sessions; journal review. Total hours per year: 180.
- 1993-present Rheumatology Consult Attending. Four months per year. One fellow, one medical resident, one fourth year medical student. Daily attending rounds one hour. Contact time one to two hours daily for four months per year. One didactic session per week on specific rheumatologic topics (Differential diagnosis of arthritis; Approach to Immunologic Testing; Rheumatoid Arthritis; SLE; Spondyloarthropathy) Total Hours Per year: 200
- 1993-present Rheumatology Clinic Preceptor. One clinic session per year. First and second year rheumatology fellow, one-two medical residents, one fourth year medical student. Five hours every week with one hour of prep time. Total hours per year: 184
- 1993-2004 Attending, Medical Morning Report. 24 House Officers. Daily contact for two weeks per academic year. One hour per day. Preparation time one hour per day for two weeks per year. Total Hours per Year: 56 hours.
- 1993-1996 Medical Student Advisor. Contact time Thirty hours per year.

      Beth Israel Hospital, Boston MA

- 1991-1993: Rheumatology Consult Attending. One month per academic year. Precepted rotating rheumatology fellows on the inpatient consult service at Beth Israel Hospital. Contact time two hours per day for three days a week (one month per academic year). Total Hours per Year: 24 Hours.

   f. Teaching Leadership

      Tufts University School of Medicine

      1993- 2003    Course Director, Musculoskeletal Pathophysiology

- Developed a new small group section that provided students with additional instruction in the differential diagnosis of arthritis; this included new case descriptions, and faculty teaching about the new case descriptions (development of the new small group took approximately forty hours in the initial year)
- Developed and gave three new lectures (a new introductory lecture, a lecture on osteoarthritis, and a lecture on spondyloarthropathies) (each new lecture required about five hours of preparatory time)
- Developed a "patient-centered" approach to all the lectures, requiring that patients with specific diseases be part of the lecture format, and was awarded the Zucker Prize in part due to this teaching method (total preparatory time of about three hours; see honors and awards)
- Organized meetings with the teaching faculty to help them identify and complete teaching objectives (three hours)
- Prepared the entire syllabi each academic year, re-editing the syllabi from year to year (five hours)
- Prepared an on line syllabus, available in the Health Sciences Data Base (HSDB) (ten hours)
- Wrote every examination, and had each examination reviewed by other faculty members for clarity and fairness; the examinations were returned to the students with the answers (four hours)
- Established specific office hours for second year students (two hours per week for two weeks per year)
- Beginning in 1997, established daily on line quizzes following the lectures for students so that ongoing learning could be evaluated

1993-2003   Clerkship Director, Fourth Year Elective in Rheumatology

- From 1993-1997, organized a core set of lectures, delivered by the rheumatology faculty, for each of the rotating students (one hour per week for four weeks per rotating student)
- Administrative oversight of the rotation (one hour per week for each rotating student)
- Prepared a syllabus for rotating students and residents in rheumatology (twenty hours)
- Precepted fourth year students during weekly clinic (five hours per week per student)
- From 1993-2002, I served as the rheumatology consult attending, during which fourth year students participated. Teaching rounds, lasting between one and three hours daily for five days a week, occurred concomitantly with work rounds.  Gave didactic lectures to the students one hour weekly during these attending months, focusing upon introductory topics in rheumatology (Topics:  Diagnostic Tests; Approach to the Patient with Joint Pain; SLE; Rheumatoid Arthritis; Crystal Induced Disease.

Tufts New England Medical Center

1993-2003   Director, Clinical Rheumatology Training, Division of Rheumatology

- Precept senior and junior clinical fellows during a weekly rheumatology clinic and during four months of inpatient consultation service.

23

- Precept medical residents and students during two weekly rheumatology clinics.
- Co-coordinate intracity rheumatology conference at New England Medical Center (City wide hospitals host monthly case conferences)
- Coordinate morbidity and mortality conferences with the medical chief residents for the Department of Medicine
- Participant, Chief's Rounds for third and fourth year medical students rotating in the Department of Medicine
- Ward Attending, Department of Medicine, New England Medical Center (One month per year with attending rounds daily.)

<u>Mount Auburn Hospital</u>

1991-1993    <u>Associate Firm Chief</u>

- Attending Rounds, thrice weekly for two years months.
- Supervision of resident inpatient service for two consecutive years.
- Attending, Medical Resident Morning Report, weekly for two years.
- Supervisor, Chief Medical Resident, two years.
- Instructor, Physical Diagnosis for second year students, Harvard Medical School.

1991-1993    <u>Director, House Staff Training</u>

- Restructured medical morning report from informal gatherings thrice weekly to daily, formal meetings with rotating attendings and interactive house staff participation
- Re-organized noon conferences to include didactic sessions
- Re-organized biweekly clinical case conference to include participation from admitting faculty in an effort to promote teaching from physicians based in the community

2.  Regional, National, and International Contributions

   a. Invited Presentations

   **<u>Tufts Medical Center (1993-2007)</u>**

   <u>Local</u>

   <u>Regional</u>

   1992    Medical Grand Rounds. Infection and Arthritis. Lemuel Shattuck Hospital, Jamaica Plain, MA
   1992    Medical Grand Rounds. Lyme Carditis. Mount Auburn Hospital, Cambridge, MA

1992    Medical Grand Rounds. POEMS Syndrome. Mount Auburn Hospital, Cambridge MA

1992    Medical Grand Rounds. FUO.  Mount Auburn Hospital, Cambridge, MA

1992    Medical Grand Rounds. Hydrocephalus and a Pituitary Mass. Mount Auburn Hospital, Cambridge, MA

1994    Annual Lannigan Lecture. Fibromyalgia. Lawrence Memorial Hospital, Medford, M

1996    Medical Grand Rounds. Lemuel Shattuck Hospital, Jamaica Plain, MA

1997    Medical Grand Rounds. New Treatments in Rheumatoid Arthritis, South Shore Hospital, Weymouth MA

1997    Medical Grand Rounds. Rheumatoid Arthritis. Lemuel Shattuck Hospital

1999    Medical Grand Rounds New Drug Therapies. Lowell General Hospital, Lowell, MA

1999    Medical Grand Rounds Cox-2 Inhibitors and other New Drugs.  Carney Hospital, Dorchester, MA

2001    Medical Grand Rounds. Rheumatoid Arthritis: A New Horizon. Youville Hospital, Cambridge, MA

2001    Medical Grand Rounds. New Therapies in Rheumatology. Stamford Hospital, Stamford, CT.

2001    Medical Grand Rounds. Biological Therapies for Rheumatic Diseases. Milton Hospital, Milton, MA

2001    Medical Grand Rounds. New Treatments for Rheumatoid Arthritis, Lawrence Memorial Hospital, Medford, MA

2002    Rheumatology Grand Rounds. A New Inception Cohort of Rheumatoid Arthritis: The SONORA Study. Boston Medical Center

2002    Medical Grand Rounds. An Update on Biologic Therapies.  Saints Memorial Hospital, Lowell, MA

2002    Medical Grand Rounds. Diagnostic Approach to the Patient with Rheumatic Disease. Lawrence General Hospital, Lawrence MA

2003    Medical Grand Rounds. New Applications of Biologic Therapies. South Shore Hospital, Weymouth MA.

2005    Rheumatology Grand Rounds. Update in RA. Roger Williams Hospital. Providence

2005    Rheumatology Grand Rounds. Lupus 2005.  Massachusetts General Hospital Boston MA

2006   Clinical Trials for Lupus. Clinical Sciences Rounds. Brigham and Women's Hospital

2006   Medical Grand Rounds. Update on Rheumatology. Lowell General Hospital)

2007    Rheumatology Rounds. Lupus 2007. Rheumatology Grand Rounds. UMass Medical Center, Worcester MA

2007    Lupus Foundation of New England Symposium. "Hope For the Future". March 30 2008. Marriott Hotel Newton Massachusetts

National

2004    ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Chicago, Illinois

2005    ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Chicago, Illinois

2006    ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Washington DC

**Brigham and Women's Hospital (2007-)**

Local

2011   BWH Rheumatology Grand Rounds. Where Do We Come From?  What Are We?
       Where Are We Going? Lupus 2011.  Number of Attendees: 40. Prep time: 10 hours.
       Contact time: one hour.
2012   BWH Medical Grand Rounds, Case of the Month:  A 53 Year Old Woman with
       Longstanding Lupus and New Onset Fatigue. Number of attendees: 100. Prep time:
       10 hours. Contact time: one hour.
2012   BWH Special Conference. Lupus 2012. Joseph Martin Center. Harvard Medical
       School. June 26 2012.
2012   BWH Division of Vascular Medicine. ANCA Associated Vasculitis. Nov 1 2012
2013   BWH Division of Rheumatology. Clinical Trials at the BWH. April 30 2013
2014   BWH Medical Grand Rounds. A 56 year old woman with four months of fever.
       March 28, 2014.
2017   BWH Maternal Fetal Medicine Rounds. Rheumatoid Arthritis 2017. Feb 10 2017
2017   Instructive Rheumatology Cases. Harvard University Health Services Feb 15 2017
2021   Combined Renal Rheum Lupus Nephritis Rounds Feb 18 2021. 30 year old woman
       of Hispanic descent with Lupus Nephritis (Elena Massarotti, Finnian McCausland,
       David Isenberg)

Regional

2008   Medical Grand Rounds. Lupus 2008. Lawrence Memorial Hospital. Medford MA
       April 8, 2008
2008   Rheumatology Grand Rounds. Beth Israel Deaconess Medical Center
       October 17, 2008.  "The Treatment of Lupus, 2008"
2008   Medical Grand Rounds. Tufts Medical Center. December 5, 2008.
       Update in Rheumatology, 2008.
2009   BWH/Harvard International Symposium. Drug Treatment of Lupus in
       America. Number of attendees: 30. Prep time: two hours. Contact time:
       thirty five minutes.  (November 12, 2009)
2010   BWH/Harvard International Symposium. Drug Treatment of Lupus in
       America. Number of attendees: 30. Prep time: two hours. Contact time:
       thirty five minutes.  (March 26, 2010)
2010   Medical Grand Rounds. Saint Elizabeth's Hospital. Number of attendees: 75. Prep
       time: two hours. Contact time: one hour (December 8, 2010)
2016   Update Lupus Treatments and Trials. March 19 2016. Co-sponsored by the LFA and
       Women of Courage. (Candace Feldman MD organizer)
2016   Boston Spondylitis Symposium. May 3 2016. Update Psoriatic Arthritis
2016   Medical Grand Rounds, North Shore Medical Center, September 23 2016; Treatment
       Lupus
2017   Harvard Medical School New Innovations in Medicine. "Challenging Rheumatology
       Cases" May 11 2017  Hilton Back Bay Hotel Boston MA
2023   Tufts Medical Center. Medical Grand Rounds. March 24 2023. Update Lupus 2023:
       A patient's journey.

