# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

AbbVie Inc.
                        Plaintiff,

v.                                             Case No.: 1:23−cv−02836
                                                 Honorable Georgia N Alexakis

Payer Matrix, LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Status hearing held on 1/24/25. For the reasons stated on the record, Defendant's motions in limine [292], [294, [296], [298] are denied; Plaintiff's motion to admit rebuttal declarations in support of its motion for preliminary injunction [289] is granted; and Plaintiff's consolidated motions in limine [288] are denied. Plaintiff is directed to submit a proposed order in Microsoft Word to the Court's proposed order mailbox on or before COB 1/27/25. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.