**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

AbbVie Inc.
                Plaintiff,

v.                                               Case No.: 1:23−cv−02836
                                                      Honorable Georgia N Alexakis

Payer Matrix, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 29, 2025:

        MINUTE entry before the Honorable Georgia N Alexakis: Preliminary Injunction hearing held on 1/29/25 and continued for 1/30/25 at 10:15 a.m.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.