# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

AbbVie Inc.

                        Plaintiff,

v.                                                         Case No.: 1:23−cv−02836

                                                                     Honorable Georgia N Alexakis

Payer Matrix, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Preliminary injunction hearing held on 1/31/25 and concluded. The parties' proposed findings of fact (limited to 160 statements) and conclusions of law are due by 2/21/25. The parties' agreed−upon exhibit list, reflecting only those exhibits utilized at the hearing, should be submitted to the Court's proposed order inbox by 2/21/25. In addition, by 2/7/25, the parties are directed to provide the Court with electronic versions of the PowerPoint presentations used during closing arguments. The presentations can be emailed to the Court's proposed order inbox or, if too large to send via email, submitted via a thumb drive delivered to the Courtroom Deputy. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.