THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Georgia N. Alexakis |
| Payer Matrix, LLC, | Hon. Young B. Kim |
| *Defendant*. | |

**PLAINTIFF ABBVIE INC.'S MOTION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL AND IN REDACTED FORM**

Pursuant to Local Rules 5.8 and 26.2, Plaintiff AbbVie Inc. ("AbbVie") respectfully requests leave to file an unredacted copy of its Proposed Findings of Fact and Conclusions of Law Following Preliminary Injunction Hearing ("Proposed FOF & COL") under seal, and to file a redacted copy of the same on the public docket. In support of this motion, AbbVie states as follows:

AbbVie's Proposed FOF & COL references certain declarations (*e.g.*, Dkts. 254-55) and rebuttal declarations (*e.g.*, Dkt. 289, Exs. B-C) that AbbVie filed in support of its Motion for Preliminary Injunction. AbbVie previously moved to file these documents under seal (Dkts. 260, 290), and the Court granted AbbVie's motions (Dkts. 262, 302). Accordingly, AbbVie seeks leave to file under seal and in redacted form its references to those already-sealed declarations.

WHEREFORE, AbbVie respectfully requests that the Court enter an order granting AbbVie leave to file:

1) A redacted copy of its Proposed FOF & COL on the public docket; and

2) An unredacted copy of its Proposed FOF & COL under seal.

| | |
|---|---|
| Date: February 21, 2025 | Respectfully submitted, |

/s/ *Valarie Hays*
Valarie Hays
Daniel E. Raymond
Emily Dorner
Nicholas C. Zebrowski (*pro hac vice*)
Stephen Ferro (*pro hac vice*)
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
emily.dorner@arnoldporter.com
nicholas.zebrowski@arnoldporter.com
stephen.ferro@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone: (312) 583-2440
Facsimile: (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
jeffrey.handwerker@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

Stephen Cha-Kim (*pro hac vice*)
Max Romanow (*pro hac vice*)
stephen.cha-kim@arnoldporter.com
max.romanow@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689