IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>Payer Matrix, LLC,<br><br>   *Defendant*. | Civil Action No. 1:23-cv-02836<br><br>Hon. Georgia N. Alexakis<br><br>Hon. Magistrate Judge Young B. Kim |

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Payer Matrix, LLC ("Payer Matrix"), by and through undersigned counsel, hereby files this Unopposed Motion for Extension of Time to File its Motion to Dismiss:

1. On September 27, 2024, Plaintiff AbbVie Inc. ("AbbVie") filed its First Amended Complaint ("Complaint") (Dkt. 233).

2. In an order dated December 18, 2024 (Dkt. 282), the Court set April 1, 2025 as Payer Matrix's deadline to file its Motion to Dismiss AbbVie's Complaint ("Motion to Dismiss").

3. Payer Matrix has been reviewing the allegations in the Complaint and conducting appropriate diligence to ensure it adequately presents all available legal arguments supporting dismissal of the claims asserted in the Complaint, and has determined it needs additional time to prepare its papers supporting the Motion to Dismiss.

4. On March 17, 2025, undersigned counsel emailed AbbVie's counsel, Ms. Valarie Hays, and requested a **one-time, 14-day** extension of time to file for Payer Matrix to file its Motion to Dismiss. In his email request, undersigned counsel also proposed extending, by 14 days, AbbVie's response deadline and Payer Matrix's reply deadline.

5. Based on Payer Matrix's proposal, if the Court grants the instant motion for extension, the briefing schedule would be modified as follows:

- **April 15, 2025:** Payer Matrix's deadline to file Motion to Dismiss;

- **May 15, 2025:** AbbVie's deadline to file Response;

- **May 29, 2025:** Payer Matrix's deadline to file Reply.

6. On March 18, 2025, Ms. Hays responded to undersigned counsel's request and stated that she does not oppose Payer Matrix's request for a one-time, 14-day extension of time to file its Motion to Dismiss.

7. This is Payer Matrix's first request for an extension of time to file its Motion to Dismiss, and is not being made for purposes of delay or any other improper purpose.

WHEREFORE, Payer Matrix, LLC respectfully requests that this Honorable Court enter an Order: (i) granting its unopposed request for a 14-day extension of time to respond to file its Motion to Dismiss; (ii) entering the modified Motion to Dismiss briefing schedule proposed herein in Paragraph 5, *supra*; and (iii) awarding any additional relief the Court finds appropriate.

Dated: March 20, 2025
Respectfully submitted,

**PAYER MATRIX, LLC**

*/s/ David M. Poell*
David M. Poell (#6302765)
Max Rogers (#6339599)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
dpoell@sheppardmullin.com
mrogers@sheppardmullin.com

-3-

Danielle Vrabie*
Meghan M. Stuer*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 634-3081
Fax: (917) 438-6162
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com

Kathleen M. Stratton*
Calla N. Simeone*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
Tel: (202) 747-1956
Fax: (202) 747-9456
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com
*Admitted *Pro Hac Vice*

***Counsel for Payer Matrix, LLC***