IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AbbVie Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Payer Matrix, LLC, <br><br> *Defendant*. | Civil Action No. 1:23-cv-02836 <br><br> Hon. Georgia N. Alexakis <br><br> Hon. Magistrate Judge Young B. Kim |

**DEFENDANT'S *UNOPPOSED* MOTION FOR SECOND EXTENSION OF TIME TO FILE MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Payer Matrix, LLC ("Payer Matrix"), by and through undersigned counsel, hereby files this Unopposed Motion for Second Extension of Time to File its Motion to Dismiss:

1. On September 27, 2024, Plaintiff AbbVie Inc. ("AbbVie") filed its First Amended Complaint ("Complaint"). (Dkt. 233.)

2. The Court originally set April 1, 2025 as Payer Matrix's deadline to file its Motion to Dismiss AbbVie's Complaint ("Motion to Dismiss"). (Dkt. 282.)

3. In an order dated March 21, 2025, the Court granted Payer Matrix's unopposed motion for a two-week extension of time to file its Motion to Dismiss, to and including April 15, 2025. (Dkt. 338.)

4. As Payer Matrix stated in its first unopposed motion for extension (Dkt. 336), it had intended for the original two-week extension to be the only request for more time it would need to file its Motion to Dismiss. However, Payer Matrix's co-lead counsel, Mr. David Poell, has encountered an unforeseen, time-sensitive family medical emergency that has required his full attention and ensuant divergence of resources during the last week. As a result of this sudden development, Payer Matrix needs one additional week to prepare its Motion to Dismiss papers.

5. On April 2, 2025, undersigned counsel spoke on the phone with AbbVie's lead counsel, Ms. Valarie Hays, and explained the underlying emergency circumstances necessitating this second request for an extension of Payer Matrix's Motion to Dismiss deadline.

6. It is AbbVie's position that although it desires to move this case forward as expeditiously as possible and agreed to Payer Matrix's original extension request with the understanding that there would be no further requests for an extension, in light of Mr. Poell's family emergency, AbbVie will agree to an additional one-week extension.

7. Based on Payer Matrix's proposal, if the Court grants the instant motion for extension, the briefing schedule would be modified as follows:

- **April 22, 2025:** Payer Matrix's deadline to file Motion to Dismiss;
- **May 22, 2025:** AbbVie's deadline to file Response;
- **June 5, 2025:** Payer Matrix's deadline to file Reply.

8. This is Payer Matrix's second request for an extension of time to file its Motion to Dismiss, and is not being made for purposes of delay or any other improper purpose.

WHEREFORE, Payer Matrix, LLC respectfully requests that this Honorable Court enter an Order: (i) granting its unopposed request for a 7-day extension of time to respond to file its Motion to Dismiss; (ii) entering the modified Motion to Dismiss briefing schedule proposed herein in Paragraph 7, *supra*; and (iii) awarding any additional relief the Court finds appropriate.

| | |
|---|---|
| Dated: April 7, 2025 | Respectfully submitted,<br><br>**PAYER MATRIX, LLC**<br><br>*/s/ David M. Poell*<br>David M. Poell (#6302765)<br>Max Rogers (#6339599)<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>321 N. Clark St., 32nd Floor<br>Chicago, Illinois 60654<br>Tel: (312) 499-6300<br>Fax: (312) 499-6301<br>dpoell@sheppardmullin.com<br>mrogers@sheppardmullin.com<br><br>Danielle Vrabie*<br>Meghan M. Stuer*<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: (212) 634-3081<br>Fax: (917) 438-6162<br>dvrabie@sheppardmullin.com<br>mstuer@sheppardmullin.com<br><br>Kathleen M. Stratton*<br>Calla N. Simeone*<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>2099 Pennsylvania Ave., NW<br>Suite 100<br>Washington, D.C. 20006<br>Tel: (202) 747-1956<br>Fax: (202) 747-9456<br>kstratton@sheppardmullin.com<br>csimeone@sheppardmullin.com<br>*Admitted *Pro Hac Vice*<br><br>***Counsel for Payer Matrix, LLC*** |