**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Georgia N. Alexakis |
| Payer Matrix, LLC, | Hon. Magistrate Judge Young B. Kim |
| *Defendant*. | |

**JOINT MOTION FOR LEAVE TO FILE**
**BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendant Payer Matrix, LLC ("Payer Matrix") and Plaintiff AbbVie Inc. ("AbbVie") jointly move for leave from this Court for Payer Matrix's forthcoming Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion") and AbbVie's opposition to Payer Matrix's Motion to exceed this Court's 15-page limit by thirty-five (35) pages, consisting of a total length of fifty (50) pages each. In support of this agreed motion, the parties state as follows:

1. Payer Matrix's Motion is due on April 22, 2025. AbbVie's response is due on May 22, 2025, and Payer Matrix's reply to AbbVie's response is due on June 5, 2025.

2. Pursuant to N.D. Ill. Local Rule 7.1, the parties' memoranda of law may not exceed fifteen (15) pages without prior approval of the Court.

3. Payer Matrix needs more than fifteen (15) pages for its memorandum so that it can sufficiently present all viable legal arguments supporting its Motion and ensure the Court is well informed of the multiple bases for dismissal in deciding Payer Matrix's Motion.

4. Likewise, AbbVie will need more than fifteen (15) pages for its response to Payer Matrix's Motion to Dismiss, so that it can sufficiently present all viable legal arguments in response to Payer Matrix's Motion.

5.      In light of the complexity of allegations and the exhaustive legal arguments that Payer Matrix will raise as a basis for dismissal of this lawsuit and AbbVie will raise in response to a request for dismissal, an extension of the 15-page limit is needed for both parties.

6.      On April 16, 2025, undersigned counsel conferred with Plaintiff's lead counsel, Ms. Valarie Hays, and asked her if Plaintiff has any opposition to Payer Matrix's request to file a brief in support of its Motion to Dismiss comprising of fifty (50) pages—thirty-five (35) pages in excess of this Court's 15-page default limit.  In an email, Ms. Hays told undersigned counsel that Plaintiff does not object to Payer Matrix's request so long as undersigned counsel agrees that Plaintiff receives a reciprocal 35-page extension of the Court's 15-page default limit for its brief in response to Payer Matrix's Motion to Dismiss.

7.      Undersigned counsel told Ms. Hays that Payer Matrix agrees to Plaintiff's request for a reciprocal 35-page extension of the Court's 15-page limit so that Plaintiff can likewise file a 50-page brief in response to Payer Matrix's Motion to Dismiss.

WHEREFORE, for the foregoing reasons, Payer Matrix and AbbVie respectfully agree to requests that this Court enter an Order: (i) granting Payer Matrix leave to file a 50-page memorandum of law in support of its Motion; and (ii) granting AbbVie leave to file a 50-page memorandum of law in support of its response to Payer Matrix's motion; and (iii) awarding any further relief the Court finds appropriate and just.

Dated: April 18, 2025                               Respectfully submitted,

                                                    **PAYER MATRIX, LLC**

                                                    */s/ David M. Poell*
                                                    David M. Poell (#6302765)
                                                    Max Rogers (#6339599)
                                                    **SHEPPARD MULLIN RICHTER &**
                                                    **HAMPTON LLP**
                                                    321 N. Clark St., 32nd Floor
                                                    Chicago, Illinois 60654

Tel: (312) 499-6300
Fax: (312) 499-6301
dpoell@sheppardmullin.com
mrogers@sheppardmullin.com

Danielle Vrabie*
Meghan M. Stuer*
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 634-3081
Fax: (917) 438-6162
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com

Kathleen M. Stratton*
Calla N. Simeone*
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
Tel: (202) 747-1956
Fax: (202) 747-9456
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com
*Admitted *Pro Hac Vice*

***Counsel for Payer Matrix, LLC***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon all interested parties using this Court's ECF filing system this 18th day of April, 2025.

<u>/s/ David M. Poell</u>
*Counsel for Defendant*