**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABBVIE INC., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Georgia N. Alexakis |
| PAYER MATRIX, LLC, | |
| *Defendant*. | |

### DEFENDANT PAYER MATRIX, LLC'S MOTION TO WITHDRAW AND STRIKE ECF NO. 348 PERMANENTLY FROM THE ECF DOCKET

NOW COMES Defendant Payer Matrix, LLC ("Defendant"), by and through its counsel, as and for its Motion to Withdraw and Strike ECF No. 348 Permanently from the ECF Docket. In support hereof, Defendant respectfully states as follows:

1. On the night of April 22, 2025, Defendant filed its motion to dismiss Plaintiff's first amended complaint. ECF No. 347. Defendant also filed a supporting memorandum of law (the "Initial MOL"). **ECF No. 348**.

2. Through an unfortunate administrative error, the as-filed Initial MOL was an unfinished, non-final draft of the MOL that also contains internal comments from counsel that could be considered work product. As an Officer of the Court who is committed to abiding by the highest standards in the practice of law, and who always strives to faithfully uphold the ethical and professional duties incumbent upon a Member of the Illinois Bar in Good Standing, undersigned counsel accepts responsibility for this incident and regrets the error.

3. Upon discovery of the filing error yesterday afternoon, undersigned counsel took immediate action to prepare an amended version of the MOL; however, by the time undersigned was able to contact the Clerk's Office for guidance, it was after the close of business hours.

-2-

4. To make sure that proper procedures were followed to address this incident, counsel wanted to receive the benefit of guidance from the Clerk's Office—and such guidance was received at approximately 8:35 a.m. on the morning of April 24, 2025.

5. To remedy the errors contained within the Initial MOL, and to ensure that the Court has the benefit of reviewing the clean, "final" version of Defendant's MOL, Defendant has filed a *Corrected* MOL. *See* **ECF No. 351**. The Corrected MOL does not raise any new substantive arguments, but merely revises minor errors there were contained in the Initial MOL.

6. Additionally, to ensure a clean record and to purge an inadvertently filed document that no longer serves any useful purpose—in light of the filing of the Corrected MOL—Defendant moves that the Court withdraw the Initial MOL and strike it permanently from the docket.

7. In the interest of moving with all deliberate speed and bringing this matter to the Court's attention as expeditiously as possible, Defendant has filed the instant motion without first conferring with Plaintiff's counsel. Defendant submits that Plaintiff will not sustain any prejudice from the filing of the Corrected MOL or the striking of the Initial MOL.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court enter an Order: (i) withdrawing the Initial MOL (ECF No. 348) and replacing it with the Corrected MOL (ECF No. 351); and (ii) striking and purging ECF No. 348 permanently from the PACER ECF docket.

Dated: April 24, 2025

Respectfully submitted,

**PAYER MATRIX, LLC**

*/s/ David M. Poell*
David M. Poell (#6302765)
Max Rogers (#6339599)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654

-3-

        Tel: (312) 499-6300
        Fax: (312) 499-6301
        dpoell@sheppardmullin.com
        mrogers@sheppardmullin.com

        Danielle Vrabie*
        Meghan M. Stuer*
        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
        30 Rockefeller Plaza
        New York, New York 10112
        Tel: (212) 634-3081
        Fax: (917) 438-6162
        dvrabie@sheppardmullin.com
        mstuer@sheppardmullin.com

        Kathleen M. Stratton*
        Calla N. Simeone*
        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
        2099 Pennsylvania Ave., NW
        Suite 100
        Washington, D.C. 20006
        Tel: (202) 747-1956
        Fax: (202) 747-9456
        kstratton@sheppardmullin.com
        csimeone@sheppardmullin.com
        *Admitted *Pro Hac Vice*

        *Counsel for Payer Matrix, LLC*