IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC., *Plaintiff*, v. PAYER MATRIX, LLC, *Defendant*. | Civil Action No. 1:23-cv-02836 Hon. Georgia N. Alexakis **ORAL ARGUMENT REQUESTED** |

**DEFENDANT PAYER MATRIX, LLC'S MOTION TO DISMISS COUNTS IV, V, AND VII OF PLAINTIFF ABBVIE INC.'S SECOND AMENDED COMPLAINT**

Defendant Payer Matrix, LLC ("Payer Matrix"), by and through its undersigned counsel, hereby moves to dismiss Counts IV, V, and VII of Plaintiff AbbVie Inc.'s ("AbbVie") Second Amended Complaint to the extent those counts are based on AbbVie's "international sourcing" allegations, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, Payer Matrix respectfully states as follows:

1. AbbVie's Second Amended Complaint (ECF No. 395) does not state a claim upon which relief can be granted with respect to its international sourcing allegations and related claims. To survive a Rule 12(b)(6) motion to dismiss, "a complaint must contain sufficient factual material, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotations omitted). And a complaint should be dismissed if "well-pleaded facts do not permit the court to infer more than the mere possibility of misconduct." *Iqbal*, 556 U.S. at 679 (quoting Fed. R. Civ. P. 8(a)(2)). Under these well-established principles, Counts IV, V and VII of Second Amended Complaint—the international sourcing claims—and their supporting allegations warrant dismissal.

2.     Counts IV-V of the Second Amended Complaint should be dismissed because AbbVie fails to state a Lanham Act claim under 15 U.S.C. § 1125(a)(1)(A) or 15 U.S.C. § 1114, as AbbVie has not alleged any confusion on the part of consumers who receive Canadian AbbVie medications.  A dispositive element of Sections 1114 and 1125(a)(1) of the Lanham Act is consumer confusion—i.e. the consumer does not receive what they expect to receive.  Here, however, AbbVie has alleged that consumers order Canadian AbbVie medications from Canadian pharmacies and receive Canadian AbbVie medications from Canadian pharmacies. Therefore, AbbVie has not pled a violation under either section of the Lanham Act.

3.     Count VII (Violation of the Illinois Uniform Deceptive Trade Practices Act under 815 ILCS 510 *et seq.*) of the Second Amended Complaint should be dismissed for the same reason as its Lanham Act claims (Counts V-VI).  The IDPTA requires plausible allegations of consumer confusion, which are not present in AbbVie's Second Amended Complaint.

4.     Payer Matrix is contemporaneously filing a Memorandum of Law in support this Motion, which it expressly incorporates by reference as if fully stated herein.

WHEREFORE, Defendant Payer Matrix, LLC respectfully requests that this Court enter an Order: (i) granting Defendant's Motion to Dismiss Counts IV, V, and VII of Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6); (ii) dismissing Count IV in its entirety and Counts V and VII to the extent they are based on international sourcing allegations in Plaintiff's Second Amended Complaint, with prejudice; and (iii) awarding any additional relief the Court deems appropriate and just.

Dated: September 29, 2025                         Respectfully submitted,

                                              **PAYER MATRIX, LLC**

                                              */s/ Christopher S. Comstock*
                                              Christopher S. Comstock (#6299333)

Max Rogers (#6339599)
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
321 N. Clark St., 32nd Floor
Chicago, Illinois 60654
Tel: (312) 499-6300
Fax: (312) 499-6301
ccomstock@sheppardmullin.com
mrogers@sheppardmullin.com

Danielle Vrabie*
Meghan M. Stuer*
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 634-3081
Fax: (917) 438-6162
dvrabie@sheppardmullin.com
mstuer@sheppardmullin.com

Kathleen M. Stratton *
Calla N. Simeone *
**SHEPPARD MULLIN RICHTER &
HAMPTON LLP**
2099 Pennsylvania Ave., NW
Suite 100
Washington, D.C. 20006
Tel: (202) 747-1956
Fax: (202) 747-9456
kstratton@sheppardmullin.com
csimeone@sheppardmullin.com
*Admitted *Pro Hac Vice*

*Counsel for Defendant Payer Matrix, LLC*