**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

AbbVie Inc.

                Plaintiff,

v.

Payer Matrix, LLC

                Defendant.

Case No.: 1:23–cv–02836
Honorable Georgia N. Alexakis

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 6, 2025:

      MINUTE entry before the Honorable Young B. Kim: Motion hearing held. Plaintiff's motion to stay discovery on counterclaims [427] is granted. For the reasons stated in open court, discovery on the counterclaims is stayed until the presiding District Judge rules on Plaintiff's motion to dismiss. Parties may advise subpoena respondents that they do not need to respond to Defendant's subpoenas if they are related to the counterclaims but to preserve the responsive documents. This court also stays all oral discovery until further order of the court. To be clear, oral discovery may not proceed until either the counterclaims are dismissed or written discovery on counterclaims is completed. Parties are to continue with their written discovery on Plaintiff's claims and defenses thereto. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.