**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| AbbVie Inc., | |
| *Plaintiff*, | Civil Action No. 1:23-cv-02836 |
| v. | Hon. Georgia N. Alexakis |
| Payer Matrix, LLC, | Hon. Young B. Kim |
| *Defendant*. | |

**PLAINTIFF ABBVIE INC.'S MOTION TO COMPEL**
**PAYER MATRIX TO PRODUCE DOCUMENTS**
**AND PROVIDE INTERROGATORY RESPONSES**

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff AbbVie Inc. ("AbbVie"), by and through its undersigned counsel, respectfully requests that the Court enter an order compelling Defendant Payer Matrix, LLC ("Payer Matrix") to comply with AbbVie's Requests for Production and Interrogatories. In support of its motion, AbbVie submits contemporaneously herewith the accompanying Memorandum in Support of Its Motion to Compel Payer Matrix to Produce Documents and Provide Interrogatory Responses and Exhibits A-J.

Date: January 28, 2026

Respectfully submitted,

*/s/ Valarie Hays*
Valarie Hays
Daniel E. Raymond
Emily Dorner
Nicholas C. Zebrowski (*pro hac vice*)
Stephen Ferro (*pro hac vice*)
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
emily.dorner@arnoldporter.com
nicholas.zebrowski@arnoldporter.com

stephen.ferro@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone:  (312) 583-2440
Facsimile:  (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
jeffrey.handwerker@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone:  (202) 942-6103
Facsimile:  (202) 942-5999

Stephen Cha-Kim (*pro hac vice*)
stephen.cha-kim@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689

## <u>CERTIFICATE OF SERVICE</u>

I, Valarie Hays, one of the attorneys for Plaintiff AbbVie Inc., hereby certify that on January 28, 2026, I caused the foregoing Motion to Compel Payer Matrix to Produce Documents and Provide Interrogatory Responses to be filed through the CM/ECF system of the United States District Court for the Northern District of Illinois thereby serving all counsel of record electronically.

By: */s/* Valarie Hays_____