**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

AbbVie Inc.
                        Plaintiff,

v.                                        Case No.: 1:23−cv−02836
                                                       Honorable Georgia N. Alexakis

Payer Matrix, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable Young B. Kim: Defendant's motion to compel [452] is granted in part, denied in part, and entered and continued in part. Enter Order. The motion is granted or granted in part as to Interrogatory ("INT&quo;t;) Nos. 8 and 13 and Requests for Production of Documents ("RFP") Nos. 10, 14, 15, 23, 32, and 33, but denied as to INT No. 15 and RFP Nos. 27 and 57. The court will discuss the motion as it relates to INT No. 12 and RFP Nos. 17−19, 31, 39, and 60 during the March 20, 2026 motion hearing. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.