**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

AbbVie Inc.

                Plaintiff,

v.                                        Case No.: 1:23–cv–02836

                                        Honorable Georgia N. Alexakis

Payer Matrix, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2026:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to compel [455] is granted in part, denied in part, and entered and continued in part. Enter Order. The motion is granted or granted in part as to Requests for Production of Documents ("RFP") Nos. 10, 21, 54, 60, and 78 but denied as to Interrogatory ("INT") No. 18 and RFP Nos. 9, 26, 32, 35, 37, 41, and 87. The court will discuss the motion as it relates to INT No. 14 and RFP Nos. 13, 15–18, 22, 45, 50, 56, and 104–06 during tomorrow's hearing. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.