# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AbbVie Inc.,

        Plaintiff,

        v.

Payer Matrix, LLC,

        Defendant.

Case No. 1:23-cv-02386

Hon. Georgia N. Alexakis

Hon. Magistrate Judge Young B. Kim

## PLAINTIFF ABBVIE INC.'S UNOPPOSED MOTION FOR LEAVE TO ADD ADDITIONAL COUNSEL OF RECORD

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff AbbVie Inc. ("AbbVie") respectfully moves the Court for leave to allow James Hurst and Jon David Kelley, both of the law firm of Kirkland & Ellis LLP, to enter their appearances as additional counsel of record.[1] In support of its Motion, AbbVie states as follows:

1. AbbVie's current counsel of record are Valarie Hays, Daniel Raymond, Emily Dorner, Nicholas C. Zebrowski, Stephen Ferro, Jeffrey Handwerker, Volodymyr Ponomarov, and Michael Krouse of the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter Counsel").

2. AbbVie seeks to have James Hurst and Jon David Kelley, of the law firm of Kirkland & Ellis LLP ("Kirkland & Ellis Counsel") appear as additional counsel representing AbbVie in this matter.

3. Arnold & Porter Counsel will remain as counsel for AbbVie.

---

[1] Mr. Kelley's appearance would be made subject to Local Rule 83.14; Appearance by Attorneys Not Members of the Bar.

4.      Arnold & Porter Counsel and Kirkland & Ellis Counsel have conferred with counsel of record for Defendant Payer Matrix, LLC, who have indicated that Defendant does not oppose this motion.

WHEREFORE, Plaintiff AbbVie Inc. respectfully requests that the Court grant this motion for leave to allow James Hurst and Jon David Kelley to enter their appearances as additional counsel of record on behalf of AbbVie.

Dated: July 17, 2026

Respectfully submitted,

*/s/* Valarie Hays
Valarie Hays
Daniel E. Raymond
Emily Dorner
Nicholas C. Zebrowski (*pro hac vice*)
Stephen Ferro (*pro hac vice*)
valarie.hays@arnoldporter.com
daniel.raymond@arnoldporter.com
emily.dorner@arnoldporter.com
nicholas.zebrowski@arnoldporter.com
stephen.ferro@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
300 North LaSalle Drive, Suite 3500
Chicago, Illinois 60654
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Jeffrey L. Handwerker (*pro hac vice*)
Volodymyr Ponomarov (*pro hac vice*)
jeffrey.handwerker@arnoldporter.com
volodymyr.ponomarov@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-6103
Facsimile: (202) 942-5999

2

Michael Krouse (*pro hac vice*)
michael.krouse@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Current Counsel for Plaintiff AbbVie Inc.*

/s/ Jon David Kelley
James F. Hurst, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
james.hurst@kirkland.com

Jon David Kelley (*pro hac vice* forthcoming)
KIRKLAND & ELLIS LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
jon.kelley@kirkland.com

*Additional Counsel for Plaintiff AbbVie Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on July 17, 2026, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ *Valarie Hays*
Valarie Hays