<u>National</u>

2007   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Philadelphia PA
2007   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. Boston MA
2008   ABIM/ACR Recertification in Rheumatology:  Course Lecturer.  Atlanta, GA
2008   ACP.  Meet the Professor. The Management of Rheumatoid Arthritis in the New Era.
          Washington DC (March)
2008   ABIM/ACR Recertification in Rheumatology:  Course Lecturer. San Francisco
          California (October 24, 2008)
2008   American College of Rheumatology. Invited Presentation. "The Management of
          Undifferentiated Arthritis; an Evidence Based Approach". October 29, 2008
2009   ABIM/ACR Recertification in Rheumatology:  Course Lecturer.  March 28,
          2009 Dallas, Texas
2009   CME:  Undifferentiated Arthritis. April 7, 2009. Philadelphia PA
2009   Alliance for Lupus Research. Clinical Trials Workshop. Panelist. October 28, 2009
          New York, New York.
2009   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE".
          Two sessions. October 18, 2009. Philadelphia PA.
2010   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE".
          Two Sessions. November 8,10 2010
2010   ACR (American College of Rheumatology). Poster Tour Leader:  SLE-clinical
          aspects. November 8, 2010
2011   ACR (American College of Rheumatology). Meet the Professor. "Difficult SLE"
          November 6 2011  Chicago
2013   ACR. State of the Art Lecture (SOTA). Year in Review, Lupus. April 20, 2013
          Chicago, Illinois
2013   ACR.  State of the Art (SOTA). Therapy of Non Renal Lupus. April 20, 2013
          Chicago, Illinois
2014   CME. Lupus Thrive Series: Mineola, NY, Winthrop University Hospital. April 10,
          2014. "Lupus: Challenges in Diagnosis, Treatment, and Management"
2021   Medical Grand Rounds, Medical College of Wisconsin. May 14 2021: Lupus Update
          2021
2024   Lupus Foundation of America. Speaker: Car T therapies for Lupus. Sept 12 2024

<u>International</u>

2009  Royal College of Physicians, Dublin Ireland. "Undifferentiated Inflammatory
          Arthritis". May 8, 2009.  Invited Guest. Master class in Rheumatology.
2012   Italian Academy of Rheumatology. Bologna Italy. "Challenging Management Issues
          in Lupus" April 14-16, 2012. Invited Guest Speaker.
2014. Medformica. Rome, Italy. "Challenges in Lupus Treatment" May 14, 2014. Invited
          speaker. (Conference cancelled by organizers as one of the invited speakers died
          suddenly)
2022   Panel discussant. Lupus. Sun Yat-sen University. China. April 28 2022
2023   CPC discussant: Patient with TTP, SLE and Covid..Sun Yat-sen University. China

Feb 16 2023

<u>Continuing Medical Education Accredited Presentations</u>

2008   Invited Lecturer, Harvard Review Course: Advances in Rheumatology. "Treatment of Lupus, 2008". Boston, MA September 13, 2008.

2009   Meet the Professor Session, BWH/Harvard Medical School, Office Practice of Primary Care. "Rheumatoid Arthritis" March 12, 2009. Boston, MA

2009   Short Course on Clinical Research, BWH Division of Rheumatology, Section of Clinical Sciences. Lecturer. "Clinical Trials: Lupus". June 16, 2009

2011   Harvard Medical School Postgraduate Medical Education Rheumatology Series. Treatment of Lupus. Number of Attendees: Video. Prep time: two hours. Contact Time:  forty five minutes (March 20, 2011)

2011   Harvard Review Course in Rheumatology. Curbside Consultations. Number of Attendees:  200.  Prep time:  two hours. Contact time:  one hour (September 18, 2011)

2012   Harvard/Brigham Internal Medicine Review Course. CME. "Diagnosis and Treatment of Rheumatoid Arthritis. July 21 2012.

2013   Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review: Maintenance of Certification.  May 21, 2013

2013   Harvard Internal Medicine Review.  Challenging Rheumatology Cases. July 28 2013

2014   Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review: Maintenance of Certification.  March 11, 2014

2014   Harvard Medical School. Office Practice of Medicine. Challenging Rheumatology Cases. March 20, 2014

2014   Harvard Medical School. Postgraduate Course in Medicine. Treatment of Lupus. March 24, 2014.

2015   Harvard/Brigham and Women's Update in Medicine. Rheumatology  Review: Maintenance of Certification.  March 10, 2015

2016   Harvard Post Graduate Medical Education.  Treatment of Lupus. Video. Feb 29 2016

2018  Harvard Post Graduate Medical Education Treatment of Lupus Video April 2018

2020  Harvard Post Graduate Medical Education Treatment of Lupus Video

2020  CME "What is New in Lupus Care" American College of Rheum annual meeting Virtual. November 2020

3.  Teaching Awards

1993   Teaching Award, Medical Housestaff, Mount Auburn Hospital

1996  Citation for Excellence in Teaching, Tufts University School of Medicine

1997   Medical Housestaff Teaching Award, Tufts New England Medical Center

1997   Citation for Excellence in Teaching, Tufts University School of Medicine

2001   Milton O. M'30 and Natalie V. Zucker Clinical Teaching Prize, Tufts University School of Medicine

2001   Tufts University School of Medicine, Excellence in Teaching Award

4. Major curriculum offerings and other educational directives:

Please see "Teaching Leadership" section above. While at Tufts, I created a new "small group" section within the musculoskeletal pathophysiology section that was case based, and helped students integrate the rheumatology pathophysiology principles taught in the lectures. I developed and wrote the case descriptions and corresponding questions for the new section; this small group section continues to this day, under the leadership of a new course director. I incorporated a patient centered approach in the pathophysiology lectures, using actual patients with the specific rheumatic disease being taught(e.g. for the rheumatoid arthritis pathophysiology lecture, I interviewed and examined a patient with rheumatoid arthritis at the beginning of the lecture, allowed students to interview the patient. This was followed by a didactic session highlighting the pathophysiologic concepts). I was awarded the Zucker Prize for this work. A similar format was used for a number of the other lectures. This method was very well received by the medical students.

**E. Report of Clinical Activities**

1. <u>Description of clinical practice</u>:  I practice general rheumatology in the rheumatology division of the Brigham and Women's Hospital, which is a large, full service, tertiary care referral center and a major teaching hospital of Harvard Medical School.  This is largely a referral-based practice, comprised of patients referred by primary care physicians, other sub-specialists, and other rheumatologists practicing in the northeastern United States.  I have developed a reputation for providing consultation to patients presenting with complex clinical problems, including patients with challenging diagnoses.

2. <u>Patient load</u>:  I see about 70 patients a week, including twelve to fifteen new patients weekly who have been referred to me from other physicians in the northeastern United States.  Other rheumatologists often refer patients to me for a second or third opinion. I have had extensive experience treating rheumatologic problems occurring in patients with complicated multisystem medical illnesses including those seen in bone marrow and organ transplants, and have also provided rheumatologic care for children with rheumatic diseases.

3. <u>Clinical contributions</u>:  In my previous role as the clinical director of rheumatology at Tufts New England Medical Center, I was regarded as the senior clinical rheumatologist and oversaw the clinical care delivered in the clinic along with the division chief. In that role, I identified and managed quality assurance goals (e.g. tracking of adverse events related to joint injections, patient educational

materials for new medications) and instituted policies directed at enhancing patient care (e.g. prepared medication information sheets for patients). From 2000-2003, I established "Patient Care Forums", which were faculty led patient seminars that focused on common rheumatic issues and were held during evening hours for patients and family members to attend. The topics presented during these seminars included osteoporosis, osteoarthritis, and back pain. In 1998, I established the annual Merrill Lecture in Clinical Rheumatology at Tufts New England Medical Center with donated funds. This lectureship honored the clinical and translational contributions of outstanding rheumatologists, and was widely attended by the northeastern rheumatology community. Invited speakers were all national and international leaders of rheumatology (Bevra Hahn MD, Cornelia Weyand MD, Jack Klippel MD, David Hellman MD, David Pisetsky MD, Ted Pincus MD, Carol Langford MD, and Virginia Steen MD. Beginning in 2004, I helped develop and grow a clinical trials program in the division of rheumatology. In 2000, under the leadership of Dr. Allen Steere (the division chief of rheumatology at Tufts New England Medical Center at that time) I helped to design the new outpatient Itzhak Perlman Family Arthritis Treatment Center at Tufts-NEMC, which was a new clinic focused exclusively for patients with rheumatic diseases.

4. <u>Other relevant information about clinical role</u>:  I have been voted Best in Boston three times over the last few years (rheumatology and autoimmune diseases). In 2007, I received the highest number of ratings in Boston's checkbook.org for rheumatologists (21 mentions).  I have received numerous teaching awards from students, houseofficers, and faculty, including the faculty wide Zucker Clinical Teaching Prize in 2001.

**Part III: Bibliography**

<u>**Original Articles**</u>

1. **Massarotti EM,** Luger SW, Rahn DW, Messner RP, Wong JB, Johnson RC, Steere AC. Treatment of Early Lyme Disease. Am J Med 1992; 92(4): 396-403.

2. **Massarotti EM**, Liu NY, Mier J, and Atkins MB. Chronic Inflammatory Arthritis After Treatment With High Dose Interleukin-2 for Malignancy. Am J Med 1992; 92(6): 693-697. (Reprinted in the 1994 Yearbook of Medicine)

3. Fischer PA, Kopp A, and **Massarotti EM**. Anaerobic Septic Bursitis: Case Report and Review of the Literature. Clinical Infectious Diseases. 1996; 22:879.

4. Lerner, DS, Reed JI, **Massarotti EM**, Wester, LM, and Burke TA. "The Work Limitations Questionnaire's validity and reliability among patients with osteoarthritis (OA)". Journal of Clinical Epidemiology 2002; 55(2), 197-208.

5. Lee AT, Li W, Liew A, Bombardier C, Weisman M, **Massarotti EM**, Kent J, Wolfe F, Begovich AN, and Gregersen P. The PTPN22 R620W polymorphism associates with RF positive rheumatoid arthritis in a dose-dependent manner but not with HLA-SE status. Genes & Immunity. 2005; 6(2): 129-133.

6. Karlson E, Costenbader KH, McAlindon TE, **Massarotti EM**, Fitzgerald L, Jajoo R, Husni E, Wright EA, Pankey H, Fraser PA. High Sensitivity, Specificity and Predictive Value of the Connective Tissue Disease Screening Questionnaire (CSQ) Among Urban African-American Women.Lupus 2005; 14(10): 832-836.

7. Irigoyen P, Lee A,Wener MH, Li W, Kern M, Batliwalla F, Lum RF, **Massarotti EM**, Weisman M, Bombardier C, Remmers EF, Kastner DL, Seldin MF, Criswell L, Gregersen P. Regulation of anti-CCP antibodies in rheumatoid arthritis: contrasting effects of HLA-DR3 and the shared epitope alleles. Arthritis & Rheumatism 2005; (52)12: 3813-3818

8. Ollendorf DA, **Massarotti E**, Birbara C; Burgess SM. Frequency, predictors, and economic impact of upward dose adjustment of infliximab in managed care patients with rheumatoid arthritis. J Manag Care Pharm. 2005; 11(5):383-93

9. Karlson E, Watts J, Signorovitch J, Bonetti M, Wright E, Cooper GS, McAlindon TE, Costenbader K, **Massarotti EM**, Fitzgerald L, Jajoo R, Husni E, Fossel AH, Pankey H, Ding W, Knorr R, Condon S, Fraser PA. Effect of Glutathione-S-Transferase Polymorphisms and Proximity to Hazardous Waste Sites on Time to SLE Diagnosis Results from the Roxbury Lupus Project. Arthritis &Rheumatism. 2007; 56(1): pp 244-254.

10. Lee HS, Irigoyen P, Kern M, Lee A, Batliwalla F, Khalili H, Wolfe F, Lum RF, **Massarotti**

**EM**, Weisman M, Bombardier C, Karlson EW, Criswell LA, Vlietinck, Gregersen PK Interaction Between Smoking, the Shared Epitope, and anti CCP Antibodies: a Mixed Picture in Three Large North American RA Cohorts. Arthritis and Rheumatism 2007; 56(6): 1745-1753.

11. Vera-Llonch M, **Massarotti E**, Shadick NA, Wolfe F, Westhovens R, MacLean R, Yuan Y, Oster G. Cost-effectiveness of abatacept in patients with moderately to severely active rheumatoid arthritis and inadequate response to methotrexate. Rheumatology. 2008; 47: 535-541.

12. **Massarotti, E.** Clinical and Patient Reported Outcomes in Clinical Trials of Abatacept in the Treatment of Rheumatoid Arthritis. Clinical Therapeutics. 2008; 30(3): 429-442.

13. Vera-Llonch M, **Massarotti E**, Wolfe F, Shadick N, Westhovens R, Sofrygin O, Maclean R, Li T, Oster G. Cost-effectiveness of Abatacept in Patients with Moderately to Severely Active Rheumatoid Arthritis and Inadequate Response to TNF-Alpha Antagonists. J Rheumatol. 2008 Sep;35(9):1745-53

14. Asarch A, Gottlieb A, Lee J, Masterpol K, Scheinman P, Stadecker M, **Massarotti E,** Bush M. Lichen Planus Like Eruptions: An Emerging Side Effect of TNF-alpha Antagonists. A Report of Two Cases and Review of the Literature. Journal of the American Academy of Dermatology, July 2009, vol./is. 61/1(104-11), 1097-6787

15. Chibnik LB, **Massarotti E**, Costenbader K. Identification and Validation of Lupus Nephritis Cases Using Administrative Data. Lupus May 2010 vol. 19 (6): 741-743**.**

16. Boilard E, Nigrovic PA, Larabee K, Watts GFM, Coblyn JS, Weinblatt ME, **Massarotti EM**, Remold-O'Donnell E, Farndale RW, Ware J, Lee DM. Platelets amplify inflammation in Arthritis via Collagen-dependent Microparticle Production. Science 2010 Jan 29;327(5965):580-3.

17. Crispin JC, Keenan BT, Finnell MD, Bermas B, Schur P, **Massarotti EM**, Karlson EW, Fitzgerald LM, Ergin S, Kyttaris VC, Tsokos GC, Costenbader KD. Expression of CD44v3 and CD44v6 isoforms is increased on T cells from patients with systemic lupus erythematosus and correlates with disease activity. Arthritis and Rheumatism. 2010 May 62(5): 1431-1437

18. Costenbader KH, Khamashta M, Ruiz-Garcia S, Perez-Rodriguez MT, Petri M, Elliott J, Manzi S, Karlson EW, Turner-Stokes T, Bermas B, Coblyn J, **Massarotti EM**, Schur P, Fraser P, Navarro I, Hanly JG, Shaver TS, Katz RS, Chakravarty E, Fortin PR, Sanchez ML, Liu J, Michaud K, Alarcón GS, Wolfe F. Development and Initial Validation of a Self-assessed Lupus Organ Damage Instrument. Arthritis Care Res 2010 Apr; 62(4):559-68

19. Rekedal, L. R., **Massarotti, E.,** Garg, R., Bhatia, R., Gleeson, T., Lu, B. and Solomon, D. H. Changes in glycosylated hemoglobin after initiation of hydroxychloroquine or methotrexate treatment in diabetes patients with rheumatic diseases. Arthritis & Rheumatism, 2010 (62): 3569–3573

20. Costenbader KH, Desai A, Shaykevich T, Lu B, Hiraki L, Brookhart MA, **Massarotti EM,** Alarcon GS, Solomon DH, Winkelmayer W. Trends in the Incidence, Demographics and Outcomes of End-Stage Renal Disease Due to Lupus Nephritis in the U.S., 1995-2006. Arthritis Rheum. 2011 Jun;63(6):1681-8. doi: 10.1002/art.30293

21. Solomon DH, **Massarotti E**, Garg R, Liu J, Canning C, Schneeweiss S. Association between disease-modifying antirheumatic drugs and diabetes risk in patients with rheumatoid arthritis and psoriasis. JAMA. 2011 Jun 22;305(24):2525-31

22. Girouard S, Velez N, Penson R, **Massarotti E**, Vleugals RA. Panniculitis Associated with Dermatomyositis and Recurrent Ovarian Cancer. Archives of Dermatology 2012. Manuscript Accepted.

23. Weinblatt ME, Fleischmann R, Huizinga, TWJ, Emery P, Pope J, **Massarotti E**, Van Vollenhoven RF, Wollenhaupt J, Bingham CO, Duncan B, Goel N, Davies O, Dougados M Efficacy and safety of certolizumab pegol in a broad population of patients with active rheumatoid arthritis: Results from a Phase IIIb study. Rheumatology, 2012. Manuscript Accepted

24. Mercer E, Rekedal L, Garg R, Lu B, **Massarotti E** and Solomon D. Hydroxychloroquine Improves Insulin Sensitivity in Obese Non-Diabetic Individuals. Arthritis Res Ther 2012 Jun 7;14(3):R135

25. Kalunian KC, Chatham WW, **Massarotti EM,** Reyes-Thomas J, Harris C, Furie RA, Chakravarty EF, Chitkara P, Putterman C, Gross RL, Somers EC, Kirou KA, Ramsey-Goldman R, Hsieh C, Buyon JP, Dervieux T, Weinstein A. Measurements of Cell Bound Complement Activation Products Enhance Diagnostic Performance in Systemic Lupus Erythematosus, Arthritis Rheum Manuscript Accepted. 2012

26. Feldman CH, Bermas BL, Zibit M, Fraser P, Todd DJ, Fortin PR, **Massarotti EM**, Costenbader KH. Designing an Intervention for Women with Systemic Lupus Erythematosus from Medically Underserved Areas to Improve Care: A Qualitative Study. Lupus 2012. Manuscript Accepted.

27. Bykerk V, **Massarotti EM.** The New ACR/EULAR Classification Criteria for RA: How Are the New Criteria Performing in the Clinic? Rheumatology (2012) 51(suppl 6): vi10-vi15

28. Bykerk V, **Massarotti EM.** The new ACR/EULAR remission criteria: rationale for developing new criteria for remission Rheumatology (2012) 51(suppl 6): vi10-vi15

doi:10.1093/rheumatology/kes280

29. Merola JF, Prystowsky SD, Iversen C, Gomez-Puerta JA, Norton T, Tsao P, **Massarotti EM,** Schur P, Bermas B, Costenbader KH.Association of Discoid Lupus with other Clinical Manifestations among Patients with Systemic Lupus Erythematosus. J Am Acad Dermatol. 2013 Jul;69(1):19-24.

30. Solomon DH, Garg R, Lu B, Todd DJ, Mercer E, Norton T, **Massarotti E**. The Effect of Hydroxychloroquine on Insulin Sensitivity in Non-Diabetic Patients with Rheumatoid Arthritis: A Randomized Blinded Cross-Over Trial. Arthritis Care Res (Hoboken). 2014 Jan 27

31. Merola JF, BB, Lu B, Karlson E, **Massarotti E**, Schur PH, Costenbader KH. Clinical Manifestations and Survival Among Adults with Systemic Lupus Erythematosus according to Age at Diagnosis. Lupus. 2014 Mar 7;23(8):778-784

32. Al Daabil M, **Massarotti EM**, Fine A, Tsao H, Schur PH, Bermas BL, and Costenbader K. Development of SLE among "Potential SLE" Patients Seen in Consultation: Long-Term Follow-Up. 2014 International Journal of Clinical Practice Int J Clin Pract. 2014 May 23.

33. Schram AS, Campigotto F, Mullally A, Fogerty A, **Massarotti E**, Neuberg D, Berliner N Marked Hyperferritinemia Does Not Predict for HLH in the Adult Population. Blood. 2015 Mar 5;125(10):1548-52. doi: 10.1182/blood-2014-10-602607. Epub 2015 Jan 8.

34. Aranow C, Kamen DL, Dall'Era M, **Massarotti EM**, Mackay MC, Koumpouras F, Coca A, Chatham WW, Clowse MEB, Criscione-Schreiber LG, Callahan S, Goldmuntz, EA, Keyes-Elstein L, Oswald M, Gregersen PK Diamond B. Double-Blind Randomized Placebo-Controlled Trial of the Effect of Vitamin D3 on the Interferon Signature in Patients with Systemic Lupus Erythematosus 2015. Arthritis and Rheumatology (Manuscript Accepted 2015).

35. Tedeschi SK, **Massarotti EM**, Guan H, Fine A, Bermas BL, Costenbader KC. Specific systemic lupus erythematosus disease manifestations in the six months prior to conception are associated with similar disease manifestations during pregnancy. Lupus. 2015 Oct;24(12):1283-92. doi: 10.1177/0961203315586455. Epub 2015 May 12.

36. Aranow, C., Kamen, D. L., Dall'Era, M., **Massarotti, E. M**., Mackay, M. C., Koumpouras, F., Coca, A., Chatham, W. W., Clowse, M. E. B., Criscione-Schreiber, L. G., Callahan, S., Goldmuntz, E. A., Keyes-Elstein, L., Oswald, M., Gregersen, P. K. and Diamond, B. (2015), Randomized, Double-Blind, Placebo-Controlled Trial of the Effect of Vitamin D3 on the Interferon Signature in Patients With Systemic Lupus Erythematosus. Arthritis & Rheumatology, 67: 1848–1857. doi: 10.1002/art.39108

37. Pope J; Bingham CO, Fleischmann, RM; Dougados M; **Massarotti EM**; Wollenhaupt J; Duncan B; Coteur G; Weinblatt ME. Impact of certolizumab pegol on patient-reported outcomes in rheumatoid arthritis and their correlation with clinical measures of disease

activity. (2015). Arthritis Research and Therapy. Manuscript accepted.

38. Reductions in disease activity in the AMPLE trial: clinical response by baseline disease durationMichael Schiff,[1] Michael E Weinblatt,[2] Robert Valente,[3] Gustavo Citera,[4] Michael Maldonado,[5] **Elena Massarotti**,[2] Yusuf Yazici,[6] Roy Fleischmann[7]. Rheumatic and Musculoskeletal Diseases. 2016. Manuscript Accepted.

39. Rao, D.A., Gurish, M.F., Marshall, J.L., Slowikowski, K., Fonseka, C., Liu, Y., Donlin, L.T., Henderson, L.A., Wei, K., Mizoguchi, F., Teslovich, N.C., Weinblatt, M.E., **Massarotti, E.M.,** Coblyn, J.S., Helfgott, S.M., Lee, Y.C., Todd, D.J., Bykerk, V.P., Goodman, S.M., Pernis, A.B., Ivashkiv, L.B., Karlson, E.W., Nigrovic, P.A., Filer, A., Buckley, C.D., Lederer, J.A., Raychaudhuri, S., Brenner, M.B. Pathologically expanded peripheral B cell-helper T cells in rheumatoid arthritis. *Nature*, 2016 (in press**).**

40. Feldman CH, Wohlfahrt A, Campos A, Gagne JJ, Iversen M, Massarotti E, Solomon DH, Kawachi I. Can Patient Navigators Improve Adherence to Disease-Modifying Antirheumatic Drugs? Quantitative Findings from the Med Assist Pilot Study. Arthritis Care Res (Hoboken). Accepted May 30, 2017. [In press]

41. Lee YC, Fine A, Protsenko **E Massarotti** E, Edwards RR, Mawla I, Napadow V, Loggia M. Brain Correlates of Continuous Pain in Rheumatoid Arthritis as Measured by Pulsed Arterial Spin Labeling. Arthritis Care Res (Hoboken) 2018. Accepted for publication

42. Nabel CS, Severgnini M, Hung YP, Cunningham-Bussel A, Gjini E, Kleinsteuber K, Seymour LJ, Holland MK, Cunningham R, Felt KD, Vivero M, Rodig SJ, **Massarotti EM**, Rahma OE, Harshman LC. (2019). Anti-PD-1 immunotherapy-induced flare of a known underlying relapsing vasculitis mimicking recurrent cancer. *The Oncologist*. In Press.

43. Arnon Arazi[*], Deepak A. Rao[*], Celine C. Berthier[*], Anne Davidson, Yanyan Liu, Paul J. Hoover, Adam Chicoine, Thomas M. Eisenhaure, A. Helena Jonsson, Shuqiang Li, David J. Lieb, Fan Zhang, Kamil Slowikowski, Edward P. Browne, Akiko Noma, Danielle Sutherby, Scott Steelman, Dawn E. Smilek, Patti Tosta, William Apruzzese, **Elena Massarotti**, Maria Dall'Era, Meyeon Park, Diane L. Kamen, Richard A. Furie, Fernanda Payan-Schober, William F. Pendergraft III, Elizabeth A. McInnis, Jill P. Buyon, Michelle A. Petri, Chaim Putterman, Kenneth C. Kalunian, E. Steve Woodle, James A. Lederer, David A. Hildeman, Chad Nusbaum, Soumya Raychaudhuri, Matthias Kretzler, Jennifer H. Anolik, Michael B. Brenner, David Wofsy, Nir Hacohen**, Betty Diamond** and the Accelerating Medicines Partnership in SLE network. The immune cell landscape in kidneys of patients with lupus nephritis" Nature Immunology. Manuscript accepted.

44. Aringer M, Costenbader K, Daikh D, *et al* 2019 European League Against Rheumatism/American College of Rheumatology classification criteria for systemic lupus erythematosusAnnals of the Rheumatic Diseases Published Online First: 05 August 2019. doi: 10.1136/annrheumdis-2018-214819

Wallace DJ, Alexander RV, O'Malley T, Khosroshahi A, Hojjati M, Loupasakis K, Alper J, Sherrer Y, Fondal M, Kataria R, Powell T, Ibarra C, Narain S, **Massarotti E**, Weinstein A, Dervieux T. Randomised prospective trial to assess the clinical utility of multianalyte assay panel with complement activation products for the diagnosis of SLE. Lupus Sci Med. 2019

45. Stevens E, Weinblatt ME, **Massarotti E**, Griffin F, Emani S, Desai S. Safety of the Zoster Vaccine Recombinant Adjuvanted in Rheumatoid Arthritis and Other Systemic Rheumatic Disease Patients: A Single Center's Experience With 400 Patients. ACR Open Rheumatol. 2020 J Jun; 2(6):357-361. PMID: 32412669

46. Arriens C, Alexander RV, Narain S, Saxena A, Collins CE, Wallace DJ, **Massarotti E**, Conklin J, Kalunian KC, Putterman C, Ramsey-Goldman R, Buyon JP, Askanase A, Furie RA, James JA, Bello GA, Manzi S, Ahearn J, O'Malley T, Weinstein A, Dervieux T. Cell-bound complement activation products associate with lupus severity in SLE. Lupus Sci Med. 2020 04; 7(1). PMID:

47. Johnson SR, Brinks R, Costenbader KH, Daikh D, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Boumpas DT, Kamen DL, Jayne D, Cervera R, Costedoat-Chalumeau N, Diamond B, Gladman DD, Hahn B, Hiepe F, Jacobsen S, Khanna D, Lerstrøm K, **Massarotti E**, McCune J, Ruiz-Irastorza G, Sanchez-Guerrero J, Schneider M, Urowitz M, Bertsias G, Hoyer BF, Leuchten N, Tani C, Tedeschi SK, Touma Z, Schmajuk G, Anic B, Assan F, Chan TM, Clarke AE, Crow MK, Czirják L, Doria A, Graninger WB, Halda-Kiss B, Hasni S, Izmirly PM, Jung M, Kumánovics G, Mariette X, Padjen I, Pego-Reigosa JM, Romero-Diaz J, Rúa-Figueroa Í, Seror R, Stummvoll GH, Tanaka Y, Tektonidou MG, Vasconcelos C, Vital EM, Wallace DJ, Yavuz S, Meroni PL, Fritzler MJ, Naden R, Dörner T, Aringer M. Performance of the 2019 EULAR/ACR classification criteria for systemic lupus erythematosus in early disease, across sexes and ethnicities. Ann Rheum Dis. 2020 Oct;79(10):1333-1339. doi: 10.1136/annrheumdis-2020-217162. Epub 2020 Aug 14. PMID: 32816709.

48. A Multianalyte Assay Panel with Cell-Bound Complement Activation Products (CB-CAPs) Predicts Transition of Probable Lupus to ACR Classified Lupus. Rosalind Ramsey-Goldman1, Roberta Vezza Alexander2, John Conklin2, Cristina Arriens3, Sonali Narain4, **Elena M. Massarotti**5, Daniel J. Wallace6, Christopher E. Collins7, Amit Saxena8, Chaim Putterman9, Kenneth C. Kalunian10, and Arthur Weinstein2. Manuscript Accepted ACR Open Rheumatology 2020

49. Ramsey-Goldman R, Alexander RV, **Massarotti EM**, Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, O'Malley T, Dervieux T, Weinstein A. Complement Activation in Patients With Probable Systemic Lupus Erythematosus and Ability to Predict Progression to American College of Rheumatology-Classified Systemic Lupus Erythematosus. Arthritis Rheumatol. 2020 01; 72(1):78-88. PMID: 31469249.

50.  Weber BN, Stevens E, Barrett L, Bay C, Sinnette C, Brown JM, Divakaran S, Bibbo C, Hainer J, Dorbala S, Blankstein R, Liao K, **Massarotti E**, Costenbader K, Di Carli MF. Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus. J Am Heart Assoc. 2021 07 06; 10(13):e018555.

51.  Weber BN, Stevens E, Perez-Chada LM, Brown JM, Divakaran S, Bay C, Bibbo C, Hainer J, Dorbala S, Blankstein R, Taqueti VR, Merola JF, **Massarotti E**, Costenbader K, Liao K, Di Carli MF. Impaired Coronary Vasodilator Reserve and Adverse Prognosis in Patients With Systemic Inflammatory Disorders. JACC Cardiovasc Imaging. 2021 Nov; 14(11):2212-2220

52.  Aringer M, Brinks R, Dörner T, Daikh D, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Boumpas DT, Kamen DL, Jayne D, Cervera R, Costedoat-Chalumeau N, Diamond B, Gladman DD, Hahn B, Hiepe F, Jacobsen S, Khanna D, Lerstrøm K, **Massarotti E**, McCune J, Ruiz-Irastorza G, Sanchez-Guerrero J, Schneider M, Urowitz M, Bertsias G, Hoyer BF, Leuchten N, Schmajuk G, Tani C, Tedeschi SK, Touma Z, Anic B, Assan F, Chan TM, Clarke AE, Crow MK, Czirják L, Doria A, Graninger W, Halda-Kiss B, Hasni S, Izmirly PM, Jung M, Kumánovics G, Mariette X, Padjen I, Pego-Reigosa JM, Romero-Diaz J, Rúa-Figueroa Í, Seror R, Stummvoll GH, Tanaka Y, Tektonidou MG, Vasconcelos C, Vital EM, Wallace DJ, Yavuz S, Meroni PL, Fritzler MJ, Naden R, Costenbader K, Johnson SR. European League Against Rheumatism (EULAR)/American College of Rheumatology (ACR) SLE classification criteria item performance. Ann Rheum Dis. 2021 Feb 10. PMID: 33568386

53.  Ramsey-Goldman R, Alexander RV, Conklin J, Arriens C, Narain S, **Massarotti EM**, Wallace DJ, Collins CE, Saxena A, Putterman C, Brady K, Kalunian KC, Weinstein A. A Multianalyte Assay Panel With Cell-Bound Complement Activation Products Predicts Transition of Probable Lupus to American College of Rheumatology-Classified Lupus. ACR Open Rheumatol. 2021 Feb; 3(2):116-123. PMID: 33538130

54.  Simmons DP, Nguyen HN, Gomez-Rivas E, Jeong Y, Jonsson AH, Chen AF, Lange JK, Dyer GS, Blazar P, Earp BE, Coblyn JS, **Massarotti EM**, Sparks JA, Todd DJ, Rao DA, Kim EY, Brenner MB. SLAMF7 engagement superactivates macrophages in acute and chronic inflammation. Sci Immunol. 2022 02 11; 7(68):eabf2846. PMID: 35148199.

55.  Weber B, Weisenfeld D, Seyok T, Huang S, **Massarotti E**, Barrett E, Bibbo C, Solomon DH, Plutzky J, Bolster MB, DiCarli M, Liao KP. The relationship between ASCVD risk, inflammation, and coronary microvascular dysfunction in rheumatoid arthritis. *J Am Heart Assoc*. 2022 1(11):e025467

56.  Solomon DH, Giles JT, Liao KP, Ridker PM, Rist PM, Glynn RJ, Broderick R, Lu F, Murray MT, Vanni KMM, Santacroce L, Abohashem S, Robson PM, Fayad Z, Mani V, Tawakol AA, Bathon JM, TARGET Trial Consortium. Reducing Cardiovascular Risk with Immunomodulators: A Randomized Active Comparator Trial Among Patients with Rheumatoid Arthritis. Ann Rheum Diseases 2022, in Press

57. Berlyand, Y., Lee, A. H.-Y., Hasdianda, M. A., Baymon, D. E., **Massarotti, E. M**., Shannon, E. M., Hankinson, E. A., Cauley, M. R., Delaporta, L., & Goralnick, E. (2023). Electronic I-PASS: Updating the Handoff Safety Tool Through EHR Integration and Workflow Enhancement. *NEJM Catalyst*, *4*(2), CAT.22.0346. https://doi.org/10.1056/CAT.22.0346

58. Jonsson AH, Zhang F, Dunlap G, Gomez-Rivas E, Watts GFM, Faust HJ, Rupani KV, Mears JR, Meednu N, Wang R, Keras G, Coblyn JS, **Massarotti EM**, Todd DJ, Anolik JH, McDavid A, Wei K, Rao DA, Raychaudhuri S, Brenner MB. Granzyme K+ CD8 T cells form a core population in inflamed human tissue. Sci Transl Med. 2022 06 15; 14(649):eabo0686. PMID: 35704599.

59. Wang R, Singaraju A, Marks KE, Shakib L, Dunlap G, Adejoorin I, Greisen SR, Chen L, Tirpack AK, Aude C, Fein MR, Todd DJ, MacFarlane L, Goodman SM, DiCarlo EF, **Massarotti EM**, Sparks JA, Jonsson AH, Brenner MB, Postow MA, Chan KK, Bass AR, Donlin LT, Rao DA. Clonally expanded CD38hi cytotoxic CD8 T cells define the T cell infiltrate in checkpoint inhibitor-associated arthritis. Sci Immunol. 2023 07 28; 8(85):eadd1591. PMID: 37506196; PMCID: PMC10557056.

60. **Mycophenolate mofetil withdrawal in systemic lupus erythematosus** Chakravarty EF, Utset T, Kamen DL, Contreras G, McCune WJ, Aranow C, Kalunian K, **Massarotti E**, Clowse MEB, Rovin BH, Lim SS, Majithia V, Dall'Era M, Looney RJ, Erkan D, Saxena A, Olsen NJ, Ko K, Guthridge JM, Goldmuntz E, Springer J, D'Aveta C, Keyes-Elstein L, Barry B, Pinckney A, McNamara J, James JA. Mycophenolate mofetil withdrawal in patients with systemic lupus erythematosus: a multicentre, open-label, randomised controlled trial. Lancet Rheumatol. 2024 Mar; 6(3):e168-e177. PMID: 38301682; PMCID: PMC10922882.

61. CXCl13 T Cell Differentiation in System Lupus Erythematosus is Controlled by Opposing Effects of Aryl Hydrocarbon Receptor and Type I Interferon. Calvin Law[1,2,3,*], Vanessa S. Wacleche[4,*], Ye Cao[4,*], Arundhati Pillai[1,2,3], John Sowerby[4], Brandon Hancock[1,2,3], Alice Horisberger[4], Sabrina Bracero[4], Viktoriya Skidanova[4], Zhihan Li[4], Ifeoluwakiisi Adejoorin[4], Eilish Dillon[4], Isaac J. Benque[4], Diana Pena Nunez[4], Daimon P. Simmons[4,5], Joshua Keegan[6], Lin Chen[4], Tina Baker[7], Phillip Z. Brohawn[7], Hussein Al-Mossawi[8], Ling-Yang Hao[9], Brian Jones[9], Navin Rao[9], Yujie Qu[10], Stephen E. Alves[10], Accelerating Medicines Partnership RA/SLE Network, A. Helena Jonsson[4], Katharina Shaw[11], Ruth Ann Vleugels[11], **Elena Massarotti**[4], Karen H. Costenbader[4], Michael B. Brenner[4], James A. Lederer[5], Judd F. Hultquist[12], Jaehyuk Choi[1,2,3,13,14,#], Deepak A. Rao[4,#]. Manuscript accepted. Nature. 2024

62. McDermott GC, DiIorio M, Kawano Y, Jeffway M, MacVicar M, Dahal K, Moon SJ, Seyok T, Coblyn J, **Massarotti E**, Weinblatt ME, Weisenfeld D, Liao KP. Reasons for multiple biologic and targeted synthetic DMARD switching and characteristics of treatment refractory rheumatoid arthritis. Semin Arthritis Rheum. 2024 Mar 01; 66:152421. PMID: 38457949.

63. Interplay between systemic inflammation, myocardial injury, and coronary microvascular dysfunction in rheumatoid arthritis: results from the LiiRA study. Brittany Weber MD PhD[1], Dana Weisenfeld BS[2], Elena Massarotti MD[2], Thany Seyok BS[2], Gabrielle Cremone BS[2], Ethan Lam[2], Charlotte Golnik BS[2], Seth Brownmiller BS[2], Feng Liu MS[2], Sicong Huang MD MSc[2], Derrick J.

Todd[2], Jonathan S. Coblyn MD[2], Michael E. Weinblatt MD[2], Tianrun Cai MD[2], Kumar Dahal MS[2], Minna Kohler MD[3], Janeth Yinh MD[3], Leanne Barrett BS[1], Daniel H. Solomon MD MPH[2], Jorge Plutzky MD[1], Heinrich R. Schelbert MD PhD[4], Roxana Campisi MD[5], Marcy Bolster MD,[3] Marcelo Di Carli MD[1], Katherine P. Liao MD MPH[2]. Manuscript accepted. JAHA. 2024

64. Zureigat H, Civieri G, Abohashem S, Osborne MT, Solomon DH, Giles JT, Bathon J, **Massarotti E**, Unizony S, Tawakol A. Improvement in joint inflammation is accompanied by reduction in arterial inflammation: Tocilizumab in rheumatoid arthritis. J Nucl Cardiol. 2024 Mar; 33:101813. PMID: 38266667; PMCID: PMC10939751.

## Books Published

    2012. Lupus Erythematosus. Schur PH, **Massarotti EM**, Editors. Publisher: Springer. http://www.springerlink.com/content/p41230/?MUD=MP

## Reviews, Chapters, and Editorials

1. **Massarotti EM** and Dinerman H. Septic Arthritis due to Listeria Monocytogenes: Case Report and Review of the Literature. J Rheum 1990; 17(1):11-13

2. **Massarotti EM**. Commentary on Lyme Disease. Infectious Diseases in Clinical Practice.1993; 2(4): 279-280

3. **Massarotti EM**. Antibiotics for the Treatment of Chronic Inflammatory Arthritis. Infectious Diseases in Clinical Practice. 1995; 44(6): 419-422

4. **Massarotti EM**. Medical Houseofficers with Disabilities. Careers in Internal Medicine. 1995; 11(2): 5-6.

5. **Massarotti EM**. Medical Aspects of Rheumatoid Arthritis. Hand Clinics of North America. 1996;12(3): 463-475

6. **Massarotti EM**. New approaches to treatment can offer relief to patients with rheumatoid arthritis. Progress notes. 2001; 10 (2): 1-7.

7. **Massarotti EM**. Lyme Arthritis. The Medical Clinics of North America. 2002; 86 (2): 297-309

8. **Massarotti EM**. Improving the Management of Arthritis Pain: A Review of the ACR, AGS, and APS Guidelines: Effect of Treatment Guidelines on Pain Management. Managed Care

Consultant. 2003; 3:9-15

9. Doan T and **Massarotti E**. Rheumatoid Arthritis: An Overview of New and Emerging Therapies. Journal of Clinical Pharmacology 2005; 45: 751-762

10. Doan T and **Massarotti E**. Rituximab. Drugs of Today 2005; 41(12): 785-797

11. **Massarotti E** and Schur P. EULAR Task Force on Systemic Lupus Erythematosus: a critical Appraisal. Future Rheumatology. 2008; 3 (3): 227-230

12. **Massarotti E**. Managing Musculoskeletal Issues in Lupus: The Patient's Input Invitied. J Musculoskel Med. 2008;25:458-463

13. **Massarotti, E.** Clinical and Patient Reported Outcomes in Clinical Trials of Abatacept in the Treatment of Rheumatoid Arthritis. Clinical Therapeutics. 2008; 30(3): 429-442.

14**.** **Massarotti EM** (2009), FAST4WARD: Implications for the clinician. International Journal of Clinical Practice, 63: 986–988. doi: 10.1111/j.1742-1241.2009.02095.x

15. **Massarotti EM,** Schur PH. To what extent can preventive treatments prevent damage from Systemic Lupus Erythematosus? Curr Rheumatol Rep. 2011 Aug;13(4):317-23.

16. **Massarotti EM**, Solomon DH. The Potential Role of "Non Rheumatic" Therapies in Rheumatic Disease. Art Res Therapy. 2013. 15: 124.

17. **Massarotti EM** and Schur PH. Cure, Effective Treatment for Lupus Nephritis Remain Elusive Despite Advances. The Rheumatologist December 2014

18. **Massarotti EM**, Sax PE, Compton L, Levy BD, Loscalzo J. Testing Limits**. N Engl J Med 2016;375:1383-8.DOI: 10.1056/NEJMcps1414259**

19. **Massarotti EM**, Allore H, Costenbader KH. Interferon-Targeted Therapy for SLE: Are the Trials on Target? Arthritis Rheum 2016. Manuscript Accepted.

20. Tawakol A, Unizony S, Osborne MT, **Massarotti EM**, Giles JT. Evolving Use of Molecular Imaging in Research and in Practice. Arthritis Rheum 2019. Manuscript Accepted.

**Book Chapters.**

1. Theoharides TC, Spierings ELH, **Massarrotti EM**. Control of Pain and Inflammation. In: Theoharides TC, editor. Essentials of Pharmacology. Boston MA: Little Brown and Company; 1996. p 217-258 2nd edition
.

2. **Massarotti EM.** Overview of Immunology in the Rheumatic Diseases [chapter].  In: Coleman L, Editor.  <u>Nutrition and the Rheumatic Diseases</u> (Totowa NJ):  Humana Press. 2008 p 3-14.1[st] edition

3**. Massarotti EM**. Hemochromatosis. [chapter]. In:  Hochberg M, Silman A, Smolen J, Weinblatt M, Weisman M, editors. Moseby Elsevier Philadelphia PA. 2010 Rheumatology. P1929-1933.  Fourth Edition.

4. **Massarotti EM** and Schur PH. Diagnosing and Monitoring Lupus. In: <u>Lupus Erythematosus </u>Springer Publishing. 2012 (pp 27-40)

5. **Massarotti EM** and Schur PH. The Treatment of Lupus: General Principles. In: <u>Lupus Erythematosus</u> Springer Publishing. 2012 (pp 53-66)

6. **Massarotti EM**. New and Emerging Therapies. In: <u>Lupus Erythematosus</u> Springer Publishing. 2012 (pp 223-228)

7. **Massarotti EM**. Hemochromatosis. [chapter]. In:  Hochberg M, Silman A, Smolen J, Weinblatt M, Weisman M, editors. Moseby Elsevier Philadelphia PA. Sixth Edition, 2015

<u>**Abstracts**</u> (2004-)

1. Weisman MH, Bombardier C, **Massarotti E,** Gregersen P, Fava G, Kent J. Analysis At 2 Years of an Inception Cohort of Early Rheumatoid Arthritis: The SONORA Study. EULAR. Berlin Germany 2004

2**. Massarotti E** and Sobell J. TNF-α Blockers for Hidradenitis Suppurativa. American College of Rheumatology, San Antonio Texas, 2004

3. Gregersen P, Lee A, Begovich A, **Massarotti E**, Weisman M, Kent J, Bombardier C. A Functional Polymorphism of PTPN22 Associates with Seropositive, but not Seronegative, Rheumatoid Arthritis in a Cohort of Patients with New Onset RA (SONORA). American College of Rheumatology, San Antonio Texas, 2004

4**.** Irigoyen P, Lee H, Vlietinck R, Wolfe F, Kern M, Lee A, Batliwalla F, **Massarotti E**, Weisman M, Bombardier C, Wener M, Kastner D, Seldin M, Criswell L, Gregersen P.  Lack of Association between Smoking and anti CCP Antobodies in Three Large North American Rheumatoid Arthritis Cohorts. Washington DC, 2006

5. **Massarotti E**, Hines P, Li T, Maclean R. Continued Need for Opioids and Antidepressants in RA Patients Treated with MTX or Biologics**.**  EULAR. Barcelona Spain, June 2007

6. Vera-Llonch M, **Massarotti E**, Shadick N, Wolfe F, Westhovens R, MacLean R, Li T, Oster G Cost-effectiveness of Abatacept in Patients with Moderately to Severely Active Rheumatoid Arthritis and Inadequate Response to Tumor Necrosis Factor α Inhibitors. EULAR. Barcelona Spain. 2007 and American College of Rheumatology, Boston, MA 2007

7. Vera-Llonch M, **Massarotti E**, Shadick NA, Wolfe F, Westhovens R, MacLean R, Yuan Y, Oster G. Cost-effectiveness of abatacept in patients with moderately to severely active rheumatoid arthritis and inadequate response to methotrexate. EULAR. Barcelona Spain, 2007

8. **Massarotti** E, Lo G, Wang J, McAlindon T. Anti Cyclic Citrullinated Peptide Antibodies (anti-CCP) and Rheumatoid Factor in Established Rheumatoid Arthritis: A Real World Experience**.** Boston MA, 2007

9. Chibnik LB, Fritz LS, **Massarotti E**, Costenbader KH. Identification of Lupus Nephritis using Administrative Claims Data. San Francisco, CA, October 2008.

10. Chen MH, Bombardier C, Gregersen P, Massarotti E, Li X, Weisman, M. Demographic and Clinical Characteristics of a North American Early RA Cohort: SONORA. Poster presentation. EULAR. Copenhagen Denmark, 2009

11. Rekedal LR, **Massarotti EM**, Garg RK, Bhatia R, Lu B, and Solomon DH. The Effect of Hydroxychloroquine and Methotrexate On Glycated Hemoglobin. Poster Presentation, ACR, Philadelphia, PA. October 2009.

12. Combe B, Schwartzman S, **Massarotti EM**, Keystone EC, Luijtens K, and van der Heijde DM.. Incremental Benefit of Open-Label Certolizumab Pegol + MTX in Rheumatoid Arthritis (RA) Patients Following Double-Blind Placebo + MTX Treatment out to 2 Years. Poster Presentation, ACR. Philadelphia, PA. October 2009.

13. **Massarotti EM**, Maclean R., You M, Rosenblatt L. Continued Need for Opioids in Rheumatoid Arthritis (RA) Patients Prescribed Different Classes of Biologics. Poster Presentation. EULAR. Rome, Italy. June 2010

14. Daniel Hal Solomon, MD, MPH, **Elena Massarotti, MD**, Raj Garg, Claire Canning, Jun Liu ,Sebastian Schneeweiss. Systemic Immunosuppressives and the Risk of Diabetes in Rheumatoid Arthritis (RA) and Psoriatic Arthritis (PsA). Poster Presentation. American College of Rheumatology, Atlanta Georgia, November 2010

15. Michael Weinblatt, Roy Fleischmann, MD, Paul Emery, MA, MD, FRCP, Niti Goel ,Clifton O Bingham, MD, Janet Pope, MD, MPH, FRCPC, **Elena Massarotti, MD**, Ronald van Vollenhoven, MD, PhD,Thomas W.J. Huizinga, MD[9],Benjamin Duncan, Maxime Dougados. Efficacy and Safety of Certolizumab Pegol in a Clinically Representative Population of Patients (Pts) with Active

Rheumatoid Arthritis (RA): Results of the REALISTIC Phase IIIb Randomized Controlled Study. Poster Presentation, American College of Rheumatology, Atlanta Georgia, November 2010.

16. Pope J, Fleischmann R, Dougados M, Bingham CO, **Massarotti EM**, Wollenhaupt J, Duncan B, Coteur G, Weinblatt M. Rapid Reductions in Fatigue and Sleep Problems and Correlation with Improvements in Patient-reported Outcomes in Patients with Active RA Treated with Certolizumab Pegol in the Realistic 12-week Phase IIIB Randomised Controlled Study. Poster Presentation. European League Against Rheumatism, London, England June 2011.

17. Kalunian K, Chatham W, **Massarotti EM**, Harris C, Furie RA, Buyon JP, Chakravarty EF, Somers EC, Chitkara P, Gross RL, Kirou KA, Reyes-Thomas J, Ramsey-Goldman R, Hsieh C, Putterman C, Dervieux T. The Contribution of Cell Bound Complement Activation Products to the Diagnosis of Systemic Lupus Erythematosus. Poster Presentation American College of Rheumatology, Chicago, November 2011.

18. Feldman CA, Fraser PA, Bermas B, Zibiit M, Todd DJ, Fortin PR, **Massarotti EM,** Costenbader KH. Designing a Community-Based Intervention to Improve the Health of Medically-Underserved Women with Systemic Lupus Erythematosus. Podium Presentation. American College of Rheumatology, Chicago, November 2011.

19. Association of Discoid Lupus with Other Clinical Manifestations Among Patients with Systemic Lupus Erythematosus 2012 ACR

20. A Double-Blind Randomized Placebo-Controlled Trial of the Effect of Vitamin D3 On the Interferon Signature in Patients with Systemic Lupus Erythematosus 2012 ACR

21. Effects of Subcutaneous Abatacept or Adalimumab On Remission and Associated Changes in Physical Function and Radiographic Outcomes: One Year Results From the Ample (Abatacept Versus Adalimumab Comparison in Biologic-Naive RA Subjects with Background Methotrexate) Trial 2012 ACR

22. Cell Bound Complement Activation Products Are Associated with Disease Activity in Systemic Lupus Erythematosus 2012 ACR

23. COMPARISON OF COST- EFFICACY OF SUBCUTANEOUS ABATACEPT VERSUS ADALIMUMAB IN THE TREATMENT OF PATIENTS WITH RHEUMATOID ARTHRITIS. Eular 2013

24. Remission, Low Disease Activity, and Associated Changes in Physical Function and Radiographic Outcomes with Subcutaneous Abatacept or Adalimumab: Results from the AMPLE Trial planned EULAR 2013

25. **ASSOCIATION OF RADIOGRAPHIC OUTCOMES WITH LOW DISEASE ACTIVITY AND REMISSION AND SUSTAINABILITY OF RESPONSE WITH SUBCUTANEOUS**

ABATACEPT OR ADALIMUMAB: 2-YEAR RESULTS FROM THE AMPLE TRIAL R. Fleischmann[1], M. Schiff[2], M. Weinblatt[3], M. Maldonado[4], E. Massarotti[5], J. Fay[4], Y. Yazici[6]. Eular, 2014

26. Cell Bound Complement Activation Products Have Higher Sensitivity Than Serum C3 and C4 Levels in Systemic Lupus Erythematosus Rosalind Ramsey-Goldman[1], Richard Furie[2], Chaim Putterman[3], Anka Askanase[4], Jill P. Buyon[5], Kenneth Kalunian[6], W. Winn Chatham[7], E Massarotti[8], Kyriakos A. Kirou[9], A. Weinstein[10], Puja Chitkara[11], Susan Manzi[12], Joe Ahearn[13], Leilani Wolover[14], John Conklin[15], Tyler O'Malley[14], Claudia Ibarra[15], Derren Barken[16] and Thierry Dervieux[17], ACR, 2014

27. The Effect of Milnacipran on Pain in Rheumatoid Arthritis Patients with Widespread Pain: a Randomized Blinded Crossover Trial. Yvonne C. Lee[1], Elena Massarotti[2], Robert R. Edwards[3], Bing Lu[4], Chih-Chin Liu[5], Yuanyu Lo[4], Alyssa Wohlfahrt[4], Nancy Kim[6], Daniel J. Clauw[7]and Daniel H. Solomon[8], ACR 2014

28. Feldman, CH, Massarotti E, Wohlfahrt A, Campos A, Lo E, Zhang Z, Iversen MD, Solomon DH, Factors Associated with Nonadherence to Recently Initiated Disease-Modifying Antirheumatic drugs (Oral Presentation of Selected Abstract. ACR/ARHP National Meeting, San Francisco, CA, November 2015) Arthritis Rheum 2015.

29. Campos A, Wohlfarht A, Lo E, Iversen M, Massarotti E, Solomon DH, Feldman CH. Uncovering and Addressing Issues Related to Medication Adherence among Patients with Rheumatic Diseases: A Patient Navigator Pilot Program. Arthritis Rheum 2015, November 2015 (Poster Presentation; ACR/ARHP November 2015).

30. Feldman CH, Campos A, Wohlfarht A, Lo E, Gagne J, Iversen M, Massarotti E, Solmon DH. Design and Implementation of a Patient-Centered Navigator Program to Improve Adherence to Disease-Modifying Antirheumatic Drugs. Arthritis Rheum 2015, November 2015 (Poster Presentation; ACR/ARHP November 2015).

31. Johnson SR, Khanna D, Cervera R, Costedoat-Chalumeau N, Gladman DD, Hahn BH, Hiepe F, Sanchez-Guerrero J, Massarotti E, Boumpas D, Costenbader KH, Daikh DI, Jayne D, Dörner T, Kamen DL, Mosca M, Ramsey-Goldman R, Smolen JS, Wofsy D, Aringer M. Use of Nominal Group Technique to Determine Candidate Items for SLE Classification Criteria Development [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

32. Rao D, Gurish M, Slowikowski K, Fonseka C, Marshall J, Liu Y, Donlin LT, Henderson L, Mizoguchi F, Teslovich N, Weinblatt M, Massarotti E, Coblyn J, Helfgott SM, Lee YC, Todd DJ, Bykerk VP, Goodman SM, Pernis AB, Ivashkiv L, Karlson EW, Nigrovic P, Filer A, Buckley C, Lederer J, Raychaudhuri S, Brenner M. Integrated High-Dimensional Analyses Reveal a Pathologically Expanded 'Peripheral' B Cell-Helper T Cell Population in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10

33. Furie R, Askanase AD, Kalunian K, Massarotti E, Ramsey-Goldman R, Wallace DJ, Silverman SL, Reddy S, Chitkara P, Putterman C, Collins C, Buyon JP, Arriens C, O'Malley T, Alexander R, Barken D, Conklin J, Manzi S, Ahearn J, Weinstein A, Dervieux T. Multi-Center Validation of Platelet Bound C4d, a Biomarker for Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

34. Wallace DJ, Ramsey-Goldman R, Askanase AD, Manzi S, Ahearn J, Furie R, Weinstein A, Putterman C, Massarotti E, Collins C, Kalunian K, Arriens C, Silverman SL, Reddy S, Chitkara P, Ibarra C, Barken D, Alexander R, Conklin J, Dervieux T. Prospective Validation of a Panel of Autoantibodies in Combination with C4d-Bound Complement Activation Products for the Differential Diagnosis of Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10).

35. Lee YC, Fine A, Protsenko E, **Massarotti E,** Edwards RR, Napadow V, Loggia M. A Pilot Pulsed Arterial Spin Labeling Study of Regional Cerebral Blood Flow in Response to Pain in RA, before and after DMARD Treatment [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10). http://acrabstracts.org/abstract/a-pilot-pulsed-arterial-spin-labeling-study-of-regional-cerebral-blood-flow-in-response-to-pain-in-ra-before-and-after-dmard-treatment/

36. Feldman CH, Wohlfahrt A, Campos A, Gagne J, Iversen MD, **Massarotti E**, Kawachi I, Solomon DH. Use of Rheumatology-Specific Patient Navigators for DMARD Adherence: Results from a Pilot Intervention [abstract]. *Arthritis Rheumatol.* 2016; 68 (suppl 10). http://acrabstracts.org/abstract/use-of-rheumatology-specific-patient-navigators-for-dmard-adherence-results-from-a-pilot-intervention/

37. Wallace DJ, **Massarotti E,** Ramsey-Goldman R, Collins CE, Askanase A, Buyon JP, Furie R, Narain S, Saxena A, Kalunian KC, Arriens C, Putterman C, Conklin J, Alexander R, Ibarra C, O'Malley T, Chandra T, Ahearn J, Manzi S, Weinstein A, Dervieux T. Cell Bound Complement Activation Products Distinguish Systemic Lupus Erythematosus from Other Diseases Among Patients with High Antinuclear Antibody Titers and Normal Complement [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/cell-bound-complement-activation-products-distinguish-systemic-lupus-erythematosus-from-other-diseases-among-patients-with-high-antinuclear-antibody-titers-and-normal-complement/.

38. Arriens C, Narain S, Saxena A, Collins CE, Wallace DJ, **Massarotti E**, Conklin J, Alexander R, Kalunian KC, Putterman C, Ramsey-Goldman R, Buyon JP, Askanase A, Furie R, Manzi S, Ahearn J, Weinstein A, Dervieux T. Abnormalities in Complement System Are Related to Disease Severity in Systemic Lupus Erythematosus (SLE) [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/abnormalities-in-complement-system-are-related-to-disease-severity-in-systemic-lupus-erythematosus-sle/

39. James JA, Petri M, Putterman C, Diamond B, Wofsy D, Lee CH, Fine D, Broder AR, Clancy RM, Izmirly PM, Belmont M, Bornkamp N, Davidson A, Tosta P, Kalunian KC, Park M, Dall'Era M, Furie R, **Massarotti E,** Hernandez GT, Payan-Schober F, Connery SM, Kamen DL, Lee I, Pendergraft W III, Anolik JH, Shah U, Raychaudhuri S, Lee YC, Guthridge JM, Holers VM, Utz PJ, Pichavant M, Gupta R, Maecker HT, Weisman M, Buyon JP. Lupus Nephritis in Isolation or

Accompanied By Extra-Renal Manifestations: Early Lessons from the Accelerating Medicines Partnership [abstract]. *Arthritis Rheumatol.* 2017; 69 (suppl 10). http://acrabstracts.org/abstract/lupus-nephritis-in-isolation-or-accompanied-by-extra-renal-manifestations-early-lessons-from-the-accelerating-medicines-partnership/.

41. Ramsey-Goldman R, Alexander R, **Massarotti E,** Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, Sace A, Lafon R, O'Malley T, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation Is a Feature of Diseases in the Lupus Spectrum [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/complement-activation-is-a-feature-of-diseases-in-the-lupus-spectrum/.

42. Liao KP, Huang J, Cremone G, Lam E, Yang N, Playford M, Iannaccone CK, Coblyn J, **Massarotti E**, Weinblatt ME, Shadick NA, Mehta N, Plutzky J. Divergent Patterns of Cardiovascular Risk in Biomarkers of Lipids and Subclinical Myocardial Injury during Increased Inflammation in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/divergent-patterns-of-cardiovascular-risk-in-biomarkers-of-lipids-and-subclinical-myocardial-injury-during-increased-inflammation-in-rheumatoid-arthritis

43. Fonseka C, Rao D, Teslovich N, Korsunsky I, Hannes S, Slowikowski K, Gurish M, Donlin LT, Lederer JA, Weinblatt M, **Massarotti E**, Coblyn J, Helfgott S, Todd DJ, Bykerk VP, Karlson E, Ermann J, Lee YC, Brenner M, Raychaudhuri S. Single Cell Association Testing Identifies an Expanded Th1-Skewed Cytotoxic Effector CD4+ T Cell Subset in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/single-cell-association-testing-identifies-an-expanded-th1-skewed-cytotoxic-effector-cd4-t-cell-subset-in-rheumatoid-arthritis/.

44. SAFETY OF THE ZOSTER RECOMBINANT ADJUVANTED VACCINE IN RHEUMATOID ARTHRITIS PATIENTS: A SINGLE CENTER'S EXPERIENCE WITH 300Patients *Emma Stevens, Michael E. Weinblatt, Elena Massarotti, Frances Griffin, Sonali Desai* Eular 2019 Madrid Spain

45. **UTILITY OF A MOBILE PHONE BASED APPLICATION TO COLLECT PATIENT REPORTED OUTCOME INFORMATION FROM SUBJECTS WITH SYSTEMIC LUPUS ERYTHEMATOSUS,***Brooke Williams, Bridget Muckian, Christine Peschken, Richard Furie, Elena Massarotti, Vanja Sikirica, Steven Gilbert, Martin Hodge, Peter Lipsky* EULAR 2019 Madrid Spain

46. Huang S, He Z, Solomon D, **Massarotti E**, Golnik C, Seyok T, Brownmiller S, Cai T, Yang N, Campbell L, Barrett L, Bibbo C, Pariser K, Todd D, Bolster M, Di Carli M, Liao K. The Association Between Disease Activity with Coronary Microvascular Dysfunction in Rheumatoid Arthritis [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/the-association-between-disease-activity-with-coronary-microvascular-dysfunction-in-rheumatoid-arthritis/.

47. Narain S, Wallace D, Putterman C, Arriens C, Askanase A, Kalunian K, Collins C, Saxena A, **Massarotti E**, Alexander R, Ibarra C, O'Malley T, Conklin J, Ramsey-Goldman R, Ahearn J, Manzi S, Weinstein A, Dervieux T. Cell-bound Complement Activation Products in Combination with Low Complement C3 or C4 Have Superior Diagnostic Performance in Systemic Lupus Erythematosus

[abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/cell-bound-complement-activation-products-in-combination-with-low-complement-c3-or-c4-have-superior-diagnostic-performance-in-systemic-lupus-erythematosus/.

48. Stevens E, Weinblatt M, **Massarotti E,** Griffin F, Emani S, Desai S. Safety of the Zoster Vaccine Recombinant, Adjuvanted in Rheumatoid Arthritis and Other Systemic Rheumatic Disease Patients: A Single Center's Experience with 400 Patients [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/safety-of-the-zoster-vaccine-recombinant-adjuvanted-in-rheumatoid-arthritis-and-other-systemic-rheumatic-disease-patients-a-single-centers-experience-with-400-patients/.

49. Speyer C, Sinnette C, Stevens E, Guan H, Bibbo C, Di Carli M, Costenbader K, **Massarotti E**. Novel PET-Coronary Flow Reserve Imaging to Assess for Coronary Microvascular Dysfunction in Systemic Lupus Erythematosus Compared to Subjects with Diabetes Mellitus and Controls [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/novel-pet-coronary-flow-reserve-imaging-to-assess-for-coronary-microvascular-dysfunction-in-systemic-lupus-erythematosus-compared-to-subjects-with-diabetes-mellitus-and-controls/.

50. Wallace D, Alexander R, O'Malley T, Khosroshahi A, Hojjati M, Loupasakis K, Alper J, Sherrer Y, Fondal M, Kataria R, Powell T, Ibarra C, Narain S, **Massarotti E**, Weinstein A, Dervieux T. A Randomized Prospective Trial to Assess the Clinical Utility of Multianalyte Assay with Complement Activation Products in Diagnosing Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/a-randomized-prospective-trial-to-assess-the-clinical-utility-of-multianalyte-assay-with-complement-activation-products-in-diagnosing-systemic-lupus-erythematosus/.

51. Williams B, Muckian B, Dykas C, Peschken C, Furie R, **Massarotti E**, sikirica V, Gilbert S, Hodge M, Lipsky P. Utility of a Mobile Phone Based Application to Collect Patient-Reported Outcome Information from People Living with Systemic Lupus Erythematosus [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/utility-of-a-mobile-phone-based-application-to-collect-patient-reported-outcome-information-from-people-living-with-systemic-lupus-erythematosus/.

52. Ramsey-Goldman R, Alexander R, Narain S, Arriens C, **Massarotti E**, Wallace D, Saxena A, Collins C, Putterman C, Kalunian K, O'Malley T, Sace A, LaFon R, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation in Probable Systemic Lupus Erythematosus (pSLE) May Predict Progression to SLE Defined by Fulfillment of ACR Classification Criteria [abstract]. *Arthritis Rheumatol.* 2019; 71 (suppl 10). https://acrabstracts.org/abstract/complement-activation-in-probable-systemic-lupus-erythematosus-psle-may-predict-progression-to-sle-defined-by-fulfillment-of-acr-classification-criteria/.

53. Ramsey-Goldman R, Alexander R, **Massarotti E,** Wallace DJ, Narain S, Arriens C, Collins CE, Saxena A, Putterman C, Kalunian KC, Sace A, Lafon R, O'Malley T, Ligayon J, Ibarra C, Conklin J, Dervieux T, Weinstein A. Complement Activation Is a Feature of Diseases in the Lupus Spectrum [abstract]. *Arthritis Rheumatol.* 2018; 70 (suppl 10). https://acrabstracts.org/abstract/complement-activation-is-a-feature-of-diseases-in-the-lupus-spectrum/..

54. Weber BN, Stevens E, Sinnette C, Brown JB, Divakaran S, Bibbo C, Hainer J, Klein J, Taqueti V, Dorbala S, Blankstein R, **Massarotti E,** Costenbader K, Di Carli M.
Patients with Systemic Lupus Erythematosus have a high prevalence of coronary microvascular dysfunction in the absence of obstructive coronary artery disease. ACC 2020

55. Mehreen Elahee[1], Kathryne E. Marks[1], Ifeoluwakiisi A. Adejoorin[1], Lin Z. Chen[1], Derrick J. Todd[1], Jonathan S. Coblyn[1], Elena M. Massarotti[1], Susan Ritter[1], Michael Weinblatt[1], Daniel H. Solomon[1], and Deepak A. Rao[1]
A Proliferating T Cell Signature in Blood Is Associated with Response to JAK Inhibitor Therapy in Rheumatoid Arthritis Patients. ACR Convergence San Diego, 2023

56. Calvin Law[1,2,3*], Vanessa S. Wacleche[4,*], Ye Cao[4,*], Arundhati Pillai[1,2,3], Alice Horisberger[4], Sabrina Bracero[4], Viktoriya Skidanova[4], Zhihan Li[4], Ifeoluwakiisi Adejoorin[4], Isaac J. Benque[4], Diana Pena Nunez[4], Daimon P. Simmons[4,5], Joshua Keegan[6], Lin Chen[4], John Sowerby[4], A. Helena Jonsson[4], Elena Massarotti[4], Karen H. Costenbader[4], Michael B. Brenner[4], James A. Lederer[5], Judd F. Hultquist[7], Jaehyuk Choi[1,2,3,#], Deepak A. Rao[4,#]
CXCL13[+] T Cell Differentiation in Systemic Lupus Erythematosus Is Controlled by Opposing Effects of Aryl Hydrocarbon Receptor and Type I Interferon. ACR Convergence San Diego, 2023

57.Brittany Weber, Feng Liu, Mary Jeffway, Dana Weisenfeld, Gregory McDermott, Elena Massarotti, Jonathan Coblyn, Michael E. Weinblatt, Marcelo Di Carli, Damini Dey, Katherine P. Liao. An early inflammatory cardiac phenotype and association with future coronary plaque burden in rheumatoid arthritis. American College of Rheumatology (accepted, 2024)

58. Judith James et al. Select Immune Cell Dysregulation Identifies Clinically Quiescent Patients at Risk of Flare Who Stop Mycophenolate Mofetil While Continuing Hydroxychloroquine. American College of Rheumatology (accepted, 2024)

59. Safety, Cancer Progression, and Autoimmune Disease Activity in Patients with Pre-Existing Autoimmune Disease Undergoing CD19 CAR T Cell Therapy for Lymphoma: A Retrospective Comparative Cohort Study. Kathleen MM Vanni, Kaitlin R McCarter, Xiaosong Wang, Caitlyn Duffy, Jamie P Dela Cruz, Sarah Nikiforow, Elena M Massarotti, Karen H Costenbader, Jessica S Little, Ellen M Gravallese, Gregory C McDermott, Caron A Jacobson*, Jeffrey A Sparks. American College of Rheumatology (accepted, 2024)

**Narrative report**

My professional career has been devoted to improving the lives of patients with rheumatic diseases through direct clinical care, clinical research, and teaching. I joined the rheumatology faculty at the Brigham and Women's Hospital on August 1, 2007. Prior to then, I was the Clinical Director of the Division of Rheumatology at Tufts Medical Center for many years. In 2016, I assumed the position of Vice Chair, Clinical Affairs in the Department of Medicine which has allowed me the opportunity to improve patient care on a systems level.

I practice general rheumatology with special interests in rheumatoid arthritis and lupus. My hospital based practice is comprised of an established and consistently growing, large regional and national referral base. I have been recognized as an outstanding clinician numerous times in Boston Magazine, Best Doctors, and US News and World Report. A significant percentage of my new referrals are for patients seeking second and third rheumatologic opinions, and from other rheumatologists requesting special consultation. My direct contact with patients remains a rewarding part of my professional life, and inspires me to ask and try to answer many research questions regarding the diseases from which they suffer, and the many treatments they receive. My reputation as a highly experienced knowledgeable rheumatologist has resulted in numerous invited presentations regionally and nationally.

I became a paraplegic when I was nine years old as a result of complications from bacterial meningitis. While my drive to become a physician was present prior to my disability, my experiences as a patient thereafter significantly influenced my approach to patient care in both direct and indirect ways. As a young child, I was keenly aware of the physical barriers disabled patients confronted when visiting physicians and hospitals, and wondered why the very places that claimed to want to help people like me seemed to send opposite messages, with impossible to reach examination tables, inaccessible restrooms and showers, and narrow doorways that could not accommodate the wheelchairs they had prescribed. When I became the Clinical Director of Rheumatology at Tufts Medical Center (known as the Itzhak Perlman Family Arthritis Treatment Center for the first two years), one of my major endeavors was to render each exam room in the new center completely wheelchair friendly, with exam tables that could be easily adjusted to accommodate patients' needs, and not just the doctors' needs. I brought this unique prospective with me to the BWH in August 2007, and was instrumental in helping the hospital administration populate all the exam rooms in the BWH arthritis center with adjustable exam tables. As part of the hospital wide BWH Disability Committee, I helped oversee the implementation of numerous modalities to help mitigate the barriers facing patients with a wide range of disabilities at BWH. I am very proud of this work, and continue to work closely with administration to improve access to health care at the BWH for all patients with all disabilities.

The BWH cares for the largest number of lupus patients in New England. Prior to my arrival at the BWH in August 2007, clinical trials of new therapeutics in lupus had not been part of the clinical research efforts in the division. As Director of Clinical Trials in the Lupus Center, I have been the principal investigator of numerous trials of new therapeutics for lupus that have further reinforced the BWH rheumatology division's reputation as one of the strongest in the country, harkening back

49

to the mission of the Robert Breck Brigham Hospital. These clinical trials offer BWH lupus patients the opportunity to receive cutting edge treatments previously unavailable to them at the BWH, and my roles as a clinical investigator and seasoned clinician have allowed me to cultivate the BWH's Lupus Center reputation as a complete center offering multidisciplinary tertiary care, and new treatments. My work in clinical trials and the care of patients with lupus has been recognized at the national and international level, with invited presentations by the American College of Rheumatology, and professional rheumatology societies in other countries.

As Vice Chair of Clinical Affairs for the Department of Medicine, I oversee both inpatient and outpatient activities. This new role has allowed me to impart my commitment to outstanding patient care more widely, both in the day to day decisions involved in the delivery of health care and in the broader policies of a complex medical center. My "true north" in effecting these decisions and policies has been the care of the patient.  Examples of work encompassed in my role as Vice Chair have been the administration and coordination of a new patient call center, facilitating patient transfers across institutions as part of a hospital wide endeavor, re-organization of a large, sophisticated in patient cardiology service, and helping to integrate telemedicine into the work lives of busy physicians. I am proud represent the Department's voice in clinical medicine.

Education and teaching have been critically important components of my entire career, dating back to my chief residency in internal medicine.  I have been recognized for contributions in education with numerous teaching awards, including the Zucker Clinical Teaching Prize, awarded to me in 2001 by the faculty of Tufts University School of Medicine for outstanding innovation in clinical teaching. I was the course director for musculoskeletal pathophysiology at Tufts University School of Medicine from 1993 to 2002, which consistently received high score evaluations.  I continue to be invited to attend medical morning report, give house staff conferences, and teach medical students across all years in the classroom, in the clinics, and on the wards.